UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1925 (EGS) |
| ) | |
| GEORGETOWN DAY SCHOOL ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Having considered Plaintiff's Consent Motion for Leave to Amend Complaint, and the premises of this case, it is, this ___ day of March, 2006,

ORDERED, that the Consent Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that Plaintiff's First Amended Complaint shall be deemed filed March 3, 2006, nunc pro tunc.

EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT