UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN        )<br>                                    )<br>       Plaintiff,              )<br>                                    )<br>                                    )<br>                                    )<br>GEORGETOWN DAY SCHOOL  )<br>                                    )<br>       Defendant.           )<br>_____) | Civil Action No. 05-1925 (EGS)<br>Next Scheduled Court Date:<br>  Status Conference<br>  **SEPTEMBER 13, 2006 AT 10:30 A.M.** |

**PARTIES' JOINT MOTION TO REQUEST
PROTECTIVE ORDER REGARDING CONFIDENTIALITY
OF DISCOVERY DOCUMENTS AND INFORMATION**

The last court appearance in this case was the Status Conference on January 17, 2006, and the case is currently in the discovery phase. Undersigned counsel for the parties having met and conferred, they hereby request the Court enter the attached Stipulated Protective Order Regarding Confidentiality of Discovery Documents and Information in order to facilitate expeditious discovery, establish a mechanism for resolving particular disputes as they arise, protect against unauthorized disclosure of confidential information and ensure that such information is used solely in this litigation.

Respectfully submitted,

| LAW OFFICE OF JOHN P. RACIN | COVINGTON & BURLING |
|---|---|
| /s John P. Racin | /s Thomas S. Williamson, Jr. |
| John P. Racin   Bar  No. 942003 | Thomas S. Williamson, Jr.  Bar No. 217729 |
| 1721 Lamont Street, N.W. | 1201 Pennsylvania Avenue, N.W. |
| Washington, D.C.  20010 | Washington, D.C.  20004 |
| 202  265-2516 | 202.662.6000 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sharon Killian | Georgetown Day School |