UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>GEORGETOWN DAY SCHOOL )<br>)<br>      Defendant. )<br>) | Civil Action No. 05-1925 (EGS)<br><br>Next Scheduled Court Deadline:<br>Close of Discovery (September 10, 2006) |

PLAINTIFF'S CONSENT MOTION FOR MODIFICATION OF
AMENDED SCHEDULING AND MAGISTRATE REFERRAL ORDER

    Plaintiff, through undersigned counsel, respectfully requests pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, that this Court permit discovery to conclude on or before October 10, 2006, and otherwise modify the Amended Scheduling and Magistrate Referral Order of January 30, 2006 as as suggested herein. The grounds for this request are as follows:

    1.  Discovery is now scheduled to conclude September 10, 2006.  The parties have propounded, answered and responded to interrogatories and requests for production of documents, and Defendant has taken Plaintiff's deposition.  However, Plaintiff has not yet been able to conduct depositions.  Her attorney's schedule has been extraordinarily busy for months, in part because he has been engaged in complex and protracted negotiations in a matter involving several Indian tribes and the U.S. Department of Interior that has been pending in tribal and federal  courts for more than five years.  <u>Comanche Nation v. United States</u>, <u>et</u> <u>al.</u>, Case No. 05-328 (W.D.Ok.).  Moreover, prior travel plans during the summer months have made mutually convenient scheduling difficult.

2. Plaintiff has sought no prior extensions of time, and respectfully submits that an additional month period, up to and including October 10, 2006, within which to conclude discovery, and a comparable period of time within which to brief dispositive motions as appropriate, should not delay the administration of justice unduly.

3. Defense counsel have kindly indicated their consent to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court modify the Amended Scheduling and Magistrate Referral Order entered January 30, 2006 to permit the parties to conclude discovery on or before October 10, 2006; to file any dispositive motions on or before November 10, 2006; and to file any oppositions on or before December 10, 2006.  Plaintiff respectfully suggests that the Court might also consider resetting the status conference now set for September 13, 2006 until such time  after October 10, 2006 as may be convenient to the Court.  A proposed Order is attached.

                                                  Respectfully submitted,

                                                  LAW OFFICE OF JOHN P. RACIN

/s/
John P. Racin Bar   No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202  265-2516

Attorney for Plaintiff
Sharon Killian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1925 (EGS) |
| ) | |
| GEORGETOWN DAY SCHOOL ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

Having considered Plaintiff's Consent Motion to Modify Amended Scheduling and Magistrate Referral Order, and the premises of this case, it is, this ____ day of _____, 2006,

ORDERED, that Plaintiff's motion be, and the same hereby is, GRANTED; it

FURTHER ORDERED, that the parties shall conclude discovery on or before October 10, 2006; file any dispositive motions on or before November 10, 2006; and file any oppositions thereto on before December 10, 2006; it is

FURTHER ORDERED, that the status conference currently scheduled for September 13, 2006 is hereby rescheduled for _____, 2006, at _____ a.m.; and it is

FURTHER ORDERED, that in all other respects the Amended Scheduling and Magistrate Referral Order entered January 30, 2006 remains in force and effect.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE