IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil Action No. 05-1925 (EGS) |
| | ) |
| GEORGETOWN DAY SCHOOL, | )  Next Scheduled Court Deadline: |
| | )  Oct. 24, 2006 (Status Conference) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Attorney Timothy R. Clinton, pursuant to Local Civil Rule 83.6(a), hereby files written notice of appearance in the above-captioned matter. Mr. Clinton's address, phone number, and bar identification number are listed below.

Dated:  September 13, 2006

Respectfully submitted,

_____
Thomas S. Williamson, Jr. (D.C. Bar No. 217729)
Timothy R. Clinton (D.C. Bar No. 497901)
**COVINGTON & BURLING LLP**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000
(202) 778-5218 - Fax

**COUNSEL FOR DEFENDANT**