UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1925 (EGS) |
| ) | |
| GEORGETOWN DAY SCHOOL ) | |
| ) | |
| Defendant. ) | |
| ) | |

JOINT STATUS REPORT

The parties hereby submit their Joint Status Report preliminary to the Status Conference scheduled for 11:30 a.m. Tuesday, October 24, 2006, pursuant to the requirements of the Amended Scheduling and Magistrate Referral Order entered January 30, 2006.

1. Date of Last Court Appearance. The parties last appeared before the Court for the Initial Scheduling Conference conducted January 17, 2006.

2. Current Status. The parties have concluded discovery, and are scheduled to file any dispositive motions no later than November 10, 2006.

3. Pending Motions. There are no motions pending before the Court.

4. Matters for the Court to Resolve. At this juncture the parties do not seek resolution of any matters by the Court.

5. Parties' Recommendations. The parties do not have any recommendations for the Court.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF JOHN P. RACIN | COVINGTON & BURLING |
| /s/ | /s/ |
| John P. Racin   Bar  No. 942003 | Thomas S. Williamson, Jr.  Bar No. 217729 |
| | Timothy R. Clinton   Bar No. 497901 |
| 1721 Lamont Street, N.W. | 1201 Pennsylvania Avenue, N.W. |
| Washington, D.C.  20010 | Washington, D.C.  20004 |
| 202.265-2516 | 202.662.6000 |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |
| Sharon Killian | Georgetown Day School |

Case 1:05-cv-01925-EGS   Document 19   Filed 10/20/2006   Page 2 of 2