## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHARON KILLIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 05-1925 (EGS)** |
| | ) | |
| **GEORGETOWN DAY SCHOOL,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## VOLUME IV

Exhibit 51. E-mail from Ryan to Levy (Mar. 6, 2002) ("Darkroom E-mail") [Bates 2864–65].

Exhibit 52. E-mail from Killian to Ryan (May 17, 2004) [Bates 2713].

Exhibit 53. E-mail from Ryan to Clifford et al. (May 17, 2004) [Bates 2875].

Exhibit 54. Elizabeth Denevi, White on White, Int. Schools Mag 78 (2004) [Bates 2760–67].

Exhibit 55. Elizabeth Denevi, Whiteness, Inte School Mag. 100 (2001) [Bates 2768–75].

Exhibit 56. GDS website on Diversity Programs, http://www.gds.org/diversity/programs.com (Mar. 16, 2006) ("GDS website") [Bates 2999–3000].

Exhibit 57. In Service Day Notes (Oct. 3, 2003) [Bates 1161–62].

Exhibit 58. In Service Day Notes (Oct. 15, 2003) [Bates1158–60].

Exhibit 59. E-mail from Killian to Barr (Jan. 6, 2004) (attaching original and revised course proposals) ("Killian Course Proposal") [Bates 2623–2632].

Exhibit 60. Ryan History Proposal (Dec. 10, 2003) [Bates 7099–7102].

Exhibit     61.     Killian Deposition Exhibit 63 (E-mail from Killian to Garroway (Aug. 27, 2003)).

Exhibit     62.     Killian Deposition Exhibit 48 (E-mail from Ryan to Killian & Tolliver (Jun. 9, 2004)).

Exhibit     63.     Killian Deposition Exhibit 21 (Purchase Order #7631).

Exhibit     64.     Purchase Order #7074 [Bates 2343].

Exhibit     65.     Killian Deposition Exhibit 28 (E-mail from Ryan to Tolliver & Killian (Sept. 4, 2003)).

Exhibit     66.     E-mail from Barr to Buckwalter (Feb. 14, 2005) [Bates 4513].

Exhibit     67.     E-mail from Barr to Killian (Mar. 15, 2005) [Bates 2653].

Exhibit     68.     Killian Deposition Exhibit 42 (E-mail from Ryan to "Ted at Charon" (May 13, 2004)).

Exhibit     69.     Killian Deposition Exhibit 43 (E-mail from Ryan to Toregas (Feb. 27, 2004)).

Exhibit     70.     Killian Deposition Exhibit 35 (2004–2005 Course of Study).

# EXHIBIT 51

Printed by: <your name here>                                        Wednesday, March 06, 2002  8:46:12 AM
Title: **Fwd: Re: My honest thoughts at 8am**                                                    Page 1 of 2

    Wednesday, March 06, 2002 8:09:21 AM
                        Message

From:          Nick Ryan
               Sharon Killian

Subject:    | Fwd: Re: My honest thoughts at 8am |

To:         | Paul Levy |

**Nick Ryan writes:**
Whatever the excuse was for leaving the darkroom in the condition I found
it at 4:30pm yesterday it is totally unacceptable. I am tired of babysitting
this department, of mediating these petty battles, and of cleaning up.
Materials have been wasted, the place looks lousy, and frankly it's totally
inconsiderate. So if it's a student who is responsible then speak to that
student, but it appears that adults are not following through with their
responsibilities. Yesterday boxes of expensive photographic paper were
left out to be ruined, lights were left in the hallway to be destroyed, and a
room was left a mess for first period class. If this is the environment you
both wish to work then I am sad for you both.
-Nick

Nick,
I returned to work last week to find three complaints directed at me: (1) the Black
Culture Club left riser-steps and banners hanging in the art space during the period that I
was out of the office; (2) my hanging on the first floor of artwork by African-American
artists did not have prior approval; and, (3) photography supplies were left out Monday
afternoon.  Though I might have found a way to contact Laura over the weekend about
putting artwork up for this week, you brought me to tears with your chastisements.  I
would like you to reconsider your approach to addressing issues such as this and ask
you to reconsider your attitudes about Laura and I occasionally tending to our children.

I understand that you were angry about all the activity surrounding the Black Culture
Club use of the art studio in preparation for the Assembly on Friday.  You seem to have
assumed that I gave permission to the faculty and students to use the space even though
I was not at school and you tried to hold me accountable for the fact that posters were
hung from the windows and the riser-steps were still in our space.  Nick, the tantrum
that you had, tearing down the posters and leaving them all over the floor of the art
room was an inappropriate response and your blaming me without question was wrong
– even had I told the BCC they could use the art room to paint and hang in the window
their posters for the dance.

You were also angry about my taking down Laura's student's work from the first floor lobby to put up artwork in commemoration of Black History Month. You said I did not get permission from Laura in advance during our department meeting at break on Tuesday, Feb. 19. I was under the impression that you both knew that February was Black History Month and that I would want to put something up on the first floor for the BCC multi-school dance and before the month expired, in any event. I didn't anticipate being out sick for the rest of that week. I will try not to let this happen again. Granting that we should let each other know about these things in advance, I expect that any change request should have been done during that same department meeting or does this procedure apply only to me?

The tidiness of the art space is an important issue. I appreciate that you have worked with me to try and keep the art space clean. This is one of my pet peeves, too. As you well know, I work diligently to ensure the space is clean before other students are scheduled to use it. Anyone who spends any amount of time in our area knows this to have been the case since I first came to GDS. Your broad sweeping accusation directed to Laura and me is misplaced and I believe you know it. That stuff was Laura's students', not mine. If you wish to complain, please make the effort and have the courage to find out the facts and direct your comments to the right party.

The tidiness of the darkroom is secondary to a sick child. Laura's students did leave the photo paper open and the darkroom in disarray when she left to the Lower/Middle School to get her son. I fully understand this and would not ask her to do otherwise in the circumstance. Therefore, I covered each box of paper and turned off the water before leaving at the end of the day to take care of my own sick child. I also knew that my photography class would be held first the next morning and that I would be in to clean and prepare the lab. I did not complain to you about the students' mess. I simply planned to clean up and proceed with my class. I extend Laura latitude when it comes to taking care of her children and other emergencies, as I would to you in any family or personal matter requiring your attention. If this is not a practice with which you agree, perhaps it bears further discussion amongst the three of us and if necessary with Paul or others in administration.

Nick, good communication not only requires reciprocity and sensitivity, we must also avoid misrepresentation. This is not right and I do not deserve it, especially after the personal problems that have befallen me these past three weeks.

Sharon

# EXHIBIT 52





**Sharon Killian writes:**
I am attending the Staff of Color Retreat

Is this today? Tomorrow?

Nick Ryan
Chair - Art Dept.
Georgetown Day High School
4200 Davenport Street NW
Washington, DC 20016
202-274-3258

# EXHIBIT 53



Monday, May 17, 2004 9:16:52 AM
Message

From:      👤 Nick Ryan, GDS High School
           👤 Peter Branch
           👤 Sharon Killian, GDS High School                    *File*

Subject:   Fwd: Staff of Color Retreat

To:        👤 Caroline Clifford
           👤 Paul Levy, GDS High School
           👤 Kevin Barr
           👤 Peter Branch

---

Paul, Kevin, Peter,
FYI- I received this email below at 8:30 this morning from Sharon.  I assume this means today,
but there is no indication and I have no substitute for her if that's the case. In addition, Sharon
knew we had visitors coming from the Park School to observe and discuss curriculum today so
prior notice would have been nice.
-Nick


I am attending the Staff of Color Retreat

# E X H I B I T   5 4

■ SCHOOL MATTERS



# WHITE ON WHITE

## EXPLORING WHITE RACIAL IDENTITY, PRIVILEGE, AND RACISM

INDEPENDENT SCHOOLS COMMITTED to the development of a multicultural community find they can't progress without confronting the question of white racial identity and privilege. As a white woman who has spent a great deal of time working with schools on this subject, I know the importance and value of this process. The work I've seen in schools has never included guilt sessions or the pummeling of school administrators. The process has never been about criticizing schools into paralysis. Rather, the work I have seen is firmly rooted in the research on identity development and social justice initiatives. It involves critical analysis so that we can understand systems of privilege and racism. It requires reflective practice so participants can reference their own experiences. And it includes extensive dialogue, especially about early encounters with racial difference and current attitudes towards diversity.

BY ELIZABETH DENEVI                    PHOTO BY NONSTOCK

Yet I also know that community work on white identity can be profoundly *uncomfortable*, and many who begin the work quickly pull away as soon as it becomes too painful. Janet Helms, a leading researcher on identity development, calls this pulling-away process "reintegration." Reintegration comes after a white person has developed a growing awareness of racism and white privilege and needs to resolve the tension between noticing and not noticing behavior that may contradict previously held notions of social equality. Instead of trying to abandon his or her racist attitudes, a white person in the reintegration phase may blame or fear people of color. White people who speak out against racism know how hard it can be, and the temptation to return to silence and collusion is very real. So, schools need to develop opportunities for whites to talk about race, whiteness, and privilege in order to create more white allies. In a professional development seminar program I co-facilitate, most of the white participants and many people of color cite our exploration of white identity development as the most revealing and important work they have done as teachers. During the last ten years, an explosion of research on this topic has created a wealth of materials. What is needed now is the will to work in a systematic way — not only for the benefit of people of color, but for everyone in independent schools.

Robert Carter's (1990) research on white college students has shown a direct relationship between racism and racial identity development: white students with a more developed sense of their own racial identity tended to espouse fewer racist beliefs. In her work with white youth, Patricia Marshall (2002) unfortunately found that most teachers are unaware of the importance of racial identity development, especially for white students. She notes the naiveté of assuming white students are neutral about their contacts with people of color: "Through racial-group socialization," Marshall writes,



HIDDEN

"many white youths (similar to many white adults) experience some degree of anxiety *vis-à-vis* the current and imminent demographic shifts resulting from increases in the population of people of color." Many white youths have been taught — albeit unconsciously — that their way of living is the American way and often feel a need to defend their culture against "them," creating animosity and fear of interaction with others and locating whiteness as "rightness." The point is clear: schools emerge as a critical place where we can educate white youth as racial beings. "Without teacher intervention," Marshall says, "these students are unlikely to recognize the inherent racial-group hierarchy manifest in the mainstream focus of traditional curricular content and the marginalization of people of color through add-on units in February or any other time of the school year.... Educators need to create deliberate learning opportunities that promote healthy racial identities."

What is true for white students is also true for adults. In her anthology entitled *White Privilege,* Paula Rothenberg (2002) writes:

> Once I began to recognize how much of my success is a consequence of unfair advantage, I cannot help but begin to seek ways to make amends. This does not mean that I am not smart nor does it mean that I have not worked hard — I have worked very hard in my life to accomplish my goals — but it does mean that I recognize that there are others equally smart who worked equally hard and who have a great deal less to show for it simply because they are not white.

This concept of making amends is a critical aspect of becoming antiracist. Instead of wallowing in guilt and denying the impact of slavery because "my family never owned slaves," white teachers and students can recognize their relative privilege and work constructively to use that privilege to develop, implement, and learn anti-bias curricula.

One way of looking specifically at white identity development is through the establishment of white racial affinity groups. "Affinity group" refers to a gathering of people who all share a similar experience: in this case, being white. This does not mean that everyone shares the same experiences, but rather that participants recognize that their racial identity has an effect on the way they move through the world. Affinity groups don't take the place of multiracial dialogue, but rather add to cross-racial communication. They give whites a space to reflect on what being white means to them. In my experience, cross-racial dialogue is usually enhanced by affinity group work because participants have an opportunity to be clear about their own racial experience before trying to understand another's.

Initially, participants may say, "I already know what it means to be white. I want to hear what the black folks are saying," or "Dividing us up won't make anything better. Self-segregation is just as bad as imposed segregation." In multiracial settings where there may be several affinity groups meeting, it is interesting to watch as whites often walk hesitantly to their meeting space as if they don't really want to go while people of color walk intently to their dialogue groups. There is almost a palpable fear, and sometimes expressed resistance, against coming together explicitly as white people. To respond to this resistance, I use two strategies. One is to have participants read a piece of literature before we begin that will set a context for our work together, perhaps a contemporary work such as Julia Landsman's *A White Teacher Talks about Race* or a classic text such as James Baldwin's introduction to *The Fire Next Time,* "My Dungeon Shook." A second strategy is to include in the group some people who have participated in affinity groups before. They can often allay fears, helping new participants

understand the importance of acknowledging their racial group membership. Many whites say they feel uncomfortable identifying as "white" because when they hear the term, they think "racist." They may have no conception of whiteness as a shared perspective.

Affinity groups signify an important area of development for white people. Using a clear set of guidelines for dialogue, white educators can come together explicitly around whiteness and look at strategies for moving through discomfort. I often begin with expectations and ask participants what it is like to be with a group of white people. Are they comfortable? Uncomfortable? There is usually a range of responses that help to break the ice, enabling the group to explore their roles as whites committed to challenging racism. Participants spend some time finishing the phrase: "Being white in my school means...." This exercise can help them understand why being white may be an



Marts&Lundy
Philanthropic Strategists Since 1926

Thoughtful·Knowledgeable·Experienced

Assessments/Audits · Campaign Counsel · Communications Counsel · Market Analysis Surveys · Regional Market Studies · Prospect Identification/Research · Training · Volunteer Training · Pooled

1200 Wall St. West  Lyndhurst, NJ 07071
Contact Richard T. Jolly at 800-526-9005
or e-mail info@martsandlundy.com

View a complete client list at www.martsandlundy.com

■ SCHOOL MATTERS

important identity in schools. Some talk about their frustration with other white colleagues and the desire to just write them off as racists. Others remind the group that it is the responsibility of whites to challenge racism, and how can this happen if whites avoid other white colleagues? The group tries to openly acknowledge prejudices and develop strategies for challenging racist messages by creating new messages not based on stereotypes and misinformation. Ultimately, the dialogue reduces tension and diminishes the taboo of talking explicitly about race. Whites have a place they can ask questions, struggle with issues, and gain support from allies in a similar position.

In addition to white affinity group work, there is also a need to talk explicitly about whiteness and privilege/racism in larger school communities. With the support of the local association of independent schools in greater Washington, DC (AISGW) and the Eastern Educational Resource Collaborative (East Ed), a group of colleagues conducted a panel discussion entitled "Whiteness: Identity, Privilege, and Accountability." About 175 educators came to the presentation, one of the best-attended events the association ever hosted. Moderated by an African-American equity agency director, the panel consisted of myself, a white head of school, an African-American director of diversity, and a white professor of multiculturalism from a local university. Our purpose was to increase awareness and understanding of the role of white identity and development, and to highlight our accountability as educators committed to academic excellence, student achievement, and a healthy school environment. For us, it was critical to name and describe the workings of white privilege so people could begin to identify and challenge both subtle and overt forms of racism and denials of racial privilege.

As part of my presentation, I referenced Alice McIntyre's (1997) research on "white talk," a coded language of avoidance. McIntyre describes this

## SILENCE, DENIAL, AND/OR AVOIDANCE ARE ALL FORMS OF COLLUSION, AND ONE OF THE BEST WAYS TO BEGIN TO BE ANTIRACIST IS TO DEVELOP A MODE OF PERSONAL RESISTANCE.

language as "talk that serves to insulate white people from examining their/our individual and collective role(s) in the perpetuation of racism." It is a way for whites to distance themselves from the difficult task of engaging in an exploration and critique of whiteness. White talk, McIntyre says, manifests itself as *the uncritical acceptance of biased*



KIERANTIMBERLAKE ASSOCIATES LLP

ARCHITECTURE
ARTS
CONSERVATION
INTERIORS
PLANNING

WWW.KIERANTIMBERLAKE.COM

New Lower School
Durham Academy

2763

## WHAT WHITE EDUCATORS CAN DO

comments through avoidance, interruption, dismissing counter-arguments, silences, and/or colluding with each other to create a "culture of niceness" that makes it very difficult to discuss the white world. By identifying white talk, the goal is to recognize the price whites pay for this kind of collusion and begin to see how privilege is maintained.

One of the main forms of white talk is minimization, signaling that achievement depends on personal ability and that racism is not really prevalent. Another manifestation is defensiveness disguised in disclaimers such as, "I'm not racist. I have friends who are people of color. I don't see color. I went to a workshop on white privilege." Providing other examples of white talk, Paul Kivel (2002) writes about the tendency to blame the "angry" person of color, attacking her or him for her or his anger as opposed to asking what has happened for it to take so much outrage to get our attention. Another insidious form of avoidance is "if only" statements, declarations that set conditions on one's commitment to racial justice: "If only people of color weren't so angry; if only people of color realized that I am different from other white people; if only people of color would give white people a chance; if only people of color didn't use phrases like 'all white people'; if only people of color didn't ask for special treatment; if only this student of color would just try to get along." These kinds of statements shift the responsibility from those in power to those who are marginalized and oppressed by white privilege. There is also redefinition of the issue by stating that there is "reverse racism" because people of color attack white people or that everyone is prejudiced. This is a counterattack that offers competing victimization: "She took my slot at Harvard; they're taking away our jobs; white males have rights, too; white people are under attack." When faced with issues of white privilege and racism, I often hear whites say that they didn't mean to hurt anyone. Their actions were unintentional or

"It was just a joke." Finally, there is also a great deal of paternalism in schools, "This student of color will benefit so much from being at our school; we can do a lot for this kid." All of these examples of white talk further entrench white power by impeding authentic discussions of whiteness and privilege and the consequences of racism for everyone.

In the face of these tactics, white allies need to have responses ready so they are not caught off guard by stereotypical or racist comments. One tactic I use is to ask more questions: why do you believe this to be true? With more information, I can tailor my response. I try to share my own experiences as a counterbalance, not as an attack, so at least I know the person has different or additional information. In schools, time is often cited as the barrier to all meaningful discussion, implying that we would talk about these issues if we only had the time. My strategy is to set the time, as contrived as that may sound. The most important piece of the interaction is to mark my discomfort. If I am very upset, I will often say, "I am not comfortable with the comment you just made." At the very least, I have given the person something to think about. I then try to follow up, either immediately or later. One key point is to remember that it is never too late to go back to someone and relate your experience. One time I approached a colleague after months had passed since she made a subtle yet racist comment. I prefaced the request to meet as best I could: "I know this is very awkward, but I have been thinking a lot about something you said and would like to respond more thoughtfully." If the situation is too charged, I look for a third party to help facilitate. My goal is to have a range of responses by developing strategies for interrupting bias that work for me. Silence, denial, and/or avoidance are all forms of collusion, and one of the best ways to begin to be antiracist is to develop a mode of personal resistance.

As this work expands and more



We Build Clients, *Not Just Projects*

# Hastings⁺Chivetta

**ARCHITECTS · PLANNERS · INTERIOR DESIGNERS**

700 Corporate Park Drive · Suite 400 · St. Louis · MO · 63105
Phone: 314.863.5717 · Fax: 314.863.2823
Email: info@hcarchitects.com · www.hastingschivetta.com



MIT|Hayden Library

**Tappé
Associates
Inc.**
ARCHITECTS·PLANNERS

Six Edgerly Place
Boston, MA 02116
t 617.451.0200
f 617.451.3899
www.tappe.com

*"leadership through collaboration"*

■ SCHOOL MATTERS

# EDUCATOR'S ALLY, INC.

Providing personalized placement services for teachers/administrators and independent schools in the greater New York/Connecticut area since 1975.

**BOX 295**
**BEDFORD HILLS, NY 10507**
**914-234-6323**

**LINN JACKSON**
**POPPY CUMMINGS**



## Learn from the table.

*Teach from the Table.*

Harkness Table™

Designers and
Suppliers of
Harkness Tables™.



Furniture
Options
LTD.

71 Portsmouth Ave., Exeter, NH 03833
t: (603) 778-8866 f: (603) 778-2949
e: jcwhittum@mediaone.net

discussions of white privilege occur in school communities and classrooms, educators will need to talk explicitly about the costs of white privilege to white people. At his presentation during the 2003 White Privilege Conference, Tim Wise, a leading white activist, referred to this as the "holy grail" of white privilege work. Wise talked about how the lives of white people were diminished because of racism: denial of family histories because of assimilation, segregated lives, lack of knowledge of others, and a lessening of one's own humanity because of complicity with a system of oppression. A woman of color once asked me pointedly: "Why would white people want to give up their privilege? I wouldn't if I had it." This is a critical question and one that deserves our attention because once white people can feel the impact of racism on their own lives, they may work harder to end it.

Tobin Shearer (2002) examines "White Spaces," places where racism situates itself in whites because of a pattern of internalized superiority: "how our whiteness hurts us, how it holds us back." The first space he examines is *isolation*, a space where white people cannot see themselves as part of a group. To counteract this space, whites need to connect with other whites who may be struggling to recognize their privilege. Another space is *control*, where white people want a solution to racism. They want to fix the problem because they are so used to being in control and able to determine outcomes. Here white people need to understand that they are caught in a larger web of forces beyond individual control. A third space is *loss*, the fact that whites do not recognize or grieve what they have lost because of racism. In the process of becoming white, they gave up significant parts of their culture, history, and stories. To challenge this space, whites have to reclaim who they are: "When these tasks of reclamation are undertaken with full knowledge of how the dominant society tries constantly

to shape white people into racists," Shearer writes, "the journey of reclamation can be joyful and life-giving. It can also become a profound act of resistance to racism." The final space Shearer discusses is *loathing*, the active distaste and mistrust of other white people that can be seen when white people lash out at other whites. To fight against these feelings, whites must meet others where they are and accept themselves, despite the challenges.

I have had the privilege of working with hundreds of independent school teachers, students and parents on issues of race, and the vast majority really want to do the difficult work of exploring white identity and addressing privilege. Educators who are struggling to come to grips with their white identity know that there is no way to avoid the hard discussions if they really hope to eradicate racism. Whites and people of color are having profoundly different experiences in independent schools. By pretending we are all the same under

the skin and that color doesn't matter, we are denying a fundamental social experience not rooted in biology, but in the history of this country. Our responsibility is to understand how larger systems of oppression may be functioning in our schools, despite our best intentions. We can create opportunities to do racial identity development work in racial affinity groups or in cross-racial settings as long as the ground rules and outcomes are explicit. Finally, if we are clear about who we are, and if we can both name our commitment to equity *and* recognize how white privilege works, our institutions will better serve everyone.

*Elizabeth Denevi is co-director of diversity at Georgetown Day School (Washington, DC) and an educational consultant.*

## REFERENCES

Berry, Wendell. (1989). *The Hidden Wound.* New York: North Point Press.

Carter, Robert. (1990). "The Relationship Between Racism and Racial Identity Among White Americans: An Exploratory Investigation." *Journal of Counseling and Development,* Vol. 69.

Cose, Ellis. (1993). *The Rage of the Privileged Class.* New York: Harper Perennial.

Kivel, Paul. (2002). *Uprooting Racism: How White People Can Work for Racial Justice.* New Society Publishers. Lee, Enid. Presentation for Teaching for Change, Washington DC, 2003.

Marshall, Patricia L. (2002) "Racial Identity and Challenges of Educating White Youths for Cultural Diversity." *Multicultural Perspectives,* 4(3), 9–14.

McIntyre, Alice. (1997). *Making Meaning of Whiteness.* Albany: State University of New York Press.

McLaren, Peter. (1994). "Multiculturalism and the Post-Modern Critique: Toward a Pedagogy of Resistance and Transformation." *Between Borders: Pedagogy and the Politics of Cultural Studies.* Edited by Henry Giroux and Peter McLaren. New York: Routledge.

Perry, Pamela. (2002). *Shades of White: White Kids and Racial Identities in Schools.* Durham: Duke University Press.

Rothenberg, Paula S. (2002). *White Privilege: Essential Readings on the Other Side of Racism.* New York: Worth Publishers

Shearer, Tobin Miller. (March/April 2002) "White Spaces." *The Other Side.*



"This was the best conference I've ever attended"

"Remarkably well organized and effective"

## STANLEY H. KING COUNSELING INSTITUTE

WWW.SHKINGCOUNSELING.ORG

SUMMER, 2004: JUNE 14-20, BROOKS SCHOOL, NORTH ANDOVER, MA
AUGUST 2-8, FOUNTAIN VALLEY SCHOOL, COLORADO SPRINGS, CO

The goal of the **Stanley H. King Counseling Institute** is to help faculty and staff of independent schools to respond to the emotional needs of today's adolescents with increased comfort and competence.

Since 1964, the institute has been teaching a model of counseling appropriate to independent schools. In week-long residential workshops, teachers, administrators and staff members learn skills to help students with a range of developmental issues and to recognize serious psychological difficulty and seek appropriate help.

Faculty can also provide workshops for teachers, and consultation on counseling/advising programs on-site for individual schools.

*For further information, contact Ellen Porter Honnet, Institute Director tel: 617-969-3430, email: dr.ellenporterhonnet@earthlink.net*

**Topics Include**
- Teachers as counselors
- Advising, discipline, counseling: how they work together
- Adolescent development
- Diversity and difference
- Identifying serious trouble
- Anxiety, depression, and the threat of suicide

**For application materials, visit our web site or contact**
Stanley H. King Counseling Institute
c/o Bobbie Crump-Burbank
Brooks School
1160 Great Pond Road
North Andover, MA 01845
TEL: 978-686-6101 ext.3288
FAX: 978-725-6254
E-MAIL: daycamp@brooksschool.org

# E X H I B I T   5 5

SCHOOL MATTERS

By
Elizabeth
Denevi

# White ness

*Helping white students and educators understand their role in a multicultural society*

A YEAR AGO, when I was teaching in California, some of my high-school students hosted affinity group discussions on ethnic and racial identity. Signs were posted in the lunchroom telling students where their affinity group would meet. A white student leader and I waited patiently in the classroom designated for Euro-American/White students and teachers. No one else came to this meeting. After lunch, as I was debrief- i  vith the student leaders, one of my students of color turned to me and said with a ⌐ ⌐k of disbelief: "Do white people know they are white?" It was an excellent question, and we spent the next half hour trying to think of ways we could help white people see their race as an essential part of diversity and multiculturalism.

ILLUSTRATION WHITNEY SHERMAN

■ SCHOOL MATTERS

As I learned from my experiences as a white teacher and from my Ph.D. research on adolescent ethnic identity development, if we are to help independent schools become truly multicultural communities, we have to begin to talk about what it means to be white in our schools.

It's important to take a close look at white identity in the hopes of uncovering and naming what usually passes for "normal." Just as with other racial groups, whiteness is not a monolith; it is a process of cultural development that is socially constructed and that encompasses many different ways of being white. By "socially constructed," I mean that race is not an essential characteristic but rather a social category. We understand whiteness in relation to other people, and whiteness is produced or constructed by our interactions with friends, the media, literature, family, and teachers. Notions of biological racial categories were made popular in the late nineteenth century, but scientific racism has nothing to do with biology. The gene that makes my hair curly and someone else's straight is the same gene that makes my eyes brown and some else's blue. But the myth of essential racial characteristics is still part of our culture, and so it is important to begin by locating race as a social, and not a biological, identifier.

That said, it is then necessary to understand race in a historical, social, and political context. The term "white" did not emerge until the latter part of the nineteenth century in American society. James Banks, a leading scholar of multiculturalism at the University of Washington, writes about new immigrants from Ireland, Eastern, Southern, and Central Europe who challenged notions of whiteness upon their arrival in the U.S. In an effort to experience the American dream, many white ethnic groups assimilated and their distinct ethnic characteristics, such as language, were abandoned or erased in order to become "American." Some immigrants, moving through Ellis Island,

changed their names (or had their names changed for them by immigration officials) so they sounded more "American," further contributing to the homogenization of white ethnics. By the early twentieth century, multiple ethnic categories had become one racial category.

Valerie Babb writes about the development of the term "white" in her book *Whiteness Visible*. She states, "For the different ethnicities and classes who left Europe to come to an unfamiliar wilderness where new structures had to be devised to meet new needs, whiteness furnished a social order that forged a nascent national identity and minimized potential class warfare." To create this exclusive national identity, it was necessary to fabricate a shared

Anglo-Saxon past that would give a variety of whites a common heritage even if this past was in direct conflict with the multiple ethnicities and classes that made up American society. By creating a white racial identity, as opposed to an English or Irish one, a nation of white ethnics could become a race that would create an identity and, at the same time, serve as a rationale for excluding non-whites. English superiority and domination in the colonies was replaced by white superiority.

It is not unusual for a new group to develop a norm that represents the group's character, and here the norm was established by rejecting other groups with a different character. In a time of rapid social transformation, Babb writes, whiteness was a unify-

We understand whiteness in relation to other people, and whiteness is produced or constructed by our interactions with friends, the media, literature, family, and teachers.



...ng force that diffused social tensions, consolidated social and economic power, and integrated new white immigrants into a "white American fabric." Babb exposes a great American irony: with whiteness as a naturally superior racial identity, whites could reconcile undemocratic principles like slavery and limited voting rights with higher democratic ideals. This means of creating white hegemony brings us back to identity, but it is an identity created through difference. Here exclusion is not the ability to say who is white, but rather the power to determine who is *not* white. Colonists were the chosen white people who solidified their identity by being different from Native Americans and enslaved blacks. Thus, another irony emerges: even though cultural mixing was a huge part of the formation of an American identity, there was this desire for racial purity that would privilege one group over another. Babb writes that by the mid- to late nineteenth century "the social label of whiteness mitigated potential class

Cultural images erased racial plurality and established whiteness as a privileged social category, again illustrating the irony of a multiracial country portraying itself as monoracial. Even though whiteness is often veiled and hidden as the norm, we need an awareness of whiteness as a system and ideology that has privileged some and not others if we are to exist and thrive as a multiracial, multiethnic society. Without a thoughtful investigation of white identity and white privilege, their roots and present meaning, we will continue to perpetuate an illusion of a unified, democratic society.

So then, what is whiteness? What does it mean to be white in this country? As I was growing up, I never heard these questions asked. I grew up in Silicon Valley as it was coming into being, and everyone looked, talked, and sounded like me. I was raised in an Italian- and Irish-Catholic family, and both sides of my family immigrated to the U.S. around the turn of the century. I remember very little religious diversity in my

century American history, I realized that I had never really studied slavery. I, who had supposedly received an excellent education, did not know that Japanese-Americans had been interred during World War II. As I was working on a project and talking to my family about this chapter in American history, my mom told me an incredible story. In high school, Toro, one of my father's best friends, was Japanese-American. When his family was ordered to Idaho for internment during World War II, my dad and the rest of his friends took turns guarding Toro's house. It was both shocking and sad to me that I had never heard this story. So the understanding of my position and privilege began as an intellectual transformation, and it was not until I returned to teaching that my emotional transformation began.

In the fall of 1996, I moved back to Silicon Valley, and my first year there was wonderful. I started teaching Ethnic Voices, an advanced-placement English elective for juniors and seniors, and the first group of young women I worked with was incredible. The following school year, I had a very different experience. The class was split evenly along racial lines: eight white students and eight students of color. What I didn't realize was that I tipped the balance; my whiteness counted. The students of color were experiencing many different levels of racism, and I was having a very difficult time managing the class. My attempts to address white privilege were unsuccessful because I had not figured out what being white meant for me. Because I had not done my own work, it was impossible for me to guide my white students, and their resentment turned to anger. They went after the kids of color with cries of reverse racism and denouncements of quotas that prevented white kids from being accepted to elite universities. I was in way over my head. About six weeks into the term, the eight students of color showed up at my desk. They told me they had decided to drop the

## My attempts to address white privilege were unsuccessful because I had not figured out what being white meant for me. Because I had not done my own work, it was impossible for me to guide my white students.

strife among white ethnics and that, more and more, whiteness became synonymous with American-ness as the identity of the nation was cemented to the identity of a single created race. The question of who was a 'real' American was increasingly answered with the response that it was one who was white, thus giving this race a position of national privilege."

In the first quarter of the twentieth century, obvious and pervasive cultural rituals and institutions sustained whiteness as the American norm along with white superiority.

hometown; the Christian kids envied the handful of Jewish kids who got to miss extra days of school. In my senior class of 550 students, we had one African American. When I went to college just outside of Chicago, my university was very segregated, and it was not until I attended graduate school in New York City that I really experienced a diverse living environment. I had the privilege to work with some very distinguished American historians who helped me see the blind spots in my own education. When I worked with Eric Foner, one of the leading scholars of nineteenth-

■ SCHOOL MATTERS

class, and they were willing to get an F and risk college acceptances because the racism they were experiencing was intolerable. They were thoughtful, composed, and serious. I was rocked to the core. They said that they were not blaming me, but in essence, it was about my accountability. Because I had not comes to terms with my identity, the class was facing its own crisis. They looked at me intently and asked what I could do. What could I do? I told the students I would find a way to make it better. I asked them to give me two weeks, and they agreed. Then I cried for three days. I sat in the dean of students' office, and together, we found

three dimensions. "First, whiteness is a location of structural advantage, of race privilege. Second, it is a 'standpoint,' a place from which white people look at [themselves], at others, and at society. Third, 'whiteness' refers to a set of cultural practices that are usually unmarked and unnamed." This definition establishes an important frame that locates privilege as one central aspect of whiteness. In addition, whiteness is a standpoint or perspective, a lens through which white people view the world, which means that my experience as a white person directly affects how I see and understand my surroundings and interactions with oth-

biologically speaking, are different, inferior, less human, less civilized than white people. The second mode is "color evasiveness," also known as color-blindness, which says we are all the same under the skin, so any failure to achieve on the part of people of color is the fault of people of color themselves. The final mode she calls "race cognizance" or "the autonomy of culture." In this mode, any inequality refers not to ascribed or essential characteristics, but to the social structure. Looking at the history of racial discourse in the U.S., these three phases of racial development emerged chronologically in this order, but in today's society, given different contexts, one or all of these phases might rise to the surface.

Of the three phases Frankenberg examines, color evasion, the second phase, offers great insight for those white students and educators trying to come to terms with a white iden-

## Color-blindness masks itself as non-biased, but since one group is free to ignore the racial identity of another, discrimination exists.



a way to finish the semester. Did I fix things? Of course not, because I couldn't. I performed triage. I got us through, but it was by no stretch of the imagination a successful semester. But I learned the most valuable lesson of my teaching career: as Parker Palmer states, you teach who you are. How could I confront white privilege and racism when I did not know who I was? At this time, I knew I had to go back to school to try to understand what had happened in my class and to begin my own personal identity exploration.

Once I realized that I needed to figure out what being a white, upper-middle-class woman meant for me, I began to look for some narratives that might help my own exploration. Ruth Frankenberg's study of forty white women, in a text called *White Women, Race Matters,* significantly impacted my understanding of whiteness. In describing how race shaped the lives of women, she offers a very helpful definition of whiteness with

ers. Finally, whiteness is positioned as the norm, so it has not been necessary to look explicitly at whiteness, leaving it as undiscovered territory.

Once we have this understanding of what whiteness is, we can begin to look at how whiteness functions in forming views on race. Frankenberg offers three such modes. She begins with the "essentialist mode," which refers to the idea that people of color,

tity. As she interviewed white women from across the country, she found that most of the women expressed a desire not to see race, or at least not to acknowledge racial differences. Frankenberg probed this issue and found that this was a way for these women to distance themselves from essentialist racism. If they didn't notice race, then they couldn't be racist: "Very frequently," she

writes, "race privilege is a lived but not seen aspect of white experience, given socially segregated material environments and discursive environments that militate against conscious attention to racism." This, then, suggests that noticing color is a bad thing to do, suggesting that non-whiteness or "color" is bad. Here is where color evasiveness becomes so perilous: "The sharp cutting edge of color-blindness is revealed here: within this discursive repertoire, people of color are 'good' only insofar as their 'coloredness' can be bracketed and ignored...," Frankenberg points out. "Colorblindness, despite the best intentions of its adherents, in this sense preserves the power structure inherent in essentialist racism."

To deny difference is to deny the impact that race has on people's lives. As opposed to saying there are no differences at all among people, color evasion is a selective attention to difference, saying that color does not matter. In this way, a white woman who is not comfortable talking about race can selectively avoid the topic and instead focus on differences that she is comfortable with. This is simply another kind of oppression disguised as a polite discourse. It is this selective engagement with difference that exposes color-blindness as a way of maintaining the power and privilege of the dominant group. Here, these white women had the privilege of not seeing their color, and, subsequently, denying others their racial identity.

Color-evasion can play a role in a subtle but insidious kind of racism termed "aversive racism," and as Beverly Tatum notes, aversive racists have "internalized the espoused cultural values of fairness and justice for all at the same time that they have been breathing the 'smog' of racial biases and stereotypes pervading the popular culture." Color-blindness masks itself as non-biased, but since one group is free to ignore the racial identity of another, discrimination exists. Thus, a seemingly nonprejudiced stance has major power implications. Here the denial of race locates a



# MAKE the WORLD your CLASSROOM.

*Start your international teaching adventure with ISS Educational Staffing as over 20,000 educators in overseas schools have done. Contact us to establish your professional file and interview face-to-face with international school heads at one of our exclusive US-based International Recruitment Centers.*

**2002 IRCs**
Washington DC, Feb. 20-24
San Francisco, March 7-10
Philadelphia, June 21-23

**ISS Educational Staffing**
Princeton, New Jersey 08543, USA
609.452.0990
edustaffing@iss.edu
www.iss.edu

INTERNATIONAL SCHOOLS SERVICES
*"Building a Global Foundation for Education Since 1955"*



*The Roxbury Latin School, West Roxbury, Massachusetts*

*New Construction: Fine Arts Center, Science Center, Athletic Facilities, Library, Refectory, Trustees Room*
*Renovations: Auditorium, Admissions Suite, Computer Lab*

# Keefe Associates, Inc.

*Architects and Interior Designers*
162 Boylston Street, Boston, Massachusetts 02116
617 482-5859  fax 617 482-7321                2772

■ SCHOOL MATTERS

desire to be fair next to the power to discriminate. If it is clear what the right thing to do is, aversive racists will act in a way that supports their non-prejudiced view of themselves. However, if a situation is not clear and an action can be justified on the basis of some factor other than race, prejudiced feelings towards African Americans will surface.

Tatum gives an excellent example of how this subtle form of bias manifests itself. White college students were given transcripts and asked to evaluate candidates for admission to their college. When the transcripts were presented to the white students, all of the qualifications were equal; the only difference was the race of the candidate. The study found that when the students were not qualified, black and white students were both rejected, irrespective of race. When the candidates were somewhat qualified, white students were favored over black students by a slim margin. However, when the candidates were highly qualified, the white students overwhelming chose white candidates. So, even when all qualifications are equal, applicants were not perceived as equal, especially when both black and white applicants were highly qualified. Blacks were good, but whites were better.

Paul Kivel, a social activist and writer, states, "We must begin here — with this denial of our whiteness — because racism keeps people of color in the limelight and makes whiteness invisible." To turn our attention to whiteness using Frankenberg's definition, we must begin by acknowledging that white-

she usually does not have to speak for her entire race; she can move and be assured of finding fair housing; if she is pulled over by the police, she can be relatively sure she was not singled out due to race; she can swear, dress down, or not return a phone call without people attributing her choices to the poverty, illiteracy, or bad morals of her race. It was difficult for McIntosh to recognize her white privilege, and she literally had to keep a tape recorder next to her bed in order to capture the semiconscious thoughts that helped to illuminate her privilege. I encourage all white educators to make their own lists, to write down the ways they receive unearned benefits. In this way, they can begin to recognize the role that race plays in their lives and how race is one lens through which all of us view the world.

Valerie Babb notes that, in reality, the privilege of whiteness benefits no one. It distances and segregates people and fosters pain and resentment. The inequities in such privilege are obviously painful to people of color. But they can also be painful to white people, many of whom feel that it strips them of their individuality and turns them into unappealing stereotypes. Because the culture that creates white privilege convinces many whites that certain cultures or topics are not worthy of study (non-Western literature, for instance), whites often struggle with their ability, and willingness, to participate in a diverse world.

To the students in my Ethnic Voices class who had difficulty with the ethnicity writing assignment, I assigned McIntosh's essay. For these white students who previously had no awareness of their whiteness, the article gave them insight into their racial identity. They could read McIntosh's list of unearned privileges and begin to construct their own lists, and this affected the way they saw themselves because they began to see with different eyes. And some even began to comment on a concept I refer to as the "double-edged sword" of white privilege. As students are

> In schools, what is needed is a space for white kids to move beyond polarized notions of race to the development of a continuum of white identity.



ness is a privileged way of seeing the world that is usually not talked about. In 1989, Peggy McIntosh published "White Privilege: Unpacking the Invisible Knapsack," and still, to this day, it is one of the best pieces on the topic of white privilege. Her central thesis is that white people have not had to acknowledge how they benefit from racial discrimination. White people might understand the disadvantages of racism, but they deny the advantages they receive because of white privilege.

It is disconcerting to realize that privilege and prejudice exist side by side; one informs the other. As I elevate myself, someone else is disadvantaged. As with racism, whites are taught not to see their privilege but, nevertheless, we carry around an invisible knapsack filled with unearned privileges. McIntosh lists over forty ways she experiences white privilege daily. For example,

2773

granted their privileges, they are often denied aspects of their identity. This privilege cuts both ways. For example, one student wrote that white privilege isolated her; people judged her, and even if there was an inherent benefit to that judgment, she felt that she was never really known in the process. Often, when she says where she is from, people just assume she is rich, snobby, and spoiled. Yes, this provides her with a kind of privilege, but at the same time, the person judging her may not be able to really know her because of her privilege. This leads to the question of what happens to the white student who receives the benefits, but is not seen for who she really is. Where does she have the opportunity to move beyond assumptions, especially if the assumptions are incorrect?

A second aspect of the "double-edged sword" of white privilege is cultural disconnection. Many of the white students I have taught talk about the guilt, embarrassment, and shame they feel when they think about their racial and ethnic identity. Where do these feelings come from? And can these feelings be mitigated by class status or strong ethnic identity? Gary Howard, president and founder of the Reach Center, a non-profit organization in Washington working to help people understand diversity, says that sometimes it is difficult for white people to feel good about their history. As the limitations of privilege and membership in a dominant group become apparent, many whites will turn away from their heritage and towards other traditions and cultures in order to create a sense of belonging. For many, the first recognition of white privilege can bring on intense feelings of guilt, but there is something else present for my students. It may be a feeling of loss, of not having a culture to celebrate during Multicultural Week.

It seems as if there is no counterbalance to the privilege, no firm identity to return to — only feelings of emptiness, sadness, and shame. To suddenly have to acknowledge you

are white, and that you have benefited from that identity while others are excluded, is difficult. The privilege maintains itself by locating itself as normal, and it can grow and strengthen because it is never examined or called into question. If I am just a regular kid, what's the problem? Yet, when I suddenly understand that I am white, and understand the full implications of that whiteness, and I'm seeing this aspect of my identity for the first time, the exposure is intense, difficult to grapple with. Henry Giroux, author and professor of cultural studies at Penn State University, writes that it is difficult for white students to see themselves as both antiracist and white; the terms seem mutually exclusive.

In schools, what is needed is a space for white kids to move beyond polarized notions of race to the development of a continuum of white identity. Instead of either drowning in guilt or accepting whiteness as the norm, Giroux says that students need to be "part of a broader new discourse of ethnicity, so that white youth can understand and struggle against the long legacy of white racism while using the particularities of, as Stuart Hall puts it, 'their own culture as a resource for resistance, reflection, and empowerment.'"

So once we have recognized white privilege, how can we move towards acceptance, accountability, and action to promote equity? I often have students who are empowered by the recognition of white privilege. They can separate their individual identity from their group membership. They can recognize their privilege and begin to think about ways of sharing their power, of giving up some of those privileges to gain something greater: a better sense of community, less prejudice, and a clearer sense of who they really are beyond the color of their skin. In short, they need the space to talk about being white, what it means to them, and how they can use their privilege to confront racism and class barriers.

What we need to do today is to

expand our notion of what it means to be white. Current conceptions of whiteness are stereotypical, narrow, and constricting. We also have to separate myths from realities so we no longer allow people to assume unearned superiority, and we can do this by rejecting racism and developing a white racial identity that is not based on racial supremacy. Quoting Janet Helms, Tatum writes: "He or she must accept his or her own whiteness, the cultural implications of being white, and define a view of self as a racial being that does not depend on the perceived superiority of one racial group over another."

Feeling guilty about white privilege creates paralysis; what white people need is a firm commitment to their own identity development and a willingness to confront the legacy of white racial domination. Paul Kivel, author of Men's Work and Uprooting Racism, provides an excellent analysis of the need for white accountability: "When we talk about unequal distribution of benefits and disadvantages, we may feel uncomfortable about being white. We did not choose our skin color. Nor are we guilty for the fact that racism exists and that we have benefited from it. We are responsible for acknowledging the reality of racism and for the daily choices we make about how to live in a racist society. We are only responsible for our own part, and we each have a part."

If you're a white educator, what is your part? For twenty-five years of my life, I did not know I had a role. I experienced life through the lens of white privilege, and it was not until I was asked by my students to step up to the challenge that I realized how hindered I was by my privilege. I was isolated from communities of people whom I needed to learn from and who had something to gain from me. I was distanced from an immigrant past that has so much to teach me about my family and how I am a part of a larger history. I was disconnected from my students, and this made my job more difficult. I could not be the teacher I



wanted to be until I could take an in-depth look at my own racial and ethnic identity to be able to teach who I am. Finally, I was not the human being I strive to be because of my unconscious and sometimes conscious participation in a system that benefits me at the expense of others. The resistance to acceptance and accountability is real: the fear of losing something, of giving up certain advantages with the risk of not getting anything in return. What will happen if we lose what we have? I have worked so hard to get where I am, and now that will be taken away? Yet white educators have to be willing to take the risk because the consequences of white privilege are too great. It is not enough for mainstream society to just accept more people of color. White people have to accept their history and their role, and work to create a society that is free of racism. This is an extraordinary moment. The opportunity awaits us all.

## REFERENCES

Babb, Valerie. (1998). *Whiteness Visible*. New York: New York University Press.

Banks, James. (2000). "The Social Construction of Difference and the Quest for Educational Equality." *Education in a New Era*.

Frankenberg, Ruth. (1993). *White Women, Race Matters: The Social Construction of Whiteness*. Minneapolis: University of Minnesota Press.

— (1997). *Displacing Whiteness: Essays in Social and Cultural Criticism*. Durham: Duke University Press.

Giroux, Henry A. (Summer 1997). "Rewriting the Discourse of Racial Identity: Towards a Pedagogy and Politics of Whiteness." *Harvard Educational Review*. Vol. 67:2.

Howard, Gary. (Sept. 1993). "Whites in Multicultural Education: Rethinking Our Role." *Phi Delta Kappan*.

Kivel, Paul. (1996). *Uprooting Racism: How White People Can Work for Racial Justice*. New Society Publishers.

McIntosh, Peggy. (1988). *White Privilege and Male Privilege: A Personal Account of Coming to See Correspondences Through Work in Women's Studies*. Wellesley, MA: Center for Research on Women.

Palmer, Parker. (1998). *The Courage to Teach*. San Francisco: Jossey-Bass Publishers.

Tatum, Beverly Daniel. (1992). "Talking about Race, Learning about Racism: The Application of Racial Identity Development Theory in the Classroom." *Harvard Educational Review*. Vol. 62:1.

—. (1997). *Why Are All the Black Kids Sitting Together in the Cafeteria?* Basic Books.





# NASA EDUCATIONAL WORKSHOPS

FOR TECHNOLOGY, GEOGRAPHY, SCIENCE AND MATHEMATICS EDUCATORS

**Fulfill your professional needs with NASA!**



**WHAT:**

* Enrich your content with NASA missions.

* Engage your students with NASA educational materials that align with the National Education Standards.

* Spend 2 weeks at a NASA Center with scientists, engineers, and educational specialists. All expenses paid!

**WHO:** K-12 educators who teach science, mathematics, technology, and/or geography

**HOW:** http://education.nasa.gov/NEW

NSTA • NASA Educational Workshops-O 1840 Wilson Boulevard • Arlington VA 22201 Fax: (703) 522-5413

**Application deadline is February 20, 2002.**

2775

# E X H I B I T   5 6

Case 1:06-cv-01137-ESH    Document 29    Filed 11/11/2006    Page 29 of 86

School Store □ For Faculty □ Staff Directory □ Library □ Site Map □ Calendar

# GEORGETOWN DAY SCHO

| ABOUT GDS | ADMISSIONS | PARENTS | ALUMNI | STUDENTS | ATH

## Diversity Programs for GDS Students, Parents, and Staff

Events

Students, parents, and faculty are actively involved in supporting diversity at GDS and e
that every student and family feels that they are full and welcomed members of the com
The School both supports affinity groups that recognize shared experiences and promot
cross-cultural dialogue.

Photo Gallery

Giving

Alumni Search

Comm. Board

GC/A

Reunion

**Diversity Connections**

A high school student club promoting equity and justice, Diversity Connections hosts dis
on topics related to diversity. It sponsors a weekend retreat open to all interested studer
Diversity Connections serves as an umbrella organization supporting additional student
leadership groups such as Rainbow, a gay/straight alliance; Black Culture Club; Fusion,
for multiracial students; and Brenner, a women's leadership group.

**Parents of Students of Color (POSOC)**

POSOC is a networking group that meets regularly throughout the year to support famili
students of color. POSOC also sponsors a picnic at the beginning of the school year for
entire GDS community.

**Read more** about POSOC activities and meeting dates by clicking here.

**Students of Color Mentoring Program**

This after-school program—featuring math workshops, cultural field trips, visits with high
students, critical-thinking exercises, and the like—is designed for students in grades 5-8
facilitated by high school students and teachers from both campuses.

**Read more** about the Mentoring Program and mentoring dates by clicking here.

**Parent Gay-Straight Alliance ("PGSA")**

The Parent Gay-Straight Alliance ("PGSA") is a group of parents, teachers and staff, ga
straight, working together to support the well-being of gay, lesbian, bisexual and transge
("GLBT") individuals, their families and the GDS community. The PGSA is a discussion
and an educational resource that fosters respect for diversity of many types and promote
greater awareness of GLBT issues that affect the members, the school and our commun
are welcome to participate.

**Board Diversity Committee**

Board members, parents, and administrators serve on this committee, which provides a
and counsel on issues of equity and the implementation of the goals of the Strategic Pla

**Read more** about the Board Diversity Committee by clicking here.

---

TRADITION, VISION & MISSION

DIVERSITY PROGRAMS

DIVERSITY EVENTS

PARENTS OF STUDENTS OF COLOR
NETWORKING GROUP

PARENT DIVERSITY DISCUSSIONS

STUDENTS OF COLOR MENTORING
PROGRAM

RECOMMENDED BOOKS, VIDEOS &
LINKS

COLLEGE INFO FOR STUDENTS OF
COLOR

DOWNLOAD DIVERSITY BROCHURE

© 2006 Georgetown Day School

2999

**Parent Diversity Discussion Series**

Sponsored by the Board Diversity Committee, each Parent Diversity Discussion series c
topics such as affirmative action, gender issues and sexism, white racial identity develop
adoptive families, and multi-ethnic identity. Discussions are open to all members of the o
community.

**Read more** about these discussion dates by clicking here.

**SEED**

Seeking Educational Equity and Diversity (SEED) is a national curriculum development
that focuses on infusing equity and multiculturalism into classroom practice. Lower, Midc
High School representatives meet regularly to examine issues of equity and diversity an
develop strategies for making the GDS curriculum more inclusive.

**Faculty Discussion Groups**

The Office of Diversity works in conjunction with the larger administrative team to create
programming for faculty and staff. In addition to supporting affinity groups for our staff of
and gay and lesbian staff, the Office is responsible for school-wide initiatives.

**Beyond GDS**

In addition to in-house diversity programs, we encourage students to attend other divers
conferences in the DC Metro Area and abroad. Conferences include the DC Metro Midc
School Diversity Leadership Conference, the DC Metro Student Diversity Leadership
Conference for high school students, East Ed Summer Institute on Multicultural Educatic
People of Color Conference, and the MAVIN Multiracial Conference. Teachers also regu
participate in professional development programs geared towards multicultural educatio

Back to the top

**3000**

# E X H I B I T   5 7

Georgetown Day School
In Service Day, October 3, 2003
Responses for Small Group Session, rm. B322

*Group Participants: Jan Tievsky, Laura Tolliver, Jeff Trembly, Victoria Velsey, Geoff Byrne, Jody Welsh (facilitator), Erica Demille, Tom Yoder, Sharon Killian (recorder), Veronica Ampey, John Burghardt*

**1.  In what ways might GDS' practices, policies, extracurricular activities, etc. lead students of color to feel disconnected from the school?**

- Some changes are being made.  The norm had been that the PSA was comprised of a certain kind of parent with the rare exception being one who would be able leave work in the daytime to attend the PSA meetings.

- Only the kids in a certain class or who could pass muster for a particular teacher or group might have received the benefit of certain activities.

- "White clubs" such as the newspaper were not so inviting to students of color.

- Theater and dance is a problem because of issues of transportation.

- Social norms regarding learning issues in the families of some children of color have to be recognized and understood.

- Some students do not have access to multiple tutors for multiple subjects

- As parents, children and the institution call upon Black teachers, they become overtaxed because a great majority of their extracurricular time is spent giving help to students of color--usually without remuneration--because "they have to care" and do care about the kids' success.

**2.  In what ways are white students and students of color socialized racially at GDS?**

- Proximity, or lack of proximity, to friends for parties causes issues
- Parents who have lots of money hardly ever go or allow their children to visit SE DC
- Whether students who live in more depressed areas than the GDS "norm" would like to have their wealthy friends visit them is the opposing idea.
- *Economic classes separate into powerful and not so powerful, sometimes, even if the kids have spent their formative years together.*
- In the middle school, who gets invited to which birthday party, and the opulence with which they are conducted sets the stage for socialization of white students and students of color.

1161

CONFIDENTIAL:          SUBJECT TO
                    PROTECTIVE ORDER

**3. In what ways could GDS help students of color feel more connected to the School?  List short-term and long-term strategies?**

- Hold PSA meeting at various times during the day, including evenings
- Clubs should become welcoming community for all students.  Faculty advisers have to seek out individual students and show them that their participation is valuable.
- Reiterate that GDS supports students to the level of financial aid they receive in many areas of their schooling, including tutoring.
- Perhaps we can contract a bus for students doing late extracurricular activities needing to go a great distance. Bus them to a centralized location (Potomac School does this) or we can set up a system of taxi vouchers for late night travel.
- We could put on contemporary plays by African American authors

Addendum to #3 Talk with Dr. Stevenson about the efficacy of getting a psychiatrist/psychologist on call (like Dr. Licamele's position) with expertise in issues pertaining to children of color

# E X H I B I T   5 8

ARTS FACULTY

Present for meeting: 3:30pm, Wednesday, October 15th

Nick Ryan

Joann Taylor

Ruth Marcus

Geoff Byrne

Susan Staines

Laura Tolliver

Sharon Killian

Questions to be discussed:

a.  How does my race influence my work as a teacher with students of color?

We believe the character of our subject matter places us in a unique position as teachers. There is a strong belief that our role as teachers is to appreciate and validate every student's culture, perspective, and outlook on the world. Teachers in the arts strive to teach students the skills to facilitate and enhance their creative expression. Our assessments are based primarily on each student's effort, growth, involvement, rather than against a set standard. Assignments are flexible and geared to the specific student in order to accommodate the broad range of skills students bring to class. In this sense we feel that we appreciate and strive to understand each person, but at the same time since assessments are largely specific to the individual there is an "informed color-blindness" when grading.

b.  How might my students' racial experiences influence their work with me as the teacher?

Cultural references such as imagery, sounds, rhythms, etc. are unique to each student. Courses in the arts welcome these influences as profoundly valuable and creative elements in coursework. Many teachers spoke of assignments that ask students to thoughtfully reflect and/or research various cultures. We all recognize that history has largely been told from a Western-European viewpoint and that our role is to breakdown stereotypes, while validating all the world's civilizations. Cultural identity projects allow students to reflect on their own families, culture, and identities - hopefully through sharing with the entire class these projects broaden everyone's perspective and understanding.

c.  What is the impact of race on my beliefs?

We recognize that life is continual education and personal growth. We learn to be cognizant of our own cultural biases and to strive for inclusiveness, understanding, and communication with our students and colleagues.

    d.  How do I, as a teacher, situate myself in the education of others, and how do I negotiate the power structures around race in my class to allow students to feel a sense of worth?

We feel we are pro-active in the education process. Our goal is to assist students and make their experience with the coursework successful as possible. We are sensitive to the possibility that some students may feel or perceive power structures/relationships, but we all work to reassure all our students that everyone is equally valued. In part the 'one on one' teaching methods that tend to exist in arts classes reaffirm each student and lessen competition among students. In addition, we supply all materials for the arts classes, which eliminate the potential for economics to play a role in success. We feel it is important that every student feels they are functioning in the fairest and most equal setting.

    e.  How might racial influences affect my and my students' interest in the classroom? How might I connect lessons to those interests?

Cultural diversity is key to our curricular goals and in that sense racial influences are seen as a source of creativity and knowledge. For example, field trips, guest speakers, and cultural projects continually expose students to influences outside the mainstream American culture. These assets are plentiful in Washington and seen as integral to an effective education in the arts.

    f.  To what degree are my role as teacher and my experiences superior to the experiences and expertise of my students, and is there knowledge to be learned from my constituents?

Certainly the age difference, education, and overall life experience places a teacher in a profound role in relationship to any student. The word superior seems a bit risky in this context so we avoided it. However, it is generally felt that teachers can use the breadth of their knowledge and experience to affirm every student. We also felt there are many instances where students become teachers within their classes and this was one of the greatest rewards of the profession. At it's best, education is ongoing, and clearly goes both ways.

    g.  *How do I situate and negotiate the students' knowledge, experience, expertise, and race with my own?*

We reward student's contributions and facilitate their input. Ultimately we teach skills, processes, and ideas that will facilitate each student's unique approach to the material and life in general.

    h.  Am I willing to speak about race on behalf of those who might not be present in the conversation *both* inside and outside of school, and am I willing to express the injustices of racism in conservative spaces?

Yes, we all spoke of instances where we have confronted ignorance in our personal and public life. In the classroom it is an absolute belief that teachers must deal effectively with issues as they arise. Hopefully turning confrontation and misunderstanding into 'teaching moments' that go beyond the curriculum, but deal directly with the school's diversity mission. We feel it is critical that every GDS student feel safe, valued, and affirmed at our school.

# E X H I B I T  5 9

Message
From:           Sharon Killian
"C. Sharon Killian" <skillian@cox.net>
Subject:        Fwd: GDS New Course Proposal
To:             Kevin Barr,GDS Lower School
Attachments:    GraphicDesignandPublishing.doc        57K
Tuesday, January 6, 2004 10:11:00 AM


Hi Kevin,
Thanks for your note.  Attached here is the revised course proposal.
Primary Changes
-The name of the course has changed to Graphic Design and Publishing;
-Instead of focusing only on the yearbook, it now incorporates the Art
Magazine, and the potential for program growth;
-The space needs have been revised to a dedicated workspace and studio in
consideration of GDS high school redesign and renovation.

Please let me know if there is anything else I can do to gain approval for
this course offering in '04-'05.

Sharon

098

2623

November 23, 2003

**Georgetown Day School**
**New Course Proposal (Revised 1/05/04)**

1.      **Give the course title and/or a brief description of the proposed change.**

Graphic Design and Publishing

There are several publications emanating from the high school that a course such as this could become the communications vehicle for. However, there are two that are of primary interest that need to be immediately redressed, the high school yearbook, *Ménagerie* and the *Art Magazine*.

Currently the HS Yearbook is being run as an extracurricular activity that attracts about 40 students. The program has grown from a small club of 3 personal friends to a group of students the size of two large classes. The students now involved in publishing this historical marker are as diverse in culture as in interests. This new course will harness this diverse interest, and teach skills that will be marketable immediately.

The *Art Magazine* has immediate potential as a marketing tool for the institution as many of our students buy into the GDS philosophy of art as an equally important area of study along with science, mathematics, history, literature and language. Part of the way we show this is our required and elective yearlong studio art courses. Many of our alums maintain this philosophy throughout their lives, some becoming visual artists in their own right. The *Art Magazine* already has featured alumni artists in at least two editions and this trend is one that needs to continue on an even more sophisticated level. Indeed, GDS Alumni Relations has shown an interest in our magazine for this reason and would like to further explore what we have done and where we would advance the publication in this regard.

This course will formalize the GDS culture in the context of at least two highly significant publications for both students and alumni.

Since the Yearbook graphic design and publication process is more intensive in time and effort and because the publications processes of the Art Magazine overlap it, the following will primarily reference the Yearbook.

2.      **Who is the teacher responsible for the course or change?**

Sharon Killian, who is currently the advisor to both the Yearbook and the Art Magazine. Because the Yearbook and Art Magazine represent the entire high school, the line of reporting will not change. The teacher for the class continues to report directly to the Principal of the high school.

**099**

### 3.    What content, concepts and skills are involved in the course or change?

Graphic Design and Publishing will teach all facets of publishing including content, *journalistic writing, copy editing, book cover design, page layout and design, desktop publishing hardware and software, ethical responsibilities in media, legal issues in publishing, business and organizational skills, collaboration and teamwork.*

- Students will develop an organizational work plan and project management approach for publication including responsibility charts and milestones.

- Students will create and maintain all physical and digital documents to produce the 300-page yearbook, *Ménagerie* and the *Art Magazine.*  *All physical media will be converted to high quality digital files for archiving and production.*

- Develop the entire theme and write content of the 300-page high school yearbook, including the concept that will represent the face of the school for the graduation year.

- Learn how to create layout and design to enhance the identity of the publication's theme and the identity of the institution.

- Learn to write copy, headlines, captions.

- Learn to work collaboratively in a deadline driven and public endeavor.

- Learn how to become engaged with students from every corner of the GDS community.

- *Develop interviewing skills and enhance their ability to converse with faculty, staff, students and alumni outside of the classroom in the official capacity as members of the Graphic Design and Publishing class.*

- Meet internal deadlines and schedules arranged with the publisher.

- *Use digital and 35mm cameras to capture vivid, candid and memorable impressions of school life and to photograph artwork.*

- Learn advanced techniques to create graphic design using computer and imaging technologies including Adobe Illustrator, Adobe InDesign, Adobe Photoshop and Adobe PageMaker.

- Work in teams to create sections, chapters, and an index of the publication.

- Gain experience and overview of the entire project from which a personal assessment of strengths, weaknesses and interests can be derived.

*100*

- Take leadership responsibilities as editors-in-chief, associate and assistant editors, business managers, technology specialists, and staff in reporting, copy, design, layout and photography.

**4.     In what way will the course further the School's commitment to multiculturalism and diverse learning styles?**

Graphic Design and Publishing faculty will personally encourage students from different backgrounds and cultures to participate in creating GDS publications that represent our multicultural community.  A diverse group of students are desired to be part of the creation of the Yearbook (and *Art Magazine*), not merely a model for its content.

As noted in item 3, there are diverse and varied aspects of the course and although every student will learn the essentials of all aspects of publishing, students will be able to concentrate in specific areas of their strengths.  Visual learners will be able to concentrate of capturing images, designers will have primary responsibility for layout and design, writers will focus on copy, verbal learners get interviews and write, computer technicians will have the opportunity to create with computer software and troubleshoot, and coordinators will focus on bringing their groups to optimum performance and accomplishment.  There are long-term assignments and short-term assignments that will appeal to different types of learners.  This course has a major role for, literally, every type of learner in our community.

**5.     Who are the students eligible for the course or affected by the change?**

All high school students (9th, 10th, 11th and 12th graders) are eligible for the course, which would also satisfy the Studio Art course requirement.

**6.     What are the reasons for recommending the course or change?**

GDS can harness the exciting momentum in inclusiveness that has begun here by creating this course.  Graphic Design and Publishing covers both beginning and advanced issues in communications media and is easily accessible and encouraged for a broad range of students from all ethnic, social and learning perspectives.  These benefits culminate in a high quality, 300-page publication where about 10 percent of the entire high school could have had a direct hand in its creation.

Publishing the *Art Magazine* in this context also gives broader ownership to our future alumni, as a greater number who graduate will have had a hand in its creation.  With the passing of just two years, there is a great possibility of forty to eighty (2 full classes per year) students who could graduate with "bragging rights" to publishing the Art Magazine, creating a larger web of dedicated alumni.

The work to be done in Graphic Design and Publishing fits GDS' progressive curriculum and will enhance the school course offerings to students.  Also, this course will help to

3

*101*

2626

standardize a high quality level content that becomes part of the rubric and historical archive of the institution.

**7.    Will this be a semester or full year course?**

This will be a full year course.

**8.    What could be the possible impact on the schedule?**

This course will meet at the same schedule as all the other GDS high school courses. There is no impact on the normal school schedule.

**9.    What is the projected cost to the school budget?  Include cost of textbooks, special equipment, etc.**

It is envisioned that Graphic Design and Publishing has its own workspace and studio, but if new building space is not immediately available for 2004-05, this should in no way preclude institution of the new class.  This workspace and studio would include technology rich seminar room(s) with dropdown screen, digital projector with capability to switch projection from one computer to another remotely, and other similar technology to engage a creative and collaborative process.
The workspace and studio should be equipped with high bandwidth wireless and wired connections to accommodate up to 30 simultaneous connections for 30 computers/work stations.

The workspace and studio should be equipped with 10 high-resolution flatbed scanners and two negative scanners.  Computers should be equipped with DVD writers. Since the school already has site licenses for Adobe Art Programs, Photoshop, Adobe PageMaker and Adobe Illustrator, the only cost should be for a site license for Adobe In Design, which is fast becoming the publications design software of choice in the industry and for this course.

Students will use their own cameras, both digital and 35mm as they already do in other studio art courses.  For students in the financial need category, we anticipate that we will require 10 digital cameras (other courses requiring use of a camera also have loaners for student use) at the cost of about $700-$800 each ($7000 to $8000), and 10 memory cards (approximately $2000 total).

Textbooks and relevant publications should cost about $50 per student, as it does for the digital photography and black and white photography courses.

The Graphic Design and Publishing class will buy membership to the National Scholastic Press Association for about $200 per year and the Columbia Scholastic Press Association at a cost of $150 per year.

*10 2*

2627

**10.    What could be the impact on the library and its personnel?**

Other than the use of the library scanner and multimedia computer for homework, there would be little or no impact on the library or its personnel.  We might make suggestions for books and periodicals relevant to publishing and communications to augment the collection in these areas.

**11.    How do you anticipate using technology in the course?  What could be the impact on the technology department?**

Technology and publishing go hand in hand and students will have to master the use of these technologies, i.e., cameras, scanners, computers, art and desktop publishing software. The Technology department would need to maintain and upgrade the computers annually since they will be running resource intensive applications.  In addition, as computer software evolves, the technology department will need to work with Graphic Design and Publishing to assure that the most current software and technology upgrades occur every year (mid-year purchases are also very likely), and that adequate funding of software/hardware purchases is allocated.

**12.    Note any prerequisites and other relevant information.**

There is no prerequisite required for a student to take the class.  We will take action to fill the course with students from all segments of the GDS community.

Students who take this class also work as members of the Yearbook and the Art Magazine clubs during their free period and/or after school.

*10 8*

2628

November 23, 2003

**Georgetown Day School**
**New Course Proposal**

1.    **Give the course title and/or a brief description of the proposed change.**

Yearbook Publishing and Advanced Independent Study Publishing (AISP)

Currently the HS Yearbook is being run as an extracurricular activity that attracts about 40 students. The program has grown from a small club of 3 personal friends to a group of students the size of two large classes. The students now involved in publishing this historical marker are as diverse in culture as in interests. This new course will harness this diverse interest, and teach skills that will be marketable immediately. I will also formalize the GDS culture in the context of a highly significant publication for both students and alumni.

2.    **Who is the teacher responsible for the course or change?**  Sharon Killian

3.    **What content, concepts and skills are involved in the course or change?**

Yearbook Publishing will teach all facets of publishing including journalistic writing for the yearbook, copy editing, book cover design, page layout and design, desktop publishing hardware and software, ethical responsibilities in media, legal issues in publishing, business and organizational skills, collaboration and teamwork.

- Students will develop an organizational work plan and project management approach for yearbook publication including responsibility charts and milestones.

- Students will create and maintain all physical and digital documents to produce the 300-page yearbook, *Ménagerie*   All physical media will be converted to high quality digital files for archiving and production.

- Develop the entire theme of the 300-page high school yearbook, including the concept that will represent the face of the school for the graduation year.

- Learn how to create layout and design to enhance the identity of the publication's theme and the identity of the institution.

- Learn to write headlines, captions and copy.

- Learn to work collaboratively in a deadline driven and public endeavor.

- Learn how to become engaged with students from every corner of the GDS community.

**104**

2629

- Develop interviewing skills and enhance their ability to converse with faculty/staff/coaches outside of the classroom in the official capacity as members of the Yearbook Publishing class.

- Meet internal deadlines and schedules arranged with the publisher.

- Use digital and 35mm cameras to capture vivid, candid and memorable impressions of school life.

- Learn advanced techniques to create graphic design using computer and imaging technologies including Adobe Illustrator, Adobe InDesign, Adobe Photoshop and Adobe PageMaker.

- Work in teams to create sections, chapters, and an index of the publication.

- Gain experience and overview of the entire project from which a personal assessment of strengths, weaknesses and interests can be derived.

- Take leadership responsibilities as editors-in-chief, associate and assistant editors, business managers, technology specialists, and staff in reporting, copy, design, layout and photography.

**4.    In what way will the course further the School's commitment to multiculturalism and diverse learning styles?**

Yearbook Publishing and AISP faculty will personally encourage students from different backgrounds and cultures to participate in creating a GDS yearbook that represents our multicultural community.  A diverse group of students are desired to be part of the creation of the Yearbook, not merely a model for its content.

As noted in item 3, there are diverse and varied aspects of the course and although every student will learn the essentials of all aspects of publishing, students will be able to concentrate in specific areas of their strengths. Visual learners will be able to concentrate of capturing images, designers will have primary responsibility for layout and design, writers will focus on copy, verbal learners get interviews and write, computer technicians will have the opportunity to create with computer software and troubleshoot, and coordinators will focus on bringing their groups to optimum performance and accomplishment.  There are long-term assignments and short-term assignments that will appeal to different types of learners.  This course has a major role for, literally, every type of learner in our community.

**5.    Who are the students eligible for the course or affected by the change?**

All high school students (9th, 10th, 11th and 12th graders) are eligible for the course, which would also satisfy the Studio Art course requirement.

2

**105**

**6.    What are the reasons for recommending the course or change?**

GDS can harness the exciting momentum in inclusiveness that has begun here by creating this course. Yearbook Publishing covers both beginning and advanced issues in communications media and is easily accessible and encouraged for a broad range of students from all ethnic, social and learning perspectives. These benefits culminate in a high quality, 300-page publication where about 10 percent of the entire high school could have had a direct hand in its creation.

The work to be done in yearbook publishing fits GDS' progressive curriculum and will enhance the school course offerings to students. Also, this course will help to standardize a high quality level content that becomes part of the rubric and historical archive of the institution.

**7.    Will this be a semester or full year course?**

This will be a full year course.

**8.    What could be the possible impact on the schedule?**

This course will meet at the same schedule as all the other GDS high school courses. There is no impact on the normal school schedule.

**9.    What is the projected cost to the school budget? Include cost of textbooks, special equipment, etc.**

Textbooks and relevant publications should cost about $50 per student, as it does for the digital photography and black and white photography courses.

The Yearbook and AISP class will buy membership to the National Scholastic Press Association for about $179 per year and the Columbia Scholastic Press Association at a cost of $120 per year.

Students will use their own cameras, both digital and 35mm as they already do in other studio art courses. For students in the financial need category, we anticipate that we will require six digital cameras (other courses requiring use of a camera also have loaners for student use) at the cost of about $700-$800 each ($4200 to $4800), and six memory cards (approximately $1200 total).

The course would be taught in PC lab. If the lab is not already equipped with three flatbed scanners these should be acquired at a cost of about $250 each. Since we already have site licenses for Adobe Art Programs, Photoshop, Adobe PageMaker and Adobe Illustrator, the only cost should be for a site license for Adobe In Design, which is fast becoming the publications design software of choice in the industry and for this course.

**106**

3

The art department will already have in place (approved for purchase 2003-04) a 480-gigabyte dedicated server with digital backup and near-line (optical storage media, e.g. DVD) that will enable the processing and maintenance of large digital files.

10.    **What could be the impact on the library and its personnel?**

Other than the use of the library scanner and multimedia computer for homework, there would be little or no impact on the library or its personnel. We might make suggestions for books and periodicals relevant to publishing and communications to augment the collection in these areas.

11.    **How do you anticipate using technology in the course? What could be the impact on the technology department?**

Technology and publishing go hand in hand and students will have to master the use of these technologies, i.e., cameras, scanners, computers, art and desktop publishing software. The Technology department would need to maintain and upgrade the computers and the existing software programs in the lab, the art studio and the publications office and give the art department and students access to the PC computer lab during the scheduled class periods. In addition, as the software evolves the Art Department and Technology Office will need to work together to assure curriculum advancement and adequate funding of software/hardware purchases.

12.    **Note any prerequisites and other relevant information.**

There is no prerequisite required for a student to take the class. The department will take action to fill the course with students from all segments of the GDS community. Although there will be room for 15 to 18 class seats (as many seats as computers in the lab), some additional students who have worked on the yearbook in prior years will register for and will receive credit for the advanced independent study publishing component, with permission of the instructor.

Students who take this class are also committed to work as a member of the Yearbook Club during their free period and/or after school.

*107*

2632

# EXHIBIT 60

| E-DOCUMENT METADATA | | |
|---|---|---|
| **FILENAME** | **AUTHOR** | **DATE / TIME MODIFIED** |
| NRyan2\Misc Stuff\Multicul Art History Course.doc | GDS | 12/10/2003 (1:39 PM) |

**Georgetown Day School**
**New Course Proposal or Requested Change in Program**

1.    **Give the course title and/or a brief description of the proposed change.**

Course Title: Art History with a Multicultural Perspective

Students examine the origins of civilization as they simultaneously emerge across the globe and trace their development in the artistic expression of a diverse set of cultures. The major artistic periods in ceramics, textiles, sculpture, painting, and architecture frame the study. Thought provoking topics such as the influence of religion, the role of women, and the idea of universal aesthetic principles will challenge students to question existing conclusions about art, culture, and society. Field trips to area museums will be integral to the learning process and partnerships with embassies offer the possibility of direct cultural links.

2.    **Who is the teacher responsible for the course or change?**

New part-time teacher – (tentatively Corey Twigts  - docent at the Phillips Collection. You have to meet Corey to understand my enthusiasm for her potential as a teacher at GDS. Although I believe a number of people could teach this class I crafted this with her specifically in mind).

3.    **What content, concepts and skills are involved in the course or change?**

The content of the course curriculum would focus on the diversity of human expression and its evolution as evidenced in a broad array of world cultures. The concepts and skills would be similar to a social studies course in that students would be examining and discussing the historical and conceptual contribution of a very diverse, but significant set of cultures.

4.    **In what way will the course further the School's commitment to multiculturalism and diverse learning styles?**

Multiculturalism would be the guiding principle of the study and analysis of art in this course. Emphasis would shift from the traditional Art History course that focuses on the origins of art as the precursor and foundation of Western European civilization to a broader, one might say more eclectic, set of world cultures from the Americas, Africa, and Asia. The staples of early civilization such as the Ancient Near East, Egypt, and the Greeks would remain, but the much overlooked art of Africa, the South Asian subcontinent, China, and Japan would augment and expand student understanding of the breadth of world culture. A conscious attempt to counter the bias toward a male dominated European Civilization as the standard by which other cultures are measured would be central to the thesis of the curriculum.

**5.    Who are the students eligible for the course or affected by the change?**

This course would be an elective and treated as any other elective course open to grades 10-12 in the high school.

**6.    What are the reasons for recommending the course or change?**

An art history course would augment the studio art program immeasurably and would also provide a complimentary perspective to studies offered by the social studies and foreign language departments. In addition, the focus of the course enhances the school's ability to fulfill its mission statement.
Although the course is being proposed from the Studio Art Department it would not fulfill the basic one-year studio requirement for a 'hands-on' studio class.

**7.    Will this be a semester or full year course?**

This course is intended as a full year course. I recognize there are reasonable arguments for allowing students to elect the course for the first semester only. I would think it difficult for a student to 'pickup' the course only in the second semester. However, depending on how the course is designed this option might be feasible – certainly worth considering as the program develops.

**8.    What could be the possible impact on the schedule?**

It would broaden the electives offered in the school's total curriculum. The Social Studies/History Department might want to consider this course as fulfilling some of the requirements for graduation.
(Paul has recommended it be placed within the Social Studies/History Department curriculum – I would advocate that it also be cross-listed in the Studio Art Department listings).

**9.    What is the projected cost to the school budget?  Include cost of textbooks, special equipment, etc.**

Textbook(s) for this course are expected to run about $100 per student. We would need to purchase a comprehensive set of slides or preferably a laser disc player and set of laser discs. Cost approximately: $2,500. (The foreign language department currently has 5 laser discs: Louvre Vol. #1, 2, 3 – Musee d'Orsay, and Salamandre Chateaux of the Loire. Gail Massot has indicated she would be more than willing to share this resource. In fact, they are not currently in use because the school does not own a working laser disc player.)

**10.    What could be the impact on the library and its personnel?**

The library currently maintains a good collection of art history materials. Some augmentation would be called for, but it could easily be achieved gradually over time without significantly burdening the libraries resources.

**11.    How do you anticipate using technology in the course?  What could be the impact on the technology department?**

Ideally regular use of a laser disc player linked to a computer projection system similar to that already existing in the computer labs and in some classrooms would be required. Occasional use of one of the two computer labs for research would occur much as any class would schedule a lab period in advance.

**12.    Note any prerequisites and other relevant information.**

No prerequisites are anticipated. This class would be open as an elective to grades 10-12.

# E X H I B I T   6 1

**Exhibit 63**
5/17/06
Page 1 of 1



Wednesday, August 27, 2003 3:00:52 PM
Message

From:          Sharon Killian

Subject:      Re: the missing paper

To:             "Art Garroway" <agarroway@penncamera.com>

Art,
Thanks.  Laura found them in her order.
Sharon

"Art Garroway" <agarroway@penncamera.com> writes:
Hello again,

Did you physically open all the cases of paper?  One case had two boxes of glossy and two of silk in it
Could Laura have received part of your order?

Art

# E X H I B I T   6 2

Exhibit 48
5/17/06    CGM



Wednesday, June 9, 2004 2:29:52 PM
Message

| | |
|---|---|
| From: | Nick Ryan |
| Subject: | Fwd: Capital Budget |
| To: | Sharon Killian |
| | Laura Tolliver |

## FYI - Reminder:
**The capital budget committee has granted the following requests from the art dept:**

## Sharon:
Intuos2 (9" x 12") pen, tablet & 5-button mouse set (AP Studio) 6 @ $490 = $2,940. 3 6

Kodak 4600 Carousel Slide Projector w/ lens and accessories  1 @ $700.

HP DeskJet 9650 printer 1 @ $400.

## Nick:
Pottery wheel repair - $3000.

## Laura:
Canon G-3 digital cameras 9 @ $450 = $4050

Nick Ryan
Chair - Art Dept.
Georgetown Day High School
4200 Davenport Street NW
Washington, DC 20016
202-274-3258

CONFIDENTIAL:    SUBJECT TO
PROTECTIVE ORDER    1838

# EXHIBIT 63

PURCHASE ORDER # 1651

# GEORGETOWN DAY SCHOOL

**Exhibit 21**

| | | | |
|---|---|---|---|
| LOWER SCHOOL: | 202-295-6200 | FAX | 202-295-6151 |
| MIDDLE SCHOOL: | 202-295-6200 | FAX | 202-295-6221 |
| HIGH SCHOOL: | 202-274-3200 | FAX | 202-364-9603 |
| DEV./BUSINESS OFFICE: | 202-295-1060 | FAX | 202-338-0480 |

**IMPORTANT**
OUR ORDER NUMBER MUST APPEAR ON ALL
CORRESPONDENCE, INVOICES, AND PACKAGES.

TO

CDW-G

fax - 203  899 - 2080
attn: Michael Soto

DC TAX EXEMPT # 8200-13040-01
FEDERAL ID# 53-0204701

SHIP TO

☑ GEORGETOWN DAY LOWER/MIDDLE SCHOOLS
4530 MACARTHUR BLVD., NW
WASHINGTON, DC 20007
ATTN: SHARON KILLIAN
HS. STUDIO ARTS

☐ GEORGETOWN DAY HIGH SCHOOL
4200 DAVENPORT ST., NW
WASHINGTON, DC 20016
ATTN: _____

BILL TO

ATTN: IRA
GEORGETOWN DAY SCHOOL BUSINESS OFFICE
4530 MACARTHUR BLVD., NW
WASHINGTON, DC 20007-4297

| QUANTITY | DESCRIPTION | PRICE | AMOUNT DUE |
|---|---|---|---|
| 8 | Canon Powershot S70 camera | 499.- | 3992.- |
| 8 | Sony DCR-HC42 Mini DV Camcorder | 598.49 | 4787.92 |
| 8 | and accessories Sony BC/TRP - battery charger | 47.47 | 379.76 |
| 8 | " Case 631362 - LCS VA30 | 16.96 | 135.68 |
| | | | |
| | | | |
| | | | |
| | | | |

Δπ EXHIBIT 21
Deponent _____
Date 3/7/06 Rptr. DV
WWW.DEPOBOOK.COM

**CONFIDENTIAL:**

**SUBJECT TO
PROTECTIVE ORDER**

CAPITAL BUDGET

| | CHARGE TO ACCOUNT | AMOUNT |
|---|---|---|
| | | 9295.38 |

**Please complete when ordering:**   Date order placed: 7/2/05

Order placed by:
☐ Telephone
☑ Fax
☐ Mail

☐ Pay when billed
☐ Send check with order
☐ Give check to _____ by _____

2369

Ordered by: _____   Authorized by: Nicole R_____

White copy to Vendor
Yellow copy to Bookkeeping
Pink copy to File

# E X H I B I T   6 4

PURCHASE ORDER **7074**

# GEORGETOWN DAY SCHOOL

| | | | |
|---|---|---|---|
| LOWER SCHOOL: | 202-295-6200 | FAX | 202-295-6151 |
| MIDDLE SCHOOL: | 202-295-6200 | FAX | 202-295-6221 |
| HIGH SCHOOL: | 202-274-3200 | FAX | 202-364-9603 |
| DEV./BUSINESS OFFICE: | 202-295-1060 | FAX | 202-338-0480 |

**IMPORTANT**
OUR ORDER NUMBER MUST APPEAR ON ALL
CORRESPONDENCE, INVOICES, AND PACKAGES.

SHIP TO

☑ GEORGETOWN DAY LOWER/MIDDLE SCHOOLS
4530 MacArthur Blvd., NW
Washington, DC 20007

ATTN: _____

☐ GEORGETOWN DAY HIGH SCHOOL
4200 Davenport St., NW
Washington, DC 20016

ATTN: _Laura Totline_

TO

CDWG
230 N. Milwaukee Ave
Vernon Hills, Ill 60061

BILL TO

ATTN: IRA
GEORGETOWN DAY SCHOOL BUSINESS OFFICE
4530 MacArthur Blvd., NW
Washington, DC 20007-4297

Fx 203-899-2080

DC TAX EXEMPT # 8200-13040-01
FEDERAL ID# 53-0204701

Michael 1-800-666-1727 X87175

478

| QUANTITY | DESCRIPTION | PRICE | AMOUNT DUE |
|---|---|---|---|
| ✓ 7 | Sony Cyber-shot DSC-H1 digital camera | 478 | 3346 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **CONFIDENTIAL:** | **SUBJECT TO PROTECTIVE ORDER** | |
| | | | |

| | CHARGE TO ACCOUNT # | AMOUNT |
|---|---|---|
| | | |
| | | 2343 |

**Please complete when ordering:**     Date order placed: _7/6/05_     Capital Budget

Order placed by: ☐ Telephone  ☑ Fax  ☐ Mail

☐ Pay when billed
☐ Send check with order
☐ Give check to _____ by _____

Ordered by: _Laura Totline_     Authorized by: _Nick R___

White copy to Vendor
Yellow copy to Bookkeeping
Pink copy to File

# E X H I B I T   6 5





**FIRST CLASS**®
**Education Edition**

Re: User Folder limits
Laura and Sharon,
Bruce has requested that you both start to archive material in your User Folder. Of the total space available together you are using 64% of all available User space and this is making the overnight backup of files a 15 hour process - which means it cannot be done in time for the start of the following school day. In June the Technology department imposed a 250 megs storage limit for teachers, but Bruce is allowing you each 750 megs because of the nature of the course material you each teach. (At present Laura has 7.07 Gigs and Sharon 9.54 Gigs). Bruce has asked me to convey this information and requested that you complete the archiving to CD's and DVD's by the end of September. I know this is not welcome news, but it does seem we need to make some reasonable adjustments if the server backup is to function properly.
Thanks,



Δ π EXHIBIT 28
Deponent
Date 3/37/0  Rptr. DV
WWW.DEPOBOOK.COM

**16 7**

2695

# E X H I B I T   6 6



Monday, February 14, 2005 5:09:41 PM
Message

| | |
|---|---|
| From: | ○ Kevin Barr |
| Subject: | Key |
| To: | ○ George Buckwalter |
| Cc: | ○ Nick Ryan |
| | ○ **Bruce Ruble** |
| | ○ Laura Tolliver |
| | ○ Sharon Killian |

Dear George,

I need a copy made of the key that unlocks the cabinet in the MAC lab where the Art dept keeps equipment. Sharon needs a copy.  Would you do that as soon as you can?

Thanks,

Kevin

4513

# E X H I B I T   6 7

**From:** "Kevin Barr" <kbarr@gds.org>
**t:** Tue Mar 15, 2005  1:31:24 PM America/Chicago
killian@cox.net, skillian@gds.org
**Cc:** nryan@gds.org, gbuck@gds.org
**Subject:** Re: locked storage

Sharon Killian writes:
Hi Kevin,
There are no cabinets that I use that are kept under lock and key.  The
built-in gray cabinets in the studio can be opened by any department
member.  I received a copy of the department keys to those gray built-ins
from Debbie Haynes when I was hired (she told me that everyone had a set)
and I assume that she passed her keys on to Nick. To my surprise, Laura
said today that she does not have a key to those built-in cabinets.

Sharon

Well, let's see if we can get Laura and Nick keys.

# E X H I B I T   6 8



Thursday, May 13, 2004 11:05:15 AM
Message

From:     ÿ  Nick Ryan
          ÿ  "Peggy W" <peggy.weid@verizon.net>

Subject:  *Fwd: Cilla & Art*

To:       ÿ  "Ted at Chron" <ted.weidlein@chronicle.com>
          ÿ  "Peggy" <peggy.weid@verizon.net>

Cc:       ÿ  Sharon Killian

---

**Peggy,**
  My first response is that if Cilla wants to go to a school like RISD then she should
have AP Studio Art on her schedule with Sharon Killian. That course would give her the
portfolio building skills and assignments she will need for an art school application. If,
however, Cilla wants to major in Studio Art at a traditional liberal arts college she can
manage with her current plans. Since Cilla will be a junior next year she still has time to
do AP senior year and this plan for an independent study with me as a junior. It sounds
like Cilla's plans maybe just forming and she may need next year to clarify her college
decision. In any event, I think a summer course at the Corcoran would be great.
-Nick

Nick Ryan
*Chair - Art Dept.*
Georgetown Day High School
4200 Davenport Street NW
Washington, DC 20016
202-274-3258


Hello, Nick

For years Cilla has been talking about possibly going to RISD or some other art school after high school. She
has been dutifully fulfilling her curriculum requirements and hasn't really been focused on what happens after
high school. We wonder how we should steer Cilla. She hasn't done any other formal art instruction outside
of GDS. There are areas of art in which she clearly excels which would be good for her to explore. We
understand that she has the chance to do an independent project with you next year and we think this would be a
very good thing for her to do, and she very much wants to do it. At this point she has a full, some would say too
full, course load next year which is more mainstream (not particularly arts-stream). It looks like she may have
to drop one of her courses in order to do an independent study with you. I think she's going to discuss this with
you at more length. She's worried about over-extending herself.

If she really did want to study drama and art after high school, maybe part of her curriculum should be focused
on a portfolio of some kind. That's one good thing that would come from a project with her such as you are
proposing.

As for summer and art: thank you for emailing me information about possibilities.  The more conventionally organized teen programs of all sorts occur at the same time - July.  Cilla is spending July doing something else.  However, I can sign her up to do an adult continuing education course with me at the Corcoran in their adult continuing education program.  Classes start next week and go to the end of June.  Cilla and I might enroll in a drawing course since we both have drawing skills.  But there's a big world out there and other choices and wonder if you have any thoughts about which road to go down.

Best,   Peggy Weidlein

# E X H I B I T   6 9

Exhibit 43 $\mathcal{RYm}$
5/17/06

|  | Friday, February 27, 2004 2:49:37 PM |
|--|--|
|  | Message |
| From: | Nick Ryan |
| Subject: | Topher Toregas |
| To: | Sharon Killian |

Topher Toregas is considering AP Studio Art with a 3D concentration. I recommended he speak with you, Jon H. and also discuss options for summer study in some art program. Hopefully he will follow through.
-Nick

Nick Ryan
Chair - Art Dept.
Georgetown Day High School
4200 Davenport Street NW
Washington, DC 20016
202-274-3258

# EXHIBIT 70

# High School Curriculum Overview

## 2004-2005 High School Graduation Requirements

**Arts: Performing**
One year of performing art.

**Arts: Studio**
One year of studio art.

**Community Service**
At least 60 hours of service at no more than two locations.

**English**
Four years of assigned English.

**Literature**
One yearlong literature course in English, French, Spanish, or Latin.

**Modern and Classical Languages**
Two successive years of the same foreign language completed in high school.

**History and Social Sciences**
Non-Western World, European History, and United States History.

**Mathematics**
At least two sequential years of math at the high school level and completion of Geometry and Algebra II.

**Physical Education**
Two years of physical education, one of which is Ninth Grade PE. The second year may be taken during the sophomore, junior, or senior year.

**Science**
Two years of laboratory science, one of which must be Biophysical Science.

**Minimum Course Load**
Five academic courses is a reasonable goal and the required minimum for each semester's work unless special circumstances arise. Many students elect to take additional academic, fine arts, or elective courses. All students are encouraged to continue their study beyond minimum requirements whenever possible.

**Course Length**
Except where noted, all courses are yearlong, two semesters.

**Community Service**
Students must complete 60 hours of approved service at no more than two locations. At least 20 hours must be completed by the end of sophomore year. Beginning with the class of 2007, the service must be completed prior to the start of senior year.

**Course Cancellation**
At the School's option, any course in which the enrollment is fewer than ten students may be canceled.

**Honors Courses**
Some departments offer honors sections of some courses. Departments will recommend a student for an honors class on the basis of 1) grades in previous courses; 2) teachers' recommendations; 3) the student's interest and motivation; and, in some cases, 4) placement tests. Honors courses will cover more material at a faster pace and will possibly require more homework than regular courses. For details see department descriptions.

**Advanced Placement (AP) Courses**
Courses designated as Advanced Placement (AP) courses conform to the guidelines set forth in AP course descriptions prepared by the College Board. The departmental staff and/or Department Chair recommend students for admission into an AP course. Students not recommended may petition for admission. Special attention will be paid to the motivation and maturity of prospective students. We ask that students and parents be particularly sensitive to the demands that an AP course will make and that they realize students are committing themselves to working at a college level. Students are expected to complete the AP curriculum and to take the AP exam.

**AP Course Requirements**
Students taking three AP courses in a given year need take only one additional academic course to satisfy minimum course load requirements. Students taking four AP courses in a given year may do so only with the approval of the College Counselor or Assistant Principal Tom Yoder, and, if approved, will be considered as satisfying the minimum course load.

Students enrolling in an AP course must pay the exam fee charged by the College Board unless they need financial aid. Students needing a fee waiver should see the test coordinator, Carolyn Lockie.

## College Board SATs

**SAT I: Reasoning Test**
Students should plan to take the SAT I Reasoning Test in the spring of junior year and perhaps again in the fall of senior year after consultation with the College Counseling Office.

**SAT II: Subject Tests**
Many colleges recommend that a student take three SAT II Subject Tests for admissions purposes: Writing, either Math or Science, and one other. A student who does well in a one-year course tested by the College Board SAT II should consider taking the appropriate exam in June of that year. However, students should consult with the College Counseling Office to determine the appropriate tests for specific colleges and should use the "score choice" option with every SAT II.

Students who terminate their study of a modern foreign language or Latin at the four-year level in eleventh grade should take the relevant College Board SAT II Subject Language Test in June of that year.

Students who do well in an Honors level or AP level class tested by the College Board should consult with their teachers and consider taking the SAT II Subject Test in June of that year. All students should consult with their math teachers before deciding to take the Math Level I or Level II Subject Test. The Writing test should be taken in May or June of junior year, and perhaps again in the fall of senior year.

**Library • Information and Literacy Skills**
Teaching in the High School library is designed to complement the curriculum of the School. Every 9th grade student is introduced to the varied holdings of the library: the print collection, databases, and periodicals. Students are taught how to search effectively, choose appropriate sources, understand the foibles of the Internet, and critically evaluate the material they have found through the writing of an annotated bibliography. Developing a balanced search plan using print and electronic resources is a foundation for successful information retrieval. These skills are reinforced in subsequent grades in various classes. In 12th grade English, students are introduced to the college-level database, FirstSearch. The skills taught at GDS are meant to carry the students on through college and into the world, able to locate and select information with intelligence.

**Ninth Grade Seminar**
All ninth graders participate in a one-semester seminar designed to ease their transition into the High School. With the School's historic and present commitment to building an inclusive community framing their explorations, students examine issues of identity development, cross-cultural communication, and conflict management.

**Senior Quest**
All seniors participate in a Quest, or investigation, in which they apply their curiosity, talents, interests, skills, and knowledge to a question, task, creation, or issue of relevance to the student in particular as well as to a significant constituency outside of the GDS community. Quests call for teamwork, a multi-disciplinary approach, community involvement, demonstrable social value, and presentation and communication skills. Quest proposals are due in February of the senior year and work on a Quest may begin once approval has been granted by the Senior Quest Committee, composed of GDS staff and seniors. Seniors present their Quests results to parents, staff, and invited guests at a Senior Banquet in late May.

# High School Curriculum

## Arts: Performing

### Graduation Requirement

One year of Performing Arts

## Theater

### Acting I: Introduction to Acting

This course focuses on basic techniques for the beginning actor. Class work includes acting exercises, game playing, improvisation, scenes, and monologues from classic theater, including Shakespeare, 20th century American drama, British Comedy of Manners, and Spoon River Anthology. Students perform throughout the year in the Lunchbox Theater series. Requirements include interest in theater and acting and a commitment to line learning.

### Acting II: Advanced Introduction to Acting
**Prerequisite:  Permission of instructor or audition**

This course covers the same techniques as Acting I but is designed for the student who has had previous acting experience and training. Material for scenes and monologues is more challenging; exercises and games are more sophisticated. Students perform in the Lunchbox Theater series and will be encouraged to participate in extracurricular theater.

### Acting III: Advanced Acting Technique
**Prerequisite:   Acting I or II and permission of the instructor**

Students will participate in the presentation of a fully staged play each semester, from first reading to performance in costume with an audience. Work on the play will be detailed, and students will learn and practice using advanced acting tools such as the Meisner technique and the Viewpoints technique.

### Directing for the Stage
**Prerequisite:   One course from the GDS High School Performing Arts Department and permission of instructor**

This course for the advanced theater student concentrates on the vision and the methods of significant directors of American, European, and Japanese Theater, including Stanislavsky, Meyerhold, G.B. Shaw, Peter Brook, Suzuki, Joseph Papp, and Craig Wolfe. Plays studied include those from the classical repertoire, including Shakespeare, Chekhov, and Brecht, as well as contemporary works by recognized playwrights such as Mamet, Fugard, McNally, and N. Shange. Students study the design and theatrical values of theater from Ancient Greek Theater to contemporary technologies. Students both direct and act in each other's projects, and direct designers and actors from other classes in the department. Students' work is performed in the Lunchbox Series and the Spring Arts Showcase. Instructors include a director, acting coaches, and a variety of guest artists. This course is recommended for students who wish to direct a show in the Winter One-Acts Series.

### Theater Production I

This course is designed for the beginning theater arts student. Students learn technical skills in theater set construction, lighting, costumes, and makeup, along with basic theater design concepts and skills. Students develop stage management and directorial experience through the production of class shows and by working on school assemblies and festivals. Class work also includes play reading, research, the study of theater history, and critical analyses of school shows and professional shows.

### Theater Production II
**Prerequisite:   Permission of instructor or Theater Production I**

This course is designed for the student with some theater arts experience and for students who have completed Theater Production I and wish to develop advanced skills. Through a series of one-act plays designed, produced, and performed in the Lunchbox series, students hone technical skills in costumes, makeup, sound production, lights, sets ,and special effects and explore stage management and direction. Class work includes

design and drafting projects, play reading, research, and critical analyses. Students also participate in extracurricular theater, school festivals, and assemblies, and they attend professional productions and workshops provided by guest artists.

### Dance for Musical Theater I

In this course students are introduced to the styles of dance that make up American Musical Theater: Ballet, Jazz, Modern, Ballroom, and Tap. Each style is analyzed and evaluated through an appropriate Broadway musical. Students study and emulate styles of great American musical theater choreographers, i.e., Bob Fosse, Agnes DeMille, Twyla Tharp, and Jerome Robbins. Each student focuses on a particular choreographer and choreographs his/her own dance to that style, culminating in several "mini-concerts" for the student body. Different representations of American class, ethnicities, and race in American musical theater are explored through original choreography.

### Dance for Musical Theater II
**Prerequisite:   Audition or permission of instructor**

In this course, the styles learned in Musical Theater I are further explored and the individual personality and confidence of each student further developed. Interactive work is incorporated, culminating in one or more group performances in a public venue. Students explore the history of American musical theater and its effect on and relationship with our culture through dance. Students learn audition techniques through simulations of actual Broadway musical auditions.

## Music

### Chorale I
**Prerequisite:   Pitch-matching audition**

This course is open to all students, regardless of previous singing experience. The principle objectives of this course are to develop cooperative skill, to develop vocal techniques, to gain confidence as a performer, and to broaden experience in performing music of different stylistic and cultural backgrounds. Music studied will range from classical to contemporary. The GDS Chorale is an important performing ensemble in our school community. The ensemble gives performances, all of which are mandatory, at school-wide festivals (Christmas and Seder) as well as several concerts and assemblies.

### Concert Chorale II
**Prerequisite:   Chorale I or Musical Theater and permission of instructor or by audition**

This course is designed for students with significant choral training or experience. Vocal concepts will be investigated, and students will be trained extensively in sight-singing, four- and six-part harmony, diction, styles, and theory. The technically advanced repertoire will include music from all periods and styles. Students will be trained as ensemble performers and as soloists, and will have the opportunity to become section leaders. This group maintains a mandatory and extensive touring and concert schedule.

### Chorale Honors
**Prerequisite:   Concert Chorale II, placement audition, and permmission of instructor**

Students in Chorale Honors continue training as ensemble performers and as soloists. This group maintains a mandatory and extensive touring and concert schedule.

### Jazz Ensemble

This course is designed for students who have some previous experience playing piano, drums, bass guitar, brass, and woodwind instruments. The repertoire is tailored to the individual's ability and instrument. Rehearsals focus on building basic skills in rhythm and improvisation, and on jazz forms. All students are required to improvise at least one solo during the concert season. The larger ensemble often breaks into small groups for individual rehearsing and instruction. The course will develop skills required

2004 — 2005

for admission to the advanced ensemble, Lab Band. The concert season includes evening concerts in spring and fall, the Christmas program, and several school functions throughout the year. Attendance at these engagements is mandatory.

**Lab Band II–IV**
Prerequisite:  Jazz Ensemble or permission of instructor

This course is designed for the advanced jazz performer. The repertoire consists of complex jazz forms and rhythms. Repertoire is tailored to the individual's skill level so students may elect the course for several years. Each student must demonstrate competency on his or her instrument by performing improvised solos with complex chord progressions and the proper scales over these progressions. Students may be asked to double on a second instrument. The concert season for this group includes evening concerts in fall and spring, the Christmas program, and numerous school and outside engagements.

**String Ensemble**

The course is designed for the elementary to advanced string player of violin, viola, cello, double bass, and piano. Students will explore the musical, theoretical, stylistic, and technical elements of chamber music performance through mixed ensemble work, which may include duo, trio, or quartet combinations. The course includes a unit on contemporary fiddling. Through each group's performance, the class will study the individual steps necessary to produce a successful recreation of work from the Classical, Romantic, and Contemporary periods. Students should expect to perform in at least two school-sponsored concerts and one regional string performance showcase during the academic year. In addition, students will prepare repertoire assigned to the GDS Orchestra and support orchestral performances. Students should expect at least one guest artist and one class trip per semester.

**Musical Theater Ensemble I**
Prerequisite:  Pitch-matching audition

This course is designed for students who are interested in both the performance and production aspects of American Musical Theater. The primary work of this course will be a study of the development of musical theater from its Greek origin to its present form; an investigation into the business of musical theater; and an exploration of musical techniques through body movement and choreography, vocal coaching, and acting exercises. In addition, students will view and analyze past and present musicals; perform and present both individual and group scene work, and attend demonstrations by guest artists. Students are required to perform in several school-wide concerts and assemblies, lunchtime showcases and choral events. This ensemble will maintain a touring schedule and will take various field trips.

**Musical Theater Ensemble II**
Prerequisite:  Musical Theater Ensemble I and permission of instructor

This course is a continuation of the concepts presented in Musical Theater Ensemble I. Vocal production and presentation, acting and improvisation skills, and movement are explored further. In addition students compile a song portfolio and a theater resume with head shots for auditions in Metropolitan Washington theaters. Students are required to perform in several school-wide concerts and assemblies, Lunchbox performances and choral events, and attend auditions both at GDS and outside the school. This ensemble maintains a touring schedule, attends Master Classes, and takes a variety of field trips.

**Advanced Placement Music Theory and Composition**
Prerequisite:    One course from the GDS High School Performing Arts Department and permission of instructor. All students in this course will perform with an ensemble at Breaks and for all concerts.

This course instructs students in the rudiments of musical structure and form. Topics include sound and notation, rhythm, melodic writing, ear training, and chord grammar. In addition to these theoretical concepts, students will work with the compositional elements of orchestration, bal-

ance in structure, motivic development, and setting text to music. Students will also learn standard keyboard technique and explore the capabilities of electronic keyboards and sequencers. Some of the topics covered include programming, orchestration, zoning, sequencing, and multiple keyboard control. Students present one or more of their compositions at public performances. The curriculum of this course follows all requirements for the Advanced Placement exam in Music Theory.

# Arts: Studio

**Graduation Requirement**

One year of Studio Art

The studio art department offers a range of courses that explore artistic expression in a variety of media. Students may begin their study of art in ceramics/sculpture, photography, drawing/painting, or technology. Advanced courses are available once students have completed a first year in a specific course. Students are encouraged to begin their study of art in 9th or 10th grade in order to meet the requirement for graduation and to allow time for advanced study for those so inclined. Students considering application to art school or a major in art in college should discuss their course of study with a member of the department.

Every course introduces students to the elements of design and composition. A research project is an important component of all introductory-level art courses and at the discretion of the instructor in advanced courses.

Seniors: Students taking art for the first time senior year who plan to leave for a Senior Quest are required to make arrangements for fulfillment of the art requirement with the department.

**Ceramics/Sculpture**

This course introduces an extensive range of art-making processes with an emphasis on clay construction. Fundamental skills in hand-building, wheel-throwing, and sculpture are developed through assignments that require imaginative solutions while emphasizing basic design concepts. An appreciation for the tactile and plastic nature of the medium is helpful, as well as a high tolerance for getting a bit messy while having fun. A research project, produced as a PowerPoint presentation, provides each student with a frame of reference for the long history of ceramics and sculpture in civilization.

**Introduction to Photography**

This course introduces students to the technical and visual processes of photography. Students learn to use a 35mm camera and how to work in the School's darkroom processing film and making enlargements. Assignments initially stress the essentials of the photographic process and then shift toward fostering an understanding of the expressive elements of the medium. Each student is expected to develop a portfolio that meets assignment objectives and demonstrates technical competence. A manually adjustable 35mm camera is necessary for this course.

**Introduction to Drawing and Painting**

This introductory drawing and painting course offers training in basic and advanced techniques of drawing, painting, and composition. Students work in a variety of genres that challenge them to see more analytically while gradually expanding their repertoire of skills. Each student works toward building a portfolio of artwork that meets the criteria for advanced coursework and reflects his or her unique vision. Field trips are an essential component of the course as is a research project culminating in a PowerPoint presentation about a particular artist.

**Digital Color Photography**

In this computer-based photography course, students follow an introductory photography curriculum using digital cameras and scanners in conjunc-

# High School Curriculum                    2004-2005

tion with such programs as Adobe Photoshop to capture and manipulate images. Students learn the essential principles of composition and design while exploring classic photographic subjects such as architecture, still life, portraiture, landscape, and social documentary. In addition to building their own digital portfolios, students will examine how digital technology has transformed photography from a medium of absolute record to one of limitless manipulation. Students may use their own digital cameras and memory cards.

## Graphic Design

Graphic Design introduces students to Adobe Photoshop, iMovie2, and the use of a digital camera and scanner. While using these tools for visual creation, students study such design elements as scale/proportion, shape/volume, and illusion of space and motion. Reflecting a variety of 20th century art movements, including surrealism, dada, cubism, and pop art, students will create computer graphics for video, page layouts, posters, book covers, advertisements, web pages, and magazine design.

## Advanced Graphic Design
**Prerequisite:   Graphic Design**

In this advanced computer graphics course, students use digital cameras in conjunction with Adobe Photoshop to create artwork for a variety of media. Utilizing principles of graphic design, students will develop skills for enhancing and expressing their art through the use of digital technology and software. The role of typography as a central component of illustration for posters, advertising, and CD design will also be covered. With the consent of the instructor, highly motivated students may follow the AP 2D Design curriculum for preparing a digital photography/design portfolio and sit for the College Board exam in May.

## Advanced Drawing and Painting
**Prerequisite:   Introduction to Drawing and Painting**

Advanced Drawing and Painting provides opportunities for vigorous and focused exploration in a variety of wet and dry media. Through class discussion and more formal critique experiences, students will refine their understanding of the principles of design while delving deeper into the study of aesthetics. Trips to museums and galleries will further this objective and provide a context in which each student can focus on his or her own art. At the conclusion of the course, students should have a well-developed portfolio in both color slide and digital form.

## Advanced Photography—35mm Film & Digital Formats
**Prerequisite: Introduction to Photography**

Through a series of portfolio building assignments advanced photography students continue their creative, visual, and technical inquiry into traditional 35mm film and/or color digital camera operation. Work is completed in the darkroom or on a computer using Adobe Photoshop. There is a strong emphasis on the photograph both as a fine art print and as an interrelated extension of the students' interests and perceptions. Advanced metering, studio lighting, alternative printing techniques, and Adobe Photoshop manipulations are taught. Emphasis is on the development of the individual's photographic style and refined technique. Students are expected to compile a comprehensive portfolio in addition to designing and hanging an exhibition for the community. With the consent of the instructor, highly motivated students may elect to follow the AP 2D Design curriculum. Students continuing in this path would then submit a photography portfolio for evaluation by the College Board in May.

## Film and Video
**Prerequisite: Graphic Design**

In this advanced film and video course, students use digital cameras and camcorders in conjunction with Adobe Photoshop, Final Cut Pro, and iMovie to create films for a variety of video genre including silent films, comedy, dramatic and documentary. Universal art concepts as they appear in this medium, the historical development of film, as well as movie poster design will be studied. Students will learn skills for enhancing and expressing

their art through the use of digital techniques and software. Editing skills will be developed both hands on and by studying film techniques of noted directors. All films will be scripted with storyboards and reviewed prior to production for content and technical merit.

## AP Studio Art - Drawing, 2-D Design, and 3-D Design Portfolio
**Prerequisite:   An introductory-level course in studio art and permission of the department.**

**Note: AP Studio Art is designed as a two-year program to begin in either 10th or 11th grade. Students who present substantial evidence of ability and motivation may elect to complete the program in one year. Students, in consultation with faculty, choose one of the three portfolio concentrations that best suits their skills and objectives.**

AP Studio Art is a two-year intensive portfolio-based course designed for students seriously interested in art beyond the intermediate level. It is a rigorous college-level curriculum offered in a supportive high-school environment. Students need to be self-motivated and serious about following through on assignments in order to have a successful experience and to be properly prepared for the AP examination, which is an extensive portfolio submission. A highlight of the course is the intellectually charged and technically challenging atmosphere in which students explore their own work, as well as that of classmates and professional artists. The College Board designs this course of study and successful completion requires a portfolio evaluation by the Educational Testing Service.

# Community Service

## Graduation Requirement

Students must complete a minimum of 60 hours of approved service outside the school at no more than two locations. Beginning with the class of 2007, the service must be completed prior to the start of senior year. Criteria for appropriate service work include the following:

- The organization should have a recognized history of demonstrated service.
- Work may not be done for pay.
- Work may not be directly under the supervision of a parent or close relative.
- Students will be expected to provide their own transportation to and from service work.
- Students have a responsibility to both the agency and to GDS in terms of meeting commitments.
- There must be a specific on-the-job supervisor with whom the GDS Community Service Director can communicate and who will be responsible for evaluating the student's work.
- Because one of the goals of this program is to open up new horizons, students may not volunteer to work at a private camp, church or synagogue, or music or dance school, unless it is to be involved in service outreach through that organization.
- At least 30 hours should offer direct contact with the population being serving. Students may work for an advocacy or research organization for a maximum of 30 hours.

One of the School's primary goals has been to educate students about the concerns and problems of the larger community and to develop in each student an understanding of the responsibility to be of service to others. Most GDS students complete more than the required 60 hours. All hours that students hand in are included on their report cards and become a part of their college profiles. Specific requirement guidelines can be found in the Community Service handbook given to students in the spring.

## Grade-Wide Community Service Projects

Each year, the High School as a whole addresses a theme related to community service. For example, this past year's theme was homelessness. Once a semester, each grade will perform a service addressing that area of need. Over the course of the year students will study related thematic issues.

### GDS Student-Led Community Service Clubs

GDS students find participation in student-led community service clubs particularly rewarding. Students can receive community service credit for ongoing involvement in a service club. Current service clubs include such activities as teaching and tutoring, working in food kitchens, construction projects, environmental work, and informal mentoring through sports, games, and arts projects. See Community Service handbook for details.

# English

## Graduation Requirement

Four years of assigned English are required for graduation. In addition to completing four years of English, each student is required to take a full year of literature in English, French, Spanish, or Latin. Students electing to fulfill their literature requirement in the English department may select a yearlong literature course or two one-semester courses. Literature electives are open to juniors and seniors.

Three basic principles determine the required reading curriculum of the English department at the High School: the belief that the allusions in art, literature, and music demand a familiarity with the Bible, Shakespeare, and Homer; the belief that students should be exposed to those American and British authors who have stood the test of time; and the belief that American literature owes much of its richness and depth to the influence of works by African American writers.

## The Writing Center

Equipped with three Macs and two IBM PCs, the Writing Center offers assistance to students on their writing through one-on-one conferences on a request, referral, or drop-in basis. The English teachers and student interns who staff the center four periods a day work with students in all subject areas on brainstorming, developing topics, focusing thesis statements, organizing ideas, integrating support (evidence, examples, etc.), improving coherence and diction and editing. Instruction and reinforcement of basic skills are also available.

## English 9

English 9 serves as an introduction to composition and literature at the high school level. Working with a basic five-paragraph essay structure, students learn to present their ideas in sound, sensible prose. While placing particular emphasis on expository writing, teachers train students in a wide variety of writing forms and styles such as personal narrative, poetry, and short fiction.

Ninth graders begin their study of literature with Genesis, the first book of the Bible, and The Odyssey as they provide some of the central archetypes and patterns that constitute all literature. Afterwards they begin their study of authors central to both the American and the English literary tradition. Readings include Romeo and Juliet, Great Expectations, Their Eyes Were Watching God, and selected poets chosen by the individual teachers.

## English 10

Building on the students' knowledge of the five-paragraph essay taught in ninth grade, English 10 introduces students to a variety of expository patterns including comparison-contrast, classification, and process analysis. Taught in conjunction with the literature, the various patterns give students the tools necessary for crafting coherent essays. The literature component of English 10 complements the readings in English 9. First semester provides an opportunity to trace the development of themes from the Gospel of Mark as they are echoed and reinvented in contemporary literature, including stories by Philip Roth and Flannery O'Connor, The Great Gatsby and Go Tell It on the Mountain, and the graphic novel Maus. Second semester will extend and develop a study of literary treatments of marginalized characters,

a theme in the first semester. Readings include "The Wife of Bath" from Chaucer's Canterbury Tales, Macbeth, Northanger Abbey, the Romantic poets, Frankenstein, Wuthering Heights, and a selection of contemporary post-colonial writers.

## English 11

First semester of English 11 focuses on formal argument and rhetoric. Students learn not only to present their ideas clearly and effectively, but also to evaluate the ways in which other people use language to inform and persuade them. Exercises include the evaluation and construction of advertisements and political speeches, letters to the editor, and formal argument essays employing a pro/con structure. Readings are chosen for both their rhetorical and literary properties. Essays will include Martin Luther King's "Letter from Birmingham Jail," George Orwell's "Shooting an Elephant," and Jonathan Swift's "A Modest Proposal." Students will analyze the rhetoric of foundational American documents such as the Declaration of Independence and the Gettysburg Address. The study of the transition of rhetorical analysis into implicit arguments will include a selection of Shakespeare's sonnets and the major speeches in Julius Caesar. Readings in second semester complement both the work students have done first semester and concurrent work in U.S. History. Readings include Walden, "Self Reliance," Leaves of Grass, The Souls of Black Folk, The Adventures of Huckleberry Finn, and Invisible Man.

## English 12

English 12 introduces students to the art of literary criticism and provides practical experience in the kind of analytical writing expected of all college students. It acquaints students with a variety of critical approaches and develops the analytical and practical skills necessary to make students lifelong readers of literature. Students read a wide selection of works including Oedipus Rex, Hamlet, The Sound and the Fury, The Darker Face of the Earth, Beloved, and The Things They Carried.

The writing assignments in English 12 build on the written work done in the tenth and eleventh grades. Students are expected to use the patterns of exposition and the techniques of argument taught in the tenth and eleventh grades when writing their twelfth-grade analytical essays. Students conclude their four-year required study of English by writing a 15-page critical essay on an author or topic chosen in consultation with their English teachers.

## Junior and Senior Literature Electives

In addition to the four-year required English program, students must take a full year of literature in English, French, Latin, or Spanish.

### Creative Writing
**Prerequisite:     A Short Portfolio**

Creative Writing helps students develop as readers and writers of poetry and prose. Through both a crafting of their own works and study of past and current masters of prose and poetry, students discover not only what a poem or story means but also what techniques authors use to create that meaning. In workshops, students will have the opportunity to read and discuss each other's works-in-progress. Revision and individual conferences with the teacher will be essential steps toward the completion of a manuscript of carefully wrought poems and stories.

### Advanced Creative Writing
**Prerequisite:    Creative Writing or permission of the instructor**

This course-part seminar, part workshop-provides students who have taken the basic creative writing course with an opportunity to expand their craft and work towards producing a manuscript. By the end of the course, poets will write a full-length publishable manuscript, and fiction writers will either write a novel or collection of short stories. Playwrights will produce a three- to five-act play. In addition to producing "the book," students will examine published authors and refine their literary analysis in a workshop setting.

# High School Curriculum

## Modern Literature

Focusing on the period after World War II, this course explores the rich, diverse, multicultural world of literature around us. Students pay particular attention to issues of gender, race, and voice, as they explore the ways in which contemporary literature reflects the complexities and divisions of modern life. Writers may include Alvárez, Danticat, García Márquez, Heller, Ishiguro, Kingston, Morrison, Silko, Vonnegut, and Wilson.

## The Age of Shakespeare

Although this course concentrates on Elizabethan and early seventeenth century culture, society, theater, and the works of Shakespeare (approximately ten plays and some sonnets), there may be additional readings from the works of poets and dramatists immediately preceding the Shakespearean era. As well as taking advantage of the resources of the Folger Library, students in this course will see whatever Shakespeare plays and movie versions of plays are available in the area.

## World Literature: Border Crossings

This course will explore the anxious connection between identity and place: the sometimes stifling sense that geographic boundaries predetermine personhood, and the often elusive dream that border crossings (literal and metaphoric) offer redemptive transformation. The international reading list will move from the ancient world to the present, and it will include novels, poetry, short stories, drama, autobiography, and essays. Writers may include Elizabeth Bishop, Borges, Chekov, Euripides, Flaubert, Nadine Gordimer, Hawthorne, Kafka, Jamaica Kincaid, Karen King-Aribisala, Maxine Hong Kingston, Jhumpa Lahiri, Cormac McCarthy, Haruki Murakami, Zadie Smith, and Gao Xingjian.

## Angels and Amazons: Women and the Age of the Novel

As Jane Austen declared in a famous passage in Northanger Abbey, "no species of composition [was] so much decried" in early 19th-century England as the novel. Regarded from the "birth" of the genre in the late 17th century until well into the 19th as having been written primarily by, for, and about women, novels were at once voraciously consumed and loudly denounced by an English reading public that deemed them low-brow, sensational, and potentially immoral. This course examines influential works of English fiction from the 18th and 19th centuries (often referred to as "The Age of the Novel"), paying particular attention to the genre's long-standing association with women's issues. How did novels help shape (or re-shape) readers' assumptions about "female nature" and women's proper role in society? What were women supposed to do with their talents and intellectual abilities, given the constrictions imposed upon them by custom and the law? Topics and tropes the course explores include the novel's relationship to both the conduct book and 18th-century antifeminist satire, the "Gothic," the female reader and "the lady novelist," and shifting attitudes toward female sexuality, including the dichotomy between "the angel in the house" and "the fallen woman." Readings may include poetry by Alexander Pope, Jonathan Swift, Lady Mary Wortley Montagu, and Anne Finch, Countess of Winchilsea; short excerpts from novels by Samuel Richardson, Frances Burney, and Maria Edgeworth; essays by Maria Edgeworth, George Eliot, and Virginia Woolf; and novels by Jane Austen, Charlotte Brontë, George Eliot, Thomas Hardy, and E. M. Forster.

## Semester Courses in English

Semester courses may include:

## The Literature of War

"Never such innocence again," wrote Philip Larkin of the First World War, and indeed the wars of the last hundred years have differed drastically both in technology and in emotional impact from the wars of the past. In this course we will look at three 20th century wars–World War I, World War II, and Vietnam–as seen through poetry, fiction, autobiography, and film. We will consider the modern union of nationalism and complex technology, the "darker mood of gray" (Paul Fussell) which surrounds modern war, and the complicated issues of morality which come with our power to destroy. War is one of man's most terrible experiences; yet the literature which emerges from this experience is some of the most beautiful and most intense. Writers may include Owen, Sassoon, Remarque, Barker, Vonnegut, W. Wharton, O'Brien, Wolff, Erdrich, Weigl, and Komunyakaa. Designed to be a two-semester course, Literature of War will explore the literature of World War I and II first semester and the literature of the Vietnam War and afterwards second semester. Students may elect either semester or both.

## Narratives of Self-Definition: Integrity and Identity

This course will examine texts in which characters are forced to inhabit conflicting identities, as well as explore the ethical dimensions of maintaining such an inconsistent persona. The first semester will focus on narratives that illuminate and challenge the social constructs of gender, class, race, sexuality, religion, and nationality. Does the character's struggle to meet the demands of these discordant facets of identity exclude the possibility of an integral, whole self? Or is the need for duplicity liberating, offering the character fresh possibilities and new life with each new context encountered? The second semester will draw upon this foundation of textured, knotty identity to investigate the discrepancy between external perceptions of behavior and the character's inner motives. Our willingness as readers not just of literature, but of our own experience-to allow characters to defy conventional understandings of who they are can complicate our definitions of "crime" and "sin." Can this deliberate disintegration of stable identity broaden, rather than betray, our vision for humanity? Authors may include Oscar Wilde, Jhumpa Lahiri, Audre Lorde, Myla Goldberg, Julia Alvarez, and Rudyard Kipling (first semester); Richard Wright, Truman Capote, Nathaniel Hawthorne, Albert Camus, and William Shakespeare (second semester).

## Native American Literature

"I will tell you something about stories, he said. They aren't just entertainment. Don't be fooled. There are all we have, you see, all we have to fight off illness and death. You don't have anything if you don't have stories. Their evil is mighty but it can't stand up to our stories." So begins Leslie Marmon Silko's novel Ceremony, highlighting the importance of creating and remembering the stories of a people. Beginning with its first thousand years of oral literature and continuing to the present time with writers in all the genres, Native American literature is an important element in the literary landscape of this country. Although this course will focus on recent writings by Native American authors, we will begin the semester examining the oral tradition, myth, and personal writings that lie at the foundation of Native American literature. We will also examine representations of Native Americans in U.S. literature, art, and popular culture as a mode for deepening our understanding of the various relationships Native American authors have with their history and culture and with the history and culture of America. Writers may include Leslie Marmon Silko, Louise Erdrich, N. Scott Momaday, James Welch, and Paula Gunn Allen.

## Arab and Israeli Literature

As we try to makes sense of the seemingly endless violence, chaos, and destruction in the Middle East, our impulse is often to search back through history for the seeds of antagonism, trying to decide who is right, and whose claim is more legitimate. As possession of each acre of land is debated, we pull out maps, attempting to determine what is fair and equitable, what compromises must be made, which concessions will not be tolerated. This course proposes literary investigation as an additional process by which to gain insight into and comprehension of the beliefs, hopes, fears, and daily lives of warring peoples. Focusing on novels emerging from Israel and the Arab world, this course will then turn to America, ending with texts that examine the lives of Arab Americans and Jewish Americans. Authors may include A.B. Yehoshua, Shmuel Yosef Agnon, Amos Oz, Dorit Rabinyan, Naguib Mahfouz, Abdelrahman Munif, Nawwal Al-Saadawi, Raja Shehadeh, Diana Abu-Jabar, and Cynthia Ozick.

### Literature of Perception and Reality

Using Julian Barnes's *The History of the World in 10½ Chapters* as a cornerstone, this course will ask students to consider the issues surrounding the representations and standards of art and reality. These standards are of particular concern due to the recent wave of reality television, movies, and literature. What are the limits of art and reality – do their paths ever cross or is there a defined line between them? Students will address this question of perception by looking at various works of literature that both question and test traditional literary and cultural boundaries, for instance, the rise of historical fiction. Besides Barnes's novel, students will read Mark Kurlansky's *Cod: A Biography of a Fish that Changed the World*, Arthur Golden's *Memoirs of a Geisha*, Vladimir Nabokov's *Speak, Memory: An Autobiography Revisited*, as well as several literary theory essays. The course will also delve into genres outside the traditional literary realm and examine recent documentaries and some television reality series. By looking at a wide variety of creations and creators of perceptions (both of reality and art) students will not only learn about how they formulate their perceptions of themselves, but also, how to challenge those perceptions as well.

## Modern and Classical Languages

### Graduation Requirement

At least two successive years of the same foreign language completed in high school.

Because of the cumulative nature of foreign language study, there are prerequisites for promotion from one level of study to the next. A minimum grade of "C" or evidence of intensive remedial study is recommended for promotion between Levels I, II, and III. Students receiving grades below "C" should consult with the Department Chair for recommended remedial study programs. It is recommended that students wishing to advance beyond Level III have a grade of "B" in the previous course. Please see individual course listings for prerequisites for Advanced Placement courses. Courses designated with an asterisk (*) satisfy the GDS literature elective graduation requirement.

### French I

This course is designed both for students who have had no previous work in French and those who need to perfect their elementary skills before going on to French II. Primary emphasis is on acquisition of vocabulary and mastery of basic verb forms. All four skills—understanding, speaking, reading, and writing—are emphasized. Reading selections, films, and videos introduce students to the geography and culture of France and of other French-speaking areas of the world.

### French II

While continuing the development of oral-aural skills, students undertake a comprehensive study of grammar and irregular verbs and build a large practical vocabulary. Students are also introduced to formal writing. Reading selections, videos, and films introduce students to the geography and culture of France and of other French-speaking areas of the world.

### French III

Students continue to develop proficiency in speaking and writing on a wide variety of current themes and issues by learning to use advanced vocabulary, verb forms, and grammatical structures. Oral skills are enhanced through viewing and discussing selected videos and films. Reading skills and cultural awareness are developed through the study and discussion of articles from French periodicals and excerpts from French and Francophone literature.

### French IV

Daily work includes grammar review, vocabulary building, and discussion of readings from major works of French literature. Students work to improve their composition skills as well as their oral fluency in the language. Selected films and videos are also used to enhance oral skills and cultural awareness.

### Advanced French Language and Culture

This advanced course is designed as an alternative for students who wish to continue their study of French beyond French IV and/or AP courses. This introduction to Francophone films provides opportunities for cross-cultural exploration of themes of youth, family, friendship, and loss. Questions revolving around education, immigration, language, and cultural identity will be discussed. Relevant newspaper and magazine articles and short literary works will be studied. This course will use the films, readings, and related art forms as a springboard for discussion, presentations, acting, and improvisations, as well as for creative compositions and analytical essays. A comprehensive grammar review and vocabulary-building exercises are included.

### AP French Language
**Prerequisite:   Permission of the Department**

This is a college-level course which emphasizes the use of language for active communication. Film and videos will be used to enhance listening comprehension and class discussion. This course seeks to develop language skills (reading, writing, listening, and speaking) according to the AP French Language guidelines. A comprehensive grammar review is also included. Reading will be taken from newspapers, magazines, and literary texts. Cultural issues of importance will be discussed. Students are expected to take the AP French Language Exam.

### AP French Literature*
**Prerequisite:   Permission of the Department**

This is a college-level course which follows a curriculum established by the Advanced Placement Program as preparation for the Advanced Placement French Literature Exam, which students are expected to take. Students should have a serious interest in literature as well as an excellent command of written and spoken French.

### Latin I

This course is designed for beginning students of Latin. Students will learn the grammar, syntax, forms, and vocabulary necessary for the reading of Latin authors, and will study the language against its cultural and historical background.

### Latin II

This class continues work on forms, vocabulary, grammar, and syntax. There is increased emphasis on idiomatic translation, leading to the introduction of authentic Latin texts. The class will read poems by Catullus and a Medieval manuscript based on St. Brendan's voyage to the New World.

### Latin III

Latin III completes presentation of grammar and syntax, using authentic Latin literature. Figures of speech and other literary and poetic devices also are introduced. Students read works by Caesar, Cicero, and Ovid.

### AP Latin Literature–Vergil*

This is a college-level course which follows a curriculum established by the Advanced Placement Program. This course presents the works of the major Latin poet, Vergil. Students will read portions of six books of *The Aeneid in Latin* and will explore this poem's links to the epic tradition. Analyses of this epic poem will focus on figures of speech, use of meter, and other literary techniques. The course will conclude with a sampling of readings from Vergil's smaller, more intimate poems. Students are expected to take the relevant AP Latin Literature Exam in the spring. Students electing this course are required to read *The Aeneid* in English over the preceding summer.

# High School Curriculum

### AP Latin Literature–Horace/Catullus*

This is a college-level course which follows a curriculum established by the Advanced Placement Program. Recommended for students who have successfully completed the Advanced Placement–Vergil course, this course explores the intensely passionate lyric poetry of Horace and Catullus. Students completing this course are expected to take the Advanced Placement Literature Exam in the spring.

### Spanish I

Designed for students new to Spanish, this course covers basic grammatical elements and the present and preterit tenses. Emphasis is placed on the development of comprehension and speaking during class time. Reading and writing assignments increase in frequency during the second semester. Cultural aspects of Hispanic life are presented in readings, through filmstrips, and on CD-ROMs.

### Spanish II

This course includes review of basic grammatical structures and vocabulary as well as intensive work with verb tenses and more complex structures. Although the focus is on oral work, increased emphasis is placed on reading and writing. Cultural aspects of Mexico, the Caribbean, and Central America are presented through readings, slides, and videos.

### Spanish III

Students will continue to develop their audio-lingual skills. They will review verb tenses and learn the subjunctive and other new grammatical structures. Reading comprehension and original composition will be stressed. Cultural readings, slides, and videos on Latin America and Spain will be included.

### Spanish IV

During the first semester, students study issues related to Hispanic immigration in the United States through articles, literature, film, class discussion, oral presentations, and in compositions. During the second semester, students read, discuss, and write about a variety of short stories by leading Peninsular and Latin American writers.

Throughout the year, students continue to review grammar and vocabulary, which will help them prepare for the Spanish SAT II exam. Students will improve their writing through various cultural and analytical essays.

### Advanced Spanish Language and Culture

This advanced course is designed for students who have completed Spanish IV or who wish to continue their study beyond AP Spanish Language or Advanced Spanish Literature. The works of authors from Latin America and the Caribbean provide material for discussion of cultural issues as well as of literary styles. The student will do in-depth analysis of African and indigenous cultural concepts. In addition, the student will examine issues related to feminist cultural expressions. The course stresses proficiency in reading, writing, and speaking through various cultural expressions, including art, music, film, literature, and journalism. A grammar review is included, with emphasis placed on vocabulary acquisition.

### AP Spanish Language
**Prerequisite: Permission of the Department**

AP Spanish Language is a challenging course equivalent to a college course in Advanced Conversation and Composition. There is an emphasis on speaking and writing fluently and accurately. The students make oral presentations and discuss literature and cultural topics, and they write extensively, both analytical essays and numerous creative compositions. The over-arching theme of the course is "Imagination." Throughout the course the students are encouraged to express their own creativity and sense of humor through the study of outstanding works of imaginative literature and through several creative projects. Students study examples of Magic Realism and Fantastic Literature, view and analyze two Academy Award–winning films, design a "dream house" that has magical properties, and write their own original short story. Throughout the year there will be a thorough review of grammar

and an expansion of the students' vocabulary. Students are expected to take the AP Spanish Language exam at the end of the year.

### Advanced Spanish Literature*
**Prerequisite: Permission of the Department**

This course offers advanced Spanish students an opportunity to read literature on a college level from a variety of Hispanophone cultures. The first semester will be dedicated to literature from Spain. The second semester will be devoted to Latin American literature. Readings will be selected from contemporary works and will include poetry and short stories from such authors as Gabriel García Márquez, Jorge Luis Borges, and García Lorca. Students electing this course should have a serious interest in literature and an excellent command of written and spoken Spanish.

## History and Social Sciences

### Graduation Requirement

Non-Western World, grade 9; European History, grade 10; United States History, grade 11.

The main objectives of the program are to bring to students a body of knowledge about human society and to offer an experience in historical thinking as it relates to the modern world. Students are taught to handle material from a wide variety of sources, such as interviews, films, original documents, books, and discussions. Works pertaining to women's issues and African-American and other cultural perspectives are thoroughly incorporated into history and social science courses.

### The Non-Western World  GRADE 9

This course provides students in-depth exposure to the histories of sub-Saharan Africa, China, and Latin America. The impact of climate and geography, history, cultural traditions, and current events will be discussed in these non-Western units to develop both historical knowledge and an appreciation of the interdependent nature of the contemporary world. Alongside the historical and cultural content, the course will teach students a range of research skills culminating with the production of a formal research paper in the spring term.

### European History  GRADE 10

This survey course examines the economic, political, social, and ideological changes in Europe from the Renaissance to the modern era. Topics include the Renaissance and Reformation, the Age of Exploration, the Scientific Revolution, the development of absolute monarchies, the rise of nation states, the Enlightenment and the French Revolution, nationalism, imperialism, industrialization, the two World Wars, and the Cold War. The course emphasizes the perspective that events of the past should be understood because of their continuing role in influencing the present.

### U.S. History  GRADE 11
**All juniors are expected to take this course or AP U.S. History**

All classes familiarize students with the important persons, events, and movements in our history and acquaint students with the ideas of major historians. In addition, the course is designed to sharpen essay-writing skills and other skills introduced in the ninth grade, to introduce students to the process of historical analysis, and to provide additional experience working with historical documents. Above all, our goal is to impart a love of history which we hope will last a lifetime. NOTE: Students who do well in U.S. History may want to take the AP U.S. History Exam.

### AP U.S. History  GRADE 11

The traditional political, diplomatic, and socioeconomic history of the United States is supplemented in this course by extensive readings in both primary sources and the work of well-known historians. Class discussion and essay writing will be emphasized. NOTE: Students must bear in mind

that the homework load in this course is much heavier than in the regular classes and that much of the material which the student will be expected to master will receive little attention in class discussions. Students are expected to take the AP U.S. History Exam in May.

### AP Psychology  GRADE 12

Psychology is the scientific study of mental processes and behavior. It is a broad field that explores a variety of questions about thoughts, feelings, and actions. Using a college-level text, students will examine the history of psychology, review psychological methods, and investigate areas such as motivation and emotion, perception, cognition, learning, and abnormal psychology. Students who successfully complete this course will be expected to take the AP Psychology Exam.

## Semester Electives in History

The following semester courses have been designed to allow juniors and seniors to explore select topics in greater depth than can be covered in the required courses. Students may select courses from either or both semesters. Semester electives may include:

### Race, Class, Ethnicity, and Gender in America

Issues of race, class, ethnicity, and gender remain among the most important topics for discussion in twenty-first century America. Defining America simply as a great melting pot no longer suffices, and debates over cultural pluralism, assimilation, ethnic identity, acculturation, diversity, affirmative action, reparations, and political correctness reflect the difficulties Americans of all backgrounds have in understanding their place in the modern word. Works in anthropology, sociology, history, and literature will be used to explore themes such as enslavement, the impact of mass immigration, labor relations, discrimination, family life, historical consciousness, popular culture, sexuality, and violence. Students will examine existing impediments to positive race relations, and they will explore ways to facilitate greater understanding and respect among the religious, racial, and ethnic groups that constitute the American population.

### The Middle East Since WWI

The course begins with the breakup of the Ottoman Empire and examines the rise of Arab nationalism and Zionism. The strategic and economic importance of the region is studied along with the founding of Israel; the continuing conflict among Jews, Arabs, and Christians; and the rise of Islamic fundamentalism. Particular emphasis will be placed on understanding the Arab-Israeli conflict.

### Cultural Anthropology

Cultural Anthropology considers the nature of culture through customs and beliefs including language, subsistence, families and kinship, religious belief, and art in non-Western societies. The second half of the course will concentrate on a number of American subcultures, such as religious cults, ethnic or racial groups, and regional subcultures. Choices of subcultures will be based on class interest. Students will also have the opportunity to examine specialized monographs and articles as well as to develop non-library research projects.

### AP U.S. Government and Politics

This course will follow AP guidelines for the two-hour examination to be given in May, which requires basic information on the workings of American government: Congress, the Presidency, the federal bureaucracy, interest groups, political parties, campaigns and elections, and the Court and civil liberties. Articles by political scientists and journalists provide different perspectives and theoretical underpinnings. Students are expected to take the AP U.S. Government and Politics Exam.

### AP Comparative World Politics

Comparative World Politics compares and contrasts various forms of world government and the ideologies underlying them. Following AP guidelines, the course is a one-semester examination of five countries: the U.K., France, China, and Russia (the former Soviet Union), and either Nigeria, Mexico, or India. Each unit looks at relevant political history, the social setting, and indicators of political performance. Students are expected to take the AP Comparative World Politics Exam.

### Introduction to Economics

In one semester we examine the basics of economics, including the micro-foundations of consumer behavior and allocating scarce resources as well as the macro-level of complex market interactions in an economy such as that of the United States. Significant components of the American economy, such as the stock market, will get special attention. We will also examine economic development in nations where "normal" rules of the marketplace may not completely apply.

### History in Film, Film in History

Almost since its inception in the late 19th century, film has been increasingly the medium through which most people draw their view of history. From Carl Dreyer's silent classic The Passion of Joan of Arc to contemporary treatments of the American Revolution, the Civil War, or World War II, film has proved both a deceiving and revealing device for those interested in the past. In some cases, such as that of Gone With the Wind, film has imposed an alternative reality upon historical conception. In others, despite lapses in fact and sequence, film has served as a medium for getting to a truth spun out of control by political realities. How does the director's vision align with actual historical events and circumstances? What makes a film about history resonate with audiences from a particular time and place? When does a film about history lead its audience too far away from the facts? These are just some of the questions that will be addressed in this course, which screens and analyzes film treatments of historical events from the silent era to the present.

### Law and the Individual

This course focuses on various aspects of law in the United States. It starts with a case study of the process by which legal rights are determined. Then it concentrates on a few specialized areas of law in order to discover and apply the legal method used by the American justice system. These areas include the rights of the accused and suspected, criminal law, and various civil rights. A unit on law and morality exposes the student to broader philosophical issues. The course is supplemented with occasional guest speakers, field trips, and current events.

### Political Philosophy

This course is an introduction to political philosophy in which we analyze ways of organizing human society into civilized bodies through a look at some of the great classical and modern philosophers and their theories. Not a course in the intellectual history of philosophy, this is a course in "doing" philosophy. Almost all of the reading will be in primary sources—the writings of the philosophers themselves—with seminar-style discussion based on close reading of the texts. We will of necessity branch out to include questions of individual rights and responsibilities, ethics, and even, on occasion, metaphysics. Readings will include Plato, Hobbes, Locke, Rousseau, and perhaps some 20th century philosophers.

### Revolution and Change in the Twentieth Century

Focusing on three key themes, charismatic leadership, grass roots movements, and the fight against colonial power, this course will examine the constancy of change and revolution in the twentieth century. Through their study of seminal events, among them the Algerian liberation movement, the Cuban revolution, the events of Tiananmen Square, the Black Power/Black Arts movement of the 60s, and the Stonewall Rebellion, students will learn to have a greater appreciation of how individuals have helped to shape this nation and our world. The study of history can be a reaffirming process by which students can find energy in the stories and struggles of the past and renewed commitment to effecting positive change in the present.

# High School Curriculum

## Mathematics

### Graduation Requirement

At least two sequential years of math at the high-school level and completion of Geometry and Algebra II.

### The Math Center

The Math Center offers assistance to students in all math subjects through one-on-one conferences, on a request, referral, or drop-in basis. Students seeking help with assignments test review, or study techniques are encouraged to visit the Center. The Math Center is open every day during most periods. Times are posted in the Math Office and in the math classrooms.

### Passing Grades

The Mathematics Department seeks to have students understand math sufficiently to ensure successful passage to the next sequential course. While a student with a low passing grade may advance to the next level, under such a circumstance the Department strongly recommends that intensive remedial study be pursued prior to beginning the new course. Questions regarding study options may be directed to the Department Chair.

### Levels in Courses

To provide maximum opportunity for students to learn at their optimal pace and to offer enough challenge and support to develop each student's potential, the Math Department divides Algebra II and Advanced Algebra & Trigonometry into levels when appropriate. Each level covers the subject matter required for students to continue in sequential courses in the curriculum. The Department provides flexibility for movement among levels.

### Placement

Placement of students in classes, with respect to both course and level, is determined by the Math Department. Performances in prior math courses and teacher recommendation are considered in making placement decisions. Changes in placement may be requested of the Department Chair, who will consult with the appropriate teachers.

### Use of Calculators

All students need to learn how and when to use calculators. Calculators are used throughout the math curriculum to provide accuracy, the opportunity to manage complex operations, and for graphing and other visualizations. Scientific calculators are used in Algebra I and Geometry. In Algebra II, students are introduced to the graphing calculator as part of their class work. Students in Algebra II and beyond must own a TI-83 graphing calculator.

Understanding math concepts and expanding on them is a principal goal for students in the mathematics program. To assess students' achievement, the faculty asks them to demonstrate mastery of the mathematics behind the solution of problems. Use of the calculator, in some instances, can provide solutions to problems without fostering understanding of underlying concepts. For this reason, calculators are not permitted on some tests or portions of them.

### Algebra I

Algebra introduces variables into the operations of mathematics. Topics include linear and quadratic equations, inequalities, polynomials, exponents, formulas, and functions, with a strong emphasis on problem solving and graphing.

### Geometry
**Prerequisite:    Algebra I**

The study of geometry concerns the discovery, understanding, and proof of plane and space relationships, based on the logical use of definitions, deductive reasoning, physical constructions and/or computerized models. Topics include logic and methods of reasoning, angle relationships, parallel and perpendicular lines, polygons, congruence, similarity, circles, right triangle trigonometry, volume and area. Use of algebra is integral to this course.

### Algebra II
**Prerequisite:    Algebra I and Geometry**

This course will extend the students' knowledge of algebra beyond the topics introduced in Algebra I. Students will study algebraic and graphic solutions of equations and inequalities in one and two variables, operations with rational expressions, radicals, rational exponents, complex numbers, quadratic equations with real and imaginary solutions, and quadratic functions.

### Algebra II and Algebra II Honors
**Prerequisite:    Algebra I and Geometry**

In addition to the topics listed above for Algebra II, students will study polynomial, exponential and logarithmic functions, mathematical modeling, and trigonometry. The course is faster paced than Algebra II and covers topics in greater depth. Because this is an honors course, it requires a greater time commitment for homework.

### Advanced Algebra & Trigonometry
**Prerequisite:    Algebra I and Geometry**

This course continues the study of algebra by investigating new topics while considering earlier topics in greater depth. The course also includes an in-depth look at trigonometry. Areas of study include: linear, quadratic, polynomial, exponential and logarithmic functions, mathematical modeling, solving related equations and inequalities, inverse and composite functions, translations of graphs, conic sections, and trigonometry.

### Advanced Topics & Precalculus
**Prerequisite:    Advanced Algebra & Trigonometry**

This course continues the study of trigonometry in greater depth while introducing a range of other topics that will prepare students for the study of calculus and/or statistics. Topics include: trigonometry, rational functions, programming, statistics, and regressions. As time permits, the class will also study probability, conic sections, matrices, determinants, vectors, and limits.

### Trigonometry & Precalculus
**Prerequisite:    Algebra II & Trigonometry Honors or Algebra II**

This course will accelerate students through the elements of advanced algebra, trigonometry, and precalculus necessary to prepare students for calculus. Topics will include: polynomial, exponential, logarithmic and rational functions, trigonometry, mathematical modeling and regressions, conic sections, and limits. As time permits, the class will also study programming, sequences and series, parametric equations, and polar equations. This accelerated class will require a greater time commitment for homework.

### Precalculus Honors
**Prerequisite:    Advanced Algebra & Trigonometry or Algebra II & Trigonometry Honors**

This course continues the study of advanced algebra topics and introduces a range of other topics, including rational functions, programming in the graphing calculator, proof and induction, vectors, parametric and polar equations, matrices and determinants, probability, sequences and series, statistics, regressions, and limits. Because this is an honors course, it requires a greater time commitment for homework.

### AP Statistics
**Prerequisite:    Advanced Algebra and Trigonometry, Algebra II & Trigonometry Honors, or Trigonometry & Precalculus**

This course covers all the topics included in the AP Statistics syllabus. The main topics are data organization, inferential statistics, probability as it relates to distribution of data, and the use of regression in mathematical modeling. In addition, students will become familiar with the computer spreadsheet program Excel. Upon completion of the course, the students are expected to take the AP Statistics Exam.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Calculus
**Prerequisite:** Advanced Topics and Precalculus
or Trigonometry/Precalculus

A one-period non-AP course, Calculus will cover the core topics of differential and integral calculus of one variable. Topics include techniques of integration and differentiation; problems of volume, area, and distance; related rates; and optimization problems. Emphasizing application rather than proof and theory, this course will not cover all of the required topics on the AP College Board curriculum.

### AP Calculus AB
**Prerequisite:** Advanced Topics & Precalculus, Precalculus Honors, Trigonometry & Precalculus, or permission
of the Department

This course is a study of differential and integral calculus of one variable and encompasses all of the topics included in the AB Calculus syllabus. Topics include techniques of integration and differentiation; problems of volume, area, and distance; related rates and maxima-minima problems, and simple differential equations. Upon completion of the class, students are expected to take the AP Calculus exam.

### AP Calculus BC
**Prerequisite:** Precalculus Honors, Trigonometry & Precalculus, or permission of the Department

This course is a study of differential and integral calculus of one variable covering all of the topics included in the BC Calculus syllabus. In addition to the topics listed in the AB Calculus syllabus, this course will include parametric equations, polar coordinates, sequences, series, Taylor and Maclaurin polynomials. Theory will be stressed, as well as problem solving. Upon completion of the course, students are expected to take the AP Calculus exam.

### AP Computer Science AB
**Corequisite:** Trigonometry & Precalculus, Precalculus Honors, Advanced
Topics & Precalculus, or permission of the Department

AP Computer Science emphasizes programming methodology and procedural abstraction using Java. It includes the study of algorithms, data structures, data abstraction, and recursion as a control abstraction. This course covers the same topics as a rigorous, full-year introductory college course in computer science and is designed for students with strong interest and ability in mathematics and computers. Students are expected to take the AP Computer Science Exam.

### Junior and Senior Semester Electives in Mathematics

Math electives may include:

### Linear Algebra
**Prerequisite:** AP Calculus, AB or BC

This course, offered first semester, follows AB Calculus or BC Calculus. It will include the following topics: matrix arithmetic, vectors in 3-space and in n-dimensional, dot products and cross products, inner product spaces, eigenvalues and eigenvectors, and linear transformations. Students will also conduct independent research into a linear algebra application, and present the results to the class.

### The Music of Mathematics
**Prerequisite:** Trigonometry

This semester course will explore the connections between mathematics and music. Throughout the course, students will search for the beauty in mathematics and the science in music. Topics will include scales, frequencies, sinusoids, fractals, loops, logic, and an examination of the works of composers such as Bach, Beethoven, Babbitt, and Glass through a mathematical lens. Each student is required to have the ability to read at least one clef of music.

### Great Ideas in Mathematics
**Prerequisite:** Algebra II

This semester course will explore several of the great ideas in mathematics. The emphasis will be on appreciating the beauty and power of mathematics rather than on the acquisition of technical mathematical skills. Students will read portions of biographies of Newton, Ramanujan, Gauss, Euler, Erdos, and other mathematicians and will be expected to do individual research on an important mathematical idea, culminating in a paper and class presentation. All that is required is a willingness to see mathematics from a different perspective; a sense of humor and whimsy will also be helpful.

### Multivariable Calculus
**Prerequisite:** AP Calculus, AB or BC

The course, offered in the second semester, continues the study of calculus begun in AP Calculus. Topics include partial derivatives, directional derivatives, vector-valued functions, maxima and minima of functions of several variables, double and triple integrals, and line and surface integrals.

# Physical Education
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Graduation Requirement

Two years of physical education, one of which is Ninth Grade Physical Education. The second year may be taken during the sophomore, junior, or senior year.

Health education is integrated into both years. The health curriculum content areas include personal health and fitness; family life education; nutrition; disease prevention and control; growth and development; sexuality education; mental, social, and emotional health; safety and injury prevention; prevention of substance abuse; and community health. The themes of responsible decision-making, respect for the worth and integrity of each individual, respect for and understanding of the diverse populations within our community, and consumer awareness run throughout the program.

The goal of the Physical Education Program is to prepare students for a lifetime that includes healthy life-style habits, critical thinking and problem-solving skills, cooperative relations with others, and the knowledge and skills needed to become involved in a wide variety of movement forms. Classes are coed and are not based on skill level.

### Ninth Grade Physical Education

All ninth grade students participate in physical education. The main goals of this program are to develop problem-solving skills, increase self-confidence, group cooperation, and acquire lifetime health and movement skills and knowledge. These goals are met through the Project Adventure Curriculum, which includes cooperative games, group problem-solving activities, and individual and group trust and initiative activities. Students are also introduced to a wide variety of team and individual sports, modes of physical conditioning, CPR, and first aid. Grades are based on improvement, positive attitude, and cooperation.

### Physical Education II   GRADES 10, 11, 12

Students are required to complete one year of physical education in addition to the ninth-grade requirement. The program focuses on the maintenance and improvement of health-related physical fitness; e.g., cardiovascular endurance, muscular strength and endurance, flexibility, and body composition. Students acquire the skills, knowledge, and positive attitude necessary to assess and improve upon one's own level of health and wellness. Stress management and intervention techniques such as biofeedback, yoga, and nutritional education as related to sport performance and body composition will be integrated with sport, dance, and exercise as the means to achieve and maintain health and wellness. Students learn about the mind/body relationship and training principles related to the cardiovascular and mus-

# High School Curriculum

culoskeletal system and how both can be used in conjunction with stress intervention techniques, proper nutrition, and sport, dance, and exercise to design personal fitness programs. Critical to the development of physical fitness, health, and wellness is motivation. Students, therefore, will be exposed to a wide variety of individual sports, team sports, stress management techniques, new games, modern techniques in weight training and running, various forms of aerobic, step-aerobic, and multicultural dance, psychological performance enhancement techniques, and lifetime sports. They will have the opportunity to become familiar with consumer issues related to lifetime sport participation. Students are also introduced to social issues (race, gender, class, religion, and sexual orientation) as they affect sport performance and participation. Students will be able to renew their first aid/CPR certification. Grades are based on participation, designing and following one's own wellness program, participation in the School Health Fair, and projects examining sports injuries.

## Science

### Graduation Requirement

Two years of laboratory science, one of which must be Biophysical Science.

The High School Science Department offers science courses at all grade levels. The ninth-grade course, Biophysical Science, is an integrated and co-ordinated science course for all students entering high school. This course will develop the concepts and skills necessary to support subsequently a full year in biology, chemistry, physical, or environmental science.

Biophysical Science introduces the key concepts of biology, chemistry, physics, and astronomy through a strong laboratory-based experience. This inquiry approach builds upon students' prior knowledge for a greater depth of understanding of how science works. Biophysical Science is a prerequisite for all other science courses.

Consent of the department is highly recommended for honors and AP courses.

**Biophysical Science**   GRADE 9
Biophysical Science is a course designed for all ninth-grade students. This course integrates and coordinates four science disciplines: biology, chemistry, physics, and astronomy. The goals of this course are to develop the fundamental skills and concepts needed to support more advanced studies in the science disciplines. Through laboratory activities students will learn of the interdependence of the sciences, modes of scientific thought and inquiry, and gain a greater depth of understanding of how science works. This course will be taught as two semester units, one dedicated to astrophysics and the other dedicated to chemistry and biology. Students will be "active" participants in this laboratory-based integrated and coordinated science.

**Astronomy**   GRADES 10, 11, 12
Prerequisite:   Biophysical Science
This course builds upon the astrophysics portion of the Biophysical Science course. The two major goals of the course are to familiarize students with what is in space (its size and scale) and to apply physics concepts to understand how things in space function. We will examine stars in great depth and also "strange stars" such as black holes and neutron stars. Other topics covered will include gravity, orbits, seasons, moon phases, the aurora, comets, and the motions of things in the night sky. Students will be required to have both a conceptual understanding of the concepts and a mathematical one. We will look at real data and simulations to analyze what is happening in certain phenomena. Oral presentation skills to effectively communicate information will be developed as part of the class.

**Evolutionary Biology**   GRADES 10, 11, 12
Prerequisite:   Biophysical Science

Evolutionary Biology is designed for students who have a keen interest in biology from an evolutionary viewpoint. The content of the course will be based on Darwin's Theory on the Origin of Species—the fulcrum to an understanding of the complexity and richness of life on earth. This course, unlike traditional biology courses, will be divided into three major themes: Mechanisms of Evolution in Populations, Evolutionary History of Biological Diversity, and Evolution of Ecological Systems. In Mechanisms of Evolution in Populations students will focus on the steps involved in the process of speciation. Genetic principles will be an underlying theme of this unit. Evolutionary History of Biological Diversity will look at the current theories of the origin of life on earth. Students will examine in depth the phylogeny of the six kingdoms, Archea, Eubacteria, Protista, Fungi, Plantae, Animalia, and Fungi. Evolution of Ecological Systems will address James Lovelock's Gaia Hypothesis, the idea that Earth's ecosystems are based upon evolutionary relationships between biota and their environment. Texts for this course will include works of Miller, Margulis, Mayrs, Whittaker, Gould, Gleason, and Lovelock.

**Molecular and Cellular Biology**   GRADES 10, 11, 12
Prerequisite:   Biophysical Science
This course will investigate the important concepts of biology from the molecular and cellular perspectives. The following concepts will be considered: (1) structure of biomolecules and cells; (2) transformation of energy by cellular metabolism; (3) organization of biomolecules into cellular structures such as the membrane and chromosomes; (4) homeostasis and regulation of enzyme function and gene expression; (5) death and cell differentiation; and (6) reproduction of biological information including gene and cellular replication and evolution of gene-base sequences. The course will include a laboratory component that will explore biotechnology including modern microscopy, molecular and cellular cloning, isolation and characterization of cellular structures, and stem cell technology. The course will culminate with an investigation of the development of the brain.

**Physiology**   GRADES 10, 11, 12
Prerequisite:   Biophysical Science
Built upon the skills and concepts introduced in Biophysical Science, the course is designed as an in-depth view of the complexities of the human body. Major topics of Biology will be covered with respect to understanding human physiology, including Biochemistry, Cell Structure and Function, Molecular Biology, Bioenergetics, Animal Morphology, Anatomy, and Physiology. Classroom work, lab work, readings, and assignments will be demanding. The course will include a final project/presentation that will require the students to propose his/her own investigative hypothesis about a particular functional aspect of the human body.

**AP Biology**   GRADE LEVELS 11*, 12
Prerequisite:   Biophysical Science, a second full year of science, and permission of the Department
This course follows the curriculum for the AP Biology Exam and is taught on an introductory college level. Major topics include cellular and molecular biology, human physiology, and organism biology and population ecology. Twelve AP Biology investigations, extensive research projects in ecology and molecular biology, and participation in seminar discussions from visiting scientists are added requirements of this course. Seniors are required to attend class until the curriculum is completed.

**Chemistry**   GRADES 10, 11, 12
Prerequisite:   Biophysical Science and Algebra I
Built upon skills and concepts in the chemistry unit of Biophysical Science, Chemistry is designed to give students a practical understanding of the important role chemistry plays in our lives. Through the study of selected topics, students will learn to use their knowledge of chemistry to think through and make informed decisions about issues involving science

2004-2005

and technology. Topics will include chemical reactions, energy, gases, and molecular theory.

### Chemistry Honors    GRADES 10, 11, 12
**Prerequisite:** Biophysical Science, Algebra II, Geometry, and permission of the Department

In this course students develop an understanding of the structure and interactions of matter. Areas of study include stoichiometry (mathematical relationships in chemical reactions), quantum mechanics, thermochemistry, acid-based equilibrium, and nuclear chemistry. Chemistry Honors builds extensively on the mathematical and conceptual foundations taught in Biophysical Science. Dimensional analysis and applications of the precision of measurements are emphasized.

### AP Chemistry    GRADES 11*, 12
**Prerequisite:** Biology, Chemistry, Physics, an honors science course, or Advanced Chemistry, and permission of the Department
**Corequisite:** Precalculus

In this course students learn to think like chemists. They learn to solve complicated problems using logic, trial and error intuition, and perseverance. The course has a lab component, building on the investigative skills learned in Biophysical Science. Students are expected to keep a detailed lab book. Through the fast-paced study of topics such as bonding, kinetics, equilibrium, and electrochemistry, and with an emphasis on models and their uses and limitations, students develop a clear, comprehensive understanding of atomic structure and reactivity.

### Physics    GRADES 10, 11, 12
**Prerequisite:** Biophysical Science
**Corequisite:** Algebra II

This course builds upon skills and concepts developed in Biophysical Science to explore in more depth problems in mechanics, properties of matter, heat, sound, light, electricity, and modern physics. This course emphasizes a conceptual understanding of the laws of physics with a moderate level of mathematical problem solving relying on skills developed in Algebra II.

### Physics Honors    GRADES 10, 11, 12
**Prerequisite:** Biophysical Science and departmental permission
**Corequisite:** Algebra II & Trigonometry Honors or Advanced Algebra/Trigonometry

Designed for students who enjoy a considerable degree of math fluency, Honors Physics provides an in-depth study of two major areas of physics: mechanics (motion, energy, and gravity) and electromagnetism (electricity, magnetism, electromagnetic induction, and light). With an emphasis on learning the ideas of physics through experimentation and problem solving, Physics Honors builds extensively on the mathematical and conceptual foundations taught in Biophysical Science. Students will learn to tackle complex problems and to broaden their understanding of physics as the basis of three-dimensional reality.

### AP Physics, Level C    GRADES 11*, 12
**Prerequisite:** Biology, Chemistry, Physics, or an honors science course, and permission of the Department
**Corequisite:** Calculus

This course follows the curriculum for the AP Physics (level C) test and is comparable to first-year college physics for science and engineering majors. The first semester covers mechanics and the second electricity and magnetism. Calculus is used throughout in lectures and homework. The primary focus is on improving the student's problem-solving skills. Seniors are required to stay in this class until all AP topics are covered.

### AP Environmental Science    GRADES 11*, 12
**Prerequisite:** Biology, Chemistry, Physics, or an honors science course, Algebra II, and permission of the Department

This course follows the curriculum for the AP Ecology Exam and is taught on an introductory college level. Major topics include ecosystem concepts, biochemical cycles, concepts of habitat and niche, tropic pyramids, prin-

ciples of limiting factors, population and community ecology, interaction of populations, ecological succession, physical geology, earth systems and resource management. This course will have substantial laboratory and field work.

## Technology

All GDS High School students attain information literacy skills and use technology as an everyday learning tool in all subject areas. Each student has an e-mail account (internal and external), personal network space, and access to a wide variety of current technologies such as MS Office, full Web access via a dedicated connection, digital imaging tools, publication layout programs, color scanners, color printers, and Mac and Windows desktop and laptop computers.

The technology skills that were formerly taught in our required Computer Applications course are now internalized into the 9–12 curriculum. The baseline technology skills for 9th and 10th graders include using a word-processing program (Microsoft Word), using a graphing program (Graphical Analysis), sending and receiving e-mail, logging onto the network with a user name and password, saving work to personal network space, using the GDS High School Library Catalogue, using a periodical database, searching the Web, using logical operators and other database searching techniques, developing a balanced search plan using print and electronic resources, and critically evaluating print and electronic resources. In addition to these baseline skills, 11th and 12th graders are taught how to use Excel as a data-analysis program, how to use advanced search techniques with college-level databases, and how to create a multimedia presentation.

In addition, many teachers use in their courses such specialized technology tools as Geometer's Sketchpad (Math), Adobe Photoshop and Claris Homepage (Studio Arts), Texas Instruments Calculator-Based Labs (Science), Glencoe French and Spanish CD-ROMs (Foreign Language), and DineHealthy (Physical Education.)

See also:

**Studio Art Department**

**Digital Color Photography**

**Graphic Design**

**Advanced Graphic Design**

**Film and Video**

**Math Department**

**AP Computer Science AB**