**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHARON KILLIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 05-1925 (EGS)** |
| | ) | |
| **GEORGETOWN DAY SCHOOL,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**VOLUME V**

Exhibit    71.    Killian Deposition Exhibit 36 (2003–2004 Course of Study).

Exhibit    72.    2002–2003 Course of Study (excerpts) [Bates 7167–68, 7209–11, 7226].

Exhibit    73.    2001–2002 Course of Study (excerpts) [Bates 7103–04, 7147–48, 7165].

Exhibit    74.    2004 Art Magazine [Bates 2020–43].

Exhibit    75.    Killian Deposition Exhibit 33 (E-mail from Levy to Killian (Dec. 10, 2003)).

Exhibit    76.    Killian Deposition Exhibit 61 (E-mail from Barr to Ryan & Killian (Jan. 20, 2004)).

Exhibit    77.    Letter from Branch to Killian (Sept. 27, 2005) [Bates 2891–92].

Exhibit    78.    Application of Cobb (Sept. 5, 2005) [Bates 2989–92].

Exhibit    79.    Application of Nguyen (Sept. 14, 2005) [Bates 2993–96].

Exhibit    80.    Killian Deposition Exhibit 65 (2004–2005 Yearbook Contract).

Exhibit    81.    Killian Deposition Exhibit 11 (GDS Account Activity Report for Lindsay Booker).

Exhibit    82.    Killian Deposition Exhibit 27 (E-mail from Ruble to HS Staff (Jun. 26, 2003)).

# EXHIBIT 71

**Exhibit 36**

5/17/04    ZJM

# The GDS High School Course of Study

## 2003-2004 High School Graduation Requirements

**Arts: Performing**
One year of performing art.

**Arts: Studio**
One year of studio art.

**Community Service**
At least 60 hours of service at no more than two locations.

**English**
Four years of assigned English and one additional yearlong elective course.

**Modern and Classical Languages**
Two successive years of the same foreign language completed in high school.

**History and Social Sciences**
Non-Western World, European History, and United States History.

**Mathematics**
At least two sequential years of math at the high school level and completion of Geometry and Algebra II.

**Physical Education**
Two years of physical education, one of which is Ninth Grade P.E.
The second year may be taken during the sophomore, junior, or senior year.

**Science**
Two years of laboratory science, one of which must be Biophysical Science.

**Minimum Course Load**
Five academic courses is a reasonable goal and the required minimum for each semester's work unless special circumstances arise. Many students elect to take additional academic, fine arts, or elective courses. All students are encouraged to continue their study beyond minimum requirements whenever possible.

**Course Length**
Except where noted, all courses are yearlong, two semesters.

**Community Service**
Students must complete 60 hours of approved service at no more than two locations. At least 20 hours must be completed by the end of sophomore year, and students must complete the community service requirement by the end of the first semester senior year.

**Course Cancellation**
At the School's option, any course in which the enrollment is fewer than ten students may be canceled.

**Honors Courses**
Some departments offer honors sections of some courses. Departments will recommend a student for an honors class on the basis of 1) grades in previous courses; 2) teachers' recommendations; 3) the student's interest and motivation; and, in some cases, 4) placement tests. Honors courses will cover more material at a faster pace and will possibly require more homework than regular courses. For precise details see department descriptions.

**Advanced Placement (AP) Courses**
Courses designated as Advanced Placement (AP) courses conform to the guidelines set forth in AP course descriptions prepared by the College Board and available from Department Chairs.

The departmental staff and/or Department Chair recommend students for admission into an AP course. Students not recommended may petition for admission. Special attention will be paid to the motivation and maturity of prospective students. We ask that students be particularly sensitive to the demands that an AP course will make and that they realize they are committing themselves to working at a college level. Students will be expected to complete the AP curriculum and to take the AP exam.

**AP Course Requirements**
Students taking three AP courses in a given year need take only one additional academic course to satisfy minimum course load requirements. Students taking four AP courses in a given year may do so only with the approval of the College Counselor or Assistant Principal Tom Yoder, and, if approved, will be considered as satisfying the minimum course load.

Students enrolling in an AP course must pay the exam fee charged by the College Board unless they need financial aid. Students needing a fee waiver should see the test coordinator, Carolyn Lockie.

**Senior Quest**
All seniors are expected to participate in a Quest, or investigation, in which they apply their curiosity, talents, interests, skills, and knowledge to a question, task, creation, or issue of relevance to the student in particular as well as to a significant constituency outside of the GDS community. Quests call for teamwork, a multi-disciplinary approach, community involvement, demonstrable social value, and presentation and communication skills. Quest proposals are due in February of the senior year and work on a Quest may begin once approval has been granted by the Senior Quest Committee, a committee composed of GDS staff and seniors. Seniors present the results of their Quests to parents, staff, and invited guests at a Senior Banquet in late May.

**College Board SAT I: Reasoning Test**
Students should plan to take the SAT I Reasoning Test in the spring of junior year and perhaps again in the fall of senior year after consultation with the College Counseling Office.

**College Board SAT II: Subject Tests**
Many colleges recommend that a student take three SAT II Subject Tests for admissions purposes: Writing, either Math or Science, and one other. A student who does well in a one-year course tested by the College Board SAT II should consider taking the appropriate exam in June of that year. However, students should consult with the College Counseling Office to determine the appropriate tests for specific colleges and should use the "score choice" option with every SAT II.

Students who terminate their study of a modern foreign language or Latin at the four-year level in eleventh grade should take the relevant College Board SAT II Subject Language Test in June of that year.

Students who do well in an Honors level or AP level class tested by the College Board should consult with their teachers and consider taking the SAT II Subject Test in June of that year. All students should consult with their math teachers before deciding to take the Math Level I or Level II Subject Test. The Writing test should be taken in May or June of junior year, and perhaps again in the fall of senior year.

# High School Curriculum

## Arts: Performing

**GRADUATION REQUIREMENT**

One year of Performing Arts

### Theater

#### Acting I

In this course students review the *fundamental acting techniques of Impro-visation and Mime, developing skills such as physical and mental control, focus and flexibility, emotional and vocal freedom, and team work. These skills are then used in scene study where students analyze the social dimen-sions of the characters in the text. Students are introduced to stage decorum and stage combat in this course. Students keep journals, prepare a Power Point Acting Portfolio, write reviews, and critique and coach each other.* Students attend professional and school productions, and perform in the *Theater Arts Day and the Lunchbox Series. Commitment, rigor, time man-agement, and teamwork are important for success in this course.*

#### Acting II

**Prerequisite:    Permission of instructor**

The work in this course centers on the *analysis and performance of classical and contemporary acting techniques based on the theories of Aristotle, Shakespeare, Molière, Stanislavsky, Peter Brooke, and others. Time is dedi-cated to mastering acting styles and understanding the differences among various genres. Particular focus is on the contrast between contemporary Realism and Shakespeare. This course improves an actor's cold reading and teaches audition skills. Students create a Power Point Acting Portfolio and keep a journal of critical analyses of professional and student productions. Master Classes with guest artists enhance class work. Students' work is show-cased in the Lunchbox series and in the Performing Arts showcase in May.*

#### Acting III

**Prerequisite:    Permission of instructor and Acting I or II**

In this course students compose, rehearse, and perform a One-Person Show, which includes four monologues and two scenes from *classical, contempo-rary, realistic, and nonrealistic texts. In preparing for this performance stu-dents gain mastery of a variety of acting styles and demonstrate versatility. Actors analyze and interpret the characters' subtext to produce truthful por-trayals.* Students learn production skills such as costuming, lighting, and publicity in mounting their shows. At the end of the course, students are asked to formulate their own theories of acting based on the their progress and personal growth. Students attend professional and students productions as well as Master Classes. Students are asked to coach younger actors as well.

#### Directing for the Stage: A Course for the Advanced Theater Student

**Prerequisite:    One course from the GDS High School Performing Arts Department and permission of instructor**

This course concentrates on the *vision and the methods of significant direc-tors of American, European, and Japanese Theater, including Stanislavsky, Meyerhold, G.B. Shaw, Peter Brook, Suzuki, Joseph Papp, and Craig Wolfe. Plays studied include those from the classical repertoire, including Shakespeare, Chekhov, and Brecht, as well as contemporary works by recognized play-wrights such as Mamet, Fugard, McNally, and N. Shange.* Students study the design and *theatrical values of theater from Ancient Greek Theater to contemporary technologies.* Students both direct and act in each other's projects, and direct designers and actors from other classes in the depart-ment. Students' work is performed in the Lunchbox Series and the Spring Arts Showcase. Instructors include a director, acting coaches, and a variety of guest artists. This course is recommended for students who wish to direct a show in the Winter One-Acts Series.

#### Theater Production I

This course is designed for the beginning theater arts student. Students learn technical skills in theater set construction, lighting, costumes, and makeup, along with basic theater design concepts and skills. Students develop stage management and directorial experience through the production of class shows and by working on school assemblies and festivals. Class work also includes

play reading, research, the study of theater history, and critical analyses of school shows and professional shows,

#### Theater Production II

**Prerequisite:    Permission of instructor or Theater Production I**

This course is designed for the student with some *theater arts experience and for students who have completed Theater Production I and wish to develop advanced skills. Through a series of one-act plays designed, produced, and performed in the Lunchbox series,* students hone technical skills in costumes, makeup, sound production, lights, sets ,and special effects and explore stage management and direction. Class work includes design and drafting projects, play reading, research, and critical analyses. Students also participate in ex-tracurricular theater, school festivals, and assemblies, and they attend profes-sional productions and workshops provided by guest artists.

#### Dance for Musical Theater

**Prerequisite:    Permission of instructor**

This is a lab course designed to give performing artists a *vocabulary of dance as used in American Musical Theater, reflecting its multicultural roots. This course cross-trains actors who need to improve their stage-movement skills and dancers and singers who need to improve their acting skills. The objec-tive is for the student to become a dance generalist and to move toward becoming a "triple threat," proficient in the three disciplines of acting, sing-ing, and dancing. The course does not require formal dance training and accommodates advanced dancers who wish to develop choreographic skills and improve their musicality.* Genres covered will include tap, court, Latin, African, Broadway jazz, Street Jam/Hip Hop, and ballroom dance. Students learn to express themselves *through dance and choreography, to identify dance of various cultures and historical periods and understand its influence on American Musical Theater, and to analyze and evaluate various techniques, styles, and choreographic forms.* Guest artists and other teachers in the de-partment will provide a variety of master classes and workshops.

## Music

### Chorale I

**Prerequisite:    Pitch-matching audition**

This course is open to all students, regardless of previous singing experience. The principle objectives of this course are to develop cooperative skill, to develop vocal techniques, to gain confidence as a performer, and to broaden experience in performing music of different stylistic and cultural backgrounds. Music studied will range from classical to contemporary. The GDS Chorale is an important performing ensemble in our school community. The en-semble gives performances, all of which are mandatory, at school-wide festi-vals (Christmas and Seder) as well as several concerts and assemblies.

### Concert Chorale II

**Prerequisite:    Chorale I or Musical Theater, and permission of instructor, or by audition**

This course is designed for students with significant choral training or expe-rience. Vocal concepts will be investigated, and students will be trained ex-tensively in sight-singing, four- and six-part harmony, diction, styles, and theory. The technically advanced repertoire will include music from all peri-ods and styles. Students will be trained as ensemble performers and as solo-ists, and will have the opportunity to become section leaders. This group maintains a mandatory and extensive touring and concert schedule.

### Chorale Honors

**Prerequisite:    Concert Chorale II, placement audition, and permission of instructor**

### Jazz Ensemble

This course is designed for students who have *some previous experience playing piano, drums, bass guitar, brass, and woodwind instruments. The repertoire is tailored to the individual's ability and instrument. Rehearsals focus on building basic skills in rhythm and improvisation, and on jazz forms. All students are required to improvise at least one solo during the concert season. The larger ensemble often breaks into small groups for individual rehearsing and instruction. The course will develop skills required for admis-sion to the advanced ensemble, Lab Band. The concert season includes evening*

2003 - 2004

# High School Curriculum

and motion. Students will create computer graphics for video, page layouts, posters, book covers, advertisements, web pages, and magazine design.

## Film and Video
**Prerequisite:    Technology for the Studio Arts**

In this film and video course, students must have taken Technology for the Studio Arts. Students will use digital cameras and camcorders in conjunction with Adobe Photoshop and Final Cut Pro to create silent films; comedic, dramatic, and documentary video shorts; and movie posters. Universal art concepts and the historical development of film will be studied. Students will learn skills for enhancing and expressing their art through the use of digital filming techniques. All films will be scripted—with storyboards—before filming begins. Editing skills will be developed both hands-on and by studying techniques of noted directors.

## Advanced Technology for the Studio Arts
**Prerequisite:    Technology for the Studio Arts**

In this advanced computer-graphics course, students use digital cameras and Adobe Photoshop to create artwork for a variety of media. Students will use graphic design skills to enhance and express their art digitally. Students will explore a variety of 20th century art movements, including surrealism, dada, cubism, and pop art, as well as using type with illustrations for posters, advertising, and CD designs. Highly motivated advanced students who have taken one year of Advanced Technology may, with the consent of the instructor, follow the AP 2-D Design curriculum for submitting a portfolio and sit for the exam, which will be submitted to the Educational Testing Service for review in May.

## Advanced Drawing and Painting
**Prerequisite:    Introduction Drawing and Painting**

Advanced Drawing and Painting provides opportunities for vigorous and focused exploration in a variety of wet and dry media. Through class discussion and more formal critique experiences, students will refine their understanding of the principles of design while delving deeper into the study of aesthetics. Trips to museums and galleries will further this objective and provide a context in which each student can focus on his own art. At the conclusion of the course, students should have a well-developed portfolio in both color slide and digital form.

## AP Studio Art—Drawing, 2-D Design, and 3-D Design Portfolio
**Prerequisite:    Entry to the program requires an introductory-level course in studio art and permission of the department.**

**AP Studio Art is designed as a two-year program to begin in either 10th or 11th grade. Students who present substantial evidence of ability and motivation may elect to complete the program in one year. Students, in consultation with faculty, choose one of the three portfolio concentrations that best suits their skills and objectives.**

AP Studio Art is a two-year intensive portfolio-based course designed for students seriously interested in art beyond the intermediate level. It is a rigorous college-level curriculum offered in a supportive high-school environment. Students need to be self-motivated and serious about following through on assignments in order to have a successful experience and to be properly prepared for the AP examination, which is an extensive portfolio submission. A highlight of the course is the intellectually charged and technically challenging atmosphere in which students explore their own work, as well as that of classmates and professional artists. The College Board designs this course of study and successful completion requires a portfolio evaluation by the Educational Testing Service.

# Community Service

## GRADUATION REQUIREMENT

A minimum of sixty (60) hours of service outside the school and home is limited to no more than two locations. Twenty (20) hours must be completed before the start of junior year. Criteria for appropriate service work include the following:

- *The organization should have a recognized history of demonstrated service.*
- Work may not be done for pay.
- Work may not be directly under the supervision of a parent or close relative.
- Students will be expected to provide their own transportation to and from service work.
- Students have a responsibility to both the agency and to GDS in terms of meeting commitments.
- There must be a specific on-the-job supervisor with whom the GDS Community Service Director can communicate and who will be responsible for evaluating the student's work.
- Because one of the goals of this program is to open up new horizons, students may not volunteer to work at a private camp, church or synagogue, or music or dance school, unless it is to be involved in service outreach through that organization.
- At least 30 hours should offer direct contact with the population being serving. Students may work for an advocacy or research organization for a maximum of 30 hours.

One of the School's primary goals has been to educate students about the concerns and problems of the larger community and to develop in each student an understanding of the responsibility to be of service to others. Most GDS students complete more than the required 60 hours. All hours that students hand in are included on their report cards and become a part of their college profiles. Specific requirement guidelines can be found in the Community Service handbook given to students in the spring.

## Grade-Wide Community Service Projects
Each year, the High School as a whole addresses a theme related to community service. For example, this past year's theme was homelessness. Once a semester, each grade will perform a service addressing that area of need. Over the course of the year students will study related thematic issues.

## GDS Student-Led Community Service Clubs
Many GDS students find participation in student-led community service clubs particularly rewarding. Students can receive community service credit for ongoing involvement in a service club. Current service clubs include such activities as teaching and tutoring, working in food kitchens, construction projects, environmental work, and informal mentoring through sports, games, and arts projects. Details are in the Community Service handbook.

# High School Curriculum

## The Age of Shakespeare

Although this course concentrates on Elizabethan and early seventeenth century culture, society, theater, and the works of Shakespeare (approximately ten plays and some sonnets), there may be additional readings from the works of poets and dramatists immediately preceding the Shakespearean era. As well as taking advantage of the resources of the Folger Library, students in this course will see whatever Shakespeare plays and movie versions of plays are available in the area.

## World Literature

This course offers students an opportunity to read literature from a variety of cultures not covered in the required curriculum. Ranging from writers who have earned a place in the international canon to more contemporary writers who are a part of the flowering of world literature, the readings will explore a wealth of thought and language. Authors to be read may include Baldwin, García Márquez, Guibert, Hemon, Orwell, Pushkin, Rushdie, and Schulze.

## Angels and Amazons: Women and the Age of the Novel

As Jane Austen declared in a famous passage in *Northanger Abbey*, "no species of composition [was] so much decried" in early 19th-century England as the novel. Regarded from the "birth" of the genre in the late 17th century until well into the 19th as having been written primarily by, for, and about women, novels were at once voraciously consumed and loudly denounced by an English reading public that deemed them low-brow, sensational, and potentially immoral. This course examines influential works of English fiction from the 18th and 19th centuries (often referred to as "The Age of the Novel"), paying particular attention to the genre's long-standing association with women's issues. How did novels help shape (or re-shape) readers' assumptions about "female nature" and women's proper role in society? What were women supposed to do with their talents and intellectual abilities, given the constrictions imposed upon them by custom and the law? Topics and tropes the course explores include the novel's relationship to both the conduct book and 18th-century antifeminist satire, the "Gothic," the female reader and "the lady novelist," and shifting attitudes toward female sexuality, including the dichotomy between "the angel in the house" and "the fallen woman." Readings may include poetry by Alexander Pope, Jonathan Swift, Lady Mary Wortley Montagu, and Anne Finch, Countess of Winchilsea; short excerpts from novels by Samuel Richardson, Frances Burney, and Maria Edgeworth; essays by Maria Edgeworth, George Eliot, and Virginia Woolf; and novels by Jane Austen, Charlotte Brontë, George Eliot, Thomas Hardy, and E. M. Forster.

## The Literature of War

"Never such innocence again," wrote Philip Larkin of the First World War, and indeed the wars of the last hundred years have differed drastically both in technology and in emotional impact from the wars of the past. In this course we will look at three 20th century wars—World War I, World War II, and Vietnam—as seen through poetry, fiction, autobiography, and film. We will consider the modern union of nationalism and complex technology, the "darker mood of gray" (Paul Fussell) which surrounds modern war, and the complicated issues of morality which come with our power to destroy. War is one of man's most terrible experiences; yet the literature which emerges from this experience is some of the most beautiful and most intense. Writers may include Owen, Sassoon, Remarque, Barker, Vonnegut, W. Wharton, O'Brien, Wolff, Erdrich, Weigl, and Komunyakaa.

## Modern and Classical Languages

### GRADUATION REQUIREMENT

At least two successive years of the same foreign language completed in high school.

Because of the cumulative nature of foreign language study, there are prerequisites for promotion from one level of study to the next. A minimum grade of "C" or evidence of intensive remedial study is recommended for promotion between Levels I, II, and III. Students receiving grades below "C" should consult with the Department Chair for recommended remedial study programs. It is recommended that students wishing to advance beyond Level III have a grade of "B" in the previous course. Please see individual course listings for prerequisites for Advanced Placement courses. Courses designated with an asterisk (*) satisfy the GDS English elective graduation requirement.

### French I

This course is designed both for students who have had no previous work in French and those who need to perfect their elementary skills before going on to French II. Primary emphasis is on acquisition of vocabulary and mastery of basic verb forms. All four skills—understanding, speaking, reading, and writing—are emphasized. Reading selections, films, and videos introduce students to the geography and culture of France and of other French-speaking areas of the world.

### French II

While continuing the development of oral-aural skills, students undertake a comprehensive study of grammar and irregular verbs and build a large practical vocabulary. Students are also introduced to formal writing. Reading selections, videos, and films introduce students to the geography and culture of France and of other French-speaking areas of the world.

### French III

Students continue to develop proficiency in speaking and writing on a wide variety of current themes and issues by learning to use advanced vocabulary, verb forms, and grammatical structures. Oral skills are enhanced through viewing and discussing selected videos and films. Reading skills and cultural awareness are developed through the study and discussion of articles from French periodicals and excerpts from French and Francophone literature.

### French IV

Daily work includes grammar review, vocabulary building, and discussion of readings from major works of French literature. Students work to improve their composition skills as well as their oral fluency in the language. Selected films and videos are also used to enhance oral skills and cultural awareness.

### French V/French VI

This advanced course is designed as an alternative for students who wish to continue their study of French beyond French IV and/or AP courses. This introduction to Francophone films provides opportunities for cross-cultural exploration of themes of youth, family, friendship, and loss. Questions revolving around education, immigration, language, and cultural identity will be discussed. Relevant newspaper and magazine articles and short literary works will be studied. This course will use the films, readings, and related art forms as a springboard for discussion, presentations, acting, and improvisations, as well as for creative compositions and analytical essays. A comprehensive grammar review and vocabulary-building exercises are included.

### AP French Language

**Prerequisite:   Permission of the Department**

This is a college-level course which emphasizes the use of language for active communication. Film and videos will be used to enhance listening comprehension and class discussion. This course seeks to develop language skills (reading, writing, listening, and speaking) according to the AP French Language guidelines. A comprehensive grammar review is also included. Reading will be taken from newspapers, magazines, and literary texts. Cultural issues of importance will be discussed. Students are expected to take the AP French Language Exam.

# High School Curriculum

## History and Social Sciences

### GRADUATION REQUIREMENT

Non-Western World, grade 9; European History, grade 10; United States History, grade 11.

The main objectives of the program are to bring to students a body of knowledge about human society and to offer an experience in historical thinking as it relates to the modern world. Students are taught to handle material from a wide variety of sources, such as interviews, films, original documents, books, and discussions. Works pertaining to women's issues and African-American and other cultural perspectives are thoroughly incorporated into history and social science courses.

### The Non-Western World    GRADE 9

This course provides students in-depth exposure to the histories of sub-Saharan Africa, China, and Latin America. The impact of climate and geography, history, cultural traditions, and current events will be discussed in these non-Western units to develop both historical knowledge and an appreciation of the interdependent nature of the contemporary world. Alongside the historical and cultural content, the course will teach students a range of research skills culminating with the production of a formal research paper in the spring term.

### European History    GRADE 10

This survey course examines the economic, political, social, and ideological changes in Europe from the Renaissance to the modern era. Topics include the Renaissance and Reformation, the Age of Exploration, the Scientific Revolution, the development of absolute monarchies, the rise of nation states, the Enlightenment and the French Revolution, nationalism, imperialism, industrialization, the two World Wars, and the Cold War. The course emphasizes the perspective that events of the past should be understood because of their continuing role in influencing the present.

### U.S. History    GRADE 11

**All juniors are expected to take this course or AP U.S. History**

All classes familiarize students with the important persons, events, and movements in our history and acquaint students with the ideas of major historians. In addition, the course is designed to sharpen essay-writing skills and other skills introduced in the ninth grade, to introduce students to the process of historical analysis, and to provide additional experience working with historical documents. Above all, our goal is to impart a love of history which we hope will last a lifetime. NOTE: Students who do well in U.S. History may want to take the AP U.S. History Exam.

### AP U.S. History    GRADE 11

The traditional political, diplomatic, and socioeconomic history of the United States is supplemented in this course by extensive readings in both primary sources and the work of well-known historians. Class discussion and essay writing will be emphasized. NOTE: Students must bear in mind that the homework load in this course is much heavier than in the regular classes and that much of the material which the student will be expected to master will receive little attention in class discussions. Students are expected to take the AP U.S. History Exam in May.

### AP Psychology    GRADE 12

Psychology is the scientific study of mental processes and behavior. It is a broad field that explores a variety of questions about thoughts, feelings, and actions. Using a college-level text, students will examine the history of psychology, review psychological methods, and investigate areas such as motivation and emotion, perception, cognition, learning, and abnormal psychology. Students who successfully complete this course will be expected to take the AP Psychology Exam.

## Senior Electives in History

The following semester courses have been conceived to provide a range of topics and instructors from which students may choose. Students may combine any first-semester course with any second-semester course. Students should elect courses for both semesters.

### Race, Class, and Ethnicity in America    (first semester)

Issues of race, class, and ethnicity remain among the most important topics for discussion in twenty-first century America. Defining America simply as a great melting pot no longer suffices, and debates over cultural pluralism, assimilation, ethnic identity, acculturation, diversity, affirmative action, reparations, and political correctness reflect the difficulties Americans of all backgrounds have in understanding their place in the modern word. Works in anthropology, sociology, history, and literature will be used to explore themes such as enslavement, the impact of mass immigration, labor relations, discrimination, family life, historical consciousness, popular culture, sexuality, and violence. Students will examine existing impediments to positive race relations, and they will explore ways to facilitate greater understanding and respect among the religious, racial, and ethnic groups that constitute the American population.

### AP Comparative World Politics    (first semester)

Comparative World Politics compares and contrasts various forms of world government and the ideologies underlying them. Following AP guidelines, the course is a one-semester examination of five countries: the U.K., France, China, and Russia (the former Soviet Union), and either Nigeria, Mexico, or India. Each unit looks at relevant political history, the social setting, and indicators of political performance. Students are expected to take the AP Comparative World Politics Exam.

### The Middle East Since WWI    (first semester)

The course begins with the breakup of the Ottoman Empire and examines the rise of Arab nationalism and Zionism. The strategic and economic importance of the region is studied along with the founding of Israel; the continuing conflict among Jews, Arabs, and Christians; and the rise of Islamic fundamentalism. Particular emphasis will be placed on understanding the Arab-Israeli conflict.

### Cultural Anthropology    (first semester)

Cultural Anthropology considers the nature of culture through customs and beliefs including language, subsistence, families and kinship, religious belief, and art in non-Western societies. The second half of the course will concentrate on a number of American subcultures, such as religious cults, ethnic or racial groups, and regional subcultures. Choices of subcultures will be based on class interest. Students will also have the opportunity to examine specialized monographs and articles as well as to develop non-library research projects.

### AP U.S. Government and Politics    (second semester)

This course will follow AP guidelines for the two-hour examination to be given in May, which requires basic information on the workings of American government: Congress, the Presidency, the federal bureaucracy, interest groups, political parties, campaigns and elections, and the Court and civil liberties. Articles by political scientists and journalists provide different perspectives and theoretical underpinnings. Students are expected to take the AP U.S. Government and Politics Exam.

### Introduction to Economics    (second semester)

In one semester we examine the basics of economics, including the microfoundations of consumer behavior and allocating scarce resources as well as the macro-level of complex market interactions in an economy such as that of the United States. Significant components of the American economy, such as the stock market, will get special attention. We will also examine economic development in nations where "normal" rules of the marketplace may not completely apply.

### History in Film, Film in History    (second semester)

Almost since its inception in the late 19th century, film has been increasingly the medium through which most people get their view of history. From Carl Dreyer's silent classic *The Passion of Joan of Arc* to contemporary treatments of the American Revolution, the Civil War, or World War II, film has proved

# High School Curriculum

## AP Statistics

**Prerequisite:** Advanced Algebra and Trigonometry, Algebra II & Trigonometry Honors, or Trigonometry & Precalculus

This course covers all the topics included in the AP Statistics syllabus. The main topics are data organization, inferential statistics, probability as it relates to distribution of data, and the use of regression in mathematical modeling. In addition, students will become familiar with the computer spreadsheet program Excel. Upon completion of the course, the students are expected to take the AP Statistics Exam.

## AP Calculus AB

**Prerequisite:** Advanced Topics & Precalculus, Precalculus Honors, Trigonometry & Precalculus, or permission of the Department

This course is a study of differential and integral calculus of one variable and encompasses all of the topics included in the AB Calculus syllabus. Topics include techniques of integration and differentiation; problems of volume, area, and distance; related rates and maxima-minima problems, and simple differential equations. Upon completion of the class, students are expected to take the AP Calculus exam.

## AP Calculus BC

**Prerequisite:** Precalculus Honors, Trigonometry & Precalculus, or permission of the Department

This course is a study of differential and integral calculus of one variable covering all of the topics included in the BC Calculus syllabus. In addition to the topics listed in the AB Calculus syllabus, this course will include parametric equations, polar coordinates, sequences, series, Taylor and Maclaurin polynomials. Theory will be stressed, as well as problem solving. Upon completion of the course, students are expected to take the AP Calculus exam.

## AP Computer Science AB

**Corequisite:** Trigonometry & Precalculus, Precalculus Honors, Advanced Topics & Precalculus, or permission of the Department

AP Computer Science emphasizes programming methodology and procedural abstraction using the C++ language. It includes the study of algorithms, data structures, data abstraction, and recursion as a control abstraction. This course covers the same topics as a rigorous, full-year introductory college course in computer science and is designed for students with strong interest and ability in mathematics and computers. Students are expected to take the AP Computer Science Exam.

## Junior and Senior Electives in Mathematics

### Linear Algebra    (first semester)

**Prerequisite:** AP Calculus, AB or BC

This course, offered first semester, follows AB Calculus or BC Calculus. It will include the following topics: matrix arithmetic, vectors in 3-space and in n-dimensional, dot products and cross products, inner product spaces, eigenvalues and eigenvectors, and linear transformations. Students will also conduct independent research into a linear algebra application, and present the results to the class.

### Music of Mathematics    (first semester)

**Prerequisite:** Trigonometry & Precalculus, Algebra II & Trigonometry Honors, or Advanced Algebra & Trigonometry

This semester course will explore the connections between mathematics and music. Throughout the course students will search for the beauty in mathematics and the science in music. Topics will include scales, frequencies, sinusoids, fractals, loops, logic, and an examination of the works of composers such as Bach, Beethoven, Babbitt, and Glass through a mathematical lens. Each student is required to have the ability to read at least one clef of music.

### Multivariable Calculus    (second semester)

**Prerequisite:** AP Calculus, AB or BC

The course, offered in the second semester, continues the study of calculus begun in AP Calculus. Topics include partial derivatives, directional derivatives, vector-valued functions, maxima and minima of functions of several variables, double and triple integrals, and line and surface integrals.

## Great Ideas in Mathematics    (second semester)

**Prerequisite:** Algebra II or Algebra III & Trigonometry Honors

This semester course will explore several of the great ideas in mathematics. The emphasis will be on appreciating the beauty and power of mathematics rather than on the acquisition of technical mathematical skills. Students will read portions of biographies of Newton, Ramanujan, Gauss, Euler, Erdös, and other mathematicians and will be expected to do individual research on an important mathematical idea, culminating in a paper and class presentation. All that is required is a willingness to see mathematics from a different perspective; a sense of humor and whimsy will also be helpful.

# Physical Education

## GRADUATION REQUIREMENT

Two years of physical education, one of which is Ninth Grade Physical Education. The second year may be taken during the sophomore, junior, or senior year.

The goal of the Physical Education Program is to prepare students for a lifetime that includes healthy life-style habits, critical thinking and problem-solving skills, cooperative relations with others, and the knowledge and skills needed to become involved in a wide variety of movement forms. Classes are coed and are not based on skill level.

An Independent Study in Physical Education II will be granted in exceptional cases. Students who believe that they are engaged in unique programs must submit a written proposal to the Chair of the Physical Education Department and Physical Education Staff. The proposal must clarify why the student believes his/her case to be exceptional, the nature of the proposed Independent Study program, and how the student will fulfill the core requirements of the Physical Education II course. Sophomores, juniors, and seniors are eligible for the Independent Study.

### Ninth Grade Physical Education

All ninth grade students participate in physical education. The main goals of this program are to develop problem-solving skills, increase self-confidence, group cooperation, and acquire lifetime health and movement skills and knowledge. These goals are met through the Project Adventure Curriculum which includes cooperative games, group problem-solving activities, and individual and group trust and initiative activities. Students are also introduced to a wide variety of team and individual sports, modes of physical conditioning, CPR, and first aid. Grades are based on improvement, positive attitude, and cooperation.

### Physical Education II    GRADES 10, 11, 12

Students are required to complete one year of physical education in addition to the ninth-grade requirement. The program focuses on the maintenance and improvement of health-related physical fitness; e.g., cardiovascular endurance, muscular strength and endurance, flexibility, and body composition. Students acquire the skills, knowledge, and positive attitude necessary to assess and improve upon one's own level of health and wellness. Stress management and intervention techniques such as biofeedback and yoga, and nutritional education as related to sport performance and body composition will be integrated with sport, dance, and exercise as the means to achieve and maintain health and wellness. Students will learn about the mind/body relationship and training principles related to the cardiovascular and musculoskeletal system and how both can be used in conjunction with stress intervention techniques, proper nutrition, and sport, dance, and exercise to design and follow personal fitness programs. Critical to the development of physical fitness, health, and wellness is motivation. Students, therefore, will be exposed to a wide variety of individual sports, team sports, stress management techniques, new games, modern techniques in weight training and running, various forms of aerobic, step-aerobic, and multicultural dance, psychological performance enhancement techniques, and lifetime sports. They will have the opportunity to become familiar with consumer issues related to lifetime sport participation. Students are also introduced to social issues (race, gender, class, religion, and sexual orientation) as they affect sport performance and participation. Stu-

# High School Curriculum

2003 – 2004

## Physics  GRADES 10, 11, 12
**Prerequisite:**  Biophysical Science
**Corequisite:**  Algebra II

*This course builds upon skills and concepts developed in Biophysical Science to explore in more depth problems in mechanics, properties of matter, heat, sound, light, electricity, and modern physics. This course emphasizes a conceptual understanding of the laws of physics with a moderate level of mathematical problem solving relying on skills developed in Algebra II.*

## Physics Honors  GRADES 10, 11, 12
**Prerequisite:**  Biophysical Science and departmental permission
**Corequisite:**  Algebra II & Trigonometry Honors or
Advanced Algebra/Trigonometry

*This course will give an in-depth study of two major areas of physics: mechanics (motion, energy, and gravity) and electromagnetism (electricity, magnetism, electromagnetic induction, and light). We will emphasize learning the ideas of physics through experimentation and problem-solving. Physics Honors will build extensively on the mathematical and conceptual foundations taught in Biophysical Science. Goals are to develop students' abilities to tackle complex problems and to broaden their understanding of physics as the basis of three-dimensional reality.*

## AP Physics, Level C  GRADES 11*, 12
**Prerequisite:**  Biology, Chemistry, Physics, or an honors science course, and permission of the Department
**Corequisite:**  Calculus

*This course follows the curriculum for the AP Physics (level C) test and is comparable to first-year college physics for science and engineering majors. The first semester covers mechanics and the second electricity and magnetism. Calculus is used throughout in lectures and homework. The primary focus is on improving the student's problem-solving skills. Seniors are required to stay in this class until all AP topics are covered.*

## AP Environmental Science  GRADES 11*, 12
**Prerequisite:**  Biology, Chemistry, Physics, or an honors science course, Algebra II, and permission of the Department

*This course follows the curriculum for the Advanced Placement (AP) Ecology Exam and is taught on an introductory college level. Major topics include ecosystem concepts, biochemical cycles, concepts of habitat and niche, tropic pyramids, principles of limiting factors, population and community ecology, interaction of populations, ecological succession, physical geology, earth systems and resource management. This course will have substantial laboratory and field work.*

## Technology

All GDS High School students attain information literacy skills and use technology as an everyday learning tool in all subject areas. Each student has an e-mail account (internal and external), personal network space, and access to a wide variety of current technologies such as MS Office, full Web access via a dedicated connection, digital imaging tools, publication layout programs, color scanners, color printers, and Mac and Windows desktop and laptop computers.

The technology skills that were formerly taught in our required Computer Applications course are now internalized into the 9–12 curriculum. The baseline technology skills for 9th and 10th graders include using a word-processing program (Microsoft Word), using a graphing program (Graphical Analysis), sending and receiving e-mail, logging onto the network with a user name and password, saving work to personal network space, using the GDS High School Library Catalogue, using a periodical database, searching the Web, using logical operators and other database searching techniques, developing a balanced search plan using print and electronic resources, and critically evaluating print and electronic resources. In addition to these baseline skills, 11th and 12th graders are taught how to use Excel as a data-analysis program, how to use advanced search techniques with college-level databases, and how to create a multimedia presentation.

In addition, many teachers use in their courses such specialized technology tools as Geometer's Sketchpad (Math), Adobe Photoshop and Claris Homepage (Studio Arts), Texas Instruments Calculator-Based Labs (Science), Glencoe French and Spanish CD-ROMs (Foreign Language), and DineHealthy (Physical Education).

*See also:*

**Technology for the Studio Arts**
(offered by the HS Studio Art Department)

**Advanced Technology for the Studio Arts**
(offered by the HS Studio Art Department)

**Advanced Placement Computer Science AB**
(offered by the HS Math Department)

Georgetown Day School seeks to enroll students who have the potential to take advantage of its challenging academic program. Georgetown Day School does not discriminate on the basis of race, color, creed, or national or ethnic origin in the administration of its educational and admissions policies, financial aid programs, or athletic and other school-administered programs.

# E X H I B I T   7 2

Course of Study

*2002–2003*

Georgetown Day School honors the integrity and worth of each individual within a diverse school community. GDS is dedicated to providing a supportive educational atmosphere in which teachers challenge the intellectual, creative, and physical abilities of our students and foster strength of character and concern for others. From the earliest grades, we encourage our students to wonder, to inquire, and to be self-reliant, laying the foundation for a lifelong love of learning.

## GRADUATION REQUIREMENT

One year of Studio Art.

The studio art department offers a range of courses that explore artistic expression in a variety of media. Students may begin their study of art in ceramics/sculpture, photography, drawing/painting, or technology. Advanced courses are available once students have completed the first year in a specific course. Students are encouraged to begin their study of art in grade nine in order to meet the requirement for graduation and to allow time for advanced study for those so inclined. Students considering application to art school or a major in art in college, should discuss their course of study with a member of the department.

Every course introduces students to the elements of design and composition. In addition, historical surveys of the medium and a written research project are important components of all art department courses.

**SENIORS**: Students taking art for the first time who plan to leave for a Senior Quest are required to make arrangements for fulfillment of the art requirement with the department by winter break.

### Ceramics: Sculpture and the Wheel    GRADES 9–12

In this course, students will be introduced to the most ancient and culturally rich medium in the world: clay. They will have the opportunity to research, observe, and create works in clay that reflect both historical and contemporary techniques. Students will sculpt, hand-build, and wheel-throw clay objects and experiment with a variety of decorative applications.

### Introduction to Photography    GRADES 9–12

This course introduces students to the technical and visual processes of photography. Students learn the operation of a 35mm camera and how to work successfully in the school's darkroom processing film and making enlargements. In the first semester assignments stress the essentials of the photographic process but ultimately shift toward fostering the expressive elements of the medium. Each student is expected to develop a portfolio of refined work that meets assignment objectives and demonstrates technical competence. A manually adjustable 35mm camera is necessary for this course.

### Introduction to Drawing and Painting    GRADES 9–12

The drawing and painting course offers training in both basic and advanced techniques of drawing, painting, and composition. In addition to learning about and using universal art concepts in their own creations, students examine and work in a variety of genres, among them still-life, figure/portraiture, abstract, and landscape. While surveying ancient, modern, and contemporary works from various cultures, students will undertake research on an artist or style of art to reinforce their own studio activity. As an essential component of the course, students will attend museum and gallery showings as well as receive in-studio visits from working artists.

### Technology for the Studio Arts    GRADES 9–12

This is an introductory computer-based graphic design course. Adobe PhotoShop, Avid Cinema, Adobe PageMaker, and Claris Homepage are the software programs that will be explored. The digital camera and scanner will be used with these programs as tools for visual creation. Students will learn the process of creating computer graphics applications for video, page layouts, posters, CDs, book covers, advertisements, web pages, and magazine design. This course is highly recommended as a foundation for those who want to be involved in extracurricular publications throughout the school.

### Advanced Technology for the Studio Arts
Prerequisite:    *Technology for the Studio Arts*

In this advanced computer graphics and video design course, students use digital cameras and camcorders in conjunction with Adobe PhotoShop and Final Cut Pro to create artwork for a variety of media, including video shorts, illustrations, and movie posters. Students will learn skills for enhancing and expressing their art through the use of digital techniques. In addition, they will be writing short scenes, storyboards, importing and editing videos while also studying documentary, comic, and dramatic film venues.

### Advanced Drawing and Painting
Prerequisite:    Introduction to Drawing and Painting

Advanced Drawing and Painting provides opportunities for vigorous and focused exploration in drawing and painting. Students continue to use the elements and principles of art to hone their skills and refine their abilities. To reinforce their knowledge of the language of art and aesthetics as well as to sharpen their own critical eyes, students engage in the study and

## High School Arts: Studio

practice of art criticism. At the end of the course, students should have a well-developed portfolio that exists in both actual and virtual (slides to digital) form. Throughout the year students will have opportunities to broaden their appreciation of the artist's life through visits to studios, museums, and galleries.

### Advanced Photography

**Prerequisite:    Introduction to Photography or its equivalent**

Advanced Photography students further explore the creative, visual, and technical processes of 35mm camera operation and darkroom procedures. There is greater emphasis on the photograph both as a fine print and as an interrelated extension of the students' interests and perceptions. Advanced metering, studio lighting, alternative printing techniques, and some Adobe PhotoShop manipulations are taught. There is a focus on the development of the individual's photographic style. Students are expected to compile a comprehensive portfolio in addition to designing and hanging an exhibition for the community.

### Advanced Placement Studio Art

**Prerequisite:    First year of the two-year program requires an introductory level course and permission of the Department. The second year of the two-year program requires an intermediate course(s), portfolio review, and permission of the Department.**

AP Studio Art is a portfolio-based course designed for students who are seriously interested in art beyond the introductory and intermediate levels. It is a rigorous college curriculum offered in the high school environment. Students need to be self-motivated and serious about following through on assignments in order to have a successful experience and be prepared for the AP examination (portfolio). A highlight of the course is its tendency to provide an intellectually charged and technically challenging atmosphere for students to explore their own art-making, as well as that of classmates and professional artists. The College Board designs this course of study and successful completion requires a portfolio evaluation by the Educational Testing Service for college credit to be granted.

## GRADUATION REQUIREMENT

A minimum of sixty (60) hours of service outside the school and home is limited to no more than two locations. **Twenty (20) hours must be completed before the start of junior year.** Criteria for appropriate service work include the following:

- The organization should have a recognized history of demonstrated service.
- Work may not be done for pay.
- Work may not be directly under the supervision of a parent or close relative.
- Students will be expected to provide their own transportation to and from service work.
- Students have a responsibility to both the agency and to GDS in terms of meeting commitments.
- There must be a specific on-the-job supervisor with whom the GDS Community Service Director can communicate and who will be responsible for evaluating the student's work.
- Because one of the goals of this program is to open up new horizons, students may not volunteer to work at a private camp, church or synagogue, or music or dance school, unless it is to be involved in service outreach through that organization.
- At least 30 hours should offer direct contact with the population being serving. Students may work for an advocacy or research organization for a maximum of 30 hours.

One of the School's primary goals has been to educate students about the concerns and problems of the larger community and to develop in each student an understanding of the responsibility to be of service to others. Most GDS students complete more than the required 60 hours. All hours that students hand in are included on their report cards and become a part of their college profiles. Specific requirement guidelines can be found in the Community Service handbook given to students in the spring.

### Grade-Wide Community Service Projects

Each year, the High School as a whole addresses a theme related to community service. For example, this past year's theme was homelessness. Once a semester, each grade will perform a service addressing that area of need. Over the course of the year students will study related thematic issues.

### GDS Student-Led Community Service Clubs

Many GDS students find participation in student-led community service clubs particularly rewarding. Students can receive community service credit for ongoing involvement in a service club. Current service clubs include such activities as teaching and tutoring, working in food kitchens, construction projects, environmental work, and informal mentoring through sports, games, and arts projects. Details are in the Community Service handbook.

# High School Technology

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

All GDS High School students attain information literacy skills and use technology as an everyday learning tool in all subject areas. Each student has an e-mail account (internal and external), personal network space, and access to a wide variety of current technologies such as MS Office, full Web access via a dedicated connection, digital imaging tools, publication layout programs, color scanners, color printers, and Mac and Windows desktop and laptop computers.

The technology skills that were formerly taught in our required Computer Applications course are now internalized into the 9–12 curriculum. The baseline technology skills for 9th and 10th graders include using a word-processing program (Microsoft Word), using a graphing program (Graphical Analysis), sending and receiving e-mail, logging onto the network with a user name and password, saving work to personal network space, using the GDS High School Library Catalogue, using a periodical database, searching the Web, using logical operators and other database searching techniques, developing a balanced search plan using print and electronic resources, and critically evaluating print and electronic resources. In addition to these baseline skills, 11th and 12th graders are taught how to use Excel as a data-analysis program, how to use advanced search techniques with college-level databases, and how to create a multimedia presentation.

In addition, many teachers use in their courses such specialized technology tools as Geometer's Sketchpad (Math), Adobe Photoshop and Claris Homepage (Studio Arts), Texas Instruments Calculator-Based Labs (Science), Glencoe French and Spanish CD-ROMs (Foreign Language), and DineHealthy (Physical Education.)

See also:

**Technology for the Studio Arts (offered by the HS Studio Art Department)**
**Advanced Technology for the Studio Arts (offered by the HS Studio Art Department)**
**Advanced Placement Computer Science AB (offered by the HS Math Department)**

# E X H I B I T   7 3

*Course of Study*

# GEORGETOWN DAY SCHOOL

*2001–02*

7103

*Georgetown Day School honors the integrity and worth of each individual within a diverse school community. GDS is dedicated to providing a supportive educational atmosphere in which teachers challenge the intellectual, creative, and physical abilities of our students and foster strength of character and concern for others. From the earliest grades, we encourage our students to wonder, to inquire, and to be self-reliant, laying the foundation for a lifelong love of learning.*

*High School Arts: Studio*

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### GRADUATION REQUIREMENT

One year of Studio Art.

The Art Department offers a range of courses that explore artistic expression in a variety of media. Students may begin their study of art in ceramics/sculpture, photography, drawing/painting, or technology. Advanced courses are available once students have completed the first year in a specific course. Students are encouraged to begin their study of art in grade nine in order to meet the requirement for graduation, and for those inclined, to allow time for advanced study. Students considering application to art school, or a major in art in college, should discuss their course of study with a member of the department.

Every course introduces students to the elements of design and composition. In addition, historical surveys of the medium and a written research project are important components of all Art Department courses.

SENIORS: Students taking art for the first time who plan to leave for a Senior Quest are required to make arrangements for fulfillment of the art requirement with the department by winter break.

### Ceramics: Sculpture and the Wheel    GRADES 9–12

In this course, students will be introduced to the most ancient and culturally rich medium in the world—clay. They will have the opportunity to research, observe, and create works in clay that reflect both historical and contemporary techniques. Students will sculpt, hand-build, and wheel-throw clay objects and experiment with a variety of decorative applications.

### Introduction to Photography    GRADES 9–12

This course introduces students to the technical and visual processes of photography. Students learn the operation of a 35mm camera and how to work successfully in the school's darkroom processing film and making enlargements. In the first semester assignments stress the essentials of the photographic process but ultimately shift toward fostering the expressive elements of the medium. Each student is expected to develop a portfolio of refined work that meets assignment objectives and demonstrates technical competence. A manually adjustable 35mm camera is necessary for this course.

### Introduction to Drawing and Painting    GRADES 9–12

The drawing and painting course offers training in both basic and advanced techniques of drawing, painting, and composition. In addition to learning about and using universal art concepts in their own creations, students examine and work in a variety of genres, among them still-life, figure/portraiture, abstract, and landscape. While surveying ancient, modern, and contemporary works from various cultures, students will undertake research on an artist or style of art to reinforce their own studio activity. As an essential component of the course, students will attend museum and gallery showings as well as receive in-studio visits from working artists.

### Technology for the Studio Arts    GRADES 9–12

This is an introductory computer-based graphic design course. Adobe PhotoShop, Avid Cinema, Adobe PageMaker, and Claris Homepage are the software programs that will be explored. The digital camera and scanner will be used with these programs as tools for visual creation. Students will learn the process of creating computer graphics applications for video, page layouts, posters, CDs, book covers, advertisements, web pages, and magazine design. This course is highly recommended as a foundation for those who want to be involved in extracurricular publications throughout the school.

### Advanced Technology for the Studio Arts

**Prerequisite:    Technology for the Studio Arts**

In this advanced computer graphics and video design course, students use digital cameras and camcorders in conjunction with Adobe PhotoShop and Avid Cinema/Adobe Premier to create artwork for a variety of media, including cover art, illustration, web-page design, and video shorts.

## Advanced Drawing and Painting

**Prerequisite:    Introduction to Drawing and Painting**

Advanced Drawing and Painting provides opportunities for vigorous and focused exploration in drawing and painting. Students continue to use the elements and principles of art to hone their skills and refine their abilities. To reinforce their knowledge of the language of art and aesthetics as well as to sharpen their own critical eyes, students engage in the study and practice of art criticism. At the end of the course, students should have a well-developed portfolio that exists in both actual and virtual (slides to digital) form. Throughout the year students will have opportunities to broaden their appreciation of the artists' life through visits to studios, museums, and galleries.

## Advanced Photography

**Prerequisite:    Introduction to Photography or its equivalent**

Advanced Photography students further explore the creative, visual, and technical processes of 35mm camera operation and darkroom procedures. There is greater emphasis on the photograph both as a fine print and as an interrelated extension of the students' interests and perceptions. Advanced metering, studio lighting, alternative printing techniques, and some Adobe PhotoShop manipulations are taught. There is a focus on the development of the individual's photographic style. Students are expected to compile a comprehensive portfolio in addition to designing and hanging an exhibition for the community.

## Advanced Placement Studio Art

**Prerequisite:    Permission of the Department**

This is a course of study designed by the College Board and is intended for only the most highly motivated art student. Successful completion and evaluation, by Educational Testing Service, of a portfolio is required for college credit to be granted.

*High School Technology*
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

All GDS High School students use technology as an everyday learning tool in all subject areas. Each student has an e-mail account (internal and external), personal network space, and access to a wide variety of current technologies such as *MS Office, full Web access via a dedicated connection, digital imaging tools, publication layout programs, color scanners, color printers,* and Mac and Windows desktop and laptop computers.

The technology skills that were formerly taught in our required Computer Applications course are now internalized into the 9–12 curriculum. The baseline technology skills for 9th and 10th graders include using a word-processing program (Microsoft Word), using a graphing program (Graphical Analysis), sending and receiving e-mail, logging onto the network with a user name and password, saving work to personal network space, using the GDS High School Library Catalogue, using a periodical database, searching the Web, using logical operators and other database searching techniques, developing a balanced search plan using print and electronic resources, and evaluating print and electronic resources. In addition to these baseline skills, 11th and 12th graders are taught how to use Excel as a data-analysis program, how to use advanced search techniques with college-level databases, and how to create a multimedia presentation.

In addition, many teachers use in their courses such specialized technology tools as Geometer's Sketchpad (Math), Adobe Photoshop and Claris Homepage (Studio Arts), Texas Instruments Calculator-Based Labs (Science), Glencoe French and Spanish CD-ROMs (Foreign Language), and DineHealthy (Physical Education.)

See also:

**Technology for the Studio Arts (offered by the HS Studio Art Department)**
**Advanced Technology for the Studio Arts (offered by the HS Studio Art Department)**
**Advanced Placement Computer Science AB (offered by the HS Math Department)**

7165

# E X H I B I T   7 4



ART MAGAZINE 2004

# ART Magazine 2004

## A Sh... Art by GDS Students and Alumni

The first issue of *Art Magazine* was published seven years ago and primarily featured the work of students done outside of the classroom. As the Magazine developed, the editorial staff expanded its focus to recognize passion in art as expressed outside of the classroom as well as inside it.

Over the years, the *Art Magazine* publication team has invited alumni who are establishing themselves in the visual art marketplace to be the Alumni Feature. Michael Goo was our first alumnus to say "yes". His work is incredible but also Sharon recalls his warmth and helpfulness throughout the whole process. Alissa Paden '98 and Michael Mehmed '99 (an original *Art Magazine* editor) have also been featured alumni.

This year we have the pleasure of sharing the talents of Rebecca Drobis, a 1995 GDS graduate who is making her mark in photography. Read about her and see her work on pages 8-9.

Also included in this issue are the works of more recent graduates who created a huge impact on the art scene at GDS. Check out their work throughout.

Finally, *Art Magazine* is proud to grace these pages with the art of current students. As student publishers and student-artists, we are very excited to give justice in this all-color issue to those who continue to raise the bar!

Advising: Sharon Kilian - Georgetown Day School 2004

2003





Kate Forscey 0



Katherine Rubenstein



Marika Shishido



Sarah Matthews





2



Rachel Weis

2823



Nora Burghardt '0...



Mihan Lee '06



Rachel Cantor '05


Kristina Laurin




Ariana LaPorte

Mike Martin '04





Mihan Lee '06



Kevin Brown

Collin Willis





Kristina Laurins



Rachel Luban

Caitlin Bare





Ariana LaPort



Marisa West

Amanda Toles '04





## Rebecca Drobis

I am looking for myself in my subjects. I seek to connect with others and the more of us that have an intense longing for who I work for, the influence of society and the media too. I hold I highly respect my subjects. Oftentimes they have the raw passion for life that I am seeking. I also look for conflicted moments or people on the cusp of change. In these moments, I have seen glimpses into mindonce places.

On the best days I have the privilege of capturing that on film.





## Rebecca Drobis

I studied Art History and Film at Duke University. While deeply inspired by the art and creative exploration of master artists, I still longed to express how I see. My senior year in college I made a documentary film about pledging a fraternity. This medium allowed me to visually tackle a troubling personal issue of social relevance. The photographic image became my tool for navigating.

From 1999-2001 I taught art history and photography in the Dominican Republic. The vibrant Latin-Caribbean Dominican culture became my classroom and photography was my language.

Upon return to the US, I studied formally at the Corcoran College of Art and Design. I then went to work at the Santa Fe Photographic Workshops as a course assistant from 2002-2003. In New Mexico I assisted my contemporary photo heroes like Debbie Caffery, Jay Maisel, Raymond Meeks, Norman Mauskopf and Lauren Greenfield.

I currently live in Los Angeles, California and work full time as a photo assistant for Lauren Greenfield, an editorial and advertising photographer. At the same time I work on developing my personal vision and business.

My aspiration is to work on long term photographic projects with teenagers in the United States and Central America.





9



Andrea Szekel

Marissa Joseph





Jenna Queenan




Nicolas Guzman




Mike Martin Jr.          Linnea Mullenbach



Sarah Nunnan



Rick Stanley 07

12

2033



Adriane Quinlan



Alia Akhtar

John Gentile

Sophie Sotsky



13



Lee Hopcraft '04



Chris Wadlam '07



14  Rose Holmes '07

Devon Williams '05





Alex Pozez '07

Jed Lenzner '07



Jenny Frank '0

19



Ben Garwin 06



Jon Kelman 0

16



Adrian Bondy '05

17

2038



Lauren Campbell

Erin Kampschroer



18





Laura Dean '06







Sarah Matthews

19





Adriane Quinlan  0



20





2843





2843

# EXHIBIT 75

Exhibit 33

5/17/06     FJm

Message
From:          Paul Levy
Subject:       Course Proposal
To:            Sharon Killian
Wednesday, December 10, 2003 1:05:57 PM

Sharon:

I spoke with Nick, today about your course proposal (and about his as
well).  He is a strong supporter of your proposal and helped me to clarify
questions I had.   I like your concept, but would like to suggest some
modifications.  When can we get together to discuss this ?

Paul

*but I wrote the proposal, not NR and would be the one who could most clearly explain any content.*

# E X H I B I T   7 6

**Exhibit 61**

Page 1 of 1

Tuesday, January 20, 2004 11:57:59 AM                    *LGM    5/17/06*
Message

From:        👤 Kevin Barr,GDS Lower School

Subject:     Course Change Proposal

To:          👤 Nick Ryan
             👤 Sharon Killian

Cc:          👤 Paul Levy

Dear Nick and Sharon,

The admin. team met to discuss Course Proposals for next year.  Both of the proposed Art courses generated considerable enthusiasm and a sense that they represent exciting directions for the department to go.  The sense was for both course, though, that given current space and personnel limitations, we will wait to offer them until the completion of the new facilities.

Kevin

# E X H I B I T   7 7

# GDS

**GEORGETOWN DAY SCHOOL**

PETER M. BRANCH ♦ HEAD OF SCHOOL

**By Courier and**
**Certified Mail - Return Receipt Requested**

September 27, 2005

Ms. Sharon Killian
6312 Seven Corners Center, #144
Falls Church, VA  22044

       Re:  FMLA and Disability Eligibility Requirements

Dear Sharon:

I understand that you have recently been in touch with Kevin via voicemail messages and have informed him that you expect to be out for several more weeks and are uncertain as to when you will be able to return.  I am concerned to hear that you are still ill.  I hope that you have received the notification letters for FMLA and disability, the Certification Form, and the Statement of Understanding sent to you by Kate Lindsey on September 1, 2005 as well as September 16, 2005 (copies of which are enclosed) advising you about your rights and responsibilities.  You need to let Kate know if you have not received them.  If you have already sent responses, please let us know promptly since we have not received those responses.

Since you are now in your fourth week of absence and have not yet provided GDS with medical documentation of your illness, it is critical for you to do so immediately to ensure the continuation of both your pay as well as all your benefits.  The deadline for supplying the certification was September 23, 2005 and, to date, we have not received anything from you or your physician. We need the documentation for both our own records (so that personal leave time can be applied to those days you have already been out and going forward until the elimination period has been exhausted) as well as to establish a long-term disability case number with Fortis, our long-term disability carrier. Should we not receive your medical documentation by the end of this week, Friday, September 30, 2005, I will have no choice but to take you off the payroll and hold all pay until it is received.  I really do not want to take this action, but will have no choice; GDS cannot pay a teacher who is not at work and who has not submitted the proper documentation to verify illness.

Please direct your physician to send the Certification Form to Kate Lindsey immediately at the Business Office at the 4530 MacArthur Boulevard, N.W. campus.  If you have any questions regarding the technical details of Kate's letters, please contact her.

**2891**

LOWER/MIDDLE SCHOOL  4530 MACARTHUR BOULEVARD, NW ♦ WASHINGTON, DC 20007-4297 ♦ 202-295-6200 LS FAX 202-295-6151 ♦ MS FAX 202-295-6221
HIGH SCHOOL  4200 DAVENPORT STREET, NW ♦ WASHINGTON, DC 20016-4560 ♦ 202-274-3200 ♦ FAX 202-364-9603
DEVELOPMENT OFFICE  4530 MACARTHUR BOULEVARD, NW ♦ WASHINGTON, DC 20007-4297 ♦ 202-295-1060 ♦ BUSINESS/DEVELOPMENT FAX 202-338-0480

I am also available to talk with you, although I may be less conversant with the technicalities of FMLA and the requirements to qualify for disability. Thank you for your prompt attention to this letter.

Sincerely,

Peter M. Branch
Head of School

PMB/cc

# E X H I B I T   7 8

# GEORGETOWN DAY SCHOOL

LOWER/MIDDLE SCHOOLS  4530 MACARTHUR BOULEVARD, NW ♦ WASHINGTON, DC 20007-4297 ♦ 202-295-6200 ♦ FAX 202-295-6121
HIGH SCHOOL  4200 DAVENPORT STREET, NW ♦ WASHINGTON, DC 20016-4560 ♦ 202-274-3200 ♦ FAX 202-364-9603

## APPLICATION FOR EMPLOYMENT
### CONFIDENTIAL

Name __Cobb, Michelle R.__    Date __9-5-05__
Last, First, MI

Address __7816 Morningside DV NW__    Home Phone __202-882-3921__

City __Washington__    State __DC__  Zip __20012__  Work Phone __610-633-6887__

Social Security Number __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__

**PERSONAL**

Position sought (please check)  ☐ Administrator  ☑ Teacher  ☐ Office Staff
☐ Teaching Assistant  ☑ Substitute Teacher  ☐ Other (specify) _____

Please specify the nature of the position you prefer. For teacher, list in order of priority grade level(s) and subject area(s). __Art Teacher - Teaching AP ART + Graphic Design__

Would you work  ☑ Full time or  ☑ Part time

Are you a U.S. citizen?  ☑ Yes  ☐ No

If not, are you a permanent resident, or do you have a work permit?  ☐ Yes  ☐ No

Have you ever been convicted of a felony (or other crime involving moral turpitude)?  ☐ Yes  ☑ No

If yes, please explain: _____

Referred to Georgetown Day School by: __Carney + Sandal__

**EDUCATION**

| School | Location | Major/Program | Degree/Year |
|---|---|---|---|
| High School Glenelg High | Glenelg MD | | 1972 |
| College Skidmore College | Saratoga, NY | Art Education | 1976 |
| George Washington University | Wash, DC | Visual Comm. | MFA pending Thesis |

College distinction __Honor Roll__

(Verification of academic credentials may be requested at a later date and will be a condition of employment.)

**PROFESSIONAL**

All Applicants
Computer skills: __Proficient at all computer programs dealing with Graphic Design and layout__

Teaching and Administrative Applicants
List extracurricular activities or coaching assignments which interest you:

Are you proficient in a foreign language? __NO__

List your teaching experience: __10 years Teaching art in Colleges + High School__

Please attach a statement of your educational philosophy to this application.

*(Please complete other side)*

2989

*SUBJECT TO PROTECTIVE ORDER*

*CONFIDENTIAL:*

Please provide your employment history, listing your most recent employer first.

**EMPLOYMENT**

| | Employer/Address | Position/Nature of Work | Employment Dates | Earnings (optional) | Reason for Leaving |
|---|---|---|---|---|---|
| 1. | Sanford School P.O. Box 888 Hockessin DE | Director of Communication | May 98 July 05 | | Marriage/ Move |
| 2. | Michelle Spellman Design Greenford PA | Owner/ Free lance Art Director | June 90 May 98 | | To work at Sanford |
| 3. | Skidmore Sports Illustrated NY NY | Promotion Art Director | Sept 81 Sept 89 | | To start Business |
| 4. | Time-Life Books Alex, VA | Designer | 1976- 1981 | | |
| 5. | | | | | |

Please provide no fewer than three references capable of judging your ability to perform the kind of work for which you have applied.

**REFERENCES**

| Name of Reference | School/Business | Position | Address | Work Phone |
|---|---|---|---|---|
| Douglass MacKelcan | Sanford | Head | P O Box 888, Hockessin DE | 302 239-5263 |
| Peter Buttenheim | Sanford | Dir Advancement | " | " |
| Suzy Hoffman | Sanford | Dir Technology | " | " |
| Betty O'Reagon | Sanford | Art Dept Chair | " | " |
| Ruth Lozner | UofMD | Art Professor | | 301-405-1443 |

May we contact your present employer? ☑Yes ☐No
If yes: Name ___Douglass MacKelcan___    Work Phone **302-239-5263**

May we contact your references prior to speaking with you? ☑Yes ☐No
You may attach other relevant material to this application.

**READ AND SIGN**

*I certify that the above information is correct to the best of my knowledge, and I understand that misrepresentation of information is grounds for denial of employment or dismissal. This application becomes part of the permanent file for hired candidates.*

*I give my permission to Georgetown Day School to verify information pertaining to my application to the School, except where I request in writing that no inquiry be made.*

*I further release the School from any liability from the disclosure of the information enclosed herein.*

Applicant's signature ___Michelle (Spellman) Cobb___    Date ___9-5-05___

Georgetown Day School seeks to enroll students who have the potential to take advantage of its challenging academic program. Georgetown Day School does not discriminate on the basis of race, color, creed, or national or ethnic origin in the administration of its personnel policies, educational and admissions policies, financial aid programs, or athletic and other school-administered programs.

Please return this application to:    Director of Studies
Georgetown Day School
4530 MacArthur Boulevard, NW    **CONFIDENTIAL:**
Washington, DC 20007

**SUBJECT TO PROTECTIVE ORDER**

*Applications are kept on file for two years. Thank you for your interest in Georgetown Day School.*

2990

*MICHELLE SPELLMAN COBB*

*7816 Morningside Drive, NW*                          *202.882.3921 (home)*
*Washington, DC 20012*                               *610.633.6887 (mobile)*
*MICHELLE.SPELLMAN@COMCAST.NET*

### PROFESSIONAL STRENGTHS

Excellent strategist capable of developing and implementing policies and programs
Strong leader with proven diplomatic and team–building abilities
Effective communicator able to utilize all media
Sound manager of financial resources and fiduciary responsibilities
Flexible, resilient visionary who understands corporate, government, and nonprofit environments

EXPERIENCE    ### PUBLIC RELATIONS & COMMUNICATIONS MANAGEMENT

20+ years of developing strategic communications programs and materials
Proven track record of completing projects ahead of schedule and on budget
Recognized for producing print, oral, and electronic communications that meet measurable goals

DIRECTOR OF COMMUNICATIONS • SANFORD SCHOOL • *Hockessin, DE • 1998 to Present*

Manage marketing, advertising, and public relations programs that strategically support Sanford's mission and vision as well as the school's admissions and development programs. Provide communication direction and services for Senior Leadership Team members who have diverse goals, objectives, audiences, and budgets. Key successes include favorable and frequent editorial placements in print and broadcast media, effective execution of special events, and high–quality communication pieces produced with limited budgets.

- Develop and implement internal and external communications programs
- Write, edit, and design print, web, and electronic communications
- Produce and direct special events
- Act as spokesperson for media inquiries
- Acquire and analyze research data
- Manage program budgets, production schedules, and vendor relations
- Hire and manage freelance staff.

DIRECTOR • MICHELLE SPELLMAN DESIGN • *New York, NY & Washington, DC • 1988 to 1998*

Developed and implemented promotional and marketing materials for corporations, government agencies, and nonprofit organizations.

*Client list includes: The City of New York, Terrie Williams Agency, Washington Post, Bell Atlantic, CitiBank, Time-Warner, Direct Marketing Association, United Negro College Fund, National Council of Negro Women, The Urban League, Wynton Marsalis Enterprises, and CBS.*

PROMOTION ART DIRECTOR • SPORTS ILLUSTRATED MAGAZINE • *New York, NY • 1981 to 1988*

Developed, designed, and art directed promotional campaigns for major advertisers and events, including the 1984 and 1998 Olympics, U.S. Open, Kentucky Derby, World Series, NCCA, Indy 500, and SuperBowl. Also responsible for photo editing and research.

GRAPHIC DESIGNER • TIME–LIFE BOOKS • *New York, NY • Alexandria, VA • 1976 to 1981*

Designed, illustrated, and photo edited more than 35 Time–Life books. Assisted in the development and implementation of advertising and marketing campaigns to promote the book series.

(CONTINUED)

**CONFIDENTIAL:**                    **SUBJECT TO PROTECTIVE ORDER**

2991

*MICHELLE SPELLMAN COBB*
*PAGE 2*

**EXPERIENCE**

## TEACHING

Developed and taught the first Computer Graphic Design Program at the University of Maryland

Extensive experience teaching a variety of subject matter, including Computer Graphics, Drawing and Painting, and Graphic Design

ADJUNCT INSTRUCTOR • SANFORD SCHOOL • *Hockessin, DE* • *1988 to Present*
ADJUNCT INSTRUCTOR • DELAWARE COLLEGE OF ART & DESIGN • *Wilmington, DE* • *1996 to 1998*
ADJUNCT INSTRUCTOR • LINCOLN UNIVERSITY • *Lincoln, PA* • *1997 to 1998*
ADJUNCT INSTRUCTOR • UNIVERSITY OF DELAWARE • *Newark, DE* • *1994 to 1996*
ADJUNCT INSTRUCTOR • UNIVERSITY OF MARYLAND • *College Park, MD* • *1991 to 1994*
INSTRUCTOR • METROPOLITAN MUSEUM OF ART & STUDIO MUSEUM • *Harlem, NY* • *1974 to 1975*

**EDUCATION**

Skidmore College • Bachelor of Science • Art Education • 1976
George Washington University • MFA upon completion of thesis • Visual Communications
United Digital Artist • Webmaster Certification • 2000
West Africa Art Studies • Time, Inc. Scholarship • 1977
Pratt University • Summer Study in Drawing & Illustration • 1976
Delaware College of Art & Design • Advanced Oil Painting with Edward Loper • 1996 to Present
Rhode Island School of Design • Special Effects and Animation Study • 1974

**RECOGNITIONS**

Receipt of awards from the following organizations:
- Delaware Press Association
- National Federation of Press Women
- New York Printers Association

**EXHIBITIONS**

National Black Fine Arts Show • New York, NY • 2005
White Linen Nights • Thelma Harris Gallery • Oakland, CA • 2004
Edward Loper and His Students • Orange Street Gallery • Wilmington, DE • 2002 to 2004
Edward Loper and His Students • River Front Museum • Wilmington, DE • 2001

**PROFESSIONAL AFFILIATIONS**

Delaware Press Association • 2000 to Present
National Federation of Press Women • 2000 to Present
Council for Advancement and Support of Education • 1998 to Present
National Association of Independent Schools • 1998 to Present
Advertising Club of Delaware • 1996 to 1998
Art Directors Club of New York • 1978 to 1989

**COMPUTER COMPETENCIES**

*Adobe* InDesign, PageMaker, Photoshop, Illustrator, Acrobat
*Microsoft* Word, Power Point, Excel, Outlook
*Macromedia* Dreamweaver
*Quark* Xpress

**REFERENCES**

Available upon request

**CONFIDENTIAL:**                    **SUBJECT TO PROTECTIVE ORDER**

# E X H I B I T   7 9

# GEORGETOWN DAY SCHOOL

LOWER/MIDDLE SCHOOLS   4530 MACARTHUR BOULEVARD, NW ♦ WASHINGTON, DC 20007-4297 ♦ 202-295-6200 ♦ FAX 202-295-6121
HIGH SCHOOL   4200 DAVENPORT STREET, NW ♦ WASHINGTON, DC 20016-4560 ♦ 202-274-3200 ♦ FAX 202-364-9603

## APPLICATION FOR EMPLOYMENT
### CONFIDENTIAL

Name  **Nguyen, Nguyen, Khoi**    Date **14/9/05**
       Last, First, MI

Address  **218 Forest Avenue**    Home Phone **307 762 6074**

City  **Rockville**    State **MD**  Zip **20850**    Work Phone _____

Social Security Number  **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**

**PERSONAL**

Position sought (please check)  ❑ Administrator   ❑ Teacher   ❑ Office Staff
                                ❑ Teaching Assistant  ☒ Substitute Teacher   ❑ Other (specify) _____

Please specify the nature of the position you prefer. For teacher, list in order of priority grade level(s) and subject area(s).  **Film/video**

Would you work  ☒ Full time   ❑ Part time

Are you a U.S. citizen?  ☒ Yes   ❑ No

If not, are you a permanent resident, or do you have a work permit?  ❑ Yes   ❑ No

Have you ever been convicted of a felony (or other crime involving moral turpitude)?  ❑ Yes   ☒ No

If yes, please explain: _____

Referred to Georgetown Day School by:  **Teacher: Thu Nguyen**

**EDUCATION**

| School | Location | Major/Program | Degree/Year |
|---|---|---|---|
| High School **Cypress Lake High School** | **Fort Myers, FL** | **Visual Art** | **Diploma 1999** |
| College **Cooper Union** | **New York** | **New York, Visual Art** | **1999-2001** |
| **Bard College** | **New York** | **Music, Art** | **BA 2004** |
| **Thomas J. Watson Fellow** | **International** | **Music/Art** | **2005** |

College distinction _____
(Verification of academic credentials may be requested at a later date and will be a condition of employment.)

**All Applicants**
Computer skills:  **Word, Photoshop, Final Cut Pro, Reason, DVD Studio Pro**

**Teaching and Administrative Applicants**
List extracurricular activities or coaching assignments which interest you:  **Jazz Big Band**

Are you proficient in a foreign language?  **Vietnamese**

**PROFESSIONAL**

List your teaching experience:  **Have taught as an art instructor for youth programs, worked as arts outreach coordinator for a non-profit**

Please attach a statement of your educational philosophy to this application.

*(Please complete other side)*

SUBJECT TO PROTECTIVE ORDER

Please provide your employment history, listing your most recent employer first.

**EMPLOYMENT**

| | Employer/Address | Position/Nature of Work | Employment Dates | Earnings (optional) | Reason for Leaving |
|---|---|---|---|---|---|
| 1. | Alliance for the Arts Fort Myers, FL | Art Instructor | 6-8/2004 | | Seasonal work |
| 2. | Viet Aid Boston, MA | Artistic Coordinator | 6-8/2003 | | end of contract |
| 3. | Mainsale Video productions Fort Myers, FL | Intern | 7-8/2001 | | Seasonal work |
| 4. | Curious Pictures NY, NY | Intern | 6-8/2000 | | Seasonal work |
| 5. | | | | | |

Please provide no fewer than three references capable of judging your ability to perform the kind of work for which you have applied.

**REFERENCES**

| Name of Reference | School/Business | Position | Address | Work Phone |
|---|---|---|---|---|
| James Bui | Viet Aid | community organizer | Boston, MA | 617-838-6456 |
| Louise Senneff | Alliance for the Arts | Director | Fort Myers, FL | 617-338239-930 |
| Sam Sternin | Princeton | grad student | Boston, MA | 609 986 8081 2787 |

May we contact your present employer?  ☐ Yes  ☒ No

If yes: Name _____  Work Phone _____

May we contact your references prior to speaking with you?  ☒ Yes  ☐ No

**You may attach other relevant material to this application.**

*I certify that the above information is correct to the best of my knowledge, and I understand that misrepresentation of information is grounds for denial of employment or dismissal. This application becomes part of the permanent file for hired candidates.*

*I give my permission to Georgetown Day School to verify information pertaining to my application to the School, except where I request in writing that no inquiry be made.*

*I further release the School from any liability from the disclosure of the information enclosed herein.*

**READ AND SIGN**

Applicant's signature _____  Date 9/14/05

Georgetown Day School seeks to enroll students who have the potential to take advantage of its challenging academic program. Georgetown Day School does not discriminate on the basis of race, color, creed, or national or ethnic origin in the administration of its personnel policies, educational and admissions policies, financial aid programs, or athletic and other school-administered programs.

Please return this application to:     Director of Studies     **CONFIDENTIAL:**          **SUBJECT TO**
                                       Georgetown Day School                    **PROTECTIVE ORDER**
                                       4530 MacArthur Boulevard, NW
                                       Washington, DC 20007

*Applications are kept on file for two years. Thank you for your interest in Georgetown Day School.*

2994

# Nguyen Khoi Nguyen

218 Forest Avenue. Rockville, MD. 20850
mobile: 202 441 5606
home: 301 762 6074
fruitshapedheart@gmail.com

**OBJECTIVE:**     Seeking employment as a film and video arts teacher.

**EDUCATION:**

| | |
|---|---|
| 2004-2005 | Thomas J. Watson Fellow |
| 2001-2004 | B.A. (w/ a double concentration in Music and Integrated Arts), Bard College, NY. |
| 1999-2001 | The Cooper Union School of Visual Arts, NY. |

**Experience:**

8/2005
*Fruit-Shaped Heart DVD.* Created an original DVD, including video, photography, drawings, and music about experience returning to Vietnam after 23 years. The culminating work of the artist's year abroad as a Thomas J. Watson Fellow.

5/2004
*Young & In Love: Karaoke Suite.* A yearlong Senior Thesis project fulfilling the requirements for a B.A. in Integrated Arts at Bard College. Created an original DVD of 6 karaoke songs based on the lives of teenage Vietnamese-Americans in Dorchester, MA. To screen the videos, produced a karaoke room installation that included two wall murals and a light sculpture.

6-8/2004
*Visual Art Instructor, Alliance For The Arts, Ft. Myers, FL.*
Taught drawing, painting, sculpture to youths ranging from 6-13 years old. Also created and implemented lessons plans.

6-8/2003
*Artistic Coordinator, Our Voices, VietAID, Boston, MA.*
Provided artistic training in filmmaking and critical thinking to Vietnamese American High School Students in Boston for an arts outreach project called *Our Voices.* Worked with students to create community surveys and provided support in the field as they went into the community to conduct interviews. Directed a documentary film about the Vietnamese-American community of Dorchester, MA.

CONFIDENTIAL:          SUBJECT TO
                PROTECTIVE ORDER

1

*7-8/2001*
*Production intern, MainSale Video Productions.*
*Assisted in lighting and grip during location shooting, and*
*script editing for original television segments.*

*6-8/2000*
*Production Intern, "Sheep In The Big City," Curious Pictures*
Assisted in inking, coloring, and designing for the animated
television series: *Sheep In The Big City*.  Performed office
duties.

**REFERENCES:**       For more information about the artist's recent fellowship
project please log onto **TJW@watsonfellowship.org**

**CONFIDENTIAL:              SUBJECT TO
PROTECTIVE ORDER**

# E X H I B I T   8 0

Exhibit 65

*5/17/06*    *7 ym*

# GEORGETOWN DAY SCHOOL

PETER M. BRANCH
HEAD OF SCHOOL

### AGREEMENT BETWEEN GEORGETOWN DAY SCHOOL, INC.
### AND SHARON KILLIAN
### FOR THE SCHOOL YEAR 2004-2005

You are assigned to be the Faculty Sponsor of the Yearbook. The position carries a stipend of $5,410.00. You will be paid in four quarterly installments: October 15, December 30, March 15, and May 30.

Your signature on this agreement and that of the Director of Studies confirm your employment by Georgetown Day School, Inc.

Signed: _____ Director of Studies    Date: _____

Signed: _____ Teacher    Date: *10/26/04*

Please return signed form to the Janis Webb.

CONFIDENTIAL:    SUBJECT TO
PROTECTIVE ORDER

2831

# E X H I B I T   8 1

3/10/2006

Exhibit 11

# Georgetown Day School-Lower/Middle
# Account Activity Report

| ...actions for | Grade | Trans. No. | Trans. Date | Type | Fee ID | Description | Amount |
|---|---|---|---|---|---|---|---|
| ...les Killian | | | | | | | |
| Lindsay Booker | 99 | 20184 | 7/1/1999 | CR | 016 | Staff Discount | ($3,862.00) |
| | | 20298 | 7/1/1999 | CH | 001 | 1st Sem Tuition | $9,655.00 |
| | | 21739 | 9/21/1999 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 21864 | 7/1/1999 | CR | 005 | Financial Aid 2002-2003 | ($1,583.40) |
| | | 22124 | 10/28/1999 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 22539 | 11/29/1999 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 23447 | 12/17/1999 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 23872 | 1/31/2000 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 24154 | 12/1/1999 | CH | 002 | 2nd Sem Tuition | $6,437.00 |
| | | 24363 | 2/29/2000 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 24647 | 12/1/1999 | CR | 005 | Financial Aid 2002-2003 | ($1,055.60) |
| | | 24747 | 3/24/2000 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 24802 | 12/1/1999 | CR | 016 | Staff Discount | ($2,575.00) |
| | | 24903 | 4/26/2000 | PY | | Payment Received - Thank You. | ($779.56) |
| | | 25119 | 5/31/2000 | PY | | Payment Received - Thank You. | ($779.60) |
| | | 26836 | 7/1/2000 | CH | 001 | 1st Sem Tuition | $10,556.00 |
| | | 27185 | 9/18/2000 | PY | | Payment Received - Thank You. | ($586.44) |
| | | 27214 | 9/27/2000 | PY | | Payment Received - Thank You. | ($586.44) |
| | | 27611 | 10/27/2000 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 28025 | 11/28/2000 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 28496 | 12/14/2000 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 28542 | 7/1/2000 | CR | 016 | Staff Discount | ($4,222.00) |
| | | 29406 | 1/31/2001 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 29816 | 2/23/2001 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 30139 | 3/16/2001 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 30288 | 4/27/2001 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 30575 | 5/30/2001 | PY | | Payment Received - Thank You. | ($1,172.88) |
| | | 30719 | 1/1/2001 | CH | 002 | 2nd Sem Tuition | $7,037.00 |
| | | 31240 | 1/1/2001 | CR | 016 | Staff Discount | ($2,815.00) |
| | | 33205 | 7/1/2001 | CH | 001 | 1st Sem Tuition | $11,219.00 |
| | | 34677 | 7/1/2001 | CR | 016 | Staff Discount | ($4,487.00) |
| | | 34949 | 1/29/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 35473 | 2/21/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 35769 | 3/12/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 35936 | 4/18/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 36331 | 5/30/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 36539 | 6/10/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 36863 | 1/1/2002 | CH | 002 | 2nd Sem Tuition | $7,479.00 |
| | | 37499 | 7/25/2002 | PY | | Payment Received - Thank You. | ($200.00) |
| | | 37679 | 1/1/2002 | CR | 016 | Staff Discount | ($2,992.00) |
| | | 37870 | 1/24/2002 | CR | 027 | FA Adjustment | ($9,719.00) |
| | | 37893 | 8/12/2002 | PY | | Payment Received - Thank You. | ($100.00) |
| | | 38390 | 9/24/2002 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 38853 | 10/30/2002 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 39362 | 11/26/2002 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 39375 | 7/1/2002 | CH | 001 | 1st Sem Tuition | $11,778.00 |
| | | 39829 | 12/18/2002 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 40855 | 1/29/2003 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 41385 | 7/1/2002 | CR | FA05 | Financial Aid | ($5,566.80) |
| | | 41419 | 7/1/2002 | CR | 016 | Staff Discount | ($4,711.00) |
| | | 41422 | 2/27/2003 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 41698 | 3/19/2003 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 41901 | 4/15/2003 | PY | | Payment Received - Thank You. | ($156.00) |
| | | 42112 | 4/29/2003 | PY | | Payment Received - Thank You. | ($278.00) |
| | | 42460 | 5/27/2003 | PY | | Payment Received - Thank You. | ($276.00) |
| | | 43721 | 1/1/2003 | CH | 002 | 2nd Sem Tuition | $7,852.00 |
| | | 44129 | 1/1/2003 | CR | FA05 | Financial Aid | ($3,711.20) |
| | | 44165 | 1/1/2003 | CR | 016 | Staff Discount | ($3,141.00) |
| | | 44688 | 9/26/2003 | PY | | Payment Received - Thank You. | ($370.00) |

Δ π EXHIBIT 11

Deponent _____

Date 3/27/06 Rptr. bV

WWW.DEPOBOOK.COM

**CONFIDENTIAL:**        **SUBJECT TO**
**PROTECTIVE ORDER**

3/10/2006

# Georgetown Day School-Lower/Middle
# Account Activity Report

Page 2

| actions for | Grade | Trans. No. | Trans. Date | Type | Fee ID | Description | Amount |
|---|---|---|---|---|---|---|---|
| | | 44871 | 3/13/2003 | CH | SAT PC | SAT prep course | $156.00 |
| | | 45104 | 10/22/2003 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 45593 | 11/18/2003 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 46191 | 12/12/2003 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 47086 | 1/30/2004 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 47319 | 7/1/2003 | CH | 001 | 1st Sem Tuition | $12,883.00 |
| | | 47658 | 2/27/2004 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 47990 | 3/19/2004 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 48180 | 4/28/2004 | PY | | Payment Received - Thank You. | ($370.00) |
| | | 48421 | 7/1/2003 | CR | FA05 | Financial Aid | ($5,728.20) |
| | | 48606 | 7/1/2003 | CR | 016 | Staff Discount | ($5,153.00) |
| | | 48634 | 5/12/2004 | PY | | Payment Received - Thank You. | ($185.00) |
| | | 48705 | 5/21/2004 | PY | | Payment Received - Thank You. | ($191.00) |
| | | 50805 | 1/1/2004 | CH | 002 | 2nd Sem Tuition | $8,589.00 |
| | | 51607 | 1/1/2004 | CR | FA05 | Financial Aid | ($3,818.80) |
| | | 51757 | 1/1/2004 | CR | 016 | Staff Discount | ($3,436.00) |
| | | 52746 | 6/1/1996 | CR | 006 | Advance Deposit | ($500.00) |
| | | 56186 | 5/12/2004 | CH | 022 | Refund Advance Deposit | $400.00 |
| | | 56187 | 5/12/2004 | CH | 032 | Transfer to Gift account | $100.00 |
| | | | | | | *Detail total for Lindsay Booker:* | *$0.00* |
| | | | | | | *Balance for Lindsay Booker:* | *$0.00* |
| | | | | | | *Detail total for Charles Killian:* | *$0.00* |
| | | | | | | *Total Balance for Charles Killian:* | *$0.00* |
| **Charles Killian\*** | | | | | | | |
| Lindsay Booker | 99 | 22357 | 10/20/1999 | CH | ASP-Sem | After School Semester Charge | $936.00 |
| | | 22509 | 10/20/1999 | CR | ASP-Staff | ASP-Staff Discount | ($936.00) |
| | | 24995 | 1/10/2000 | CH | ASP-2nd | ASP-2nd Semester Charge | $1,044.00 |
| | | 25033 | 1/12/2000 | CR | ASP-Staff | ASP-Staff Discount | ($1,044.00) |
| | | | | | | *Detail total for Lindsay Booker:* | *$0.00* |
| | | | | | | *Balance for Lindsay Booker:* | *$0.00* |
| | | | | | | *Detail total for Charles Killian\*:* | *$0.00* |
| | | | | | | *Total Balance for Charles Killian\*:* | *$0.00* |
| | | | | | | **Detail Grand Total:** | **$0.00** |
| | | | | | | **Grand Total Balance:** | **$0.00** |
| | | | | | | **2 record(s) listed.** | |

CONFIDENTIAL:    SUBJECT TO
PROTECTIVE ORDER

2725

# E X H I B I T   8 2

Exhibit 27



Monday, February 27, 2006 11:37:18 AM

Message

**From:**     David Arnstein,GDS Lower School
              **Bruce Ruble**

**Subject:**   Fwd: Clean-up of Public

**To:**        **Bruce Ruble**

----- Original Message -----

Thursday, June 26, 2003 4:51:47 PM

HS Staff
**From:**      Bruce Ruble,GDS High School
**Subject:**   Clean-up of Public
**To:**        HS Staff

Well, folks, we've filled up nearly 80% of HS-Common with our stuff. Time to start the archiving and deleting. As a first step, I've made CDs of all the 2001-2002 and before files that were stored in Public in your departmental folders. I've given copies to your department heads, so if you really need that two-year old scanned image or that PowerPoint presentation done by a member of the class of 1999 you can get it.

This got us down to about 65% full. I would guess that there are probably some files in your user space that could be archived to a CD or deleted. Please clean up your space. And if you supervise a publication, look through its folder in Public and archive.

Also, I put all the 2002-2003 files from your departmental folders into folders called "2002-2003 Archive." Please look through the folder for your department and archive to CD or delete your files.

Thanks,
Bruce

Bruce Ruble
Educational Technology Coordinator
Georgetown Day High School
202-274-3270
bruble@gds.org

