UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON KILLIAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1925 (EGS) |
| | ) | |
| GEORGETOWN DAY SCHOOL | ) | Next Scheduled Deadline: |
| | ) | Opposition to Motion for |
| Defendant | ) | Summary Judgment |
| _____ | ) | (December 10, 2006) |

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO OPPOSE MOTION FOR SUMMARY JUDGMENT

Plaintiff, through undersigned counsel, respectfully requests pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, that this Court grant Plaintiff leave to file an opposition to Defendant's Motion for Summary Judgment on or before December 22, 2006; and grant Defendant leave to file any reply on or before January 17, 2007.   The grounds for this request are as follows:

1.  Plaintiff's opposition to Defendant's motion for summary judgment is now due Monday, December 11, 2006.  It has been an extraordinarily busy period for Plaintiff's attorney, who among other things remains engaged in complex and protracted negotiations in a matter involving several Indian tribes and the U.S. Department of Interior that has been pending in tribal and federal  courts for more than five years.  Comanche Nation v. United States, et al., Case No. 05-328 (W.D.Ok.).   He asks additional time in order to address Defendant's lengthy  pleading and accompanying material.

2.  Plaintiff has sought no prior extensions of time within which to file her opposition, and respectfully submits the brief extensions sought for opposition and any reply should not

serve to delay the administration of justice unduly.

3.  Defense counsel, who seek until January 17, 2007 to file any reply, have kindly indicated their consent to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file her opposition to Defendant's motion for summary judgment on or before December 22, 2006; and Defendant leave to file any reply on or before January 17, 2007.  A proposed Order accompanies this Motion.

Respectfully submitted,

LAW OFFICE OF JOHN P. RACIN

 /s/
John P. Racin Bar   No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202  265-2516

Attorney for Plaintiff
Sharon Killian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON KILLIAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1925 (EGS) |
| | ) | |
| GEORGETOWN DAY SCHOOL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

Having considered Plaintiff's Consent Motion for Extension of Time Within Which to Oppose Defendant's Motion for Summary Judgment, and the premises of this case, it is, this ___ day of December, 2006,

ORDERED, that Plaintiff's motion be, and the same hereby is, GRANTED; it

FURTHER ORDERED, that Plaintiff shall file her opposition to Defendant's motion for summary judgment on or before December 22, 2006; and Defendant shall file any reply on or before January 17, 2007.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

3