UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON KILLIAN                          )
                                        )
            Plaintiff                   )
                                        )
      v.                                )        Civil Action No. 05-1925 (EGS)
                                        )
GEORGETOWN DAY SCHOOL                   )        Next Scheduled Deadline:
                                        )        Opposition to Motion for
            Defendant                   )        Summary Judgment
_____ )        (December 22, 2006)

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO OPPOSE MOTION FOR SUMMARY JUDGMENT

Plaintiff, through undersigned counsel, respectfully requests pursuant to Rule 6(b) of the

Federal Rules of Civil Procedure, that this Court grant Plaintiff leave to file an opposition to

Defendant's Motion for Summary Judgment on or before January 9, 2007; and grant Defendant

leave to file any reply on or before January 31, 2007.   The grounds for this request are as

follows:

1.  Plaintiff's opposition to Defendant's motion for summary judgment is now due

December 22, 2006.  The undersigned is a sole practioner engaged in a busy litigation practice.

He  intended to devote the weeks of December 11th and December 18th almost exclusively to

Plaintiff's opposition to the lengthy pleading and voluminous documentary material introduced

in support of summary judgment.  However, several matters have arisen which make it very

difficult to devote any time to the matter during this period, among them his mother's admission

to the cardiac unit at Sibley Hospital on an emergency basis December 12, 2006 (she is

scheduled for surgery December 14, 2006).

2.  Plaintiff previously obtained an extension of time to December 22, 2006 within which to file her opposition, at a time when her counsel believed he would be able to devote full time and attention to the matter as described.

3.  Defense counsel, who seek until January 31, 2007 to file any reply, have kindly indicated their consent to the Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file her opposition to Defendant's motion for summary judgment on or before January 9, 2007; and Defendant leave to file any reply on or before January 31, 2007.  A proposed Order accompanies this Motion.

Respectfully submitted,

LAW OFFICE OF JOHN P. RACIN

/s/
John P. Racin Bar   No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202  265-2516

Attorney for Plaintiff
Sharon Killian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON KILLIAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1925 (EGS) |
| | ) | |
| GEORGETOWN DAY SCHOOL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Having considered Plaintiff's Consent Motion for Extension of Time Within Which to

Oppose Defendant's Motion for Summary Judgment, and the premises of this case, it is, this ___

day of December, 2006,

ORDERED, that Plaintiff's motion be, and the same hereby is, GRANTED; it

FURTHER ORDERED, that Plaintiff shall file her opposition to Defendant's motion for

summary judgment on or before January 9, 2007; and Defendant shall file any reply on or before

January 31, 2007.


_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE