# Exhibit 1

# Deposition of Elizabeth Denevi

**Page 21**

1   A.   Yes, there was.
2   Q.   And who was that person?
3   A.   Was John -- well, I'm sorry. Could you
4   repeat the question again?
5   Q.   Yes. At the time immediately before your
6   arrival at the school, was there a person serving in
7   the diversity coordinator role?
8   A.   There were two co-directors of diversity.
9   Q.   And who were they?
10  A.   John Burghardt and Vernese -- I'm not
11  sure if it's B-u-r-g-h-a-r-d-t, and Vernese,
12  V-e-r-n-e-s-e, Edghill, E-d-g-h-i-l-l.
13  Q.   Now, you came on board as a co-director
14  of diversity. That suggests that another person
15  came on board also in the co-director role?
16  A.   Yes.
17  Q.   And who was that person?
18  A.   Mariama, M-a-r-i-a-m-a, Richards.
19  Q.   Now, did you at the time of your arrival
20  do anything in terms of transition activity with
21  Mr. Burkhardt and/or Ms. Edghill to get their
22  perceptions of conditions at the school?

**Page 22**

1   A.   Perceptions, I don't remember it being
2   perceptions of conditions at the school. But we did
3   have a meeting before we started to go over what
4   they had done during their tenure and then the next
5   steps and follow-up things that Mariama and I needed
6   to be responsible for.
7   Q.   Now, did either person identify for you
8   potential problem areas, things you ought to keep an
9   eye out for?
10  A.   I don't recollect that, no.
11  Q.   Did either Mr. Burghardt or Ms. Edghill
12  leave any documentary material behind as a potential
13  resource for you?
14  A.   Yes.
15  Q.   What did they leave?
16  A.   They left meeting agendas. Of course,
17  the Russell report. They left --
18  Q.   The Russell report, you're referring to
19  is Denevi 2?
20  A.   Mm-hmm, mm-hmm. We read that when we
21  came in. Let's see, agendas, exercises that they
22  had done for training exercises. We had notes

**Page 23**

1   from -- we had faculty meeting agendas,
2   administrative meeting agendas. That's the stuff
3   that I can remember right now.
4   Q.   Do you recall any particular faculty
5   meetings referred to?
6   A.   Referred to in the material that they
7   left for us?
8   Q.   The materials, yes, yes.
9   A.   I don't remember a particular faculty
10  meeting, no.
11  Q.   Or a particular agenda item?
12  A.   You mean of all the things they left --
13  Q.   Right.
14  A.   -- from years of --
15  Q.   Does anything stand out?
16  A.   No.
17  Q.   Did they discuss with you any particular
18  situation that they had encountered in their role as
19  co-directors of diversity?
20  A.   I'm not -- I'm not understanding what
21  you're asking for.
22  Q.   Right. Any particular situations that

**Page 24**

1   had occurred at the school that had engaged them as
2   co-directors of diversity?
3   A.   Yes.
4   Q.   Do you recall what?
5   A.   One piece I remember was working with
6   the parents to try to get them more involved in
7   educational issues. And so they had started the
8   parent diversity discussions, and that was one of
9   the main pieces about making sure that the parents
10  felt that they were supported.
11       The other big program that I think they
12  really wanted to make sure continued to happen was
13  the mentoring program at the lower middle school,
14  which is mentoring program for students of color.
15  Certainly white students are welcome to attend, but
16  it was a very positive program, wanted to make sure
17  in our roles as K-12 administrators that we were
18  paying attention to the whole -- to each division.
19  Q.   While you have been a co-director of
20  diversity, has there been any system in place for
21  documenting reports of discriminatory conduct?
22  A.   Can you repeat the question?

**Page 25**

Q. Right. During your tenure as a co-director of diversity, has there been any system in place for documenting reports of discriminatory conduct at the school?

A. Do you mean in my office?

Q. Yes.

A. No.

Q. Have you as co-director of diversity had reports of discriminatory conduct come your way?

A. Have I had. No, not to me personally.

Q. Now, during the period you have served as co-director of diversity, have you ever come to believe that discriminatory conduct based on race had taken place?

A. Can you repeat the question?

Q. During your tenure as a co-director of diversity at Georgetown Day School, have you ever come to believe that discriminatory conduct based on race had taken place?

MR. WILLIAMSON: Objection as to form. Vague.

BY MR. RACIN:

**Page 26**

Q. You may answer if you can.

A. Say it one more time?

Q. During your tenure you have served as a co-director of diversity at the school, have you ever come to believe that discriminatory conduct based on race had taken place?

A. No.

Q. Have you encountered any white people at G.D.S. whose interactions with minority colleagues you believe characterized by a feeling of white privilege or white superiority?

MR. WILLIAMSON: Objection. Compound.

BY MR. RACIN:

Q. I can break it down. During your time at G.D.S., have you encountered any white people whose interactions with their minority colleagues you believe characterized by a feeling of white privilege?

A. Yes.

Q. And can you identify those people, those white people?

A. I'm not understanding the question. I'm

**Page 27**

sorry.

Q. Let me try again. When I ask you a question, I'm asking in your capacity as a co-director of diversity, so I don't have to have that introductory clause each time.

A. Okay.

Q. But it goes without saying, I hope for present purposes, that as a co-director of diversity at the school, have you encountered any white folks at G.D.S. whose interactions with their minority colleagues you believe characterize by a feeling of white privilege?

MR. WILLIAMSON: Objection as to form. Vague.

THE WITNESS: I thought I answered that question.

BY MR. RACIN:

Q. And I believe you said yes.

A. Yes.

Q. And then I asked which white people. Have you encountered white people whose interactions with minorities are characterized by a sense of

**Page 28**

white privilege?

A. But white privilege is everywhere. It's in this room. It's in your law office. It's a function of American society. I'm not quite understanding what piece you're trying to -- what information you're trying to get from me. I apologize.

Q. So it's your belief that an attitude of white -- is it your belief that an attitude of white privilege prevails at Georgetown Day School?

A. As white privilege prevails everywhere in American society, and G.D.S., Georgetown Day School being connected to American society, yes.

Q. And is it also your belief that the atmosphere at Georgetown Day School is pervaded by a sense of white superiority?

A. No.

Q. Have you ever said to Sharon Killian that you believed Nick Ryan's dealings with her were affected by a sense of white privilege on his part?

A. Say that question one more time?

Q. Have you ever said to Sharon Killian that

DEPOSITION OF ELIZABETH A. DENEVI
CONDUCTED ON WEDNESDAY, SEPTEMBER 27, 2006
Case 1:05-cv-01925-EGS   Document 27-2   Filed 01/09/2007   Page 4 of 7

8 (Pages 29 to 32)

**29**

1  you believe Nick Ryan's dealings with her were
2  affected by a sense of white privilege on his part?
3      A.   Probably, yes.
4      Q.   And have you said to Sharon Killian that
5  you believed that Nick Ryan's dealings with her were
6  affected by a sense of white superiority --
7      A.   No.
8      Q.   -- on his part?
9      A.   No.
10     Q.   In discussion with Sharon Killian, have
11 you ever used the words, white superiority, in
12 reference to Nick Ryan's attitudes?
13     A.   I believe you just asked me that
14 question.  I'm not understanding how you're
15 distinguishing those two questions.  Can you repeat
16 them, please?
17     Q.   In discussion with Sharon Killian, did
18 you ever use the words, white superiority, in
19 reference to Nick Ryan's attitudes?
20     A.   I do not remember using that term.
21     Q.   Did a G.D.S. parent named Rosa Grillo
22 ever speak with you about Nick Ryan?

**30**

1      A.   Not that I remember, no.
2      Q.   Let me see if I can refresh your memory.
3  Do you recall that Rosa Grillo spoke with you about
4  Nick Ryan in connection with Nick Ryan's treatment
5  of her daughter, who had special needs?
6      A.   Don't remember, no.
7      Q.   Do you recall that Rosa Grillo ever
8  reported to you that Nick Ryan had yelled at her
9  over the phone?
10     A.   No.
11     Q.   Do you recall any discussion with Tom
12 Yoder about such an episode as concerning an
13 instance in which Nick Ryan yelled at Rosa Grillo
14 over the telephone?
15     A.   No.
16     Q.   Do you recall ever reporting to Rosa
17 Grillo that Nick Ryan was the only person in the
18 whole school, the only faculty member in the whole
19 school, who had refused to attend a session
20 concerning white privilege?
21     A.   Can you say that again?
22     Q.   Yes.  Do you recall -- let's back up

**31**

1  a second.  Do you know Rosa Grillo?
2      A.   Yes.
3      Q.   Have you ever spoken with her?
4      A.   Yes.
5      Q.   Do you know her by sight?
6      A.   Yes.
7      Q.   And my question is:  Do you recall
8  telling her on any occasion that Nick Ryan was the
9  only faculty member in the school to have refused
10 to attend a discussion concerning white privilege?
11     A.   No.
12     Q.   Do you recall whether any other G.D.S. --
13 any G.D.S. parents have complained to you about Nick
14 Ryan in any respect?
15     A.   No.
16     Q.   Now, did there come a time when you
17 became aware that Sharon Killian had reported a
18 remark by Nick Ryan that she believed to be racist?
19     A.   No.
20     Q.   You don't recall that Sharon Killian
21 reported a comment by Nick Ryan that she believed
22 to be a racist comment?

**32**

1           MR. WILLIAMSON:  Objection.  Asked and
2  answered.
3  BY MR. RACIN:
4      Q.   The answer is no.
5      A.   She did not report a comment to me made
6  by Nick Ryan that was a racist comment, no.
7      Q.   Do you recall her reporting any comment
8  to you that she found objectionable?
9      A.   Yes.
10     Q.   And what was that comment?
11     A.   Sharon asked to meet with me and Mariama
12 and had said that she had had a conversation with
13 Nick that was very upsetting and that he had made
14 her upset in his response -- in a conversation the
15 two of them had had.
16     Q.   Do you recall about when this was?
17     A.   This was early -- beginning of the year
18 of '04, beginning of the second semester.
19     Q.   And how did you become aware of the
20 comlaint?
21     A.   Sharon came and spoke about it.
22     Q.   And do you know that was the first time

49

1 name Nick in the box, looks like.
2    A.  Mm-hmm.
3    Q.  Is this a comment of the conversation
4 with Nick Ryan?
5    A.  This was Nick's mediation conversation
6 similar to the one with Sharon.
7    Q.  And do you recall about when in time this
8 would have taken place compared with the Killian
9 conversation, about?
10   A.  In the general time frame. I do not
11 remember between Nick, Laura, and Sharon whose
12 interview was first, whose mediation was first.
13 I don't remember that. But in roughly the same,
14 the time being sort of February, March of '04.
15   Q.  Now, on 2788, do you see in brackets
16 Debbie, colon? I think that's: Part time when
17 Nick came. Is that right?
18   A.  Mm-hmm.
19   Q.  An then an arrow under Debbie: Did do
20 terrible things. What did that refer to?
21   A.  That was what Nick said to us, so I was
22 making notes about that, because it was prior to --

50

1 Mari and I were not at the school when Debbie was
2 there.
3    Q.  Do you recall what those terrible things
4 were?
5    A.  I don't remember Nick elaborating what
6 they were.
7    Q.  Do you recall whether they were terrible
8 things with respect to Debbie's dealings with Mrs.
9 Killian?
10   A.  My recollection of what was understanding
11 with Debbie was that Debbie had personal issues and
12 personal problems, and that's what I remember, her
13 personal issues having struggles. I do not
14 recollect, because Mari and I were not co-directors
15 at the time when Debbie was employed at G.D.S.
16   Q.  Now, if you will refer to 2790.
17   A.  Mm-hmm.
18   Q.  And I guess I will need some help with
19 the translation of the -- you can refer to that.
20   A.  Mm-hmm.
21   Q.  Can you make that -- beginning with Art
22 Award at the top of the page, could you read that

51

1 into the record if you can make it out?
2    A.  Yes. This is Nick speaking to us, and he
3 said: Art award named for Debbie to recognize her
4 service, arrow, made the decision with Paul. And
5 then I have a star, and it says harsh tone,
6 challenge from Sharon, hyphen, put Nick off, thought
7 Sharon was out of line, annoyed with her tone of
8 voice, unnecessary, didn't do it to hurt Sharon,
9 trying to close a chapter with Debbie. Do you want
10 me to keep going?
11   Q.  Please do.
12   A.  I didn't think it was any of Sharon's
13 business, hyphen, about 36 years of service. And
14 then I have: School ends, dot, dot, dot, the
15 elipse, and then the initial N, hyphen, quote, Nick
16 saying, quote, Nick likes to be nice to people, end
17 quote.
18   Q.  Thank you.
19   A.  Okay.
20   Q.  Now, do you recall having any particular
21 reaction to the comment, didn't think it was any of
22 Sharon's business?

52

1    A.  Particular, did I have a particular --
2 could you say it one more time?
3    Q.  Well, let me ask it a different way. Did
4 that comment from Ryan surprise you at all?
5    A.  I don't remember.
6    Q.  Well, from where you sit, Sharon was
7 a member of the department, is that right?
8    A.  Mm-hmm, yes, she was a member of the art
9 department.
10   Q.  And do you think the naming of an award
11 should have been some of her business?
12   A.  I can't speak to -- I didn't know the
13 department procedures at that time, what it had
14 been. This was simply Nick giving us past history.
15 So I don't know what the process was for determining
16 art awards. I wouldn't have known at that time how
17 they came about it. This is simply to get Nick's
18 story. It's not for a reaction from me. It was to
19 record what he was telling us about the conflicts
20 with Sharon.
21   Q.  So you don't recall any particular
22 reaction from that comment from Ryan at the time.

**73**

1  Q. Well, the other man was African American,
2  is that right?
3  A. Yes.
4  Q. And did you ever become aware of any
5  concern on the part of staff, students, faculty,
6  parent of student that the expulsion decision was
7  racist?
8  A. Are you saying did people express concern
9  to, me or did I --
10 Q. Did you become aware of concerns being
11 expressed along those lines?
12 A. Yes.
13 Q. And how did you become aware of it?
14 A. Which, what are you talking about?
15 Q. You said -- I think your testimony is you
16 were aware of concerns expressed about the expulsion
17 of the student and its fairness. Is that right?
18 A. Anytime a student is expelled in the
19 school, there are concerns for what happened. I'm
20 not -- I'm sorry. I'm not following exactly what
21 you're trying to -- what you're trying to get at.
22 Q. Do you recall that any particular staff

**74**

1  member objected, had concerns about the expulsion
2  decision being a racist decision?
3  A. Not that I recall.
4  Q. On the part of a faculty member, any
5  faculty member --
6  A. Isn't that what you just asked me? I'm
7  sorry.
8  Q. -- so far as you know or heard?
9  A. Didn't you just ask me?
10 Q. I have no idea.
11 A. Then I'll ask you to restate it.
12 Q. I find your answers confusing at times,
13 so I'm doing my best. I know you are too.
14 A. Sure, absolutely.
15 Q. I know you are too. And you said
16 concerning staff, you can't remember any particular
17 staff members who expressed concerns about the
18 expulsion decision being racist, right?
19 A. Yes.
20 Q. Same question with respect to faculty.
21 A. The same people.
22 Q. Aren't there staff members who are in

**75**

1  nonfaculty positions?
2  A. Staff is a broad term for teaching and
3  nonteaching folks. All the adults work at the
4  school.
5  Q. Let's make sure we're on the same page.
6  A. Okay.
7  Q. So staff and faculty, your answer would
8  be the same, right?
9  A. Yes.
10 Q. The student population. Do you recall
11 any particular objection from any particular student
12 that the decision was racist?
13 A. No.
14 Q. What about parents of G.D.S. students?
15 A. Do I remember a particular parent?
16 You're saying any parent in the school coming
17 forward and saying that it was a racist intent to
18 me? No.
19 Q. Or hearing that -- I will move on. Did
20 you have any misgivings about the decision to expel
21 the young man?
22 A. No.

**76**

1  Q. You play any role in the decision to
2  expel him and, if so, what was that role?
3  A. Peter Branch makes the ultimate decisions
4  around discipline issues at the school. I, as a
5  member of the administratime team, part of my role
6  is to give counsel to him. But I am not responsible
7  for making decisions about discipline at the school.
8  I am of a team that gives counsel, and Peter Branch
9  makes the ultimate decision.
10 Q. Did you have an occasion to express an
11 opinion about it?
12 A. I did.
13 Q. And what was that opinion?
14 A. My opinion was that it was the right
15 decision.
16 Q. And you expressed that opinion to head of
17 school at the time.
18 A. Yes.
19 Q. Now, there came a time when the young man
20 reappeared, is that right?
21 A. Yes.
22 Q. And he went on to graduate --

**Page 85**

1  another incident.
2  Q.  Now, during this mediation -- you were
3  involved in a mediation with Ms. Killian, Ms.
4  Tolliver, and Mr. Ryan, is that right?
5  A.  Yes.
6  Q.  The members of the art department?
7  A.  Yes.
8  Q.  And you were doing that mediation with
9  Mari Richards, is that right?
10  A.  Yes.
11  Q.  During that mediation did you ever ask
12  Ms. Killian whether she thought that the statement
13  that had been made by Mr. Ryan that she found so
14  offensive was racially motivated?
15  A.  Yes.
16  Q.  What did you ask her?
17  A.  I asked her as we were talking about her
18  relationship with Nick, I said: Do you feel that
19  Nick is treating you in a racist way? And Sharon
20  said no, in fact, she felt that Nick had a
21  tremendous amount of respect for her as a teacher
22  and as a colleague and knew that she was a good

**Page 86**

1  teacher.
2  MR. WILLIAMSON: Nothing further.
3  MR. RACIN: I didn't get a chance to
4  object to a foundation, vagueness. I have no
5  further questions. Thank you.
6  MR. WILLIAMSON: We're off the record.
7  (Signature not having been waived off the
8  record, at 11:49 a.m., the deposition of Elizabeth
9  A. Denevi concluded.)

**Page 87**

ACKNOWLEDGMENT OF DEPONENT

DEPOSITION OF ELIZABETH A. DENEVI
CONDUCTED ON WEDNESDAY, SEPTEMBER 27, 2006

I, ELIZABETH A. DENEVI, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct, and complete transcription of the testimony given by me, and any corrections appear on the attached Errata sheet signed by me.

_____    _____
(DATE)                     (SIGNATURE)

**Page 88**

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Judith F. Richard, Registered Professional Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me in stenotype and thereafter reduced to computer-aided transcription by me; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 15th day of October, 2006.

Judith F. Richard, RPR
Notary Public in and for
the District of Columbia
My commission expires
January 14, 2008