Exhibit 6

Mariama Richards "Mediation" Notes

Sharon took it as an attack on her — in his estimation — info from PAUL. He was never made aware of the danger apparent of course. → He is kept out of the loop. Sharon thinks they are working against her. He doesn't know why she didn't come to him w/ her consens. Insted she didn't speak to him for a week — juvinile Behavior.

— Friday — tech use in the dept document for Dutch.

Low, Moderate & High use of tech. → Laura wanted one moved — He did it to make her happy → AP course He listed out what they do in the course — Sharon didn't like the listing. Course — AP 2D Design — He listed again w/ indication that it could grow → Sharon is suspicious "Who will teach this?" "Did you propose a new class" One other issue. He was trying to explain the document to Sharon. "Anyone can take the AP" → Issue of great battle She felt that he had made the decision on his own.
100% → effort    He asked "What do you want?" — "I can't lower myself
I love in her    enough to please you" He regrets this comment.
AP class.        Looking for feedback — now it is a fight over school
She works        policy. He feels like Sharon believes that the AP
them             class — program is hers. — Didn't want Laura's student
very well        to submit an AP portfolio. Thoms decision is that
                 any student could submit regardless of class connection

Sees himself as too nice @ times → not always good @ pushing kids.

Looking for coaching → How will observations go. How would they define his leadership style?

Ryan 6
2847

Art Dept. Mediation

Nick → March 1, 2004

Interview → process - filled w/ side stories - he could feel the tension - When he arrived everyone was still in the dept. including past chair. She stayed on in pt time way
- Why isnt it working?
  - past history creates a culture of paranoia
  - Sharon interprets things in a negative way
  - Nick working against her or Nick & Laura working against her.
  - He doesn't feel as if he has changed very much → Basic classes were good.

- loves Sharons willingness to jump right into projects. Hard working. Studying in the summer to perfect her classes.
- Nick - he thinks that Sharon was happy when Debbie left.

- When did things get bad?
    Tension still present @ each decision making point. He would open decision & up to whole dept. Sharon would make each decision personal. He felt like she was against him @ every turn
  - PASSIVE Aggressive behavior
    • Laura + Sharon were keeping old projects + things - Not wanting to clean up
    • Sharon's brother passed away in second year → Feb. this has been the time period each year when they have a falling out → Attacked Nick on his willingness to understand
  - The fact that the two women in the dept. have children.
  - PAUL called it a "paranoid episode" - She would forget it by that Monday → And she did. (Fear that Sharon could have him FIRED) - They spoke about it again in MARCH Corcoran Exhibit - A hug - he valued her as a teacher He doesn't challenge their time commitment absences, etc. Always felt like he was aware of their obligations. This Corcoran show seemed like the first time they did a major project together post Debbie ERA →

2851

-Art award → named after Debbie → her 36 years of service
Sharon was furious. He felt that the the decision was
made unilaterally → He was annoyed with her tone,
demeanor, he felt disrespected. He was trying to do something
for Debbie. Did not feel like it was her business.

-Dividing the Art Budget / Class assignments

20,000 – 5,000 Emergency Reserves   other money is
divided.
-Laura felt like 15 was the limit! Tom asked for some flexability
with this. Some classes were bound to this #. those that were
set up this way could allow more students
   Advanced painting & drawing leading to AP class.
This year started @ 11 dropped to 8 now @ 3 → He
pushed to keep it → He felt blamed, that there were only 3.
Laura's classes were filled she wanted more money.
He proposed 3 choices. divide equally – divide based on class
numbers or 1500 per class minimum → & extra based on year nee
Minimum won → but he thinks that Sharon wasn't happy.
lots of choices w/ lots of nastiness. Competition between both of th

-Many times he feels like he has to choose between them on
major decision.

October → discussion - folks should look to propose new courses.
Laura's Tech class getting more boys than girls - Need to change
title. Sharon's (publications / yearbook focus) - Laura had
proposed this in the past & it didn't pass. When Laura
gave it up it was offered to Sharon. That didn't go down
well w/ Laura. - Sharon argued for the class - Nick backed
it up. He saw original proposal - Pre edit - He never got
another copy. → Florrie called for changes - She turned
changed it to Graphic Design I & II