# Exhibit 7

# Deposition of Mariama Richards

Case 1:05-cv-01925-EGS    Document 27-7    Filed 01/09/2007    Page 1 of 2

41

1  Q.  Now, refer if you would to Richards 3,
2  I believe.  Is that it?
3  A.  This it?
4  Q.  Do you recognize it?
5  A.  Yes.
6  Q.  What is it?
7  A.  This again was an attempt to take Nick's
8  notes from documents 2847, 2851 and 2852 and distill
9  them into something that was quick and readable.
10 Q.  Now, it's headed April 8th or 27th, looks
11 like new P.O.S.O.C. meeting?
12 A.  That's a completely different reference.
13 P.O.S.O.C. is our Parents of Students with Color
14 that I wrote on the same sheet.
15 Q.  Then the Major Points.  Under Nick you
16 have Major Points, is that right?
17 A.  Mm-hmm.
18 Q.  And then there is a heading, Sharon,
19 right?
20 A.  Mm-hmm.
21 Q.  Just to the right of that, parens, race
22 and paranoia about Debbie, close paren, right?

42

1  A.  Mm-hmm.
2  Q.  What does the reference to race indicate?
3  A.  In the process of talking to Nick, which
4  we probably should pull out of that other document,
5  but in the process of talking to Nick there was
6  a concern that he had.  And he felt like when he
7  went to her and spoke with her about particular
8  things that he felt as though she essentially --
9  again, that her problem with him was because she
10 believed that he was a racist person and that
11 because of the way in which, you know, the
12 communication had essentially fallen off that he
13 felt like she maybe could make a case against him,
14 because she was a person of color and because he was
15 white, that his choices as department chair were
16 based on race rather than what he felt as though
17 were the logical choices as a department chair.
18 Q.  Now, it's your testimony that during this
19 mediation process that Mrs. Killian never expressed
20 the belief that her treatment by Nick Ryan had been
21 affected by her race?
22 A.  Again, I am going to tell you to look at

43

1  the notes in the sense that you see a mention of
2  race in Nick's notes and in this evaluation.  I was
3  just trying to become succinct around the notes,
4  that being here but not there for Sharon.  Again,
5  I wrote specifically around what it is that she said
6  in that mediation process.
7      And in fact, there was one point when
8  Elizabeth asked her straight on did she feel as
9  though this was a racially motivated incident, and
10 her response was no.  And that was in the
11 conversation of that mediation process.  So what
12 you see under race being connected with Nick was
13 specifically because Nick said it.
14 Q.  Let me hand you what has been been marked
15 in Ms. Denevi's deposition as Exhibit 3, if I might
16 have that.
17     MR. RACIN:  Do you have your copy from
18 this morning?
19     MR. WILLIAMSON:  I probably do.  Do you
20 need this copy back?  Is that what you're saying?
21     MR. RACIN:  No.
22     THE WITNESS:  Starts with 2853.

44

1  BY MR. RACIN:
2  Q.  A compilation of documents, it's 2848
3  through 2855.  It looks like 2853 is a cover
4  transmittal memo dated March 2nd, '04, to Mari and
5  Elizabeth.  Is your nickname Mari, M-a-r-i?
6  A.  That is correct.
7  Q.  And you recognize the handwriting at the
8  bottom?
9  A.  Of this?
10 Q.  Right.
11 A.  I don't recognize it.  I assume it's
12 Nick.  That's what it says.
13 Q.  All right.  Do you recall receiving this
14 memo?
15 A.  Yes.
16 Q.  During the course of the mediation
17 process?
18 A.  Yes.
19 Q.  And did you retain a copy of the memo and
20 the supporting documents?  Do you recall?
21 A.  I don't recall.
22 Q.  Now, do you recall reviewing the