# Exhibit 8

# Email Re "Dept Heads Mtg Update" February 26, 2004



Thursday, February 26, 2004 10:08:56 AM
Message

**From:** Nick Ryan
**Subject:** Dept Head Mtg Update
**To:** Sharon Killian
Laura Tolliver

Sharon & Laura:
There is some important information I need to share with you both:

RE: Dept Heads Meeting Update
Paul conveyed the following information which dept heads have been told to share with faculty.
- all inquiries about GDS from the news media, lawyers, or other 'curious people' should be immediately referred to Wes Gibson.
- no faculty or staff member should comment or respond to questions posed in these instances.
- all faculty and staff should immediately report any and all contact from media, lawyers etc to Paul.
- more specifically, no faculty or staff should engage in conversation with ▓▓▓ ▓▓▓ family, their lawyers, or the media.

Other matters:
Our charge from the technology retreat is to follow up with a mission statement from the Art Dept regarding technology. From that document should emerge an action plan for the next 5 years. Both of these pieces are seen as critical to each department making its case for space and technology in the new/renovated high school building. The time table for the Mission statement and action plan is <u>early April for first draft.</u> The school administration still sees next spring '05 as the start of the 'big dig' and Fall of '06 as the completion date for the whole project, which is both ambitious and exciting. We have very little time to influence the course of events. If either of you have thoughts on the mission and/or action plan please email them for me to consider. I placed a copy of the existing K-12 Technology Mission statement in your mailbox this morning. I am attempting to get a copy of the preliminary architecture plans so that each of your can examine the space and consider options.

Evaluations:
I still need those dates for your formal observations - I need to complete the observation prior to March 19th. The written evaluation will follow the formal observation(s) - Thanks

Ryan 10
3433

Capital Budget Requests:
<u>Due to me in writing no later than Friday, March 5th</u> (email please so I have a record) item, supplier, catalog #, price, course(s) to be used in and how.

Thanks,
Nick

Nick Ryan
Chair - Art Dept.
Georgetown Day High School
4200 Davenport Street NW
Washington, DC 20016
202-274-3258