# Exhibit 9

# Deposition of Laura Tolliver

DEPOSITION OF LAURA TOLLIVER
CONDUCTED ON THURSDAY, SEPTEMBER 28, 2006
Case 1:05-cv-01925-EGS    Document 27-9    Filed 01/09/2007    Page 2 of 6

3 (Pages 9 to 12)

**Page 9**

1   A   My father was Spanish. My maiden name is
2 Sanchez.
3   Q   Is that, S-A-N-C-H-E-Z, for the record?
4   A   Yes.
5   Q   And was your father born in America?
6   A   He was. His parents had just moved here
7 when he was born here. He grew up in Brooklyn, yes.
8   Q   Where were his parents from?
9   A   Spain.
10   Q   What courses are you teaching for the
11 academic year '06, '07?
12   A   I'm teaching photography courses.
13   Q   Can you be more specific?
14   A   Two intro photo, one digital photo, and one
15 advanced photo.
16   Q   Are AP courses being offered in the
17 department this academic year?
18   A   Yes.
19   Q   And what are they if you know?
20   A   Well, the students in photography are
21 doing -- I have advanced photo and AP students in that
22 class if they choose to do the AP.

**Page 10**

1       And then Michelle Cobb is teaching AP
2 painting, drawing.
3   Q   Thank you. Now, do you know who's in charge
4 of the yearbook at the school this year?
5   A   Michelle Cobb and David is also in the
6 technology office.
7       (Discussion off record.)
8 BY MR. RACIN:
9   Q   Have you been in charge of the yearbook
10 before?
11   A   Yes.
12   Q   Do you recall when?
13   A   From 1979 until 1990-what, whenever Sharon
14 took over. I'm not sure what year it was, maybe '98.
15 I'm not sure of the date.
16   Q   Now, when you were in charge of the
17 yearbook, were you compensated an amount in addition
18 to your regular salary for that work?
19   A   I was in the later years, not in the early
20 years.
21   Q   Beginning about when were you compensated an
22 additional amount?

**Page 11**

1   A   Let me see, maybe about five years into when
2 I was doing it -- I don't remember the exact amounts.
3   Q   I know it's been some time.
4   A   Yes.
5   Q   Do you know if Ms. Cobb is being compensated
6 an amount in addition to her regular salary for her
7 work on the yearbook?
8   A   I assume. I don't know. I assume she is.
9   Q   Now, does the art department produce a
10 magazine?
11   A   It does the -- well, it doesn't this year.
12 It did not last year.
13   Q   I didn't quite understand that. It does?
14   A   In the past it had an art magazine.
15   Q   Does it any longer?
16   A   No.
17   Q   When did that end --
18   A   Sharon was the last one to produce the
19 magazine.
20   Q   So that ended with Mrs. Killian's departure?
21   A   Yes.
22   Q   Do you have children, ma'am?

**Page 12**

1   A   I do.
2   Q   How many?
3   A   Two.
4   Q   And have your children attended GDS?
5   A   They do.
6   Q   They do at present?
7   A   Yes.
8   Q   Now, as a faculty member, are you entitled
9 to a break in tuition by virtue of your faculty
10 status?
11   A   Yes.
12   Q   And have you obtained a break in tuition
13 every year that your children have been students at
14 GDS?
15   A   Yes.
16   Q   Who is Deborah Haynes?
17   A   She used to be our department head.
18   Q   Are you related in any way to Deborah
19 Haynes?
20   A   Not to Debbie by blood, no.
21   Q   Did you have a relationship of any kind? I
22 understand it may be fairly complicated.

DEPOSITION OF LAURA TOLLIVER
CONDUCTED ON THURSDAY, SEPTEMBER 28, 2006
Case 1:05-cv-01925-EGS    Document 27-9    Filed 01/09/2007    Page 3 of 6

4 (Pages 13 to 16)

Page 13

```
 1    A   My sister was married to Debbie's husband --
 2   I'm sorry, I take that back. My sister was married to
 3   Debbie's husband's brother.
 4    Q   And is that a current relationship?
 5    A   No, they are divorced.
 6    Q   Did you regard Debbie Haynes as your
 7   sister-in-law?
 8    A   No -- distant family, not sister-in-law
 9   really.
10    Q   Did you ever introduce her at GDS as your
11   sister-in-law?
12    A   I don't remember, no.
13    Q   How would you describe your relationship
14   with Debbie Haynes?
15    A   We were close friends.
16    Q   Were close friends?
17    A   I don't see much of her anymore. She moved.
18    Q   When did Ms. Haynes move?
19    A   Maybe three years ago. I don't know the
20   dates.
21    Q   Do you know where she moved?
22    A   Yes.
```

Page 14

```
 1    Q   Where did she move?
 2    A   Eastern Shore.
 3    Q   Now, Ms. Haynes was Nick Ryan's immediate
 4   predecessor as department chair; is that right?
 5    A   Yes.
 6    Q   Do you know about when she stepped down from
 7   that position?
 8    A   I'm thinking has Nick been there five years.
 9   It would have been four years ago. It's the year
10   after Nick joined us.
11    Q   When Nick joined the department, he joined
12   as chair; is that right?
13    A   Yes.
14    Q   Did Haynes stepping down as chair coincide
15   with Nick Ryan's arrival?
16    A   I believe so.
17    Q   Now, did you believe that Sharon Killian was
18   in any way responsible for the end of Debbie Haynes'
19   tenure as chair of the art department at GDS?
20    A   No.
21    Q   Have you heard it said by anyone at GDS that
22   Sharon Killian was responsible for the end of Debbie
```

Page 15

```
 1   Haynes' tenure as chair?
 2    A   No.
 3    Q   Deborah Haynes continued as a member of the
 4   department for a time after Nick Ryan's arrival; is
 5   that right?
 6    A   Yes.
 7    Q   And for how long a period was that?
 8    A   One academic year.
 9    Q   Now, during that period, do you recall ever
10   spending time socially with Nick Ryan and Deborah
11   Haynes away from GDS?
12    A   No.
13    Q   Do you recall introducing Ms. Haynes as your
14   sister-in-law at any time during that period?
15        MR. WILLIAMSON: Objection, asked and
16   answered.
17   BY MR. RACIN:
18    Q   You may answer.
19    A   I don't remember saying it.
20    Q   Do you believe that Mr. Ryan knew you all
21   were friends?
22    A   Yes.
```

Page 16

```
 1    Q   Now, Deborah Haynes left GDS after that one
 2   academic year Nick Ryan served as chair; is that
 3   right?
 4    A   Yes.
 5    Q   Now, did you in any way attribute Deborah
 6   Haynes' departure from GDS to Sharon Killian?
 7    A   No.
 8    Q   Did you ever hear it said that Sharon
 9   Killian was in way responsible for Deborah Haynes'
10   departure?
11        MR. WILLIAMSON: Objection, asked and
12   answered.
13    A   No.
14   BY MR. RACIN:
15    Q   I believe the first question referred to the
16   end of the chairpersonship. This related to her
17   departure from GDS.
18        MR. WILLIAMSON: I see.
19    A   No.
20   BY MR. RACIN:
21    Q   Same answer. Thank you.
22        Now, following Deborah Haynes' departure
```

DEPOSITION OF LAURA TOLLIVER
CONDUCTED ON THURSDAY, SEPTEMBER 8, 2006
Case 1:05-cv-01925-EGS   Document 27-9   Filed 01/09/2007   Page 4 of 6

6 (Pages 21 to 24)

**Page 21**

1 that is the period that she was department chair, do
2 you recall becoming aware of any complaints of
3 Ms. Haynes had about Mrs. Killian?
4   A  No.
5   Q  Did you have any complaints about
6 Mrs. Killian during that period that you recall now?
7   A  We had a few -- a few things came up that
8 needed to be worked out as far as, you know, using the
9 facility and sharing when we had 60 students using the
10 same space during the day.
11   Q  Did you regard any of those issues as
12 particularly serious --
13   A  No.
14   Q  -- during the Haynes tenure as chair?
15   A  No.
16   Q  It took a long time getting that question
17 out. That can be another problem.
18     Now, I direct your attention to the 2001,
19 2002 academic year -- and it's been some time -- and
20 February of that year.
21     And isn't February the month in which black
22 history is recognized and honored in our country?

**Page 22**

1   A  Yes.
2   Q  And do you recall in that particular black
3 history month an instance in which Mrs. Killian
4 replaced student artwork in the entrance to the school
5 with work by African American artists in recognition
6 of black history month?
7   A  I do.
8   Q  What do you recall about that episode?
9     MR. WILLIAMSON: Objection, vague.
10   A  Can you be more specific. I mean, what
11 do --
12 BY MR. RACIN:
13   Q  Well, during that black history month, did
14 you become aware that Sharon Killian had replaced
15 certain artwork at the entrance of the school with
16 work by African American artists?
17   A  Yes.
18   Q  Did you have any particular problem with
19 that? And if so, what?
20   A  I did not really have a problem with it. I
21 had put up an art exhibit I believe on the Thursday or
22 Friday before of student artwork.

**Page 23**

1 And when I came into school, the art -- my
2 artwork wasn't there. The artwork from I guess it was
3 an artist from a gallery was up instead that Sharon
4 had placed.
5     And I didn't say anything to anybody. I
6 think Nick came to me and told me what had happened,
7 that Sharon had put it up because she had set up to
8 have this show exhibited. I don't remember saying
9 anything to Sharon. And I did not complain about it.
10   Q  But did you have a particular problem with
11 it?
12   A  No, I understood. I mean, I would not -- if
13 I had known the art exhibit was going up on Monday, I
14 would not have put my exhibit up on Thursday because
15 it was a waste. It was only up for a couple days.
16 But I can go --
17   Q  What was the artwork --
18     MR. WILLIAMSON: Excuse me, counsel, could
19 you let her complete the answer.
20 BY MR. RACIN:
21   Q  I'm sorry. I will certainly let you
22 complete the answer.

**Page 24**

1   A  I was just saying it was not that big a deal
2 to me, whatever, you know. I mean, I -- it would have
3 been nice to have when the other exhibit came down to
4 have help putting it back up again. But I didn't ask
5 for it, and I didn't think of it at that time.
6   Q  Now, what was the particular artwork
7 involved that you put up?
8   A  It was probably photography work that I put
9 up because that's usually what I put on those boards.
10   Q  And photography work completed by whom?
11   A  I don't remember.
12   Q  Your students?
13   A  My students.
14   Q  Now, you never complained, then, about
15 Mrs. Killian having taken that work down and replaced
16 it with artwork by African American artists?
17   A  I didn't need to complain. I mean, it was a
18 done deal by the time I got to school.
19   Q  Right. So you expressed no unhappiness to
20 Mrs. Killian?
21   A  I don't remember.
22   Q  Or to Mr. Ryan?

**25**

1    A    I don't remember being upset and saying
2  anything to him. I may have been exasperated. But it
3  was not a big deal in my eyes.
4    Q    Thank you. Directing your attention to the
5  2003, '04 academic year also some time ago and ask if
6  you recall being involved in an effort to change the
7  name of a course from Technology and the Studio Arts
8  to Graphic Design?
9    A    Yes.
10   Q    Let's mark this as Tolliver 1.
11       (Tolliver Exhibit Number 1 was marked
12  for identification and was attached to the
13  transcript.)
14  BY MR. RACIN:
15   Q    Ask you to review the document which bears
16  the Bates stamp on the bottom right, 2854. It's
17  headed with the words, Advanced Technology for the
18  Studio Arts; is that right?
19   A    Uh-huh.
20   Q    Do you recognize this document?
21   A    I don't remember it. I probably saw it, but
22  I don't remember it.

**26**

1    Q    Did you have reason to believe this is the
2  course involved in the name change I asked about?
3    A    Yes.
4    Q    Now, what do you know about how this process
5  of changing the name of the course came about?
6    A    At the beginning of the year, we need to
7  submit goals to our department heads. And one of the
8  concerns I had for the Advanced Technology for the
9  Arts Class I was teaching was that there were not a
10  lot of girls in the class.
11       There had not been for a number of years.
12  It was almost all boys. I think I taught maybe two
13  girls, three girls over three or four years.
14       So I was trying to figure out a way of
15  getting more students equally distributed in there.
16  So one of my goals at the beginning of the year in
17  September was to figure out a way of changing the
18  gender balance in the class.
19       And so towards the end of the year when we
20  were talking about when we had to do our submissions
21  for our course descriptions, I thought since graphic
22  design was one of the main elements of the class, it

**27**

1  was in the course description, that would be a good
2  name.
3       Nick and I talked about it during a
4  department meeting I'm sure. And it was done. I
5  mean, we had to get it in within a certain amount of
6  time. We had to get the descriptions in, so we did.
7    Q    Do you recall that Mrs. Killian was involved
8  in any discussion concerning the name change?
9    A    Well, it was during department meeting time.
10  She should have been there. I don't know if she was
11  or not. She sometimes didn't come to the meetings.
12  But we tried to have meetings every week so we could
13  deal with things like this.
14   Q    Did you ever become aware that she objected
15  to the name change?
16   A    After the fact, yes.
17   Q    How did you become aware of that?
18   A    She said that she was not happy with it.
19   Q    Did she say that to you?
20   A    I think she said it at a department meeting
21  I believe it was.
22   Q    And do you recall about when that meeting

**28**

1  took place?
2    A    It was after -- I believe it was after the
3  book came out with the course descriptions and the
4  name change I believe.
5    Q    Now, in order to change the name of courses
6  at the school, do you have to involve the
7  administration in any way?
8    A    I'm not sure how that was done. I talked to
9  Nick about it, and Nick dealt with it.
10   Q    Okay. But do you know in the normal course
11  whether such a request goes from the departmental
12  level to an administrative?
13   A    I don't know. In the past it wasn't
14  necessary. But it may have been -- I don't know if it
15  is now. Things have changed over the past five years.
16   Q    Had you known of any other change in course
17  titles since you had been there?
18   A    Yes.
19   Q    And you say it happened frequently?
20  Routinely?
21   A    Like the Intro to Photography was changed to
22  Fine Arts Photography, and it wasn't any -- I mean,

```
                                                    29
```
just subtle little changes to help describe it better.

Q And about when did that happen? Do you recall when the Introduction to Photography?

A I don't remember. I mean, I was there for 27 years. It was some time ago.

Q I understand. It's been a long time.

Now, in that same academic year, did you ever become aware that Sharon Killian objected to a comment by Nick Ryan that she found offensive?

A No.

Q No?

A I don't know what comment. I don't know. Can you be more specific?

Q Did you ever become aware that Sharon Killian said Nick Ryan said words to the affect, I can't bend down low enough to the ground to understand what you're saying?

A No.

Q You never heard that said during that year?

A No.

Q Did you ever during the course of that academic year meet with the co-directors of Diversity

```
                                                    30
```
at the school?

A Yes.

Q And for what purpose did you meet with them?

A There was tension in the -- in our department. Sharon I think had made some complaints.

Q And do you know what the nature of those complaints were?

A Specifically, it was -- no. Specific complaints that she talked about, I don't know.

Q Those were never shared with you?

A We -- well, in the meetings with Mari and Elizabeth, they asked the history of the relationship of everybody in the department. And a lot of information was brought up.

Q Has Nick Ryan ever screamed at you?

A No.

Q Have you ever observed Nick Ryan scream at anyone?

A No.

Q You have never seen him scream at Sharon Killian necessarily?

A No.

```
                                                    31
```
Q Deductive reasoning.

Now, you say you participated in a mediation process?

A Yes.

Q With the co-directors of Diversity at the school?

A Yes.

Q What was your understanding of the purpose of that effort?

A To try to make it a more pleasant work environment that people were not tense with each other, and we could get a long a little bit better.

Q Now, I think you testified that during the -- to the end of the Haynes tenure as chair of the department you didn't think that there had been any serious problems involving you and Mrs. Killian; is that right?

A Nothing of major importance. I mean, minor things of working with somebody, you know, but nothing major.

Q And by the time this mediation effort took place during the '03, '04 academic year, had problems

```
                                                    32
```
emerged that you found significant?

A There were some issues I think of not trusting I felt.

Q And was that an issue on your part?

A Not -- no.

Q Then the issue was on Mrs. Killian's part you felt?

A Yeah, I felt that she didn't -- yeah.

Q And how was that expressed?

A She got upset because when -- like when I opened up the supplies and accidentally took some of her paper and stored it away because I was opening a lots of boxes. She became upset. She thought I apparently, you know -- she became, you know -- and I thought it was an honest mistake, so --

Q And when did that happen?

A I think it was that year. I can't remember the exact dates.

Q And what did she do, if anything, did she do at that time?

A She just -- she seemed very upset about it. She wouldn't speak to me that much. I mean, she would