# Exhibit 10

# Sharon Killian to Walter Ailes
# March 16, 1997

March 16, 1997

Walter Ailes, Assistant Head of School

Walter,

I have been handed an evaluation filled with innuendo and falsehoods. It is so troubling that this response is necessary. I completely refute Debbie's charge that I "have a lack of awareness of the need for cooperation over competition..." Unfortunately, all I have received is retaliation from Debbie and Laura who work in unison to protect their real or imagined territory whenever I accomplish any positive thing toward the curriculum or in my extracurricular endeavors.

I have had two insufferably difficult years in the studio art department. Any success I have had over the past two years has come primarily from herculean effort on my part to maintain any sense of dignity, self-worth and self-respect. This is so because for every attempt at independent thought and action within the quite acceptable confines of the core curriculum, I have been met with crude, abusive and unwarranted belittling by Debbie and Laura. I am convinced that no other teacher in the high school is required to perform under such conditions. I have begun to realize the possible reasons for their atrocious behavior. Is it because Debbie and Laura are sisters-in-law with relatives in common and nepotism rears its ugly head? Is it because, as both Debbie and Laura say, the art studio space belongs to them and I am an outsider and so must not be comfortable to use any space or thing within it without their express permission? Is it because Debbie and Laura have held their territory for sixteen years together and now cannot share space that is already activity specific? Is it because I am black and therefore thought to be somehow "lesser"?

Up until I spoke with you, I felt failed by the institution that turned me back by myself to deal with this problem without thought about the impact on the community of losing another "minority" teacher. I felt abandoned by the institution whose reputation in teaching I try to enhance each day that I am here. I felt at a loss as a parent to know how easily injustices are carried out today in the presence of my children's and my students' own trust in a school that espouses the complete opposite. During the presentation of my evaluation, Paul was a third party observer who insisted to Ms Haynes that I could question some of the content of it. He also verbally corrected page three to read "...contract for 1998-99..." rather than 1997-98 as indicated. Paul repeatedly stressed that my contract for 1997-98 has no conditions.

All of this is rather dismaying and unfortunate and I wish it to be resolved.

Sincerely,

Sharon Killian

cc: Peter Branch, Head of School

001