# Exhibit 11

# Nick Ryan to Sharon Killian & Laura Tolliver Re "Art Awards 2002"

Case 1:05-cv-01925-EGS    Document 27-11    Filed 01/09/2007    Page 1 of 2

Printed by: Nick Ryan  
Title: Art Awards 2002

Tuesday, May 7, 2002   3:41:27 PM  
Page 1 of 1

 Tuesday, May 7, 2002 3:38:25 PM  
Message

From: Nick Ryan  
Subject: Art Awards 2002  
To: Sharon Killian  
Laura Tolliver

The nominations for the 2002 art awards are as follows - please indicate corrections ASAP as I need to forward this to Cora Wednesday.  
Thanks,

Nick

## Deborah Haynes Award for Excellence and Achievement in Studio Art:
Jon Orchin  
Adriane Quinlan

## Art Award for Excellence in Achievement in Painting and Drawing:
Alia Akhtar  
Geoffrey Bund

## Art Award for Excellence and Achievement in Photography:
Melissa Banfman  
Max Freed

## Art Award for Excellence and Achievement in Arts Technology:
David Zax  
Luke Bauer

*Ryan 1*