UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON KILLIAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1925 (EGS) |
| | ) | |
| GEORGETOWN DAY SCHOOL | ) | Next Scheduled Deadline: |
| | ) | Reply to Plaintiff's Opposition |
| Defendant | ) | to Motion for Summary Judgment |
| | ) | (January 29, 2007) |

PLAINTIFF'S MOTION FOR LEAVE TO LODGE ADDITIONAL
EXHIBITS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, through undersigned counsel, respectfully requests leave to lodge several additional exhibits in opposition to Defendant's Motion for Summary Judgment (which he hopes will appear as Attachments 1 through 14 to this Motion).. The grounds for this request are as follows:

1. Plaintiff's Opposition was filed late Tuesday, January 9, 2007. Plaintiff intended to file 24 exhibits along with his Memorandum of Points and Authorities, but number 5 proved elusive. Counsel tried repeatedly without success to save the exhibit to the case directory, then locate it from the Court's web site  Time grew short, and he decided it best to file Plaintiff's Memorandum, as many exhibits as he could safely manage, along with Plaintiff's Statement of Material Facts as to Which There Exists a Genuine Issue. He filed Exhibits 1 through 4 (as Attachments 1 through 4), Exhibits 6 through 12 (which appear as Attachments 5 through 11), and Plaintiff's Statement (which appears as Attachment 12)

2. Plaintiff seeks leave to file the elusive Exhibits 5 along with Exhibits 13 through 24, which should appear in this filing as Attachments 1 through 14.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to lodge the remaining 14 exhibits in opposition to Defendant's Motion for Summary Judgment appearing as Attachments 1 through 14.

Respectfully submitted,

LAW OFFICE OF JOHN P. RACIN

/s/
John P. Racin   Bar   No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202  265-2516

Attorney for Plaintiff
Sharon Killian