# Exhibit 5

# Elizabeth Denevi "Mediation" Notes

3/1/04   Nick     (teacher observation / get back to Nick)

~~[illegible struck-through lines]~~

past hirings → culture of paranoia
picks up a negative manner
objective evidence: not so really

[Debbie: past time when Nick came]
↓
did do terrible things
wanted to stay, didn't       [Nick in a bad space]
want to leave → Admin had to make the decision
+ Classes were strong: each teacher had a niche
             Sharon & Nick
[Sharon & Debbie did not speak]
Debbie gone! Relief — collective sigh of relief
Dept meetings → tension remained around decisions
Nick's strategy: bring them in - "what do you think about this?"
       Laura: resistance w/ explication
       Sharon: challenge w/ not explication
+ Felt like Sharon took it all personally
       ↓
(*) Became for Nick that she just objected to all
       just b/c he said it
Passive/Aggressive behavior

(*) Space was a mess! Still is an issue...
       "Ordered Chaos" - Nick

[Nick feels OK]

Ryan 7
2788

- Sharon's brother died                    (time of year)
  [Feb.] — dress rehearsal — [ill?]
  Took a week off
  A few weeks late, Nick got attacked re
       "jungle gym", re Kid — didn't get it!!
  a) Sharon's "paranoid episode" — from PAUL

+ Nick felt like she would try to get him fired
       Unsure about school culture; didn't know
       what the school would do [insecure]

(X) Didn't know where it was coming from!!
    Tried to be flexible w/ them, didn't feel like he was
    judging them

[March] Photo Exhibit at Corcoran
    Nick → wary, will have to meet & make decision
    but OK → hung the art
+ Laura left
  Sharon & Nick alone: Are we OK? from Nick
(X)     Sharon puzzled; Nick gave her a hug,
        said he valued her as a teacher
  feelers/Nick  Let her know that I meant this —
        Seemed fine — "hope it was fine" Nick
  N — Positive experience
  Dept did it together well! Getting past Debbie's "reign"
Retrospective: can see Sharon's pain, sudden death, tragedy for family
       thought that was it, reason for outburst

2789

Art Award named for Debbie to recognize her ~~service~~ ~~past decision w/ Park~~

~~[redacted]~~

w/ her tone of voice; unnecessary
didn't do it to hurt Sharon — trying to
close a chapter w/ Debbie — Didn't think it was
any of Sharon's business — about 36 yrs of service

School ends...   N - "Likes to be nice to people"

Sept                  (Nick-named award after him
                        at his previous school - what it
                        meant to him)

(Dividing up art budget)

Who teaches what classes less of an issue b/c it hadn't changed
          30K budget - $5,000 reserve until March
→ 12 classes: divide the rest evenly

This year: enrollment was skewed in some classes
[Tom had asked Nick for more flexibility in class #]
  → OK w/ Nick;

Painting/drawing①, advanced painting/drawing②, AP Studio Arts③
Sequence, but not always full at level ②

This year, ② course enrollment dropped to 3 — Not b/c of Sharon
Blamed Nick → Nick felt like Sharon turned at him
Said, "there are only 3 people in class - Nick, its your fault"

Laura: 18 students! Some are not full      30 w/ base
Adjust budget according to # of students   per class
                                            each +
Tension  Laura stubborn - big classes       $1000
         Sharon self-started                extra/each

2790

~~Budget~~                                            Why should
                                                      have just made
                                                      the decision

[heavily redacted lines]

Laura: Student
competition between ② of them: Nick would choose;
   Nick has to choose between them → Q often set
   would thru it, OK now                          this up
   (→ haven't spent their budget — plenty of $
                                         left over

Current incident:
[Oct]  New courses ... Think about it, make changes
       Laura — none;  Sharon got on her about no
             girls in her class   "Technology" title

Nick: no big deal from his POV —
      Why are girls overlooking this class? Reluctant — why
      (Aversion to type of class)

                                          Proposed before & rejected —
Publication/Yearbook course →  Laura had done yearbook before —
* Nick thought he could handle it    Rumors w/ Paul that it went to Sharon
  " didn't like yearbook process — not ~~to~~ behind it
  Looking for a better way              (Not in Art dept now)

Nick: Propose Art History course;   Grow the dept to
      (Not enough staff)            ④ people       Yearbook
yet, get basic skills — Graphic design / Illustrator — (Supported
                       (told Sharon)                    course)

2791

Saw original proposal from Sharon — then she took it back

Course Bulletin Changes:    *from "Technology*
   Laura - Graphic Design I, II (changed the titles) *for the Arts"*

[illegible struck-through lines]

- Didn't know Sharon's course was approved → cut out of loop
- (Paul - said of the building is renovated) Didn't get notification!!!
- ⟨Nick felt set up⟩
- Sharon: feeling of Laura coming after her again
- [Why not come to Nick?]

Again: Why not talk to Nick?
   Juvenile - felt treated poorly     **MAJOR COMMUNICATION ISSUES**

✱ Tech summary for Tech retreat → *parse* classes by use
   (low, medium, high use of tech)    of technology
Sharon objected to his representation of her course
Suspicious of other descriptions → hostility from Sharon
(did it for the tech guy)

✱ Nick explaining what he did for tech guy
   fight for space → advocate for his dept., be prepared

AP 2-D design - *N. wrote* anyone can take AP, school policy
   Sharon v. upset - "You made that decision"
   N - "No, that's the school's decision" → *you.*   *Paul?*
(Fully supportive of class)
   Escalated - yelling what Nick was *saying*

N - "What do you want from me?" Will not listen
Cannot - "Can't lower myself to please you"   Intention v Outcome
Did not respect him - given him a hard time - why?

2792

Doesn't meet him where he is (trying to get a take down)

~~[illegible blacked-out lines]~~

Laura had a student who wanted to do an AP portfolio;
Sharon was upset b/c student was not in AP Studio Art
Sharon very upset

Tom's decision — any kid can do an AP study even if not in Sharon's AP class
[Can do it w/ whoever you work best with]  School's decision + College board!!

Why Sharon is so sensitive, ~~offended~~ paranoid
(Breakdown of communication / assumptions implicit) (Dept: weight of history) (Anyone can take AP)

+ different styles of communication
+ feelings of disrespect
+ awareness of history, past
+ competition: having to mediate, close btwn 2 women
+ intention v. outcome

[NICK]

• feeling disrespected both Laura, Sharon
  personal interaction — dept decisions
  → Goes for consensus, doesn't work
  → tries to be accommodating, doesn't work
  → undercutting his authority in diff ways
  parenting issues w/ dept at award budget course assignments

• Not understanding why this he did was offensive
  Never meant that intention, outcomes

• Felt particularly difficult time — 2D senstr
  problem arose

• Corcoran exhibit: set up seemed like a healing time for Nick — past — Debbie
  (cycle)  Blow-up comes

2793