# Exhibit 13

# Affidavit of Rosa Grillo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON KILLIAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1925 (EGS) |
| | ) | |
| GEORGETOWN DAY SCHOOL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF ROSA GRILLO

ROSA GRILLO hereby certifies that the following is true, correct and based on personal knowledge:

1. I am an Afro-Hispanic woman, and president of Grillo & Company, a minority-owned public relations and marketing firm in Washington, D.C. which devotes considerable time and attention to issues of diversity in the workplace and elsewhere in our society.

2. My daughter Nina is a 2004 graduate of the Georgetown Day School. During Nina's four years at GDS high school Nick Ryan served as her advisor. In November 2003 during Nina's senior year I spoke with Mr. Ryan about Nina. He became very angry during the conversation, and at one point screamed at me. I was shocked that he exhibited what I perceived as presumed superiority.

3. I simply could not imagine Mr. Ryan screaming at a white parent. I went to see Elizabeth Denevi, one of the School's co-directors of diversity, or "diversity coordinators". While Mr. Ryan exhibited superiority, it was clear that our discussion had struck a raw nerve. Ms. Denevi confirmed my suspicion that Mr. Ryan was being challenged on diversity on other

fronts, and that my complaint was not the first one heard. She volunteered the information that he had resisted participating in a workshop on "white privilege", a phrase used to describe the sense of inherent superiority still affecting too many among our society's white majority. She stated that Mr. Ryan would state that he did not have a problem with others, that he saw all persons as the same, that he was not bigoted. (To see all people as the same is directly contradictory to accepting diversity – and differences in others.)

I knew Ms. Denevi fairly well: I was one of five parents who served as points of contact with the diversity coordinators, and had discussed issues of diversity at the School with her. When I reported Mr. Ryan's behavior, and said he would not have screamed at a white parent, Ms. Denevi's response left no doubt she agreed.

    4. On December 4, 2003, rather than documenting his file, at a meeting that I requested, I reported the episode to the Principal of the High School Paul Levy, the Vice-Principal Tom Yoder, and I made clear to both of them I did not believe Mr. Ryan would have behaved in the same manner with a white parent. I expressed my regret that I had not seen his true feelings before, and that my daughter's high school experience was adversely affected by having as an advisor, one who thought she was inferior to other students. Latent bigotry can be more harmful than more overt expressions of superiority. (When I asked my daughter about her recent contacts with Mr. Ryan, she said that he would say, "Why can't you be like [a white child confronting issues like Nina]?")

    I hereby certify under the penalty of perjury that the foregoing is true and accurate.

Dated: January 8, 2007

_____
ROSA GRILLO