# Exhibit 14

# Deposition of Tom Yoder

DEPOSITION OF THOMAS YODER
CONDUCTED ON WEDNESDAY, OCTOBER 1, 2006
Case 1:05-cv-01925-EGS   Document 28-5   Filed 01/10/2007   Page 2 of 2

2 (Pages 5 to 8)

## Page 5

 1  PROCEEDINGS
 2  THOMAS YODER
 3  having been duly sworn, testified as follows:
 4  EXAMINATION BY COUNSEL FOR PLAINTIFF
 5  BY MR. RACIN:
 6  Q  Please state your name for the record, sir, and
 7  spell your last name if you would.
 8  A  My name is Thomas Yoder, Y-o-d-e-r.
 9  Q  Mr. Yoder, my name is John Racin and I represent
10  Sharon Killian in a case she's brought against the Georgetown
11  Day School. You've been asked to come for deposition today
12  to answer a series of questions. The questions, along with
13  your answers of course, will appear in transcript form.
14  Therefore it's very important that you understand the
15  question.
16      As Mr. Clinton already knows, sometimes I don't ask
17  all together clear questions. If that should occur, indicate
18  you'd like me to rephrase. I'll be happy to do that.
19      We can break at any time. I don't expect this to go
20  very long this morning, but if you should require a break,
21  simply say so. We'll break. I would ask that you answer any
22  pending question before we do take a break.

## Page 6

 1  A  Okay.
 2  Q  Are you employed, sir, and if so, where?
 3  A  I'm employed at Georgetown Day School.
 4  Q  And what is your position there?
 5  A  I'm the assistant principal of the high school.
 6  Q  And how long have you been employed at the
 7  Georgetown Day School?
 8  A  Six years.
 9  Q  And have you been assistant principal throughout
10  that period of time?
11  A  Yes.
12  Q  And who have the principals been when you served as
13  assistant principal?
14  A  First I worked with Paul Levy, and now I'm working
15  with Kevin Barr.
16  Q  Do you know a woman named Rosa Grillo?
17  A  Yes.
18  Q  And who is Rosa Grillo?
19  A  Rosa was a mother of one of our students.
20  Q  What is Ms. Grillo's race?
21  A  To be honest, I'm not sure. I think she has -- I
22  think she's Latin American, but I'm not sure.

## Page 7

 1  Q  Is she a member of an ethnic minority group do you
 2  know?
 3  A  I don't know for sure.
 4  Q  What is Ms. Grillo's daughter's name?
 5  A  I don't remember.
 6  Q  Might it have been Nina?
 7  A  That sounds correct.
 8  Q  Would you recall that or no?
 9  A  Right, I do.
10  Q  Now, you know Nick Ryan, do you not?
11  A  Yes, I do.
12  Q  Mr. Ryan is chair of the Art Department at GDS?
13  A  That's correct.
14  Q  Isn't it true that during Nina Grillo's senior year
15  at GDS Nick Ryan served as her advisor?
16  A  I believe that is correct, yes.
17  Q  And do you recall when her senior year was?
18  A  I don't remember the -- what year she was a senior.
19  Q  Now, at any time during the year that Nina Grillo
20  was a senior, did you meet with Rosa Grillo to discuss a
21  complaint on her part about Nick Ryan's conduct?
22  A  I had meetings with Rosa about Nina, but I don't

## Page 8

 1  remember a specific meeting where Nick's conduct was an
 2  issue.
 3  Q  Do you recall she said anything at all about
 4  Mr. Ryan in those meetings?
 5  A  I would -- I can't say for sure. I don't remember.
 6  Q  Do you recall that she told you Nick Ryan had yelled
 7  at her over the phone? Does that sound familiar?
 8  A  No, no. I don't remember that.
 9  Q  Is your testimony that that did not happen or that
10  you don't remember?
11  A  No, I don't remember.
12  Q  Now, if any parent at the school complained to you
13  about conduct on the part of a faculty member at the school
14  he or she believed to be racist, can you say what you would
15  do --
16      MR. CLINTON: Objection; calls for speculation.
17  BY MR. RACIN:
18  Q  -- in response to such a complaint? Only if you
19  know what you would do.
20  A  Well, in my role, I get -- a lot of people come to
21  see me -- teachers, parents, students -- with complaints, and
22  I respond -- try to respond appropriately. If it's a very