# Exhibit 15

# Sharon Killian Draft
# March 4, 2002

to use the space even though I was not at school and you tried to hold me accountable for the fact that posters were hung from the windows and the riser-steps were still in our space. Nick, the tantrum that you had, tearing down the posters and leaving them all over the floor of the art room was an inappropriate response and your blaming me without question was wrong – even had I told the BCC they could use the art room to paint and hang in the window their posters for the dance.

You were also angry about my taking down Laura's student's work from the first floor lobby to put up artwork in commemoration of Black History Month. You said I did not get permission from Laura in advance during our department meeting at break on Tuesday, Feb. 19. I was under the impression that you both knew that February was Black History Month and that I would want to put something up on the first floor for the BCC multi-school dance and before the month expired, in any event. ~~I didn't anticipate being out sick for the rest of that week. I will try not to let this happen again.~~ Granting that we should let each other know about these things in advance, I expect that any change request should have been done during that same department meeting or does this procedure apply only to me?

You are also angry about cleanliness of the art space. I appreciate that you have worked with me to try and keep the art space clean. This is one of my pet peeves, too. As you well know, I work diligently to ensure the space is clean before other students are scheduled to use it. Anyone who spends any amount of time in our area knows this to have been the case since I first came to GDS. Your broad sweeping accusation directed to Laura and me is misplaced and I believe you know it. If you wish to complain, please make the effort and have the courage to find out the facts and direct your comments to the right party.

Finally, GDS has had a practice of understanding the importance of the well being of our children. The tidiness of the darkroom is secondary to a sick child. Laura's students did leave the photo paper open and the darkroom in disarray when she left to the Lower/Middle School to get her son. I fully understand this and would not ask her to do otherwise in the circumstance. Therefore, I covered each box of paper and turned off the water before leaving at the end of the day to take care of my own sick child. I also knew that my photography class would be held first the next morning and that I would be in to clean and prepare the lab. I did not complain to you about the

161

students' mess. I simply planned to clean up and proceed with my class. I extend Laura latitude when it comes to taking care of her children and other emergencies, as I would to you in any family or personal matter requiring your attention. If this is not a practice with which you agree, perhaps it bears further discussion amongst the three of us and if necessary with Paul or others in administration.

Nick, I am concerned that your fear of direct confrontation is leading you to make accusations and place blame that you know not to be true. Good communication not only requires reciprocity and an attitude of understanding, we must also avoid misrepresentation. This is not right and I do not deserve it, especially after the personal problems that have befallen me these past three weeks.

Sharon, I realize this is not the final version however I don't think you should take on all burden for these problems. Instead of defending Laura you need to suggest that some of this dissatisfaction should be aired to both of you NOT just you! Second, if you did not give permission to BCC to use the BCC that should be said & not implied and he should address is disapproval of the use of space to BCC & faculty (including me because I was there as well) I do strongly agree that a discussion about this should be recommended not any more email exchanges it only makes this harder to navigate. Lets talk more after you finish this draft. (you go girl!) Denise

16