# Exhibit 16

# Sharon Killian to Nick Ryan
# March 5, 2002

Wednesday, March 06, 2002 8:09:21 AM
Message

From: Nick Ryan
Sharon Killian

Subject: Fwd: Re: My honest thoughts at 8am

To: Paul Levy

**Nick Ryan writes:**
Whatever the excuse was for leaving the darkroom in the condition I found it at 4:30pm yesterday it is totally unacceptable. I am tired of babysitting this department, of mediating these petty battles, and of cleaning up. Materials have been wasted, the place looks lousy, and frankly it's totally inconsiderate. So if it's a student who is responsible then speak to that student, but it appears that adults are not following through with their responsibilities. Yesterday boxes of expensive photographic paper were left out to be ruined, lights were left in the hallway to be destroyed, and a room was left a mess for first period class. If this is the environment you both wish to work then I am sad for you both.
-Nick

Nick,
I returned to work last week to find three complaints directed at me: (1) the Black Culture Club left riser-steps and banners hanging in the art space during the period that I was out of the office; (2) my hanging on the first floor of artwork by African-American artists did not have prior approval; and, (3) photography supplies were left out Monday afternoon. Though I might have found a way to contact Laura over the weekend about putting artwork up for this week, you brought me to tears with your chastisements. I would like you to reconsider your approach to addressing issues such as this and ask you to reconsider your attitudes about Laura and I occasionally tending to our children.

I understand that you were angry about all the activity surrounding the Black Culture Club use of the art studio in preparation for the Assembly on Friday. You seem to have assumed that I gave permission to the faculty and students to use the space even though I was not at school and you tried to hold me accountable for the fact that posters were hung from the windows and the riser-steps were still in our space. Nick, the tantrum that you had, tearing down the posters and leaving them all over the floor of the art room was an inappropriate response and your blaming me without question was wrong – even had I told the BCC they could use the art room to paint and hang in the window their posters for the dance.

Ryan 4
2864

Case 1:05-cv-01925-EGS   Document 28-7   Filed 01/10/2007   Page 3 of 3
Title: Fwd: Re: My honest thoughts at 8am                    Wednesday, March 06, 2002 8:46:12 AM
Page 2 of 2

You were also angry about my taking down Laura's student's work from the first floor lobby to put up artwork in commemoration of Black History Month. You said I did not get permission from Laura in advance during our department meeting at break on Tuesday, Feb. 19. I was under the impression that you both knew that February was Black History Month and that I would want to put something up on the first floor for the BCC multi-school dance and before the month expired, in any event. I didn't anticipate being out sick for the rest of that week. I will try not to let this happen again. Granting that we should let each other know about these things in advance, I expect that any change request should have been done during that same department meeting or does this procedure apply only to me?

The tidiness of the art space is an important issue. I appreciate that you have worked with me to try and keep the art space clean. This is one of my pet peeves, too. As you well know, I work diligently to ensure the space is clean before other students are scheduled to use it. Anyone who spends any amount of time in our area knows this to have been the case since I first came to GDS. Your broad sweeping accusation directed to Laura and me is misplaced and I believe you know it. That stuff was Laura's students', not mine. If you wish to complain, please make the effort and have the courage to find out the facts and direct your comments to the right party.

The tidiness of the darkroom is secondary to a sick child. Laura's students did leave the photo paper open and the darkroom in disarray when she left to the Lower/Middle School to get her son. I fully understand this and would not ask her to do otherwise in the circumstance. Therefore, I covered each box of paper and turned off the water before leaving at the end of the day to take care of my own sick child. I also knew that my photography class would be held first the next morning and that I would be in to clean and prepare the lab. I did not complain to you about the students' mess. I simply planned to clean up and proceed with my class. I extend Laura latitude when it comes to taking care of her children and other emergencies, as I would to you in any family or personal matter requiring your attention. If this is not a practice with which you agree, perhaps it bears further discussion amongst the three of us and if necessary with Paul or others in administration.

Nick, good communication not only requires reciprocity and sensitivity, we must also avoid misrepresentation. This is not right and I do not deserve it, especially after the personal problems that have befallen me these past three weeks.

Sharon

2865