# Exhibit 18

# Nick Ryan to Mariama Richards & Elizabeth Denevi
## March 2, 2004

March 2, 2004

Mari & Elizabeth-

These are the two documents I referred to the other day. One is the recent 'tech summary' for Dutch Dresser, the other is a summary I wrote in March of 2002. In re-reading it there is nothing I would change, but I would add that have never shared this with anyone (except a verbal version with Paul at that time - he advised I write something for my records) and I am hesitant to do so now. It was even a bit difficult to read because it brought me right back to an episode I would rather get past. I offer it to you both in this light and trust you will consider it as necessary.
Thanks again for your time and efforts on behalf of the art dept.



2853

Advanced Technology for the Studio Arts – 1 section of students (renamed Advanced Graphic Design for '04-'05)

AP Studio Art – 2-D Design (digital photo, graphic design etc.) – student enrollment varies – expected to grow significantly

## Current uses of technology by students

- Scanning
- Digital imaging – photo & printing
- Canon digital video cameras
- Various brand digital cameras 4 to 6 mega-pixel
- Adobe PhotoShop
- Adobe Illustrator
- Online art gallery
- PowerPoint
- Imovie2, Final Cut Pro, Boris FX

## Anticipated Courses:

- Art History
- A publications/design course – relating primarily to the yearbook, but encompassing other publication & design projects as well
- Printmaking – woodblock, etching and mono-prints
- 3-D Design or Sculpture course or an Adv, Ceramics/Sculpture course electives
- Web design course

- Animation course or that topic becoming a more significant component of a film/video course using whatever is the currently available software at the time

Anticipated additional technology needs:

- Digital imaging computer labs - each large enough for use by multiple classes and sections
- Mini black box space for filming - possibly a flexible shared space with theatre dept.
- A commercial grade large Epson color printer 36" to 48" width - paper roll feeder
- More traditional classroom or lecture type space with projector, screen, and computer for viewing websites,
- Upgraded imaging software
- Updated hardware
- Animation Software
- 3-D Design software
- Storage space for digital files
- Access to software from home by students and faculty

2855

Re: Personnel issues
Teacher: Sharon Killian
Date: written on Tuesday, March 5th, 2002

I am writing this summary of events at 6:30pm on Tuesday, March 5th while the matter is still fresh in my mind. The history leading to this afternoon's discussion with Sharon Killian began on Friday, February 22 when Sharon neglected to notify me that she was feeling ill and would not be in school to teacher her classes that day (an E –day). I covered Sharon's first period photography class and excused the matter as a one-time slipup. Additionally, over the weekend Sharon evidently came into school and removed a student's photography exhibit (Jon Kelman's) from the first floor display boards and hung artwork from the Ramee Art Gallery in its place (in anticipation of the BCC assembly the following Friday, March 1st) I arrived at school at 7:30am Monday and encountered banners from a weekend dance hanging from the art room windows and riser steps in the art studio gallery that evidently were in the process of being painted – clearly an unfinished student project from the weekend. Since it was windy and the dance was over George Buckwalter and I removed the tattered dance banners from the art room windows – I thought little of this, students often use art room materials for school events so this was nothing unusual. I was in a rush to get ready for my photography class at 8:15am so I neglected to put the paper banners in the trashcans. I honestly had other things to attend to – such as mixing chemicals (fixer) and setting up the darkroom photographic trays for my class. George and I noted that students who painted the steps had tracked a small amount of black paint onto the floor. I was not happy about the steps and paint on the floor, but again this use of the facility over the weekend was fairly typical and I assumed there was a reasonable explanation. Brandon Jackson-Baird, one of my photo students, told me the BCC had painted the steps and that Sharon had granted permission. Sometime after 8am Sharon arrived in the art room and asked about the banners on the floor and the riser steps. I passed on what I knew and shrugged – I said George and I had taken the paper banners in and apologized that I hadn't managed to put them in the trash yet, but I recall adding that it was 'no big deal.' All in all I thought no harm done – Sharon and I had both looked at the steps and noted the paint on the floor – she seemed far more concerned than I – she even remarked that they should have done that in the drama work area. After my photography class while returning to my desk I over heard Sharon asking someone (I presume George Buckwalter) to remove the steps from the gallery. Shortly thereafter I mentioned to Sharon that Laura Tolliver was probably unhappy that an art exhibit of one of her students had been taken down after only being up for three days. It seemed to me that Sharon had neglected to inform anyone of her intension to change the first floor display during our art department meeting earlier that week (my recollection is we met either on Monday or Tuesday during lunch). I told her she needed to be more forthcoming and that simply taking down a student's display was hurtful to the student as well as Laura with whom Sharon has a marginal collegial relationship. Sharon's response was terse and certainly did not acknowledge that an underlying problem between she and Laura had been exacerbated. I waited a bit then asked whether I had missed a voice mail message from Sharon about her absence from school on Friday. As I best can recall her response was almost hostile – along the lines of "I had only one class and what happened?" I said I covered the class and let the matter

2848

rest – I could sense Sharon was getting emotional and in fact she started to cry. Realizing that she was feeling vulnerable I rose to comfort her – placing my hands on her shoulders and saying: "Sharon don't worry about it – none of this was a big deal – you were feeling sick, you lost a family member – in the grand scheme of things family always comes first". She calmed down and seemed okay and I passed all of it off to her continuing anxiety and feelings of loss from her brother's death earlier that month. The remainder of the day appeared to go smoothly. Tuesday I noticed Sharon was distant with Laura and I. I was busy getting ready for a visiting artist I had for my ceramics classes 7 & 8 periods that day. At the conclusion of the day (Laura had evidently left early - not sure of exact time – probably between 2-3pm – her son was sick). When I emerged from the ceramics room and started my end of the day check of facilities I encountered a darkroom left in disarray. Water left on, print dryer running, trays with photos in them, and three boxes of photographic paper left out and therefore exposed to light and ruined. I was frankly angry that my two department colleagues had in my mind abandoned the facility and no one had spoken to me before leaving about any need to leave urgently. I checked the schedule and saw Laura had a class period 6 followed by Sharon period 8. I assumed each had 'passed the buck' and assumed the other would cleanup. It is a pattern of behavior that has occurred many times before in other instances with each person unwilling to accept responsibility. I closed the facility, but left the mess because I thought a point needed to be made. When I came into school on Wednesday I sent the same email to both Laura and Sharon and said the exact same thing to each. I was angry, but I was quite careful to chose my words carefully and let each person know that I was tired of "babysitting the department" – "cleaning up messes" – and "playing intermediary between adults who were clearly blaming one another for matters that were their own responsibility." For the remainder of the day neither Laura nor Sharon spoke to me. Thursday when I came in both were continuing to be distant. I told Sharon that Kendal, our student intern had called about 7:45 to indicate she was caught in traffic and would be late. Once Kendal arrived I asked Kendal, Sharon, and Laura to decide upon a time for setting up the photography exhibition Sunday at the Corcoran. I said I was available anytime that was convenient to them. At about 11am I returned to the art room and asked what had been decided. Sharon tersely said "1-2pm. I said which is it 1 or 2"? She said in a hostile tone she didn't know yet. To me it seemed once again that Laura and Sharon weren't communicating and even the simplest thing would require he running between the two to figure out. I was fed up. I felt Sharon's tone of voice was hostile and as dept. head I deserved more respect and consideration. I said you both need to work it out and Sharon responded that "there must be something wrong with you – there must be something in your personal life." I was hurt and walked out of the facility feeling betrayed and attacked by someone I had shown support and consideration with for the past year and a half. I searched out Norrine to get some support, and simultaneously encountered Laura. I shared my frustrations, Laura shared hers, and we had a good talk about what needed to change. I felt supported, but still faced with a difficult situation. Later that day I spoke with Paul Levy, principal, and shared this sequence of events and my feelings of frustration. Paul was supportive and offered some good advice about setting clear expectations and suggested I begin documenting everything. Sunday the Corcoran show was hung with no incident and I was hopeful that matters would gradually improve. Monday I spoke with Helen Steinberg, school psychologist about how to best deal with

the situation. I felt I needed some advice on how to defuse the hostility Sharon was continuing to exhibit. It was a good discussion and Helen advised I give Sharon some time, which was my natural inclination – after all the lines of communication were being to open – although I was the one offering the olive branch. Tuesday, March 5th at about 4pm as I sat at my desk Sharon sent me an email. We had both been making and receiving phone calls about various matters. I turned to her and said shall we talk about this? She said "why don't you read the email". I did she left the room. When she returned I said "how about we talk. You know Sharon I don't want to be your enemy." I then refuted her email version of the past two weeks events, but she was adamant that she was right. She added again "there must be something wrong with you – there must be something going wrong in your personal life." The conversation went on for 30 minutes in which I made clear to her point by point that the version of events as she portrayed them was wrong and that I would not accept that I took a hostile tone Monday about the risers, banners, artwork, and absence on Friday. Sharon became more agitated and I frankly grew nervous that if things continued we would never be able to repair the breech. In so many words I told her I felt I needed someone to document/observe the discussion – that the truth was being distorted and I would no longer listen to her version of events. I said I felt deeply betrayed and walked out of the office and headed straight to Paul Levy's office where I recounted the interaction and these events to Paul and Tom Yoder, who was also present. I found them both to be very supportive. I took their advice to document/summarize the events as best I could immediately and I believe I have done this as objectively as possible here.

2850