# Exhibit 19

# Deposition of Kevin Barr

45

1   A. What do you mean by comport?
2   Q. Were they the same?
3   A. No.
4   Q. And how were they different?
5   A. They were different in that what Sharon
6 heard was not the same as what Nick understood himself
7 to have said.
8   Q. And, again, what did Sharon say she heard?
9   A. Sharon said I cannot get -- Sharon said, if
10 I remember correctly, Nick saying I can't get low
11 enough to understand you and Nick saying, Sharon, I
12 can't -- something about I can't please you, I can't
13 get any lower in trying to please you. Something
14 about one was understand and one was please.
15   Q. And did you understand that Mrs. Killian
16 understood it to be a racist remark?
17   A. I understand that Mrs. Killian understood --
18 I don't know about racist, but I think that -- I think
19 what Sharon's, if I can recall, was that why would --
20 how could someone say that to me because it sounds as
21 if he's saying that I'm lower than he is or something
22 like that. I don't recall actually at the moment

46

1 Sharon saying, you know, how could he say this as if I
2 were black. I mean I don't remember any -- I just
3 remember Sharon being very upset because it seemed
4 like in some ways he was saying, you know, I can't --
5 you can't understand me or I can't understand you,
6 something that made it seem as if they could not
7 connect at all.
8   Q. Now, you discussed this with the diversity
9 coordinator that very day; is that right?
10   A. I think Mari was in the room when Nick came
11 in.
12   Q. And why was she there?
13   A. Because she was often there because -- well,
14 one is because we met a lot. But, two, because she
15 often blew by my office to see what I was doing. And
16 I actually think -- I mean I think that probably Mari
17 came by and I said, Mari, here, you know, I've got
18 one. I've got a situation. Like, how are you doing,
19 what's going on? And I said, Well, you know, we've
20 got a situation.
21   Q. Now, did you address the situation with the
22 diversity coordinator because you understood an issue

47

1 of race was involved?
2     MR. WILLIAMSON: Objection, asked and
3   answered.
4   A. No. I really think Mari came in, and Mari
5 was the first person -- I suspect that Mari was the
6 first person to walk in who was a fellow administrator
7 and as a fellow administrator would be someone that I
8 would consult with about a personnel issue.
9   Q. And Mari routinely came into your office?
10 Is that your testimony?
11   A. About every day.
12   Q. And describe your relationship with her.
13   A. Mari?
14   Q. Mari.
15   A. Very good, very professional. I have
16 enormous respect for Mari's ability to kind of
17 facilitate meetings. I mean she does many things, but
18 one of the jobs that she often does is facilitate
19 whole group discussions or small discussions, and she
20 is particularly good and adept at that. And she's --
21 yeah.
22   Q. What is Mari' race?

48

1   A. She's black. She's black.
2   Q. So you don't recall you called her to come
3 to your office?
4     MR. WILLIAMSON: Objection, asked and
5   answered.
6   A. No, I don't recall calling Mari to my
7 office.
8     MR. RACIN: Why don't we go off the record
9   for a second.
10     (Brief recess.)
11 BY MR. RACIN:
12   Q. If it came to your attention while serving
13 as principal of the school that a faculty member, a
14 white faculty member said to a black faculty member I
15 can't bend down low enough to the ground to understand
16 you while gesturing like an ape, would discipline be
17 warranted in your view?
18     MR. WILLIAMSON: Objection, foundation,
19   calls for speculation.
20   A. Could you rephrase that or just repeat it?
21   Q. If you found that the following had
22 happened, a white faculty member said to a black

**Page 57**

1  I've been through voluminous documents, I think
2  6500 pages, and I think that no handwritten notes
3  prepared by Mr. Barr are included. If any were
4  produced in that fashion, I think they would be
5  subject to an outstanding discovery request. I
6  would make that request on the record that any
7  such notes be shared with us.
8      MR. WILLIAMSON: Counsel, are you suggesting
9  you're aware of some notes that have been
10 withheld?
11     MR. RACIN: No.
12     MR. WILLIAMSON: We have not withheld any
13 information that's responsive unless it was
14 privileged. And as I understand the witness's
15 answer, he said I don't know whether there were
16 handwritten notes provided to counsel or not.
17 And if you'd like, I'd be happy to check again to
18 see if there's something that might have -- if
19 there's anything that was inadvertently
20 overlooked. But we have provided you with all
21 the responsive documents that we were given by
22 the school and that are not privileged.

**Page 58**

1      MR. RACIN: And I would say on the record
2  you've been very, very responsive in that regard
3  and we do appreciate it.
4  BY MR. RACIN:
5      Q. Let me back up a second just to make sure
6  that I'm clear.
7      Do you recall whether you made notes
8  concerning this episode -- that is, Mrs. Killian's
9  report to you with this exchange with Nick Ryan, Nick
10 Ryan's subsequent appearance in your office?
11 Concerning that episode, do you recall whether you
12 made any notes at the time?
13     A. I do not recall.
14     MR. WILLIAMSON: Counsel, just for the
15 record as far as what we produced, I think it's
16 appropriate to point out that notes may or may
17 have been made in the past but not necessarily
18 preserved up to the time when the lawsuit was
19 brought.
20     MR. RACIN: That's a good point.
21     MR. WILLIAMSON: And that's a possibility
22 where we wouldn't have produced notes under those

**Page 59**

1  circumstances obviously because they wouldn't be
2  in existence.
3      MR. RACIN: Thank you for suggesting the
4  follow-up.
5  BY MR. RACIN:
6      Q. Do you recall at any point discarding any
7  notes that may have pertained to that episode?
8      A. I don't recall discarding, no.
9      Q. Do you make it a habit to discard notes on a
10 periodic basis?
11     A. I sometimes discard notes and I sometimes
12 keep notes.
13     Q. It varies?
14     A. Yes.
15     Q. Now, shortly after this episode took place,
16 do you recall seeing Mrs. Killian over a weekend at a
17 technology conference on a Saturday in which you asked
18 if she had gotten any sleep the night before?
19     A. No, I don't recall that.
20     Q. And do you recall sharing with her that you
21 hadn't slept at all?
22     A. No, I don't recall that.

**Page 60**

1      Q. Now, there came a time when the school
2  retained an attorney to conduct an investigation
3  prompted at least in part by Mrs. Killian's report of
4  the episode; isn't that right?
5      A. Yes.
6      Q. And this attorney was named Karen Pass?
7      A. Yes.
8      Q. Now, did you speak with Mrs. Pass, Ms. Pass,
9  I believe it was, during the course of that
10 investigation?
11     A. Yes.
12     Q. And did you describe this particular episode
13 for her?
14     MR. WILLIAMSON: Objection as to form.
15 BY MR. RACIN:
16     Q. Did you discuss this episode we've been
17 talking about in your conversation with Mrs. Pass?
18     A. I don't recall.
19     Q. Now, directing your attention again to the
20 2003/2004 academic year, did you become aware of an
21 African-American member of the men's basketball team
22 at GDS being accused of sexual harassment?