# Exhibit 20

# Sharon Killian to Mariama Richards
# March 31, 2004



Wednesday, March 31, 2004 1:59:55 PM
Message

From:       Sharon Killian

Subject:    Re:

To:         Mariama Richards

Hi Mari & Elizabeth,
Thanks for your work. I have made a few notes below and would like to stop by later to discuss them. Thanks again.
Sharon

**Mariama Richards writes:**
Sharon-
As Elizabeth and I promised, we are forwarding a copy of what we would like to share with Laura and Nick. We have also included a two themes that were present in everyones session. If you have any comments or changes to make, please feel free to contact us.

We hope to see you today or in the morning.

Mariama and Elizabeth

Two overarching patterns are present in all 3 narratives:

1. The breakdown in communication is attributable to implicit communication and assumptions as opposed to explicit communication. Department members make many decisions based on little to no direct contact or information.

The breakddown is directly attributable to an, explicit and unapologetic, insulting confrontation directed at me by Nick Ryan.
I believe there is nothing implicit about the way Nick and Laura behave towards me; there is explicit disrespect directed towards me.

There is very explicit communication between Nick and Laura before departmental decisions are made. I usually have no clue how these decisions come about, including about such fundamental things like what courses are taught and by whom, supplies, etc.


2. There is an inability to really acknowledge and understand the weight of past events and how they have affected present circumstances. The history of relationships within the department is driving the current conflict. This reality needs to be acknowledged before present attitudes can be understood and improved.

I'm not sure about this.
Paul tried to treat this problem before and it sure doesn't feel good to see this shaping up as "let's all get together and understand each other" scenario. It's not about attitude, its about offensive behavior. I expected a real apology; some sort of reprimand of Nick for his behavior, not another "let's feel good discussion"
I think Nick, Laura, Bruce, and Norrine understand the weight of the past and they use it as a tool and a frame of reference to drive the present situation.

Sharon's story   Sharon's "Experience" is more to the point for me since story is usually likened to a "tale"
1. Hoped Nick's arrival would bring change; thought he was the right choice.
Yet old patterns of allegiance emerged as soon as Nick arrived.
  - friendships (Bruce, Laura, Norrine, Nick)
  - conflict between Erica/Laura/Debbie resurfaced as conflict between
  Sharon/Laura/Nick

2. Dept dynamics changed once Sharon knew the ropes and didn't need as much
help with her her classes.

Once I became independent and was no longer subservient and in need of their guidance for my daily activities in this new environment, they became unhappy with me. I was told by both Debbie and Laura (in the presence of Paul Levy) that they liked me better when I asked them how to do this or that, i.e., knew my place!

3. Sense of "informal" meetings between Laura and Nick make her feel
disrespected and position her as the outsider. This creates a lack of equity
in the dept.
  - was blamed for Debbie leaving
  - felt Laura and Nick were unfeeling about her brother's death
  - no apology or recognition of the slights she has experienced

Regarding the three bullets above, I'm not sure how they relate to the informal (exclusionary) meetings. Please delete the reference to my brother's death. The point to you was they were looking for my moments of weakness to pile on more assault and this was one of the moments they chose to use.

These are explicit indications of informal meetings between them - those conversation stoppers when I come in the room; Nick and Laura always knowing what the other wants and having all the answers queued up for each other. I have witnessed their meetings. They have let me know in various ways that they are on the same page on the rare occasion that there is some pretense of needing my input.

4. Key moment: the conflict she had with Nick after the Black Arts Assembly
when the students left their work in the dept space. Nick's behavior and
comment that she was not going to get rid of him the way she got rid of
Debbie was confusing and hurtful to her.

Other defining moments:
    -Nick tells me that I'm not going to drive him out of the department as I did Debbie
    -When I discover that my supplies were being taken by Laura and that this was part of a broader effort to undermine me         and my ability to carry out my duties in the department
    -Being denied access to and the use of technology by Debbie's friend Bruce, who is responsible for educational technology for         the entire high school.
    -Realizing that none of my initiatives with regard to art and technology would go anywhere unless Laura did them
    -Laura and Nick taking steps to leave me out, omit me, from decisions pertaining to the art magazine that I founded seven         years ago
    -When I observe the Chair of the department completing students' works for them.
    -Laura treats me as though I took the yearbook from her

These are among many others that reveal the character of people I have to work with on a daily basis.