# Exhibit 21

# Memoranda Re Keys in Art Department
# February 2005

**From:** "Sharon Killian" <skillian@gds.org>
**Date:** Wed Feb 9, 2005  5:26:06 AM America/Chicago
**To:** kbarr@gds.org
**Cc:** skillian@gds.org
**Subject:** department property

Dear Kevin:

    I continue to be troubled by the incident with Laura Tolliver last week. Laura all but accused me of I stealing a camera I returned to her in December. It is obviously hurtful to have a colleague imply such a thing, though I've long since concluded that hostile treatment from Laura is not going to change. What really must change is the sense of entitlement that Laura directs toward me, and that has long marked her treatment of department property when it comes to me.

    The camera I used was a department camera that Laura treats as her own. She keeps it secured by a lock only she can open, requiring me to ask permission and account for its use. This and similar practices in the department have been imposed on me for many years and I'm not sure why I put up with them as much as I do - but it's past time for a change. I ask that you notify Laura that as a colleague, I am free to use any department property without her permission, provided it is not being actively used in a class. Also, please let her know she needs to have cameras and other department property made equally accessable, in storage arrangements and access by key for example.

Sharon

From: "Kevin Barr" <kbarr@gds.org>
Date: Wed Feb 9, 2005  8:14:58 AM America/Chicago
To: skillian@cox.net, skillian@gds.org
Cc: nryan@gds.org, ltolliver@gds.org
Subject: Re: department property

Dear Sharon,

I appreciate your concern over the use of equipment. As you know, the practice of keeping equipment purchased through the Capitol Budget for specific classes under lock and key was done to ensure its availability for student use. I am open, as I know Nick is, to a discussion of whether there is a better system for keeping track of such equipment. Let's find a time that the four of us can meet to discuss options today or tomorrow.

Kevin

123

From: "Nick Ryan" <nryan@gds.org>
Date: Thu Feb 10, 2005  8:26:00 AM America/Chicago
To: skillian@cox.net, skillian@gds.org, ltolliver@gds.org, bruble@gds.org, kbarr@gds.org, tyoder@gds.org
Subject: Keys to the Digital Camera Storage Units in Mac Lab

RE: Keys to the Digital Camera Storage Units in Mac-Lab
After talking with Bruce about the keys to the cameras in the Mac-Lab we jointly came to the conclusion that I should hold the second key. Bruce already has an enormous quantity of equipment to keep track of and the addition of pieces outside his department seems an unreasonable burden. Ideally needs for classes can be anticipated well in advance, however, in those instances when there is no equipment available through the Technology Office Laura and I will hold keys to the camera storage units and we will sign cameras out and back in, but for short durations only.
Thanks,
Nick

Nick Ryan
Chair - Art Dept.
Georgetown Day High School
4200 Davenport Street NW
Washington, DC 20016
202-274-3258

From: "Kevin Barr" <kbarr@gds.org>
Date: Wed Feb 16, 2005 7:10:30 PM America/Chicago
To: skillian@cox.net, skillian@gds.org, nryan@gds.org, ltolliver@gds.org
Cc: klindsey@gds.org
Subject: Keys

Although I share Nick's concern that the more keys floating the harder it
is to maintain inventory, at this juncture, given that Nick and Sharon
will have keys to the cabinet housing the equipment purchased for Laura's
class, we will move to that system for all other cabinets in which art
dept. equipment, supplies, etc. are stored. Please advise as to whether
there are indeed other cabinets, drawers, etc. under lock and key.

From: "Kevin Barr" <kbarr@gds.org>
Date: Tue Mar 15, 2005  1:31:24 PM America/Chicago
To: skillian@cox.net, skillian@gds.org
Cc: nryan@gds.org, gbuck@gds.org
Subject: Re: locked storage

Sharon Killian writes:
> Hi Kevin,
> There are no cabinets that I use that are kept under lock and key. The
> built-in gray cabinets in the studio can be opened by any department
> member. I received a copy of the department keys to those gray built-ins
> from Debbie Haynes when I was hired (she told me that everyone had a set)
> and I assume that she passed her keys on to Nick. To my surprise, Laura
> said today that she does not have a key to those built-in cabinets.
>
> Sharon

Well, let's see if we can get Laura and Nick keys.

130