# Exhibit 22

# Affidavit of Fran Pearson, M.D.

Case 1:05-cv-01925-EGS   Document 28-13   Filed 01/10/2007   Page 1 of 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON KILLIAN                    )
                                  )
        Plaintiff                 )
                                  )
    v.                            )    Civil Action No. 05-1925 (EGS)
                                  )
GEORGETOWN DAY SCHOOL             )
                                  )
        Defendant.                )
_____    )

### AFFIDAVIT OF FRAN PEARSON, M.D.,

FRAN PEARSON hereby certifies that the following is true, correct and based on personal knowledge:

1. I am a 1965 graduate of the Kansas University Medical School specializing in internal medicine and practicing in Fayetteville, Arkansas. In the ordinary course of my medical practice I prepare "progress notes", and do so at or around the time I treat my patients. I then maintain these contemporaneous progress notes in patient files.

2. I have been Sharon Killian's primary care physician since September 2005. Attached are true and accurate copies of progress noted prepared in the ordinary course of my practice which were prepared at or around the times I treated Mrs. Killian from September 7, 2005 until April 2006.

3. Also attached is true and accurate copy of an "Attending Physician's Initial Statement" which I completed on November 18, 2005 in support of an application for disability compensation which I understand Mrs. Killian presented to her employer's disability insurance carrier. It was and remains my opinion that, as indicated in the Statement, Ms. Killian was suffering symptoms including depression and severe anxiety, colitis with diarrhea and hypertension that made her return to work impossible.

4. Mrs. Killian has gradually improved while under my care, and in August 2006 I found she had recovered her health sufficient to resume regular employment.

I hereby certify under penalty of perjury that the foregoing is true and accurate.

Dated: 01/03/2007

FRAN PEARSON, M.D.

| INTERNAL MEDICINE | PROGRESS NOTES | Formedic |
|---|---|---|

NAME: Sharon Killian  ☐M ☒W ☐P Charles  DATE OF BIRTH: 4/12/55  AGE: 50  PAGE NO: 1

| DATE | HISTORY & PHYSICAL |
|---|---|
| 9/7/05 | 50 y/o BF c̄ emotional distress, HTN, sleepless nights, insomnia, & recent nosebleeds. x2 yrs |

~~299#~~
179#

Problems @ work in Wash. DC (a private high school). Moved here July 2005 to be close to elderly in-laws. Stress @ work x 2+ years

Meds – Lisinopril 40, prn Allegra (hayfever), occas iron (anemic in past) & Ca++

PMH – partial hyst (small fibroids/bleeding), CCY, 3 children

ROS – bowel urgency c̄ cramping & diarrhea
recent headaches (insomnia, stress) frontal
" sinus congestion, swollen glands
snores, no other resp.
occas. racing heart
MS – xrays by ortho of knees wnl, flat feet
psych – see above, declined med in past from PMD
~~saw~~ psychologist during divorce 1990, no dx, just psychotherapy
– recent depression, tearful

SH – married 1993, 3 children (1 @ Princeton) give
2 boys okay.
smoked 10 yrs as youth
ETOH 4 drinks/mo. socially
never IVDA                exercise – walks 1x/wk
college fine arts fine arts 1979
relatives in NYC dad, sibs

FH – mom Cuba → Jamaica 1988 @ 62 y/o brain tumor (slow growing)
dad Jamaica 79 c̄ HTN, DM, DJD, cataracts (no dialysis)
sibs 5 – 1 died manic-depression (intestinal blockage)
born in Jamaica, to USA at 12 y/o

**PARLODEL® for Parkinson's Disease**
**(bromocriptine mesylate)** Tablets 2½ mg, Capsules 5 mg



190

Case 1:05-cv-01925-EGS    Document 28-13    Filed 01/10/2007    Page 5 of 10

| DATE | HISTORY & PHYSICAL |
|---|---|
| 9/7/05 cont. | Insomnia x 3+ yrs. related to stress. Hopes to get sleeping aid, has tried OTC's. BCBS helps pay for meds. On sick leave from work. |

S — BP 172/92 WDWN, tearful, 179# (max wt) 5'8" (usual wt 155#)
alert, good eye contact
HEENT - ↑ aural cerumen
nasal passages swollen (shut on L), pale
teeth in good repair (cleaning q 6 mos)
Neck & thyroid nl
H & L clear
Breasts — 1x3 cm irreg. thickening UOQ's L LR
Abd — WHSS mini lap
Pelvic — nl post hyst (no cx)  Groin — nl femors
Ext — nl pulses, color, no edema, knees nl
No adenopathy, born R handed
Neuro nonfocal, writes L handed / Note BP by pt c̄ her
machine : 155/93
pulse 60

A — HTN
Allergic rhinitis
Depression / insomnia           Rech BP by me 155
IBS                                                    90

P — HCTZ 25 #100 prn           OTC earwax
Flonase #1 prn                          softener
Effexor XR 75 #100 NR
Lunesta 1 mg #30 NR
Pt. to take BP's @ home & call
Rech. in 2 whs. — BP, response to Effexor, lab

PARLODEL® for Parkinson's Disease
(bromocriptine mesylate) Tablets 2½ mg, Capsules 5 mg
SANDOZ

191

| INTERNAL MEDICINE | PROGRESS NOTES | Formedic |

NAME: Sharon Killian   S M W D   DATE OF BIRTH: 4/12/55   AGE: 50   PAGE NO. 2

| DATE | HISTORY & PHYSICAL |
|---|---|
| 9.23.05 172½# | Doing better c̄ Effexor XR 75 +/d, feels calmer. |
| | Meds: Effexor 75   Lunesta   Flonase |
| | HCTZ 25   Lisinopril 40 |
| 130/70 P 76 | At Breast Ctr. yesterday; MMG & sono (dx cyst), no Bx needed. |
| | Colonoscopy done — colitis (erythema & petechiae sigmoid, distal descending colon & rectum. Bx pending. Done by Chad Paschall MD — North Hills GI Endo Ctr. 582-7280. |
| | Still having bouts of diarrhea & cramping q 3° d. |
| | O- VS as noted. Lab reviewed. |
| | H & L clear |
| | Abd soft, NT, nl BS, no masses |
| | ENT - ↓ wax EAC's, still soft wax OS. |
| 401.1 | A- HTN, at goal |
| | Allergic rhinitis, improved |
| | Depression, improved |
| | Insomnia, getting to sleep c̄ Lunesta, wakens a 3am tho. |
| 555.1 | Colitis, unchanged 5' |
| | P- cont lisinopril & HCTZ |
| | " Effexor XR 75 |
| | Trial temazepam (compare to Lunesta) |
| | cont. Flonase   trial Imodium |
| | lab - UA, SMA/2, lipids, CBC |
| 99212 $35⁰⁰ pd. | |

**TENORMIN® (atenolol)** ONE TABLET A DAY   Simple, cost-effective initial antihypertensive therapy.

STUART PHARMACEUTICALS Division of ICI Americas Inc Wilmington, DE 19897



192

| DATE | HISTORY & PHYSICAL |
|---|---|
| 9.28.05<br>173#<br>BP 138/85 | Has form for work disability. Stressed today.<br>Meds - Lunesta 1 mg # hs<br>HCTZ 25 ÷/d  Lisinopril 40 ÷/d<br>Effexor XR 75 ÷/d<br>See form - completed (45 minutes). |
| 10.21.05<br>172#<br>bit of<br>jam, bread<br>potatoes<br>130/78<br><br>99212<br>pd $35-<br><br>RTC c lab<br>4 wks | Sleeping better @ night, but still taking Lunesta 2 mg hs. No recent BP'n, but feeling good.<br>VS: NAD<br>Heart - RRR 90 BPM<br>Short term disability approved til Nov. 25 thru ISM insurance (school). May need longer disability 1-2 yrs.<br>Dx - Depression<br>HTN 401.1    Hypokalemia 276.8<br>P - cont. meds, refill Lunesta 1 mg #100<br>rx - KCl tab  ÷ -# hs prn  x3RF<br>÷ BID  rx Effexor XR 75 #90 x3RF<br>#90 c RF  has HCTZ & lisinopril<br>lab pending - CBC & UA OK<br>ESR 8<br>FBS 94, K+ 3.0<br>TC 208, TG 61, HDL 56, LDL 140 |
| 11.18.05<br><br><br><br><br><br><br><br>BP 150/90<br>(stressed) | Has long-term (not permanent) disability forms. Still stressed, can't bear getting into bad situation @ work in Virginia, but has not found anything local yet. Taking Effexor c improvement but notices if dose is late. Only taking 1 KCl tab/d.<br>Lab - K+ 3.3 on ÷ tab/d average.<br>During filling out of forms and discussion, patient became tearful and distraut. (60 minutes)<br>Dx - HTN, uncontrolled  Hypokalemia K+ 3.3<br>Depression, anxiety, insomnia  Headaches<br>Colitis (on 1 Imodium/d) |

**ONE TABLET A DAY**
**Tenoretic**
Each tablet contains
**TENORMIN** (atenolol) 50 mg or 100 mg
and chlorthalidone 25 mg

Added control of blood pressure regardless of your patient's age, race, sex, and prior therapy.

See accompanying full prescribing information.


STUART PHARMACEUTICALS
Division of ICI Americas Inc
Wilmington, DE 19897
© 1987 ICI AMERICAS INC      336-2492

| INTERNAL MEDICINE | PROGRESS NOTES | Formedic |
|---|---|---|

NAME: Sharon Killian    S M W D    DATE OF BIRTH: 4·12·55    AGE:    PAGE NO:

| DATE | HISTORY & PHYSICAL |
|---|---|
| 11·18·05<br>gift of persimmon jam | P- cont. HCTZ, Lisinopril, KCl, EffexorXR, Lunesta, add Norvasc 2.5 1/d. #90 (x4)<br>Ret 1/6/06 2pm |
| 01·06·2006<br>130/70<br>↓<br>120/70<br>178#<br>99.7.12<br>$35 pd. | Not able to work yet, but doing some manual labor at farm. Started painting last week a little. Fired from work 12·16·05. Long-term disability pending. Applying for COBRA. g daily<br>Meds- HCTZ, Norvasc, Lisinopril, KCl, EffexorXR, Lunesta, Imodium a/wk + working c photography some. Husband unemployed - helping hx pulmonary emboli - helping parents/father (realtor) may work for U of A.<br>PE: VSS WNL   No crying.<br>Thyroid - nl<br>Heart - soft, reg, no abnl sds.<br>No edema<br>     c̄ anxiety, insomnia     3 BM/d   3/wk<br>A- HTN, Depression, Hypokalemia, Colitis, Headaches<br>P- cont. meds, K+ & lipids. |

Glucotrol® (glipizide) 5mg and 10mg Scored Tablets

When diet alone fails in non-insulin-dependent diabetes mellitus (NIDDM)

ROERIG
A division of Pfizer Pharmaceuticals
New York, New York 10017

For Glucotrol® (glipizide) prescribing information please see accompanying pamphlet.

194

**Attending Physician's Initial Statement of Disability—is/it**


ASSURANT Employee Benefits

The patient must pay any costs for completion of this form.

**To the Attending Physician**
Please read the following instructions before completing this form.

An authorization to release information can be found on the Claimant's Statement.

Clearly print or type this form. Fully complete each applicable section of this form.

Sign and date this form after completion. Also, clearly print or type your name, address and phone number in the spaces provided. If applicable, include your fax number.

After you have completed this form, return the claim statement to the patient.

| Name of patient | Date of birth | Social Security number |
|---|---|---|
| Claudette Sharon Killian | 04/12/1955 | 070 48 0487 |

**History**
Patient's symptoms result from (Check all that apply.): ☐ Employment  ☒ Illness
☐ Auto accident (state in which accident occurred) _____  ☐ Other accident
☐ Pregnancy (expected/actual delivery date) _____ Type of delivery _____
Date symptoms first appeared **April 2005**  Patient's height **5'8"**  Weight **172**
First visit for this condition **9-7-05**  Most recent visit **11-18-05**  Most recent comprehensive exam **9-7-05**
Frequency of treatment and/or symptoms: ☐ Weekly ☐ Monthly ☒ Other (Specify.) **Biweekly - monthly**
Name(s) and address(es) of other treating or referring physician(s)
Hospital name **None**  Confinement dates _____ thru _____

**Diagnoses** (including any complications) 1. Incapacitating depression with severe anxiety and incapacitating insomnia. 2. Headaches 3. Colitis with diarrhea 4. Hypertension 5. Hypokalemia

Subjective symptoms: Depression, Diarrhea, Insomnia, Muscle tension, Anxiety, Headaches, Dizziness, Chronic pain

Objective findings (include results/copies of x-rays, lab tests, EKGs, MRIs and scans.) Potassium 3.1 → 3.3

Attach medical records as appropriate.

**Treatment**
Describe treatment program, including any surgery, medications, (give dates) physical therapy or psychotherapy.
1. Depression - Effexor XR and counseling
2. Insomnia - Lunesta and sleep hygiene
3. HTN - HCTZ, lisinopril, KCl.
4. Diarrhea - Imodium
5. Pain - Aleve, physical therapy

**Psychiatric Impairment**
☐ Class 1—Patient is able to function under stress and engage in interpersonal relations (no limitations).
☐ Class 2—Patient is able to function in most stress situations and engage in only limited interpersonal relations (slight limitations).
☐ Class 3—Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).
☒ Class 4—Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations).
☐ Class 5—Patient has significant loss of psychologic, physiological, personal and social adjustment (severe limitations).
☐ Remarks

Please define stress as it applies to this patient. **Stress is due to harassment on the job.**
What stress and problems in interpersonal relations has patient had on the job? **Lack of respect on personal and professional level by her department staff.**
Do you believe a legal guardian or conservator should be appointed for this patient? ☐ Yes ☒ No

| Physical Impairment | |
|---|---|
| | ☐ Class 1—No limitation; capable of heavy work*— exert 50–100# occasionally and/or 25–50# force frequently .......... No restrictions (0–10%) |
| | ☐ Class 2—Medium activity*—exert occasional 20–50# force and/or 10–25# force frequently .......... (15–30%) |
| | ☒ Class 3—Slight limitation; capable of light work*—exert occasional 20# force and/or up to 10# force frequently .... (35–55%) |
| | ☐ Class 4—Moderate limitation; capable of sedentary*, clerical or administrative work— occasional 10# force, mostly sitting .......... (60–70%) |
| | ☐ Class 5—Severe limitation; incapable of minimal activity or sedentary* work .......... (75–100%) |
| | ☐ Bed confined  ☐ House confined |
| | ☐ Remarks                                              *As defined in the Federal Dictionary of Occupational Titles |

**Cardiac**

Complete only if applicable.
Functional capacity (American Heart Association)
☐ Class 1 *(no limitation)*   ☐ Class 2 *(slight limitation)*   ☐ Class 3 *(marked limitation)*   ☐ Class 4 *(complete limitation)*
Blood pressure (latest reading) _____ as of (date) _____
Is patient in a cardiac rehabilitation program?   ☐ Yes   ☐ No

**Work Capabilities**

Please describe fully how patient's symptoms/limitations affect ability to work, e.g. how are work schedule or duties restricted and why?

Patient becomes anxiety-ridden and tearful with fear at the thought of returning to the harassment at work. Physical symptoms of diarrhea and headaches restrict her ability to teach.

When did these limitations apply?   Began April 2005   Ended ongoing
When would you anticipate a reduction of these symptoms? 6+ months (May–June 2006)

**Prognosis**

Prognosis:   ☐ Terminal   ☐ Poor   ☒ Good   ☐ Excellent
Would any further therapy be reasonably expected to result in full or partial recovery?
☒ Yes *(Describe below.)*   When 6+ months   ☐ No   ☐ Unknown
Depression is slowly improving but would relapse if she returns too soon.
Has patient reached maximum medical improvement?   ☐ Yes   ☒ No   If "No," when 6 months   ☐ Unknown

**Rehab**

Is patient a candidate for rehabilitation services?   ☐ Yes *(Describe.)*   ☒ No *(Explain.)*
Would job modification enable patient to work with impairment?   ☐ Yes *(Describe.)*   ☒ No
Not if patient must return to existing situation with harassment.

**Name**

Physician's name FRAN PEARSON   Degree MD   Specialty/Board certification Internal Medicine
Address 1216 W. Lakeridge Dr.   Fayetteville   AR   72703
             STREET                                          CITY                 STATE   ZIP CODE
Telephone no. 479-973-4331   Fax no. —
Signature _____   Date 11·18·2005   746215982
                                                      DO NOT PRE-DATE   PHYSICIAN'S EIN OR SSN