# Exhibit 24

# Affidavit of Vernese Edghill

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON KILLIAN                )
                              )
            Plaintiff          )
                              )
      v.                       )        Civil Action No. 05-1925 (EGS)
                              )
GEORGETOWN DAY SCHOOL         )
                              )
            Defendant.         )
_____ )

## AFFIDAVIT OF VERNESE EDGHILL

VERNESE EDGHILL hereby certifies that the following is true, accurate and based on personal knowledge:

1. I am an adult African American citizen of the United States residing in Maryland.

2. I am doctoral candidate at Howard University, where I expect to be obtaining a Ph.D. in Sociology with a specialization in Race, Class and Gender and Urban Sociology.

3. I was Diversity Director at the Georgetown Day School from 2000 until some time in 2003. While I worked at the School, I became aware of problems in the Art Department between Sharon Killian and the Department Chair Nick Ryan, and aware that Mrs. Killian believed they were attributable to racist attitudes on Mr. Ryan's part. I encouraged Mrs. Killian several times to discuss her concerns with the principal of the School Paul Levy, and believe she did so, because she reported back in each instance the results had not been satisfactory.

4. I also spoke with Mr. Levy myself on several occasions to let him know I also thought that the problems in the Art Department were attributable to racist attitudes and conduct on th part of Mr. Ryan.

I hereby certify under penalty of perjury that the foregoing is true and accurate.

Dated: 1/9/07

VERNESE EDGHILL