UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GEORGETOWN DAY SCHOOL )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1925 (EGS) |

MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S
EXHIBIT 6 IN OPPOSITION TO SUMMARY JUDGMENT

    Plaintiff respectfully requests leave to supplement Plaintiff's Exhibit 6 in Opposition to Defendant's Motion for Summary Judgment with the attachments hereto designated Parts I and II.. The grounds for this request are as follows:

    1. The several attachments which constitute Plaintiff's proposed Supplement to Exhibit 6 include all Mariama Richards' handwritten notes of the "mediation" that followed the pivotal episode of February 20, 2004 involving Mrs. Killian and Nick Ryan. The notes were produced in discovery interspersed with the accompanying documentary material (otherwise a part of the record before the Court) collected by Ms. Richards' during the course of the "mediation."

    2. Plaintiff intended, but failed, to include each page of the handwritten notes as Exhibit 6 in Opposition to Summary Judgment. Defendant supplemented the record with two additional pages, Bates 2856-57, but also failed to submit all the handwritten notes. Together with the notes of Elizabeth Denevi, the Richards' notes already in the record, the remaining notes included in the proposed Supplement to Exhibit 6 help show that the School's co-directors of diversity indeed failed to document Mrs. Killian's report of Nick Ryan's conduct of February 20, 2004.

    3. Defense counsel have indicated opposition to this request.[1]

WHEREFORE, Plaintiff respectfully requests leave to lodge the accompanying Supplement to Exhibit 6 in Opposition to Summary Judgment. A proposed Order accompanies this Motion.

        Respectfully submitted,

        LAW OFFICE OF JOHN P. RACIN

        /s/
        John P. Racin   Bar No. 942003

        1721 Lamont Street, N.W.
        Washington, D.C.  20010
        202.265.2516

        Attorney for Plaintiff
        Sharon Killian

---

[1] Plaintiff's attorney regrets the delay seeking leave to do so, which is attributable to the unusually heavy work load of a sole practitioner, including oppositions to dispositive motions in Cheyenne Arapaho Tribes v. United States, et al., Civil Action No. 06-519 (D.D.C.) (PLF) and Getachew v. Landry's Restaurants, Case No. 06-1010 (E.D.Va) (LMB); preparation for a trial scheduled to begin February 20th in Getachew (which only settled on the eve of trial); and continuing involvement on behalf of the Fort Sill Apache Tribe of Oklahoma in complex negotiations that have brought Indian and governmental parties to the threshhold of settlement (a motion to approve agreement is impending) in a controversy involving competing tribal interests in trust lands in Oklahoma that has been litigated in tribal and federal courts for more than six years. Comanche Nation v. United States, et al., Case No. 05-328 (W.D.Ok.). The School has no plausible claim of prejudice, though Plaintiff's attorney acknowledges and regrets inconvenience to the Court and defense counsel occasioned by the delay.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGETOWN DAY SCHOOL )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1925 (EGS) |

ORDER

Having considered Plaintiff's Motion for Leave to Supplement Exhibit 6 in Opposition to Summary Judgment, Defendant's Opposition thereto, and the premises of this case, it is,

this ____ day of March 2007,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED; and it

FURTHER ORDERED, that Plaintiff's Supplement to Exhibit 6 in Opposition to Summary Judgment is hereby accepted as part of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE