Supplement to Plaintiff's Exhibit 6

in Opposition to Summary Judgment

## SHARON

- Dept dynamics changed once Sharon learned the ropes of GDS. No longer reliant on Debbie & Laura.
- She hoped Nicks Arrival would bring change - Right Choice - She saw old patterns of allegiance. (Friendships)
- She feels disrespected → exclusion, outsider, labled - problem informal meetings between Nick - Laura, Blamed for Debbie leaving, unfeeling about BROTHERs death - Alumni Art meeting
- Doesn't feel equity in dept. No recognition, responce, or apology for this isolation
- Post BLK - Arts Assymbly - changed interaction w/ Nick - About Race → "Not going to get Rid of Me"
- Comment from Nick → He has not apologized!

2844

Thinks that she wants to be dept. chair

## Laura

Sharons inability to work in groups - competition always against adults. Against anything that the dept. heads do. Has No respect for Laura no respect for Nick. Nick is easy going, organized, - Sharon & her can't share space. Stays out of the space because of the hostility.

What could make it better? - Respect each other, Do your job. She feels bad for Nick - He will leave before he has to still put up with this.

Say to Sharon → I don't know
Invent things that were wrong when things weren't good @ home
- Keep us all seperate is the only solution - Sharing with her is the worse thing ever.

Say to Nick → He needs to document when things happen. Very thorough about most things. He is fair with most things. Budget/good, Classes/Never seen the course description of new class, feels as if she wants Laura's class - She can't have everything!

Body language is clear hostile - folded Arms

Sharon did some subing for them before her appointment. Sharon came in when Enza goes to Guatamala for good. Laura gave up her photo because Sharon couldn't do ceramics → She took it on and didn't want to → this changed the interaction between them - resentment about tech. of the arts. Sharon didn't want digital - stick w/ film feels like she wants her class. Lack of communication when she is upset.

# LAURA

## MAJOR POINTS
- Feels disrespected by Sharon — Taking Courses / Body Language
- She sees the issues are about Authority → Dept. Head
- Sees the same problems have remained even in the change of leadership (This is different for the other 2 members)
- Things changed when Sharon entered the dept. → Laura gave up class, teaching ceramics.

*[margin note: ...people place personal assumptions on Sharon's behavior. Because they feel like her reaction is personal]*

## Communicate w/ Her
Assumption about — Sharon's home life & motives → effect behavior

~~Things changed for [Laura] when Sharon entered the dept when she had to teach ceramics. Frustrating~~

Open-sharing policy on supplies → can we have a give & take
Open communication
Build Respect through acknowledgement of past pain

Sharon took it as an attack on her - in his estimation - info from PAUL. He was never made aware of the dangers approval of course. → He is kept out of the loop. Sharon thinks they are working against her. He doesn't know why she didn't come to him w/ her concerns. Instead she didn't speak to him for a week - juvenile behavior.

- Friday - tech use in the dept document for Dutch.

Low, moderate or high use of tech. → Laura wanted one moved. - He did it to make her happy → AP course. He listed out what they do in the course - Sharon didn't like the listing. Course - AP 2D Design - He listed again w/ indication that it could grow → Sharon is suspicious "Who will teach this?" "Did you propose a new class?" One other issue. He was trying to explain the document to Sharon. "Anyone can take the AP" → Issue of great battle. She felt that he had made the decision on his own. He asked "what do you want?" - "I can't lower myself enough to please you!" He regrets this comment. Looking for feedback - now it is a fight over school policy. He feels like Sharon believes that the AP class / program is hers. - Didn't want Laura's student to submit an AP portfolio. Thom's decision is that any student could submit regardless of class connection.

- Sees himself as too nice @ times → Not always good @ pushing kids.

Looking for coaching → How will observations go. How would they define his leadership style?

[left margin: ...→ effort ...ve in her ... class. ...works ...them ...y will...]

Re: Personnel issues
Teacher: Sharon Killian
Date: written on Tuesday, March 5th, 2002

I am writing this summary of events at 6:30pm on Tuesday, March 5th while the matter is still fresh in my mind. The history leading to this afternoon's discussion with Sharon Killian began on Friday, February 22 when Sharon neglected to notify me that she was feeling ill and would not be in school to teacher her classes that day (an E –day). I covered Sharon's first period photography class and excused the matter as a one-time slipup. Additionally, over the weekend Sharon evidently came into school and removed a student's photography exhibit (Jon Kelman's) from the first floor display boards and hung artwork from the Ramee Art Gallery in its place (in anticipation of the BCC assembly the following Friday, March 1st) I arrived at school at 7:30am Monday and encountered banners from a weekend dance hanging from the art room windows and riser steps in the art studio gallery that evidently were in the process of being painted – clearly an unfinished student project from the weekend. Since it was windy and the dance was over George Buckwalter and I removed the tattered dance banners from the art room windows – I thought little of this, students often use art room materials for school events so this was nothing unusual. I was in a rush to get ready for my photography class at 8:15am so I neglected to put the paper banners in the trashcans. I honestly had other things to attend to – such as mixing chemicals (fixer) and setting up the darkroom photographic trays for my class. George and I noted that students who painted the steps had tracked a small amount of black paint onto the floor. I was not happy about the steps and paint on the floor, but again this use of the facility over the weekend was fairly typical and I assumed there was a reasonable explanation. Brandon Jackson-Baird, one of my photo students, told me the BCC had painted the steps and that Sharon had granted permission. Sometime after 8am Sharon arrived in the art room and asked about the banners on the floor and the riser steps. I passed on what I knew and shrugged – I said George and I had taken the paper banners in and apologized that I hadn't managed to put them in the trash yet, but I recall adding that it was 'no big deal.' All in all I thought no harm done – Sharon and I had both looked at the steps and noted the paint on the floor – she seemed far more concerned than I – she even remarked that they should have done that in the drama work area. After my photography class while returning to my desk I over heard Sharon asking someone (I presume George Buckwalter) to remove the steps from the gallery. Shortly thereafter I mentioned to Sharon that Laura Tolliver was probably unhappy that an art exhibit of one of her students had been taken down after only being up for three days. It seemed to me that Sharon had neglected to inform anyone of her intension to change the first floor display during our art department meeting earlier that week (my recollection is we met either on Monday or Tuesday during lunch). I told her she needed to be more forthcoming and that simply taking down a student's display was hurtful to the student as well as Laura with whom Sharon has a marginal collegial relationship. Sharon's response was terse and certainly did not acknowledge that an underlying problem between she and Laura had been exacerbated. I waited a bit then asked whether I had missed a voice mail message from Sharon about her absence from school on Friday. As I best can recall her response was almost hostile – along the lines of "I had only one class and what happened?" I said I covered the class and let the matter

2848

rest – I could sense Sharon was getting emotional and in fact she started to cry. Realizing that she was feeling vulnerable I rose to comfort her – placing my hands on her shoulders and saying: "Sharon don't worry about it – none of this was a big deal – you were feeling sick, you lost a family member – in the grand scheme of things family always comes first". She calmed down and seemed okay and I passed all of it off to her continuing anxiety and feelings of loss from her brother's death earlier that month. The remainder of the day appeared to go smoothly. Tuesday I noticed Sharon was distant with Laura and I. I was busy getting ready for a visiting artist I had for my ceramics classes 7 & 8 periods that day. At the conclusion of the day (Laura had evidently left early - not sure of exact time – probably between 2-3pm – her son was sick). When I emerged from the ceramics room and started my end of the day check of facilities I encountered a darkroom left in disarray. Water left on, print dryer running, trays with photos in them, and three boxes of photographic paper left out and therefore exposed to light and ruined. I was frankly angry that my two department colleagues had in my mind abandoned the facility and no one had spoken to me before leaving about any need to leave urgently. I checked the schedule and saw Laura had a class period 6 followed by Sharon period 8. I assumed each had 'passed the buck' and assumed the other would cleanup. It is a pattern of behavior that has occurred many times before in other instances with each person unwilling to accept responsibility. I closed the facility, but left the mess because I thought a point needed to be made. When I came into school on Wednesday I sent the same email to both Laura and Sharon and said the exact same thing to each. I was angry, but I was quite careful to chose my words carefully and let each person know that I was tired of "babysitting the department" – "cleaning up messes" – and "playing intermediary between adults who were clearly blaming one another for matters that were their own responsibility." For the remainder of the day neither Laura nor Sharon spoke to me. Thursday when I came in both were continuing to be distant. I told Sharon that Kendal, our student intern had called about 7:45 to indicate she was caught in traffic and would be late. Once Kendal arrived I asked Kendal, Sharon, and Laura to decide upon a time for setting up the photography exhibition Sunday at the Corcoran. I said I was available anytime that was convenient to them. At about 11am I returned to the art room and asked what had been decided. Sharon tersely said "1-2pm. I said which is it 1 or 2"? She said in a hostile tone she didn't know yet. To me it seemed once again that Laura and Sharon weren't communicating and even the simplest thing would require he running between the two to figure out. I was fed up. I felt Sharon's tone of voice was hostile and as dept. head I deserved more respect and consideration. I said you both need to work it out and Sharon responded that "there must be something wrong with you – there must be something in your personal life." I was hurt and walked out of the facility feeling betrayed and attacked by someone I had shown support and consideration with for the past year and a half. I searched out Norrine to get some support, and simultaneously encountered Laura. I shared my frustrations, Laura shared hers, and we had a good talk about what needed to change. I felt supported, but still faced with a difficult situation. Later that day I spoke with Paul Levy, principal, and shared this sequence of events and my feelings of frustration. Paul was supportive and offered some good advice about setting clear expectations and suggested I begin documenting everything. Sunday the Corcoran show was hung with no incident and I was hopeful that matters would gradually improve. Monday I spoke with Helen Steinberg, school psychologist about how to best deal with

the situation. I felt I needed some advice on how to defuse the hostility Sharon was continuing to exhibit. It was a good discussion and Helen advised I give Sharon some time, which was my natural inclination – after all the lines of communication were being to open – although I was the one offering the olive branch. Tuesday, March 5th at about 4pm as I sat at my desk Sharon sent me an email. We had both been making and receiving phone calls about various matters. I turned to her and said shall we talk about this? She said "why don't you read the email". I did she left the room. When she returned I said "how about we talk. You know Sharon I don't want to be your enemy." I then refuted her email version of the past two weeks events, but she was adamant that she was right. She added again "there must be something wrong with you – there must be something going wrong in your personal life." The conversation went on for 30 minutes in which I made clear to her point by point that the version of events as she portrayed them was wrong and that I would not accept that I took a hostile tone Monday about the risers, banners, artwork, and absence on Friday. Sharon became more agitated and I frankly grew nervous that if things continued we would never be able to repair the breech. In so many words I told her I felt I needed someone to document/observe the discussion – that the truth was being distorted and I would no longer listen to her version of events. I said I felt deeply betrayed and walked out of the office and headed straight to Paul Levy's office where I recounted the interaction and these events to Paul and Tom Yoder, who was also present. I found them both to be very supportive. I took their advice to document/summarize the events as best I could immediately and I believe I have done this as objectively as possible here.

Art Dept. Mediation

Nick → March 1, 2004

Interview → process - filled w/ side stories - he could feel the tension - When he arrived everyone was still in the dept. including past chair. She stayed on in pt time way.
- Why isn't it working?
  - past history creates a culture of paranoia
  - Sharon interprets things in a negative way
  - Nick working against her or Nick & Laura working against her.
  - He doesn't feel as if he has changed very much → Basic classes were good.

- loves Sharon's willingness to jump right into projects. Hard working. Studying in the summer to perfect her classes.
- Nick - he thinks that Sharon was happy when Debbie left.

- When did things get bad?
  - Tension still present @ each decision making point. He would open decision & up to whole dept. Sharon would make each decision personal. He felt like she was against him @ every turn
  - Passive Aggressive behavior
    • Laura & Sharon were keeping old projects & things - Not wanting to clean up
    • Sharon's Brother passed away in second year → Feb. this has been the time period each year when they have a falling out → Attacked Nick on his willingness to understand
  - The fact that the two women in the dept. have children.
  - Paul called it a "paranoid episode" - She would forget it by that Monday → And she did. (Fear that Sharon could have him FIRED) - They spoke about it again in March - Corcoran Exhibit - A hug - he valued her as a teacher. He doesn't challenge their time commitment absences, etc. Always felt like he was aware of their Obligations. This Corcoran show seemed like the first time they did a major project together post Debbie ERA →

2851

- Art award → named after Debbie → her 36 years of service. Sharon was furious. He felt that the decision was made unilaterally → He was annoyed with her tone, demeanor, he felt disrespected. He was trying to do something for Debbie. Did not feel like it was her business.

- Dividing the Art Budget / Class assignments

  20,000 – 5,000 Emergency Reserves. other money is divided.
  - Laura felt like 15 was the limit! Tom asked for some flexibility with this. Some classes were bound to this #, those that weren't set up this way could allow more students.
  Advanced painting & drawing leading to AP class. This year started @ 11 dropped to 8 now @ 3 → He pushed to keep it → He felt blamed that there were only 3. Laura's classes were filled she wanted more money. He proposed 3 choices: divide equally – divide based on class numbers or <u>1500 per class minimum</u> → extra based on year need. Minimum won → but he thinks that Sharon wasn't happy. lots of choices w/ lots of nastiness. Competition between both of them.

- Many times he feels like he has to choose between them on major decision.

October → discussion – folks should look to propose new courses. Laura's Tech class getting more boys than girls – Need to change title. Sharon's (publications/yearbook focus) – Laura had proposed this in the past & it didn't pass. When Laura gave it up it was offered to Sharon. That didn't go down well w/ Laura. – Sharon argued for the class – Nick backed it up. He saw original proposal – Pre edit – He never got another copy. → Florrie called for changes – She changed it to Graphic Design I & II