March 2, 2004

Mari & Elizabeth-

These are the two documents I referred to the other day. One is the recent 'tech summary' for Dutch Dresser, the other is a summary I wrote in March of 2002. In re-reading it there is nothing I would change, but I would add that have never shared this with anyone (except a verbal version with Paul at that time - he advised I write something for my records) and I am hesitant to do so now. It was even a bit difficult to read because it brought me right back to an episode I would rather get past. I offer it to you both in this light and trust you will consider it as necessary.
Thanks again for your time and efforts on behalf of the art dept.

-[signature]

Advanced Technology for the Studio Arts - 1 section of students (renamed Advanced Graphic Design for '04-'05)

AP Studio Art - 2-D Design (digital photo, graphic design etc.) - student enrollment varies - expected to grow significantly

Current uses of technology by students

- Scanning
- Digital imaging - photo & printing
- Canon digital video cameras
- Various brand digital cameras 4 to 6 mega-pixel
- Adobe PhotoShop
- Adobe Illustrator
- Online art gallery
- PowerPoint
- Imovie2, Final Cut Pro, Boris FX

Anticipated Courses:

- Art History
- A publications/design course - relating primarily to the yearbook, but encompassing other publication & design projects as well
- Printmaking - woodblock, etching and mono-prints
- 3-D Design or Sculpture course or an Adv, Ceramics/Sculpture course electives
- Web design course

- Animation course or that topic becoming a more significant component of a film/video course using whatever is the currently available software at the time

Anticipated additional technology needs:

- Digital imaging computer labs - each large enough for use by multiple classes and sections
- Mini black box space for filming – possibly a flexible shared space with theatre dept.
- A commercial grade large Epson color printer 36" to 48" width – paper roll feeder
- More traditional classroom or lecture type space with projector, screen, and computer for viewing websites,
- Upgraded imaging software
- Updated hardware
- Animation Software
- 3-D Design software
- Storage space for digital files
- Access to software from home by students and faculty

Sharon → March 15, 2004

Feeling bad - Not willing to give the nicety this is contrary to her training in previous job - sick of being the one who accomidates. - Classroom work is good.
Meeting - She doesn't want to go.
Side meetings going on without her. - Others are able to order → her orders or questions.

When did things shift: Debbie had boxes throughout the space → Sharon moved them → Paul wanted the space to be accessable this made Debbie upset. - shift when Sharon no longer had to ask them for help & support - she was then developing her own classes
- Noreen, Bruce, Debbie → running buddies → blame her for Debbie leaving

Shift w/ Nick - engulfed Nick in a close personal relationships - summer homes, parties → this is good - but this situation is difficult as it is

Nick Doesn't like conflict → She noticed this right on. Tech meetings became horrible → Bruce, Nick, Laura - Anti-Sharon
2 years Ago right after Blk Arts Assy. Kids came upstairs - use paints/paper to prepare - Became a conflict - This was right around the time that her Brother died. → They were unfeeling. Sharon took down some Art that Laura had up. ~~They~~ They had always put up A-A Art for the assymbly. They weren't happy.
Kids brought up the left over Art from the assymbly to the Art room - He wasn't happy About it being up there he through it around the studio - when she questioned him about it. He got mad & thought that she was calling him a racist.

Believed that Debbie through out here students art work insted of sending it to Nat. Scholastic.

"You're not gonna get rid of me like you got rid of Debbie"

Laura easily manipulated - but now manipulates Nick

Nick's leadership style → weak - plays lipservice can be illogical - not considering both sides not usually equitable evidence of process would be nice; - Helps students w/ pieces

- Order was refreshing change after Debbie.

Laura & Debbie → even had conflicts w/ Erica
- Laura not supporting projects - yearbook

How could it be made right?

Nick hasn't really apologized since the incident

- No response from Paul
- Email from Kevin about Sharon's evaluation



Wednesday, March 31, 2004 1:59:55 PM

Message

From: Sharon Killian

Subject: Re:

To: Mariama Richards

Hi Mari & Elizabeth,
Thanks for your work. I have made a few notes below and would like to stop by later to discuss them. Thanks again.
Sharon

**Mariama Richards writes:**
Sharon-
As Elizabeth and I promised, we are forwarding a copy of what we would like to share with Laura and Nick. We have also included a two themes that were present in everyones session. If you have any comments or changes to make, please feel free to contact us.

We hope to see you today or in the morning.

Mariama and Elizabeth

Two overarching patterns are present in all 3 narratives:

1. The breakdown in communication is attributable to implicit communication and assumptions as opposed to explicit communication. Department members make many decisions based on little to no direct contact or information.

The breakddown is directly attributable to an, explicit and unapologetic, insulting confrontation directed at me by Nick Ryan.
I believe there is nothing implicit about the way Nick and Laura behave towards me; there is explicit disrespect directed towards me.

There is very explicit communication between Nick and Laura before departmental decisions are made. I usually have no clue how these decisions come about, including about such fundamental things like what courses are taught and by whom, supplies, etc.

2. There is an inability to really acknowledge and understand the weight of past events and how they have affected present circumstances. The history of relationships within the department is driving the current conflict. This reality needs to be acknowledged before present attitudes can be understood and improved.

I'm not sure about this.
Paul tried to treat this problem before and it sure doesn't feel good to see this shaping up as "let's all get together and understand each other" scenario. It's not about attitude, its about offensive behavior. I expected a real apology; some sort of reprimand of Nick for his behavior, not another "let's feel good discussion"
I think Nick, Laura, Bruce, and Norrine understand the weight of the past and they use it as a tool and a frame of reference to drive the present situation.

Sharon's story Sharon's "Experience" is more to the point for me since story is usually likened to a "tale"
1. Hoped Nick's arrival would bring change; thought he was the right choice.
Yet old patterns of allegiance emerged as soon as Nick arrived.
- friendships (Bruce, Laura, Norrine, Nick)
- conflict between Erica/Laura/Debbie resurfaced as conflict between Sharon/Laura/Nick

2. Dept dynamics changed once Sharon knew the ropes and didn't need as much help with her her classes.

Once I became independent and was no longer subservient and in need of their guidance for my daily activities in this new environment , they became unhappy with me. I was told by both Debbie and Laura (in the presence of Paul Levy) that they liked me better when I asked them how to do this or that, i.e., knew my place!

3. Sense of "informal" meetings between Laura and Nick make her feel disrespected and position her as the outsider. This creates a lack of equity in the dept.
- was blamed for Debbie leaving
- felt Laura and Nick were unfeeling about her brother's death
- no apology or recognition of the slights she has experienced

Regarding the three bullets above, I'm not sure how they relate to the informal (exclusionary) meetings. Please delete the reference to my brother's death. The point to you was they were looking for my moments of weakness to pile on more assault and this was one of the moments they chose to use.

These are explicit indications of informal meetings between them - those conversation stoppers when I come in the room; Nick and Laura always knowing what the other wants and having all the answers queued up for each other. I have witnessed their meetings. They have let me know in various ways that they are on the same page on the rare occasion that there is some pretense of needing my input.

4. Key moment: the conflict she had with Nick after the Black Arts Assembly when the students left their work in the dept space. Nick's behavior and comment that she was not going to get rid of him the way she got rid of Debbie was confusing and hurtful to her.

Other defining moments:

-Nick tells me that I'm not going to drive him out of the department as I did Debbie

-When I discover that my supplies were being taken by Laura and that this was part of a broader effort to undermine me and my ability to carry out my duties in the department

-Being denied access to and the use of technology by Debbie's friend Bruce, who is responsible for educational technology for the entire high school.

-Realizing that none of my initiatives with regard to art and technology would go anywhere unless Laura did them

-Laura and Nick taking steps to leave me out, omit me, from decisions pertaining to the art magazine that I founded seven years ago

-When I observe the Chair of the department completing students' works for them.

-Laura treats me as though I took the yearbook from her

These are among many others that reveal the character of people I have to work with on a daily basis.

April 8th or 21th - New PoSoC meeting.

* Communication Implissit to Explizit Assumptions - Destroy
* Conscious of the Dept. History → It li
* All think they are going after each othe Paranoia

MAJOR POINTS

Nick

MAJOR POINTS

- Feeling Disrespected → by Laura → by Sharon - personal interactions
  - trys to be accomidating - Doesn't wor
  - undercut his authority
  - departmental decisions (Budget, Courses, Art award)
- Not understanding why things he did were offensive → Intent vs. Outc (parenting - issue) (Sharon's ...)
- Feeling like beginning of the New year (2nd Semester) problems arise → every ye
- Corcoran exhibit - was a healing time for Nick - 1st major projec Post Debbie → Clean Slate For Him → starting over point.

SHARON (RACE + PARANOIA about Debbie)

- He thinks that she can get him fired

LAURA

Communicate w/ Nick

+ You thought You had a clean slate → Not true!
+ Friendships alligned him with the past → give the Award to Debbie further confirmed that in the eyes of Sharon.
Intent vs. Outcomes → You arent considering enough w/ the decision
+ Friendships present between Debbie / Bruce / Laura / Noreen are still at play → Hence Sharons difficulty working w/ Bruce - Not Sharon be unreasonable

Sharon

+ thought Order was Nice change from Debbie

She saw his arrival as a clean slate.

[illegible]

[illegible]