IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil Action No. 05-1925 (EGS) |
| | ) |
| GEORGETOWN DAY SCHOOL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR ORAL ARGUMENT
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Georgetown Day School ("GDS" or "School"), by its undersigned counsel, respectfully requests oral argument regarding the pending Defendant's Motion for Summary Judgment.

Counsel for the School have consulted with Plaintiff's attorney, who has not taken a position regarding this motion. A proposed Order is attached.

Dated: May 2, 2007

Respectfully submitted,

*/s/ Thomas S. Williamson, Jr.*
Thomas S. Williamson, Jr. (D.C. Bar No. 217729)
Timothy R. Clinton (D.C. Bar No. 497901)
**COVINGTON & BURLING LLP**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000
(202) 778-5218 - Fax

**COUNSEL FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-1925 (EGS) |
| ) | |
| GEORGETOWN DAY SCHOOL, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, upon consideration of Defendants' Motion for Oral Argument on Defendant's Motion for Summary Judgment, it is hereby ORDERED that Defendant's Motion is GRANTED.

It is FURTHER ORDERED that oral argument on the Defendant's Motion for Summary Judgment is hereby set for the _____ day of _____, 2007, at _____.

_____
HONORABLE EMMET G. SULLIVAN

_____
DATE

## CERTIFICATE OF SERVICE

I, Timothy R. Clinton, hereby certify that on this date I caused a true and correct copy of the above document, Defendants' Motion for Oral Argument on Defendant's Motion for Summary Judgment, to be served upon Plaintiff's attorney as follows:

**BY E-MAIL AND ECF:**
John Racin
1721 Lamont Street, N.W.
Washington, DC  20010
202 265-2516
awjrlaw@erols.com

Dated: May 2, 2007

    /s Timothy R. Clinton
Timothy R. Clinton