UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1925 (EGS) |
| ) | |
| GEORGETOWN DAY SCHOOL ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLAINTIFF'S MEMORANDUM IN RESPONSE TO
DEFENDANT'S MOTION FOR ORAL ARGUMENT

Some six weeks after the concluding submission, Defendant has sought oral argument on the Motion for Summary Judgment in a two sentence request devoid of explanation. The Court can set argument whenever necessary, without explanation, but the usual litigant making such a belated request would feel constrained to offer reasons oral argument would be helpful, in part so the Court might itself determine if the assistance on offer happens to be required.

It should go without saying that if, after Defendant affords some explanation, the Court finds oral argument warranted in the circumstances, Plaintiff would have no objection. However, she would be bound to ask for consideration in scheduling. Her attorney has done his best to avoid commitments during May. Among other things he is assisting in preparations for his daughter's marriage mid-month, and in late May is making a long scheduled trip to Cuba as part of a group organized by the Episcopal Diocese of Washington to meet representatives of the potential "partner" Diocese of Cuba. Thus, the undersigned asks that, if upon explanation the Court finds oral argument warranted in the circumstances, his other commitments be taken into account in scheduling.

Respectfully submitted,


LAW OFFICE OF JOHN P. RACIN



/s/
John P. Racin   Bar No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202.265.2516

Attorney for Plaintiff
Sharon Killian