**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHARON KILLIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1925 (EGS) |
| v. | ) |
| | ) |
| GEORGETOWN DAY SCHOOL, | ) |
| | ) |
| Defendant. | ) |

**ORDER AND JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered for defendant and against plaintiff; and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**May 24, 2007**