IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-1925 (EGS) |
| ) | |
| GEORGETOWN DAY SCHOOL, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S BILL OF COSTS

Defendant Georgetown Day School ("GDS"), by its undersigned counsel, submits this Bill of Costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Civil Rule 54.1.

Judgment having been entered in this action on May 24, 2007 against Plaintiff, GDS is entitled to the following costs:

| Rule | Description of Cost | Cost |
|---|---|---|
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of an original and one copy of the deposition of Sharon Killian, including exhibits (day 1) | $1,607.40 |
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of an original and one copy of the deposition of Sharon Killian, including exhibits (day 2) | $1,618.70 |
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of one copy of the deposition of Kevin Barr | $281.25 |
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of one copy of the deposition of Elizabeth Denevi | $225.00 |
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of one copy of the deposition of Mariama Richards, including exhibits | $156.50 |
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of one copy of the deposition of Laura Tolliver | $114.75 |
| LCvR 54.1(d)(6) | Costs at the reporter's standard rate of one copy of the deposition of Nick Ryan, including exhibits | $358.00 |
| LCvR 54.1(d)(8) | Costs of copying exhibits filed with the Clerk (accompanying Defendant's Motion for Summary Judgment and Defendant's Reply in Support of Motion for Summary Judgment) (687 pages at $0.10/page) | $68.70 |

| Rule | Description of Cost | Cost |
|---|---|---|
| LCvR 54.1(d)(9) | Other costs of copying up to $300.00 | $300.00 |
|  | **TOTAL:** | $4,730.30 |

Invoices relating to the deposition costs described above are submitted herewith as Attachment A.

Dated: June 12, 2007                                        Respectfully submitted,

                                                           /s
Thomas S. Williamson, Jr. (D.C. Bar No. 217729)
Timothy R. Clinton (D.C. Bar No. 497901)
**COVINGTON & BURLING LLP**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000
(202) 778-5218 - Fax

**COUNSEL FOR DEFENDANT**

## DECLARATION

I, Timothy R. Clinton, hereby declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. I also certify that on this date I caused a true and correct copy of the above document, Defendant's Bill of Costs, to be served upon Plaintiff's attorney as follows:

                **BY E-MAIL AND ECF:**
                John Racin
                1721 Lamont Street, N.W.
                Washington, DC  20010
                202 265-2516
                awjrlaw@erols.com

Dated: June 12, 2007

                                                           /s
Timothy R. Clinton

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk

    By: _____    _____
          Deputy Clerk                              Date

**Attachment A**

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684             173644       VICKD01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

Covington & Burling
1201 Pennsylvania Avenue, NW                     156393EDC 04/12/06
Suite 1315
Washington, DC 20004                                    05/29/07

ATTN : TIMOTHY CLINTON, ESQ.


KILLIANS V. GDS

SERVICES PROVIDED ON 03/27/06:
Sharon Killian                  1- 402   402 PGS @ $3.95    1,587.90  O+1

Condensed Transcript-No Charge
Ascii disk                                                     15.00
E-transcript                                                   35.00
Interactive Real-Time           402 @  $5.00                2,010.00
Exhibits & tabs                  39 @  $0.50                   19.50
Waiting time                      2 @ $50.00                  100.00
Evening/Holiday/Week-end pages   39 @  $1.98                   77.22
Video deposition pg surcharge   402 @  $0.50                  201.00
Read & sign                     402 @  $0.25                  100.50
Archiving Fee                                                  25.00
Shipping & Handling - UPS                                      15.75

           PAYMENTS RECEIVED                               -4,186.87

           BALANCE DUE                                          0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of     For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.        Please Call
Contact us immediately with questions or corrections regarding billing or payment.  (800) 441-3376
No adjustments or refunds will be made after 120 days from date of payment.   Fax (202) 296-8652

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**Esquire Deposition Services, LLC**   JOB: 173644   TOT: $0.00
P.O Box 785751                          INVOICE #: 156393EDC
Philadelphia, PA 19178-5751             DATE: 05/29/07
Tax ID # 22-3779684



Covington & Burling
Attn: TIMOTHY CLINTON, ESQ.
1201 Pennsylvania Avenue, NW
Suite 1315
Washington, DC 20004

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684                    174674    MACKL01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014   Fax: (202)296-8652

Covington & Burling
1201 Pennsylvania Avenue, NW                    157774EDC 05/31/06
Suite 1315
Washington, DC 20004                                      05/29/07

ATTN : TIMOTHY CLINTON, ESQ.


KILLIANS V. GDS

SERVICES PROVIDED ON 05/17/06:
Sharon Killian                    367- 792   426 PGS @ $3.95      1,682.70  O+1

Condensed Transcript-No Charge
Ascii disk                                                           15.00
Exhibits & tabs                          72 @   $0.50                36.00
Waiting time                                                         50.00
Read & sign                             426 @   $0.25               106.50
Archiving Fee                                                        25.00
Shipping & Handling - UPS                                            15.75


                PAYMENTS RECEIVED                                -1,930.95

                BALANCE DUE                                           0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of       For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.        Please Call
Contact us immediately with questions or corrections regarding billing or payment.   (800) 441-3376
No adjustments or refunds will be made after 120 days from date of payment.      Fax (202) 296-8652

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**Esquire Deposition Services, LLC**         JOB: 174674   TOT: $0.00
P.O Box 785751                               INVOICE #: 157774EDC
Philadelphia, PA 19178-5751                  DATE: 05/29/07
Tax ID # 22-3779684



Covington & Burling
Attn: TIMOTHY CLINTON, ESQ.
1201 Pennsylvania Avenue, NW
Suite 1315
Washington, DC 20004

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 184104 | 10/04/2006 | 02-87186 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/26/2006 | BUCKDO | 05-1925(EGS) |
| **CASE CAPTION** | | |
| Killian -v- Georgetown Day School | | |
| **TERMS** | | |
| Immediate, sold Merrill FOB facility | | |

Thomas S. Williamson Jr., Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kevin J. Barr                         125 Pages                    281.25
         Shipping & Handling                                            15.00
                                                                   _____
                                          TOTAL   DUE   >>>>          296.25

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                                          (202) 662-6000   Fax  (202) 662-6291

*Please detach bottom portion and return with payment.*

Thomas S. Williamson Jr., Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
Invoice No.:  184104
Date       :  10/04/2006
```
**TOTAL DUE  :     296.25**

```
Job No.    :  02-87186
Case No.   :  05-1925(EGS)
Killian -v- Georgetown Day School
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

LegaLink, Inc. - A Merrill Company  
1100 Connecticut Avenue, N.W.  
Suite 850  
Washington, DC 20036  
(202) 861-3410   Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 184624 | 10/17/2006 | 02-87188 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/28/2006 | BOSLJE | 05-1925(EGS) |
| **CASE CAPTION** | | |
| Killian -v- Georgetown Day School | | |
| **TERMS** | | |
| Immediate, sold Merrill FOB facility | | |

Thomas S. Williamson Jr., Esq.  
Covington & Burling, LLP  
1201 Pennsylvania Avenue, NW  
Washington, DC 20004-2401

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Laura Tolliver                    51 Pages              114.75
         Shipping & Handling                                15.00
                                                          _____
                            TOTAL   DUE   >>>>            129.75

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                                   (202) 662-6000   Fax  (202) 662-6291

*Please detach bottom portion and return with payment.*

Thomas S. Williamson Jr., Esq.  
Covington & Burling, LLP  
1201 Pennsylvania Avenue, NW  
Washington, DC 20004-2401

```
Invoice No.:  184624
Date       :  10/17/2006
TOTAL DUE  :     129.75


Job No.    :  02-87188
Case No.   :  05-1925(EGS)
Killian -v- Georgetown Day School
```

Remit To:   **LegaLink, Inc.**  
           **P.O. Box 630484**  
           **Baltimore, MD 21263**

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 185011 | 10/17/2006 | 02-87401 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/02/2006 | BOSLJE | 05-1925(EGS) |

| CASE CAPTION |
|---|
| Killian -v- Georgetown Day School |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Thomas S. Williamson Jr., Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Nicolas Ryan                         156 Pages              351.00
        EXHIBITS                          28 Pages                7.00
        Shipping & Handling                                      15.00
                                                            _____
                                    TOTAL   DUE   >>>>          373.00

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :** 20-2665382                                         (202) 662-6000   Fax (202) 662-6291

*Please detach bottom portion and return with payment.*

Thomas S. Williamson Jr., Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
Invoice No.:  185011
Date       :  10/17/2006
TOTAL DUE  :     373.00



Job No.    :  02-87401
Case No.   :  05-1925(EGS)
Killian -v- Georgetown Day School
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 185360 | 10/18/2006 | 02-87187 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/27/2006 | RICHJU | 05-1925(EGS) |
| **CASE CAPTION** | | |
| Killian -v- Georgetown Day School | | |
| **TERMS** | | |
| Immediate, sold Merrill FOB facility | | |

Thomas S. Williamson Jr., Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Elizabeth A. Denevi                    100 Pages              225.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Mariama L. Richards                     66 Pages              148.50
         EXHIBITS                           32 Pages                8.00
         Shipping & Handling                                       15.00
                                                            _____
                                   TOTAL   DUE   >>>>              396.50

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :** 20-2665382                                          (202) 662-6000   Fax  (202) 662-6291

*Please detach bottom portion and return with payment.*

Thomas S. Williamson Jr., Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
Invoice No.: 185360
Date       : 10/18/2006
```
**TOTAL DUE :**     **396.50**

```
Job No.    : 02-87187
Case No.   : 05-1925(EGS)
Killian -v- Georgetown Day School
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 186291 | 10/25/2006 | 02-87405 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/04/2006 | LOMBDE | 05-1925(EGS) |
| **CASE CAPTION** | | |
| Killian -v- Georgetown Day School | | |
| **TERMS** | | |
| Immediate, sold Merrill FOB facility | | |

Timothy Clinton, Esquire
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Tom Yoder                          20 Pages                        45.00
        Shipping & Handling                                            15.00
                                                                    _____
                                       TOTAL   DUE   >>>>              60.00

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :** 20-2665382                                                    (202) 662-6000   Fax (202) 662-6291

*Please detach bottom portion and return with payment.*

Timothy Clinton, Esquire
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

```
Invoice No.:  186291
Date       :  10/25/2006
TOTAL DUE  :      60.00



Job No.    :  02-87405
Case No.   :  05-1925(EGS)
Killian -v- Georgetown Day School
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**