UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON KILLIAN )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>GEORGETOWN DAY SCHOOL )<br>)<br>   Defendant. )<br>_____ ) | Civil Action No. 05-1925 (EGS) |

**NOTICE OF APPEAL**

    Notice is hereby given this 22nd day of June, 2007, that Plaintiff Sharon Killian appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 24th day of May, 2007 in favor of Defendant Georgetown Day School and against Plaintiff Sharon Killian.

                                                   Respectfully submitted,

                                                   LAW OFFICE OF JOHN P. RACIN

                                                   /s/_____
                                                   John P. Racin   Bar No. 942003

                                                   1721 Lamont Street, N.W.
                                                   Washington, D.C.  20010
                                                   202.265.2516

                                                   Attorney for Plaintiff
                                                   Sharon Killian