# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7094**  **September Term, 2007**

05cv01925

Filed On:

Sharon Killian,
    Appellant

v.

Georgetown Day School,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 2 8 2007

CLERK

## O R D E R

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Mark Butler
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: Sabrina Cup _____ Deputy Clerk